EXHIBIT D

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Nancy Villarreal, Bar No. 273604
nancy.villarreal@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendants
AMAZON.COM LLC AND GOLDEN STATE FC, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ORTIZ,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM LLC, a Delaware Limited Liability Company; GOLDEN STATE FC LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF ZANE BROWN IN SUPPORT OF DEFENDANTS AMAZON.COM LLC AND GOLDEN STATE FC LLC'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>[28 U.S.C. §§ 1332, 1441, 1446]<br><br>Complaint Filed:   June 2, 2017 |

## DECLARATION OF ZANE BROWN

I, Zane Brown, declare as follows:

1.      I am over the age of 18, and I am competent to attest to the facts set forth herein.  I am making this declaration based on my personal knowledge, and, if sworn as a witness, I could and would testify competently to the facts contained herein.

2.      I am a Vice President of Amazon Corporate, LLC, and I have held this position since approximately 2015.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 92588928.1

1      3.      Amazon.com LLC ("Amazon") is organized under the laws of Delaware and has

2    its principal place of business in Seattle, Washington.

3      4.      Amazon's only member is Amazon Corporate LLC, whose only member is

4    Amazon Global Resources LLC, whose only member is Amazon Fulfillment Services, Inc.,

5    which is wholly owned by Amazon.com, Inc.

6      5.      Amazon Corporate LLC and Amazon Global Resources LLC are organized under

7    the laws of Delaware and have their principal places of business in Seattle, Washington.

8      6.      Similarly, Amazon Fulfillment Services, Inc. and Amazon.com, Inc. are

9    incorporated in Delaware and have their principal places of business in Seattle, Washington.

10      7.      In my capacity as Vice President of Amazon Corporate, LLC, I have reviewed

11    corporate records that Amazon Corporate, LLC maintains regarding its affiliates, including

12    Golden State FC, LLC, in the regular course of business.

13      8.      According to business records available to me, Golden State FC LLC is organized

14    under the laws of Delaware and has its principal place of business in Seattle, Washington.

15      9.      Golden State FC LLC is a wholly-owned subsidiary of Amazon Fulfillment

16    Services, Inc., which, as stated above, is incorporated in Delaware and has its principal place of

17    business in Seattle, Washington.

18      I declare under penalty of perjury under the laws of the State of California and the United

19    States of America that the foregoing is true and correct.

20    Executed this _11_ day of June, 2017, at Seattle, Washington.

21

22

23                             ZANE BROWN

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 92588928.1

2

DECLARATION OF ZANE BROWN IN
SUPPORT OF DEFENDANTS' NOTICE OF
REMOVAL