MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Nancy Villarreal, Bar No. 273604
nancy.villarreal@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendants
AMAZON.COM LLC AND GOLDEN STATE FC LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ORTIZ,<br><br>                   Plaintiff,<br><br>         vs.<br><br>AMAZON.COM LLC, a Delaware Limited Liability Company; GOLDEN STATE FC LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>                   Defendants. | Case No. 3:17-cv-3820<br><br>**DEFENDANTS AMAZON.COM LLC AND GOLDEN STATE FC LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Northern District of California Civil Local Rule 3-15 and consistent with Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Amazon.com LLC and Golden State FC LLC certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Amazon Fulfillment Services, Inc.,

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 31659527.1

1

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-3820

1  Amazon Global Resources, Inc., Amazon Corporate, LLC, and Amazon.com, Inc. have a
2  financial interest in a party to the proceeding.
3         Defendant Amazon.com LLC is a wholly-owned subsidiary of Amazon Corporate, LLC.
4  Amazon Corporate, LLC is a wholly-owned subsidiary of Amazon Global Resources, Inc., which
5  is a wholly-owned subsidiary of Amazon.com, Inc.
6         Defendant Golden State FC LLC is a wholly-owned subsidiary of Amazon Fulfillment
7  Services, Inc., which is a wholly-owned subsidiary of Amazon.com, Inc.

8  Dated: July 5, 2017                                   MORGAN, LEWIS & BOCKIUS LLP

10                                                 By  */s/ Eric Meckley*
                                                        Eric Meckley
11                                                      Nancy Villarreal
                                                        Attorneys for Defendants
12                                                      AMAZON.COM LLC AND
                                                        GOLDEN STATE FC LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 31659527.1

2

DEFENDANTS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-3820