1  Scott Edward Cole, Esq. (S.B. #160744)
   Corey B. Bennett, Esq. (S.B. #267816)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone:    (510) 891-9800
4  Facsimile:    (510) 891-7030
   Email: scole@scalaw.com
5  Email: cbennett@scalaw.com
   Web:   www.scalaw.com
6
   Attorneys for Representative Plaintiff
7  and the Plaintiff Class

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12

13  MICHAEL ORTIZ, on behalf of himself  )   Case No. 4:17-CV-03820-JSW
    and all others similarly situated,   )
14                                       )
                    Plaintiff,           )   **PROOF OF SERVICE**
15                                       )
    vs.                                  )
16                                       )
    AMAZON.COM LLC, A DELAWARE           )
17  LIMITED LIABILITY COMPANY;           )
    GOLDEN STATE FC LLC, A               )
18  DELAWARE LIMITED LIABILITY           )
    COMPANY, and DOES 1 through 100,     )
19  inclusive,                           )
                                         )
20                  Defendants.          )
                                         )
21

# PROOF OF SERVICE

I, Valerie C. Leones, declare:

I am a citizen of the United States and employed at the law offices of Scott Cole & Associates, A Professional Corporation. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1970 Broadway, Ninth Floor, Oakland, California 94612. On this date, I served a copy of the within document(s):

- **STIPULATION AND [PROPOSED] PROTECTIVE ORDER**

☑ By placing the document(s) with postage fully prepaid, in the United States Mail, addressed as indicated below. I am readily familiar with the practices of these law offices for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service in the same day in the ordinary course of business.

☑ By electronically filing with the Clerk of the Court using the CM/ECF System which will automatically generate a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3).

Name of Attorney(s):
Eric Meckley
Morgan, Lewis, & Bockius, LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596

Nancy Villarreal
Morgan, Lewis, & Bockius, LLP
1400 Page Mill Road
Palo Alto, CA 94304

☑ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction in the service was made.

Executed at Oakland, California on November 14, 2017.

*Valerie Leones*
Valerie C. Leones