UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ORTIZ, <br>     Plaintiff, <br> v. <br> AMAZON.COM LLC, et al., <br>     Defendants. | Case No. 17-cv-03820-JSW (MEJ) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. Nos. 34, 38 |

On November 20, 2017, Plaintiff Michael Ortiz filed a unilateral discovery letter brief. Ltr., Dkt. No. 34. Defendants Amazon.com LLC and Golden State FC LLC indicated they "intend to submit their portion of the discovery letter by November 29, 2017." Stmt. at 2, Dkt. No. 38. Defendants did not do so.

Plaintiff's unilateral discovery letter brief does not comply with the undersigned's Standing Order re: Discovery. Pursuant to the undersigned's Order re: Notice of Referral for Discovery (Dkt. No. 39), Plaintiff's letter is DENIED WITHOUT PREJUDICE. The parties may file a joint letter that comports with the undersigned's Standing Order re: Discovery, after they have met and conferred in person or been excused from doing so. *See* Standing Order re: Disc. ¶¶ 2-3.

**IT IS SO ORDERED.**

Dated: December 19, 2017

                                          MARIA-ELENA JAMES <br>
                                          United States Magistrate Judge