UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ORTIZ,<br>        Plaintiff,<br>    v.<br>AMAZON.COM LLC, et al.,<br>        Defendants. | Case No. 17-cv-03820-JSW (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 63, 64, 65, 66, 67 |

Pending before the Court are Plaintiff Michael Ortiz and Defendant Golden State FC, LLC's five joint discovery letters. Dkt. Nos. 63, 64, 65, 66, 67. Having considered the parties' positions and the record in this case, the Court ORDERS the following:

1. No later than 30 days of this Order, Golden State shall supplement its responses to Plaintiff's Requests for Production of Documents (Set Two), Interrogatories (Set One), and Interrogatories (Set Two) or file a declaration confirming its responses are complete. *See* Dkt. Nos. 63, 64, 65.

2. No later than 30 days of this Order, Plaintiff shall produce his cell phone and credit/debit card records to Golden State. *See* Dkt. Nos. 66, 67. To the extent Plaintiff believes this production raises third party privacy concerns, he may redact personally identifying and other sensitive information and provide a privilege log describing the basis for the redactions. Alternatively, Plaintiff may designate the documents as confidential pursuant to the parties' protective order.

**IT IS SO ORDERED.**

Dated: March 7, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge