# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 17-cv-03820-JSW (JCS)

**Case Name:** Ortiz v. Amazon.com LLC

**Date:** October 1, 2020         **Time:** 2 H

**Deputy Clerk:** Karen Hom         **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Scott Cole, Laura Van Note
**Attorney for Defendant:** Michele Maryott, Megan Cooney

## ZOOM PROCEEDINGS

( X )   Zoom Settlement Conference  - Held

      ( ) Case Settled        ( X ) Case Did Not Settle        ( ) Partial Settlement

(  )    Further Zoom Settlement Conference

      ( ) Case Settled        ( ) Case Did Not Settle        ( ) Partial Settlement

(  )    Zoom Scheduling Conference to set Settlement Conference

(  )    Further Zoom Settlement Conference

(  )    Discovery Conference – Lead Trial Counsel Meet and Confer

(  )    Zoom Status Conference

(  )    Other

**Notes:**  Parties are invited to contact the Court if they would like to schedule a further settlement conference.
Parties in attendance:  Michael Ortiz, plaintiff. Theresa Mak for Amazon.