UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ORTIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-03820-JSW<br><br>**ORDER CONVERTING PRETRIAL CONFERENCE TO REMOTE HEARING AND DENYING ADMINISTRATIVE MOTION FOR REMOTE APPEARANCES AS MOOT AND INSTRUCTIONS TO PARTIES REGARDING TRIAL DATE**<br><br>Re: Dkt. No. 225 |

This matter is scheduled for a pretrial conference on March 29, 2021. Although the Court intended to hold the pretrial conference in person, due to logistical considerations necessitated by the Court's safety protocols, it CONVERTS the pretrial conference to a remote proceeding to be conducted by Zoom webinar. The parties will receive the information necessary to access the proceeding in the docket entry that will accompany this Order, and it is available on this Court's webpage on the Court's website (https://www.cand.uscourts.gov/judges/jsw). In light of this ruling, the Court DENIES as moot Defendants' administrative motion to permit remote appearances.

The Court also advises the parties that because of those logistical considerations and because the Court has been required to schedule a criminal jury trial on April 26, 2021, which is likely to run for two court weeks, the Court will not proceed with an in-person bench trial on April 19, 2021.

The parties have estimated they would require 33.5 hours for direct testimony, although some of their witnesses appear to be cumulative. The Court intends to set time limitations at the pretrial conference, and it will endeavor to provide the parties with rulings on Defendants'

motions in limine and other issues raised by the trial brief in advance of that date and, if so, will require the parties to meet and confer to adjust their time estimates.

Because the Court does not wish to interrupt this proceeding to begin the criminal trial, the Court intends to continue this matter to a date when it can proceed without interruption. The Court ORDERS the parties to meet and confer in advance of the pretrial conference to discuss dates on which they and their witnesses would be available to start trial within the following time frames: June 21, 2021 (with trial to run no later than July 2, 2021) or any Monday beginning August 9, 2021 through August 23, 2021. At this juncture, the parties should operate under the assumption that the bench trial will proceed remotely, although the Court will revisit that issue as the Northern District adjusts its safety protocols to account for changed circumstances.

**IT IS SO ORDERED**.

Dated: March 17, 2021

_____
JEFFREY S. WHITE
United States District Judge