UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-03820-JSW<br><br>**ORDER REGARDING SCOPE OF ISSUES TO BE TRIED**<br><br>Re: Dkt. No. 231 |

The Court has received and considered Plaintiffs' supplemental brief on the scope of the issues to be tried. The Court denied Defendants' motion regarding Wage Order 7-2001's executive exemption because it concluded there were material facts in dispute on the fifth element. Having concluded that Plaintiff conceded some and did not meet his burden on the remaining elements, the Court did not intend those elements to be relitigated at trial. Therefore, to clarify the record, the Court shall treat the findings on those elements as binding.

**IT IS SO ORDERED**.

Dated: March 24, 2021

JEFFREY S. WHITE
United States District Judge