UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM LLC, et al.,<br><br>　　　　　Defendants. | Case No.  17-cv-03820-JSW<br><br>**ORDER REGARDING TRIAL** |

　　　　The Court has received the parties' joint report regarding the upcoming bench trial.  The Court ORDERS that the trial will proceed in-person.  Therefore, all counsel and any witnesses who can be present in person shall appear in person.  For those witnesses who cannot appear in person, they shall testify remotely via Zoom.  The Court's preference would be to move forward with all witnesses who can attend in person to testify and then to proceed to any remote witnesses to avoid the need to shift modalities on any given trial day.  The parties shall consult the Court's website for further information regarding remote proceedings.[1]

　　　　The Court adopts the parties' proposal to present the testimony of William Hedin and Nityanath Vaidya by deposition, and the parties shall exchange their designations on the schedule set forth in their joint report.

　　　　**IT IS SO ORDERED**.

Dated: June 17, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] See https://www.cand.uscourts.gov/zoom.