UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ORTIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM LLC, et al.,<br><br>        Defendants. | Case No. 17-cv-03820-JSW<br><br>**ORDER RE TRIAL** |

At the pretrial conference, the Court advised the parties that it might hear testimony on Fridays if necessary. The Court intends to hear testimony on Friday, June 25, 2021 during the normal trial day (8:00 a.m. to 1:30 p.m.), and it ORDERS the parties to be prepared to address whether they will be unable to present testimony on that date on Wednesday, June 23, 2021.

**IT IS SO ORDERED**.

Dated: June 22, 2021

_____
JEFFREY S. WHITE
United States District Judge