# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## BENCH TRIAL MINUTES

**Time in Court: 19 minutes**

**JUDGE:  JEFFREY S. WHITE**        **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 25, 2021        **Court Reporter**: Diane Skillman

**CASE NO. 17-cv-3820 JSW**
**TITLE: Michael Ortiz v. Amazon.com LLC, et al.,**

**COUNSEL FOR PLAINTIFF:**        **COUNSEL FOR DEFENDANT:**

Laura Van Note        Jason Schwartz
                                                  Joseph Rose
                                                  Megan Cooney
                                                  Bradley Hamburger

**PROCEEDINGS:**   Bench Trial – Day 4

(SEE ATTACHED TRIAL LOG)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CASE NO. 17-cv-3820 JSW**
**TITLE:** Michael Ortiz v. Amazon.com LLC, et al.,

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **DISTRICT JUDGE**<br>JEFFREY S. WHITE | **PLAINTIFF ATTORNEY:**<br>Laura Van Note | **DEFENSE ATTORNEY**:<br>Jason Schwartz<br>Joseph Rose<br>Megan Cooney<br>Bradley Hamburger |
|---|---|---|
| **TRIAL DATE:**<br>June 25, 2021 | **COURT REPORTER:**<br>Diane Skillman | **COURTROOM DEPUTY**:<br>Jennifer Ottolini |

| PLTF NO. | DEFT NO. | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:52 am | | | Court convened. All Counsel are present.<br>Cross examination of **DIEGO NEVADO,** who has been previously sworn, by Ms. Van Note began (via ZOOM). |
| | | 8:11 am | | | Re-direct examination of **DIEGO NEVADO** (via ZOOM) by Mr. Hamburger. |
| 176 | | | X | X | Deposition Transcript of William Hedin |
| | | 8:17 am | | | Plaintiff rests.<br>Defendant moves for Motion for Judgment pursuant to rule 52(c).<br>Motion is taken under submission. |
| | 177 | | X | X | Deposition Transcript of Nityanath Baidya |
| | | 8:19 am | | | Defendant rests.<br>Plaintiff moves for Motion for Judgment pursuant to rule 52(c).<br>Motion is taken under submission.<br>The parties are directed to file their simultaneous Proposed Findings of Fact and Conclusions of Law 30 days after the transcript is completed.<br>Responses/Replies due 30 days thereafter. |
| | | 8:21 am | | | Court is adjourned.<br>(The parties submitted a thumb drive with all of the admitted exhibits) |