VOLUME 2

Pages 210 – 423

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Before The Honorable JEFFREY S. WHITE, Judge**

MICHAEL ORTIZ, on behalf of )
himself and all others )
similarly situated, )
)
        Plaintiff, )   NO. C-17-3820 JSW
)
 VS. )   Wednesday, June 23, 2021
)
AMAZON.COM LLC, ET AL., )   Oakland, California
)
)   BENCH TRIAL
)
       Defendants. )
_____)

## REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:        SCOTT COLE & ASSOCIATES, APC
                  555 12th Street, Suite 1725
                  Oakland, California 94607
             **BY: LAURA G. VAN NOTE, ESQUIRE**


For Defendant:        GIBSON, DUNN & CRUTCHER LLP
                  1050 Connecticut Avenue, N.W.
                  Washington, DC 20036
             **BY: JASON C. SCHWARTZ, ESQUIRE**


(APPEARANCES CONTINUED)


Reported By:         Diane E. Skillman, CSR 4909, RPR, FCRR
                Official Court Reporter

TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

```
 1

 2    For Defendant:              GIBSON, DUNN & CRUTCHER LLP
                                  3161 Michelson Drive
 3                                Irvine, California 92612
                           BY:   MEGAN COONEY, ESQUIRE
 4

 5                                GIBSON, DUNN & CRUTCHER LLP
                                  333 South Grand Avenue
 6                                Los Angeles, California 90071
                           BY:   BRADLEY J. HAMBURGER, ESQUIRE
 7

 8                                GIBSON, DUNN & CRUTCHER
                                  555 Mission Street, Suite 3000
 9                                San Francisco, California 94105
                           BY:   JOSEPH ROSE, ESQUIRE
10

11

12    Also Present:              TERESA MAK, AMAZON REPRESENTATIVE

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2                                         PAGE    VOL.

 3    Plaintiff's Witnesses:

 4    Ortiz, Michael

 5    Cross-examination by Mr. Schwartz (resumed)   216     2

 6    Redirect Examination by Ms. Van Note          276     2

 7    Recross-examination by Mr. Schwartz           288     2

 8    Defendants' Witnesses:

 9    Lopez, Marc

10    Direct Examination by Ms. Cooney              292     2

11    Cross-examination by Ms. Van Note             336     2

12    Redirect Examination by Ms. Cooney            376     2

13    Kaczor, Edward

14    Direct Examination by Mr. Rose                380     2

15    Cross-examination by Ms. Van Note             408     2

16

17

18

19

20

21

22

23

24

25
```

```
 1   Wednesday, June 23, 2021                      8:04 a.m.

 2                    P R O C E E D I N G S

 3                          o0o

 4         THE COURT:  Please be seated.  Please call the case.

 5         THE CLERK:  Calling case number CV-17-3820 Michael

 6   Ortiz versus Amazon.com, LLC.

 7      Counsel, please approach the podiums and state your

 8   appearances.

 9         MS. VAN NOTE:  Good morning, Your Honor.  Laura Van

10   Note with Scott Cole & Associates for the plaintiff.

11         THE COURT:  Good morning.

12         MR. SCHWARTZ:  Good morning, Your Honor.  Jason

13   Schwartz with Gibson Dunn.  Again, accompanied by my

14   colleagues Bradley Hamburger, Megan Cooney, and Joe Rose, and

15   our client representative Teresa Mak for Amazon.

16         THE COURT:  Good morning, everybody.

17      First question I have, housekeeping, pursuant to the order

18   regarding trial that the Court issued yesterday, concerning

19   possibly sitting on Friday, I wanted to ask plaintiffs if that

20   is acceptable to sit Friday?

21         MS. VAN NOTE:  It is, Your Honor.  We are available.

22         THE COURT:  And the defendant?

23         MR. SCHWARTZ:  Same here, Your Honor.

24         THE COURT:  Perfect.

25      The second issue is, I understand I'm going to -- let me
```

1    describe the issue that has come up and I will tell you, in

2    effect, my current position with respect to that.  And counsel

3    can correct me if I mischaracterize the issue.

4        The issue is regarding the individual whose name came up

5    during the cross-examination of the defendant Mahmoud

6    Abdelaziz -- I may have gotten his name wrong.  I apologize to

7    him remotely -- and possible impeachment of the plaintiff with

8    his possible testimony.

9        And it's come to the Court's attention that the defendant

10   put this gentleman's name on its witness list, whose name was

11   not heretofore on the witness list, and the plaintiff objects

12   to the late status of this gentleman.

13       And the -- and so my position is at this point, it's too

14   early to rule on that because unless and until he's

15   actually -- the plaintiff is ready to -- I'm sorry, the

16   defendant is ready to call him, and unless and until the --

17   well, unless and until that time, then the issue will be --

18   two issues.  One is, does the defendant have enough time?  And

19   the second issue is, was it a violation of the Court's

20   standing order such that I should exclude his testimony?

21       So let me ask the plaintiff, again, I'm not asking for

22   argument.  Have I correctly characterized both the issue and

23   your position?

24           **MS. VAN NOTE:**  Yes, Your Honor, I believe so.

25           **THE COURT:**  Okay.  From the defendants' perspective?

1          **MR. SCHWARTZ:**  Yes, Your Honor.

2          **THE COURT:**  All right.  So, therefore, I don't need

3     to rule on that at this point.  I will rule and I'm not taking

4     any position at all unless and until -- when it gets to the

5     point where, let's say, the defendant says, I would like to

6     call him -- would he be appearing by Zoom or live?

7          **MR. SCHWARTZ:**  He will appear live, Your Honor.

8          **THE COURT:**  To the extent -- so as to not

9     inconvenience him, at such time as you think the Court needs

10    to rule on that for his convenience, let me know and I will

11    then hear argument on that.

12       Is that acceptable?

13          **MR. SCHWARTZ:**  Of course, Your Honor.

14          **THE COURT:**  Is that acceptable to you?  So we will

15    reserve on that?

16          **MS. VAN NOTE:**  Yes, Your Honor.

17          **THE COURT:**  I need to get something from my chambers.

18    Give me about five minutes.  I have something -- my notes.

19    I'll be back.  And you can have Mr. Ortiz up on the witness

20    stand.  I will be right back.

21          **MS. VAN NOTE:**  Yes, Your Honor.

22          **THE COURT:**  Thank you.

23                    (Pause in the proceedings.)

24          **THE CLERK:**  Remain seated.  Court, again, is in

25    session.

1          **THE COURT:**  All right.  Good morning, Mr. Ortiz.

2          **THE WITNESS:**  Good morning, Your Honor.

3          **THE COURT:**  As I will do with all witnesses, I will

4      remind you you are still under oath.

5          **THE WITNESS:**  Okay.

6          **THE COURT:**  You may proceed, counsel.

7          **MR. SCHWARTZ:**  Good morning, your Honor.  Thank you.

8                  <u>**CROSS-EXAMINATION**</u>  **(RESUMED)**

9      **BY MR. SCHWARTZ:**

10     **Q.**  Good morning, Mr. Ortiz.

11         Mr. Ortiz, have you discussed your testimony with anyone

12     since you left the stand on Monday?

13     **A.**  I have not.

14     **Q.**  Not even your lawyer?

15     **A.**  I mean, yeah, we talked about the testimony.

16     **Q.**  What did you discuss with your lawyer about your testimony

17     after you left the stand on Monday?

18         **THE COURT:**  Sustained.

19         **MS. VAN NOTE:**  Objection.

20         **THE COURT:**  It's privileged.

21     **BY MR. SCHWARTZ:**

22     **Q.**  Did you discuss your testimony with anyone other than your

23     lawyer?

24     **A.**  No.

25     **Q.**  Did your lawyer tell you how you should answer my

1    questions today?

2              **THE COURT:**  Sustained.

3    **BY MR. SCHWARTZ:**

4    **Q.**  Mr. Ortiz, you were terminated from your position at

5    Amazon on December 11th, 2016; is that correct, sir?

6    **A.**  I believe that is correct.

7    **Q.**  And that termination occurred after you walked on a

8    conveyor belt, correct, sir?

9    **A.**  After I was injured and I submitted my report of what I

10   believe had happened, I was terminated.

11   **Q.**  And, sir, you walked on a conveyor belt, correct?

12   **A.**  With the benefit of hindsight, I do know that that is what

13   occurred, yes.

14   **Q.**  I'm not sure why you need hindsight for that.

15        You walked on a conveyor belt, right?

16   **A.**  Perhaps let me explain it for you.

17   **Q.**  No, I would just like you to answer my question, please,

18   sir.

19              **THE COURT:**  You can answer it "yes" or "no," and then

20   later, when your attorney questions you again, if she does,

21   you can explain.

22        Did you or did you not walk on a conveyor belt?

23              **THE WITNESS:**  I fell down the conveyor belt and hit

24   my head.

25

**BY MR. SCHWARTZ:**

**Q.** You were walking on the conveyor belt when you fell?

**A.** I wouldn't classify it as walking, no.

**Q.** Were you standing on the conveyor belt?

**A.** That would be a correct statement.

**Q.** All right.

You understood that Amazon safety policy prohibited standing on conveyor belts, correct, sir?

**A.** That was my understanding.

**Q.** All right.

Now, we talked on Monday, right before you left the stand, about some applications you submitted for employment to prospective employers after you were fired from Amazon.

Do you remember that?

**A.** Yes.

**Q.** All right. Let's take a look at Exhibit Number 119, which is one of those applications.

(Displayed on screen.)

Do you recall one of the employers that you applied to was the Century Group, sir?

**A.** Yes.

**MR. SCHWARTZ:** Let's turn to the second page of that exhibit.

(Displayed on screen.)

And the next page, please.

```
1              (Displayed on screen.)
2          MR. SCHWARTZ:  All right.
3   BY MR. SCHWARTZ:
4   Q.  I think we reviewed this on Monday.  This is your online
5   application to the Century Group; is that correct, sir?
6   A.  Yes.
7   Q.  All right.
8       And if you scroll down just a little bit on this page, you
9   see where you indicate your employment status and that you're
10  not currently employed at the time of that application.
11      It says, "Are you employed now?"
12      You answered, "no?"
13  A.  That is what that says, correct.
14  Q.  And that was the answer you provided, right?  You were not
15  then working because you had been fired from Amazon and you
16  didn't yet have another job?
17  A.  It looks like this document was something generated from
18  their portal.  So I can't say for certain if I clicked a
19  button saying no, or it didn't have an option.
20  Q.  You think maybe no just magically appeared; it wasn't
21  selected by you?
22  A.  I can't be certain.
23  Q.  Now, if you go down that left-hand column where it says
24  "termination details," and it says, "terminated by Amazon for
25  filing a whistleblower complaint with OSHA," was that
```

1    information that you input or did that somehow appear without

2    your knowledge?

3    **A.**   That information I input as truthful.

4    **Q.**   All right.  Now let's turn to the next page of this

5    application, sir.

6        Do you see the second entry down in your work history, you

7    also list your position with Amazon?  Correct?

8    **A.**   I do see that there, yes.

9    **Q.**   And in the one, two, three, four, fifth column, you list

10   the date that your employment ended as January 12th, 2017.

11       Is that another one of those typos?

12   **A.**   That would have been the date that I heard back from the

13   executive HR team that my follow-up had been unsuccessful, and

14   I was going to be terminated.

15   **Q.**   Well, but you already were terminated in the middle of

16   December, right?  You weren't paid between the middle of

17   December and the middle of January, were you, sir?

18   **A.**   I was not paid by Amazon during that time.

19   **Q.**   You just hoped that your termination was going to be

20   reversed, correct?

21   **A.**   I hoped, and I was in talks with an executive HR team.

22   **Q.**   All right.

23       Now, right next to that date where your sort of

24   aspirations to be re-employed ended, the next column says

25   "reason for leaving."

ORTIZ – CROSS / SCHWARTZ

```
1        Was that information that you input where it says, "wanted
2   to finish my CPA" or did that appear without your
3   intervention?
4   A.  I would have put that there.
5   Q.  All right.
6        So right on the page before, you just told me a second ago
7   that you truthfully reported to this prospective employer that
8   you had been terminated for making some sort of complaint to
9   OSHA, but now on this second page, you said you left because
10  you wanted to finish your CPA.
11       Was that also a truthful answer, sir?
12  A.  Both statements can be true.  That is correct, sir.
13  Q.  I'm not asking about some hypothetical whether they can be
14  true.
15       Is it your position that both of the things you told to
16  the Century Group are true?
17  A.  Yes, sir.
18  Q.  All right.
19       Now, Mr. Ortiz, at the time that you injured yourself on
20  the conveyor belt, you asked Mr. Lopez to quote, "do you a
21  solid" and lie to Amazon, telling them that instead you fell
22  in a stairway.
23       Isn't that correct?
24  A.  In a moment of panic, afraid of losing my livelihood,
25  being able to support my family, yes, I did say that.
```

1   **Q.**  You also asked associates who were under your supervision

2   to tell that same lie, correct, that you fell on the stairs

3   instead that you fell on the conveyor belt?

4   **A.**  I thought I had fallen on the stairs.

5   **Q.**  I'm sorry.  A moment ago you admitted that you asked

6   Mr. Lopez to lie for you.  But now it's your testimony that

7   you actually asked the associates to tell what you believed to

8   be the truth because you mistakenly thought you fell on the

9   stairs?

10  **A.**  So perhaps I can explain the accident and the timing

11  because perhaps you are unclear on things.

12  **Q.**  I don't think so, sir.

13      Let me just ask you this question directly.

14      Did you or did you not ask Mr. Lopez to quote, "do you a

15  solid" and lie about the circumstances of your accident?

16          **MS. VAN NOTE:**  Objection, asked and answered.

17          **THE COURT:**  Overruled.

18      You can answer.

19          **THE WITNESS:**  Can you tell me where specifically the

20  quote is ending in your statement?

21  **BY MR. SCHWARTZ:**

22  **Q.**  Sure.  Let me make this easier for you.

23      Did you or did you not, and I'm not going to put any words

24  in quotes, did you or did you not in sum and substance ask

25  Mr. Lopez to tell a lie for you about the circumstances in

1    which you were injured?

2    **A.**  Yes, I did.

3    **Q.**  Did you or did you not ask one or more associates under

4    your supervision to lie for you about the circumstances in

5    which you were injured?

6    **A.**  I do not recall doing that.

7    **Q.**  Now, Mr. Ortiz, you testified, I think, just when you

8    began your testimony Monday morning, that the reason you're

9    here in this courtroom, the reason you filed your lawsuit was

10   because you felt you were quote "treated unfairly" unquote by

11   Amazon.

12       Is that true?

13   **A.**  Yes, I said that.

14   **Q.**  And that is, in fact, the reason that you filed the

15   lawsuit, right?  Is that truthful?

16   **A.**  It is.

17   **Q.**  And is it fair to say that the most unfair thing that you

18   think happened to you was your termination after you were

19   injured?  Is that correct?

20   **A.**  No.

21   **Q.**  That wasn't the most unfair thing that happened to you?

22   **A.**  It was one of many unfair things.

23   **Q.**  All right.  You felt it was unfair that you were

24   terminated?

25   **A.**  Yes.

ORTIZ - CROSS / SCHWARTZ

1    **Q.**  Now, in fact, at the time that you were terminated, you

2    thought your career was on the rise at Amazon, correct, sir?

3    **A.**  I did.

4    **Q.**  And, specifically, based on the performance of the night

5    sort you ran, you thought you were in line for a promotion to

6    a Level 5 Area Manager; is that correct?

7    **A.**  That is correct, sir.

8    **Q.**  Okay.

9         Now, one of the things you were proud of when you worked

10   at Amazon, and I think you testified about this a little bit

11   on Monday, was you were selected to give some sort of

12   orientation tour of the delivery station to a newly hired vice

13   president of the company.

14        Do you remember that?

15   **A.**  I do remember that.

16   **Q.**  And that vice president was Mr. Feitzinger?

17   **A.**  That sounds correct.

18   **Q.**  Let's take a look at Trial Exhibit 108, sir, which has

19   been admitted.

20                        (Displayed on screen.)

21        Now, these appear to be Facebook posts by Mike Teez.  Is

22   that a name that you go by, Mr. Ortiz?

23   **A.**  Yes.

24   **Q.**  And are these, in fact -- I am sorry, Twitter posts.  Are

25   these, in fact, your Twitter posts?

1    **A.**  They are.

2    **Q.**  Now, if you look at the one at the bottom of the page,

3    August 26, 2016:

4              "On Monday morning, I will be helping to onboard a

5              new VP third in command."

6         That refers to when you were helping to onboard

7    Mr. Feitzinger; is that correct, sir?

8    **A.**  Yes.

9    **Q.**  And at that time you said it was an incredible honor made

10   even better by the fact that he specifically chose our site

11   because we are so new yet already outperforming other sites.

12        Was that statement correct, that your delivery station was

13   new but it was already outperforming other sites?

14   **A.**  Yes.

15   **Q.**  And you were proud of your role in making that happen,

16   correct?

17   **A.**  I was proud of my role in that and that is what Karm said

18   was the reason that we -- our site was selected.

19   **Q.**  Selected for Mr. Feitzinger's onboarding?

20   **A.**  Yes.

21   **Q.**  And then did you, in fact, believe what you said in the

22   last sentence here, this was a big opportunity for you?

23   **A.**  Did I believe it was a big opportunity?

24   **Q.**  Yes, sir.

25   **A.**  Of course.

ORTIZ - CROSS / SCHWARTZ

 1    **Q.**  And you noted in that last sentence that you were

 2    simultaneously jumping for joy and freaking out because you

 3    have so much to prepare.

 4        Was it true that you had to -- so much to prepare for

 5    Mr. Feitzinger's visit?

 6    **A.**  As I said repeatedly, I had so much to prepare every day

 7    to be able to get the job done.

 8    **Q.**  So it wasn't anything special you had to do for

 9    Mr. Feitzinger's visit?

10    **A.**  Not that I can recall.

11    **Q.**  So you could send this message every day, that you were

12    jumping for joy and freaking out because you had so much to

13    prepare for each shift that you performed at the delivery

14    station?

15    **A.**  I think the fact that a VP was going to be in the building

16    would want me to make sure that everything was prepared even

17    more so.

18    **Q.**  Now, by the way, when people came to the building, they

19    weren't allowed to wear open-toed shoes, were they, sir?

20    **A.**  No.  It was a restriction.

21    **Q.**  That was a safety rule for anybody who entered the

22    delivery station, right?

23    **A.**  From my understanding any Amazon facility, yes.

24    **Q.**  So any Amazon facility if, for example, I came as an

25    outside lawyer, I'm not there to move any packages, I came in

1    my suit, I would not be permitted to wear open-toed shoes,

2    correct, sir?

3    **A.**  Anyone who entered the building, my understanding, would

4    not be permitted to wear open-toed shoes in case a box fell on

5    their foot.

6    **Q.**  Understood.

7        Now, after you were terminated, you sent an email to

8    Mr. Feitzinger, the vice president who you were so honored to

9    give that tour to, to request his assistance in reversing your

10   termination.  Is that correct?

11   **A.**  I believe that is correct, sir.  Yes.

12   **Q.**  All right.

13        **MR. SCHWARTZ:**  Let's take a look at Exhibit

14   Number 128.

15                    (Displayed on screen.)

16   **BY MR. SCHWARTZ:**

17   **Q.**  Mr. Ortiz, is this the message that you sent to

18   Mr. Feitzinger asking him to assist you in getting your job

19   back?

20   **A.**  This looks like the email chain, yes.

21   **Q.**  All right.

22        **MR. SCHWARTZ:**  I think can we go to the first page

23   just for a second.

24                    (Displayed on screen.)

25        It starts at the back.  Let's go to the last page.  I want

1   to see the beginning of this chain.  All right.

2   **BY MR. SCHWARTZ:**

3   **Q.**  You see at the bottom of that page with Bates number 284,

4   it looks like it is an email from djmiketeez@gmail.com to

5   Mr. Feitzinger with a copy to Mr. Bezos.

6        Do you see that, sir?

7   **A.**  Yes, I see that with Mr. Bezos copied.

8   **Q.**  All right.  Let's start with the "From"

9   djmiketeez@gmail.com.  That is, in fact, your personal email

10  address, right?

11  **A.**  It is.

12  **Q.**  And the Mike Teez part that's because that's what you go

13  by, Mr. Ortiz, correct?

14  **A.**  Yes.

15  **Q.**  And the DJ part is because you're a DJ, right?

16  **A.**  Yes.

17  **Q.**  We talked all about how you had that DJ business while

18  working at Amazon, remember?

19  **A.**  I wouldn't call it a business.  I would call it once or

20  twice at tops.

21  **Q.**  You were paid to be a DJ.

22  **A.**  Not always.

23  **Q.**  Sometimes you did it for free?

24  **A.**  I did.

25  **Q.**  So you sent this message Thursday, December 15, 2016 at

1    12:06 p.m. to Mr. Feitzinger.

2        Mr. Feitzinger was the vice president who you had given

3    the tour of the facility to, right?

4    **A.**   Yes.  He had come worked in the facility for an evening.

5    **Q.**   Right.  He was the one -- we just looked at your Twitter

6    post.  You were honored to give him the tour, right?

7    **A.**   Yes.

8    **Q.**   And you copied Mr. Bezos.  He is the Chief Executive

9    Officer of Amazon at the time?

10   **A.**   Yes.

11   **Q.**   All right.

12       Now, this note, if we turn to the substance of your note,

13   you wrote to Mr. Feitzinger who you, quote-unquote, "helped to

14   onboard" -- "helping to onboard," that was the highlight of

15   your time at DSF6 -- was that true, it was the highlight of

16   your time helping to onboard Mr. Feitzinger?

17   **A.**   It was one of the few highlights, yes.

18   **Q.**   All right.

19       And you wrote to him, the purpose of your note again was

20   to ask for his assistance in reversing the decision to

21   terminate your employment.  Is that correct, sir?

22   **A.**   That is correct.

23   **Q.**   All right.

24       And part of what you did was you wanted to explain to

25   Mr. Feitzinger the value and contribution that you made to the

1    company.  Is that true?

2    **A.**  I did.

3    **Q.**  And I assume when you did that in this note, you

4    highlighted those things that you thought would be important

5    to Amazon; is that correct?

6    **A.**  I -- yes, that sounds correct.

7    **Q.**  So you remember before when we talked about your job

8    applications and résumés, you told me that the achievements

9    you put on there were the things that you thought the

10   prospective employers would value the most, right?

11   **A.**  Yes, I did.

12   **Q.**  So, for example, you told me you didn't list on there that

13   you sorted packages in the path because that wasn't something

14   you thought the prospective employer would value very much.

15   So instead you listed things like process improvements and

16   managing the employees.

17       Do you remember when we talked about that on Monday?

18   **A.**  I do remember that.

19   **Q.**  All right.

20       So now in this note where you are writing to

21   Mr. Feitzinger, I assume similarly you would emphasize the

22   things that you thought were important to Amazon.  Is that

23   right?

24   **A.**  Yes.

25   **Q.**  All right.  So let's scroll down and look at the things

1    that you did.

2              MR. SCHWARTZ:  If we go on to the next page there.

3                   (Displayed on screen.)

4       And that second to last paragraph, if we could

5    highlight -- right there, yes.  Thank you.

6    BY MR. SCHWARTZ:

7    Q.  So, first of all, you told Mr. Feitzinger you were the

8    sort manager who helped create the small sort process, the

9    first van pre-load process at Amazon Logistics, helped run the

10   number two sort in the network, and the manager who helped

11   onboard you personally.

12      Were those all things you thought were important to

13   Amazon?

14   A.  Yes.

15   Q.  All right.  Now you didn't highlight that you spent a

16   whole bunch of time sorting packages in the path, sir?

17   A.  Is that a question?

18   Q.  Yes.

19      Correct, right?  You did not highlight that you spent a

20   whole bunch of time sorting packages in the path?

21   A.  Above I highlighted some of the safety concerns I had from

22   my time in the path in this document.

23   Q.  I'm sorry, sir.  I'm going to have to ask you again:  Can

24   you answer my question?

25      You did not highlight in your email to Mr. Feitzinger that

```
1    you spent a lot of time sorting packages in the path, did you,

2    sir?

3    A.  I did not highlight that, no.

4    Q.  All right.

5              MR. SCHWARTZ:  Let's take a look at Exhibit

6    Number 108.

7                        (Displayed on screen.)

8    BY MR. SCHWARTZ:

9    Q.  These, again, are your social media posts, correct?

10   A.  That is correct.

11   Q.  Let's take a look at the November 16, 2016 post.

12             MR. SCHWARTZ:  If we can blow that up.  Thank you,

13   sir.

14   BY MR. SCHWARTZ:

15   Q.  That's when you were ranked number two in the entire

16   network.  You see, "Just found out my delivery station's

17   sortation quality score is number two in the entire Amazon

18   network"?

19   A.  That is what that says, correct.

20   Q.  That was true, right?  That's what happened?

21   A.  That is correct.

22   Q.  And you were particularly proud of that because the number

23   one building had been around for nine months, but you were

24   basically a brand new station, correct?

25   A.  Yes.
```

1   **Q.**  And I think, as you pointed out to me on Monday, one of

2   the things you said is it was a team effort, correct?

3   **A.**  Yes.

4   **Q.**  But then right after you say it is a team effort, you

5   actually use the word "but."  To emphasize this, you say, "but

6   the fact is, many of the changes and processes I created and

7   implemented helped get us here."

8       Was that a truthful statement?  Did many of the changes

9   and processes that you, Mr. Ortiz, created and implemented

10  helped get your station to the number two rank?

11  **A.**  At the time I thought I was, yes.

12  **Q.**  And those processes and changes that you created and

13  implemented, they were the result of, as you said, hours and

14  hours of hard work, experimentation, and process improvements.

15      Is that true?

16  **A.**  Yes, sir.  That is correct.

17  **Q.**  All right.

18          **MR. SCHWARTZ:**  Your Honor, I apologize.  I neglected

19  to move -- if we can put back up Exhibit Number 128, the email

20  correspondence between Mr. Ortiz and Mr. Feitzinger.

21      That had not been stipulated for admission, so I would

22  like to move its admission at this time.

23          **MS. VAN NOTE:**  Your Honor, we would object to this

24  exhibit on the grounds of relevance.  If I may be heard.

25      I believe that the final two lines talking about

ORTIZ - CROSS / SCHWARTZ

1   Mr. Ortiz's work at Amazon and his contributions probably are

2   relevant, but the remainder of the document regarding the

3   circumstances of his injury, really are not relevant to the

4   issues here today.

5       And so if the Court is inclined to admit the exhibit, we

6   would ask that only the relevant or probative portions be in

7   the record.

8           **THE COURT:**  Counsel?

9           **MR. SCHWARTZ:**  Your Honor, the most relevant portions

10  certainly is his description of his achievements, including

11  that last sentence, but they also appear at other points in

12  the email.  But it is also relevant for his motivation to be

13  here today and to make the statements he is making today, his

14  disgruntlement over the entire termination.

15          **THE COURT:**  All right.  The objection is overruled.

16  It is admitted.

17          **MR. SCHWARTZ:**  Thank you, Your Honor.

18              (Trial Exhibit 128 received in evidence)

19          **THE CLERK:**  Counsel, if you could pull out, when you

20  are saying the exhibits, the ones that haven't been admitted

21  so they are in the record.

22          **MR. SCHWARTZ:**  Will do.

23          **THE CLERK:**  Thank you.

24          **MR. SCHWARTZ:**  Thank you.

25

1    **BY MR. SCHWARTZ:**

2    **Q.**  Mr. Ortiz, you are familiar with an Amazon Directory

3    called the phone tool, correct?

4    **A.**  I may have heard something about that, but it doesn't ring

5    a bell.

6    **Q.**  You could look people up on it, see their picture; doesn't

7    ring any bells?

8    **A.**  I think there was some kind of -- yeah, where you could

9    look up different Amazon employees.  That does -- now that you

10   mention it that way, that does ring a bell.

11   **Q.**  Do you remember one of the things you worked on while

12   working at Amazon, you wanted to complete certain achievements

13   to get like little icons or pictures that could be added to

14   your profile on the phone tool, sort of like merit badges, if

15   you will, that would appear next to your name.

16        Do you remember working to try and get more and more of

17   those throughout your tenure at Amazon?

18   **A.**  Yes.  Yes.  I thought that that would be good visibility

19   to help me move up in the company and other people had moved

20   up in the company had a lot of those things.  So, yes.

21   **Q.**  And, in fact, you spent time during your shift on your

22   computer completing various activities in order to earn those

23   badges that could appear, or those icons that could appear in

24   your phone tool profile, correct?

25   **A.**  Sometimes.  Sometimes when I was home as well.

1    **Q.**  And, in fact, one of the things you did was you actually

2    created your own affinity group for night sort managers; is

3    that correct?

4    **A.**  I believe I created an icon for a phone tool, yes.

5    **Q.**  And then you were able to award yourself that particular

6    badge and put it in your profile, right, because you were part

7    of this group you just created for night sort managers?

8    **A.**  I had seen a lot of different delivery stations setting up

9    phone tools and different icons related specifically to them.

10   So, yes, I had set up one for us.  As we were launching a new

11   station, I thought it was appropriate that we have one.  And

12   Karm actually asked me to make it.

13   **Q.**  Is that a yes?

14   **A.**  Yes.

15   **Q.**  Now, Mr. Ortiz, I want to go over some of the things you

16   testified to about the start of your work.

17       So, first of all, you would arrive, I think you said,

18   somewhere between 10:00 and 11:00 p.m. each night; is that

19   right?

20   **A.**  Generally, yes.  Sometimes I would get there a little bit

21   earlier.

22   **Q.**  And the associates on the sort, the bulk of them would

23   arrive at what time?

24   **A.**  It was different at different stations, but usually

25   between 12:00 and 1:00.

1    **Q.**  All right.  So you would get there between 10:00 and

2    11:00, the bulk of the associates would get there between

3    12:00 and 1:00.  Is that your testimony?

4    **A.**  As I said, it varied from station to station, but in

5    general, that would be correct.

6    **Q.**  And I think you testified, if I heard you right, both in

7    your deposition and in part of your testimony on Monday, that

8    for the first few days when you first started as the Night

9    Sort Manager, you didn't perform the physical setup labor

10   during that window before the associates arrived; that you did

11   not do that.  But then what you found was, because you

12   personally didn't do that work, everything was behind and you

13   had to stay longer.  Is that right?

14   **A.**  That would be a fair statement, yes.

15   **Q.**  And then eventually, after these first few days when the

16   shifts were taking longer than you wanted them to, you

17   realized, well, gosh, I better do this physical staging labor

18   before the rest of the folks get here because otherwise it's

19   going to take too long; is that right?

20   **A.**  That's incorrect.  I was instructed to do that by my boss

21   John White.

22   **Q.**  Let me ask you about that.  Because at another point in

23   your testimony on Monday, this is why I was confused because

24   you twice testified, once in your deposition and once on

25   Monday, that during the setup, first few days you didn't do

1    anything, and then that's how you realized you had to do it.

2        But then at another point, your counsel asked you, tell us

3    about what happened on the very first night that you showed up

4    at the delivery station, first night on the job.  And you said

5    on the first night, the very first thing that happened was

6    that Mr. White, the station manager, told you, you've got to

7    start unloading and setting up and doing the physical labor.

8        So now I'm confused, sir.  Which one was it?  Did you do

9    it from day one or did you only do it after several days of

10   not doing it and realizing that the shift took too long?

11       Which one is true?

12   **A.**  I rolled up my sleeves from day one in terms of actually,

13   you know, unloading stuff, spending multiple hours moving

14   boxes.  That was a few days before that began.

15   **Q.**  All right.

16       **MR. SCHWARTZ:**  Your Honor, I would like permission to

17   read from Mr. Ortiz's deposition, page 72, line 15 to page 73,

18   line 14.

19           **THE COURT:**  Okay.  Do you have a copy for the Court?

20           **THE CLERK:**  I have it for you, Your Honor.

21           **THE COURT:**  Thank you.

22       Would you, if you don't mind, counsel, provide the cite

23   again now that I have the transcript?

24       **MR. SCHWARTZ:**  Of course, Your Honor.

25       Page 72, line 15 through page 73, line 14.

1          **THE COURT:**  All right.

2       Counsel, any objection?

3          **MS. VAN NOTE:**  No objection, Your Honor.

4          **THE COURT:**  Go ahead.

5          **MR. SCHWARTZ:**  Thank you, Your Honor.

6       So page 72, starting at Line 15:

7          "Question:  All right.  So why did you unload pallets

8          and stage them on conveyance systems when you would

9          start the night shift assuming there were trucks

10         there?

11         "Answer:  Because I didn't want to be there 12 hours.

12         "Question:  And what does that mean?

13         "Answer:  That means if I hadn't done it, if I hadn't

14         have done it, it would have taken longer to get the

15         shift done.

16         "Question:  And how do you know that?

17         "Because there was, at the beginning, I didn't do it.

18         "Question:  So when you say 'at the beginning you

19         didn't do it,' let me see if I can understand that.

20         When -- you are saying when you started working at

21         DSF5 as a Shift Manager on the night shift, when you

22         got in, you did not unload pallets from trucks and

23         stage them for the conveyance systems?

24         "Answer:  For the first few days, yes.

25         "Okay.  Similarly, when you started, you did not

1          break down plastic wrap or shrink wrap; is that

2          right?

3          "Answer:  Again, for the first few days, yes.

4          "Question:  Okay.  And the same thing when -- the

5          first few days when you started, you would not cut

6          holes in the big boxes, the gaylords; is that right?

7          "Answer:  That is right."

8          **MS. VAN NOTE:**  Your Honor, if I may, I would like to

9    read the following -- the next question in the transcript as

10   well, which is page 73, lines 13 through 21.

11         **THE COURT:**  Just a moment.

12               (Pause in the proceedings.)

13         **THE COURT:**  All right.  Good ahead.

14         **MS. VAN NOTE:**  (Reading)

15         "Question:  Okay.  So then on those first few days,

16         what made you change your practice or after the first

17         few days, what made you change your practice?

18         "Answer:  The shifts were running long.  Management

19         wanted us to get the time down so that we didn't have

20         to keep Tier 1 associates and pay them overtime.  So

21         that's why."

22         **THE COURT:**  Okay.  Thank you.  Proceed.

23         **MR. SCHWARTZ:**  Thank you.

24   BY MR. SCHWARTZ:

25   **Q.**  Mr. Ortiz, as we sit here today, can you tell me which one

1    of those is true?  Did you or did you not perform the manual

2    labor on the first few days?

3    **A.**  I did perform some manual labor on the first few days.

4    **Q.**  All right.  So the testimony we just read was false?

5    **A.**  From the deposition, I -- my understanding was it was --

6    is it something you did the entire time when he was

7    questioning me.  He didn't say did you do this at all.  I,

8    perhaps, misunderstood during the deposition.

9    **Q.**  You misunderstood.  All right.

10        You testified on Monday that you arrived at the delivery

11   station before the Tier 1 associates showed up to prepare for

12   the shift, correct?

13   **A.**  I did say that, yes.

14   **Q.**  And part of the preparation for the shift involved

15   receiving and reviewing a handoff report from the prior shift

16   manager, if one was provided.  I understand you said not every

17   day there was one.

18        Where there was one, part of what you had to do is look at

19   the handoff report; is that right, sir?

20   **A.**  I believe my testimony was that the handoff was started on

21   my shift and handed off to the next few shifts.

22   **Q.**  So you didn't get any kind of handoff report ever from the

23   shift manager of the shift before you when you arrived?

24   **A.**  Very rarely.

25            **MR. SCHWARTZ:**  Your Honor, I would like permission to

1   read from Mr. Ortiz's deposition, page 72, lines 4 through 14.

2        **THE COURT:**  One moment.

3             (Pause in the proceedings.)

4        **THE COURT:**  Any objection, counsel?

5        **MS. VAN NOTE:**  No objection, Your Honor.

6        **THE COURT:**  Proceed.

7        **MR. SCHWARTZ:**  Thank you, Your Honor.

8     Line 4.

9        "Question:  So when you started your shift, was there

10       any type of like handoff material, either in the form

11       of a report or information that you were given so

12       that you could do your work on your shift?

13       "Answer:  Sometimes, not every time.

14       "Question:  And can you give me an example of what

15       that would be?

16       "Answer:  It was called a handoff, A H-O-F-F is what

17       they called it.  Sometimes I would get them, say how

18       the day had progressed.  Challenges that had been

19       encountered, things that we should potentially

20       address."

21   **BY MR. SCHWARTZ:**

22   **Q.**  So isn't it true, sir, that sometimes you did, in fact,

23   receive a handoff report from the shift manager before your

24   shift?

25   **A.**  Or information, yes.

ORTIZ - CROSS / SCHWARTZ

1   **Q.**  And that report or quote "information," would tell you

2   things from the prior shift that you might need to address; is

3   that correct?

4   **A.**  Sometimes.  Not every time.

5   **Q.**  All right.

6        Now when you arrived at work another thing you had to do

7   was check your email, right?

8   **A.**  I checked my emails throughout the day.

9   **Q.**  And your emails might contain important information about

10  tasks or issues that you had to address during the night sort,

11  correct?

12  **A.**  They might.

13  **Q.**  And, in fact, sometimes they did, right?

14  **A.**  Yes.

15  **Q.**  Now, you received over a hundred emails each day, correct?

16  **A.**  I didn't count them.

17  **Q.**  You received many emails each day, correct?

18  **A.**  Yes.

19  **Q.**  And you checked your emails throughout the shift?

20  **A.**  As I just said, I checked my emails throughout the day.

21  **Q.**  Another thing you had to do when you arrived was create

22  the shift plan; is that correct?

23  **A.**  There was a labor board that had different positions

24  relating to the outline of the particular facility we were at

25  and names would be on that board.  Sometimes names would carry

ORTIZ – CROSS / SCHWARTZ

1    over from one day to the next.  So there may not have been the

2    need to do the full board every day.

3    **Q.**  I'm going to get to the labor board in a second.

4        Before you did the labor board, you also had to come up

5    with an overall plan for the shift, right?  Meaning how many

6    packages do you expect, what time are the trucks expected, and

7    what throughput is needed at various times throughout the

8    shift.  Is that correct?

9    **A.**  If your question is if I came up with those plans, then

10    that is incorrect.

11    **Q.**  That's not something you worked on when you arrived at the

12    beginning of your shift?

13    **A.**  When I arrived at the beginning of my shift, loads were --

14    trucks were already there needing to be staged and unloaded.

15    I didn't have any say on when different trucks were arriving.

16        And in terms of the throughput, that was a target that was

17    given to us by management.

18    **Q.**  All right.  So you had nothing to do with planning the

19    throughput for the shift; is that your testimony?

20    **A.**  I'm not sure what you mean "planning the throughput."

21    **Q.**  You didn't sit down with the number of packages that you

22    were told to expect with the times that you were told to

23    expect when the trucks would arrive, and figure out how many

24    packages had to be processed by your team each hour of the

25    shift.  You didn't do that?

ORTIZ – CROSS / SCHWARTZ

1   **A.** If you're saying that I sat down and did some calculations

2   manually, no, I did not do that.  There was a plan of how many

3   packages were going to come down, and that was communicated to

4   me.  It's not something that I sat there and created.  I

5   wouldn't have had the time.

6   **Q.** All right.

7       Then what you did -- I think you did acknowledge this --

8   is you had a labor allocation plan that was literally written

9   on a board where you would assign different associates to

10  different roles; is that correct, sir?

11  **A.** That is correct.

12  **Q.** And there were a variety of different roles that you had

13  to assign those associates to, right?

14      For example, some people had to unload trucks; is that

15  right?

16  **A.** Correct.  Myself included sometimes.

17  **Q.** Some people had to scan packages as part of the induction

18  process, correct?

19  **A.** Correct.

20  **Q.** Some people had to sort packages along different parts of

21  the conveyance system, correct?

22  **A.** That is correct.

23  **Q.** And you, I believe, labeled different areas quote-unquote,

24  "clusters," so you could assign associates to different

25  clusters; is that correct?

ORTIZ – CROSS / SCHWARTZ

1    **A.**   That's how the labor roles worked, yes.

2    **Q.**   After you created the small sort, you would assign certain

3    associates to work in the small sort area, correct?

4    **A.**   Correct.

5    **Q.**   Another area where you would have to assign tasks would be

6    diverting packages, correct?

7    **A.**   Yes.

8    **Q.**   And sometimes you would have pickers and stowers, correct?

9    **A.**   All of those positions on any given night would need to be

10   staffed, correct.

11   **Q.**   All right.  So not just sometimes, you always needed

12   people to pick and stow the packages and move them into the

13   corresponding bins, correct?

14   **A.**   Yes.  That was part of the sortation.

15   **Q.**   Now, you also mentioned on Monday that sometimes you

16   personally had to repair broken packages.  You remember that?

17   **A.**   Yes.

18   **Q.**   Sometimes you would assign associates to be what were

19   known as problem solvers, and part of their tasks was to fix

20   broken packages, right?

21   **A.**   Toward the end of my tenure there, yes.  Some of the

22   ambassadors were able to do that.

23   **Q.**   Another thing that problem solvers would do was to try to

24   resolve issues like a bar code that wouldn't scan, right?

25   **A.**   That's correct.

ORTIZ - CROSS / SCHWARTZ

1   **Q.**  You decided who to put in these various roles, right?

2   **A.**  Yes.

3   **Q.**  I think you told me on Monday that part of how you did

4   that was based on your knowledge of people's strengths and

5   weaknesses, correct?

6   **A.**  Yes, and feedback I received from other managers.

7   **Q.**  And the way you figured out people's strengths and

8   weaknesses was by observing them while you were walking around

9   the facility or working in the path, correct?

10  **A.**  And then later -- yes, that's correct.  And then later

11  there was a data tool that you could use.

12  **Q.**  Sometimes you would assign people not based on their

13  strengths and weaknesses but because you wanted somebody to

14  get more experience in a particular area, right?

15  **A.**  Sometimes.

16  **Q.**  So that would require you to know sort of what experience

17  they had and what experience they needed, right?

18  **A.**  Yes.

19  **Q.**  That's another thing you would be observing while you

20  observed employees throughout the shift?

21  **A.**  In general, I would want every employee to have, you know,

22  knowledge of all the different tasks.

23  **Q.**  And the way you figured out which tasks they knew was by

24  observing them, correct, sir?

25  **A.**  Not necessarily.  I would have put them in certain tasks

1   over the course of a few days or a few weeks.  My other fellow

2   shift managers would have put them in certain tasks.  So it

3   would have been known what they had been doing and what they

4   needed to learn still.

5   **Q.**  You also assigned associates to a role called the water

6   spider, right?

7   **A.**  Yes.  That was a similar role to what they had in the

8   fulfillment center.

9   **Q.**  All right.

10      And one of their responsibilities as a water spider might

11   be to clean up an area if there was some sort of hazardous

12   spill?

13   **A.**  Yes.

14   **Q.**  All right.

15      Is it fair to say that you got better at this over time,

16   meaning that the more you learned about the associates on your

17   sort, the better you were at putting the right people in the

18   right positions?

19   **A.**  I think that's a fair statement.  Yes.

20   **Q.**  Is it fair to say in your first few days, things might

21   have moved more slowly because you didn't necessarily know

22   where to put the right players in the right positions?

23   **A.**  So when I started in San Francisco, I worked with another

24   shift manager named Doug who had been there a bit longer than

25   me.  We normally had just one manager on the front half and

1    one on the back half, but in this instance, there was two of

2    us on the back half.

3        This gentleman had been doing the job before me, so the

4    first few days he actually ran the shift.

5    **Q.**  This is at your very first delivery station?

6    **A.**  Yes, the San Francisco location.

7    **Q.**  So those first few days when your shifts ran long, you

8    weren't even really in charge, this other person was in

9    charge?

10   **A.**  We were managing the shift together, but the decisions

11   were made mostly by this gentleman because he had been there

12   longer than me.

13   **Q.**  I see.  After the first few days, you had an opportunity

14   to observe the associates, get to know who was good at

15   different things, who wasn't good at different things, and

16   then you were able to assign them to the labor roles that you

17   thought would be most efficient; is that correct?

18   **A.**  I cannot say if I managed a shift within the first week or

19   two, but I can say after the first few days, that I personally

20   went and moved boxes for the duration of my time at Amazon

21   every day.

22   **Q.**  That's not my question, sir.

23       After whatever period of time of transition there was,

24   whether it was a week, two weeks, at some point in time you

25   were in charge, right?  This other manager was no longer

ORTIZ - CROSS / SCHWARTZ

1    running your night sort, correct?

2    **A.**  Like I said, we switched off.  And at the beginning, he

3    was in charge and then after that we switched off and there

4    would have been times I would have been in charge, yes.

5    **Q.**  Once you were in charge, you had had some period of time

6    to observe the associates and learn who was good at different

7    things and who wasn't, right?

8    **A.**  Yes.

9    **Q.**  So by that time you felt like you had more information on

10   which to make your decisions about who to put in what position

11   in the facility, correct?

12   **A.**  Yes, including where to put myself.

13   **Q.**  Let's take a look at Exhibit Number 121, please.  And this

14   has been pre-admitted.

15                    (Displayed on screen.)

16        **MR. SCHWARTZ:**  I would like to turn to the fifth page

17   of that exhibit, please.

18                    (Displayed on screen.)

19   **BY MR. SCHWARTZ:**

20   **Q.**  Mr. Ortiz, are you depicted in this picture?

21   **A.**  Yes.  This is me, the gentleman standing here

22   (indicating).

23   **Q.**  Got it.

24        And you're wearing a blue vest because you're the manager,

25   right?  Every everybody else has a yellow vest?

1    **A.**   I am wearing a blue vest.

2    **Q.**   That is a way of denoting that you were the manager,

3    correct?

4    **A.**   Correct.

5    **Q.**   All right.

6         And the board that you are standing in front of, is that

7    the board where you made the labor assignments?

8    **A.**   The board on the left, to the right of where I'm standing,

9    I guess to my right in the picture, I believe is the labor

10   board.

11   **Q.**   All right.

12        And what you are doing in this picture is you are leading

13   a stand-up meeting, right?

14   **A.**   Yes.  The first stand-up meeting at the launch of the

15   building.

16   **Q.**   All right.

17        And you would lead two stand-up meetings in every shift,

18   right?  One when everybody showed up and then another one when

19   they came back from break?

20   **A.**   There would be two stand-up meetings.  Sometimes shift

21   assistants and sometimes a different manager and sometimes

22   myself, yes, would lead those.

23   **Q.**   All right.

24        Now, during the stand-up meetings, that was an opportunity

25   for you to convey to the associates anything you thought they

1    needed to know for the shift?

2    **A.**  That's correct.

3    **Q.**  You would also recognize associates on occasion who you

4    thought had done a particularly good job?

5    **A.**  Yes.  I believe we would sometimes.

6    **Q.**  All right.

7        During the period before the bulk of the associates

8    arrived, your Level 3 process assistant or shift assistant was

9    available, correct?

10   **A.**  Yes.

11   **Q.**  Now, I think I asked you about this on Monday.  I want to

12   make sure I have this straight.

13       Is it your testimony that there were no Tier 1 associates

14   available to you during the setup time?

15   **A.**  Can you define what you mean by "available?"

16   **Q.**  Were there Tier 1 associates present in the delivery

17   station to whom you could assign tasks during the setup time?

18   **A.**  Which times are you referring to specifically, between

19   10:00 and 12:00?

20   **Q.**  Between the time that you arrived in the building, which I

21   believe you testified was anywhere between 10:00 and

22   11:00 p.m. and the time that the bulk of the associate

23   workforce for your sort arrived, which I believe you testified

24   was between midnight and 1:00.  In that window, which I'm

25   going to refer to as the "setup time," were there Tier 1

1    associates who were available to accept directions from you

2    about what they should do?

3    **A.**   Well, you say between the time that I arrived and the time

4    that the bulk of the associates arrived.  So just in your

5    statement, it would infer that associates did arrive before

6    the bulk of associates.

7        Is that your question?

8    **Q.**   Let me repeat my question.

9        Were there Tier 1 associates available to accept

10   directions from you between the time that you showed up and

11   the time that the bulk of the workforce that you managed

12   showed up?

13   **A.**   In general, from my experience at Amazon, no.

14   **Q.**   Were there occasions when there were?  Is there a reason

15   you say "in general?"

16   **A.**   Yes, because I believe toward the end of my tenure there,

17   we were letting the ambassadors come in a little bit early to

18   help with some things, but that was only for a short period of

19   time.

20   **Q.**   All right.  Let's talk about the things that you reported

21   doing during that period of time.

22       So, again, you arrived sometime between 10:00 and 11:00

23   p.m.; is that correct?

24   **A.**   Sometimes earlier, but in general, yes.

25   **Q.**   All right.  And it's your testimony that the bulk of the

ORTIZ - CROSS / SCHWARTZ

1    associates wouldn't show up until at least midnight?

2    **A.**   It was different at different locations.

3    **Q.**   Sometimes they came as early as 11:00, right, sir?

4    **A.**   Potentially.

5    **Q.**   All right.

6         Now you said that when you showed up, you spent an hour

7    unloading trucks; is that right?

8    **A.**   Approximately, yes.

9    **Q.**   And then you spent another 30 minutes staging pallets; is

10   that right?

11   **A.**   That is correct.

12   **Q.**   And then you spent another 20 to 30 minutes staging

13   conveyances; is that correct?

14   **A.**   I believe so, yes.

15   **Q.**   Then you spent another 20 minutes breaking down packages;

16   is that right?

17   **A.**   Breaking down packages?

18   **Q.**   Yep.  Is that what you said on Monday, that you spent

19   another 20 minutes breaking down packages?

20   **A.**   Maybe the shrink wrap and the gaylords, and whatnot.

21   **Q.**   Did you spend another 20 minutes doing that?

22   **A.**   Yes.

23   **Q.**   And then you spent another 15 minutes setting up the

24   computers; is that right?

25   **A.**   In general, yes.

ORTIZ – CROSS / SCHWARTZ

1    **Q.**  And then you spent 20 minutes setting up the scanning

2    guns; is that right?

3    **A.**  That is correct.

4    **Q.**  All right.

5       So, if my math is right, that's about three hours.  You

6    worked from 10:00 to 1:00 all by yourself doing all this

7    stuff, even though sometimes the rest of the shift showed up

8    at 11:00 or midnight.

9       So what were they doing while you were doing all this

10   stuff?  They just stood around until your three-hour odyssey

11   was complete, sir?

12   **A.**  I didn't necessarily do all that work before they came.

13   **Q.**  Well, but didn't you testify that all those things had to

14   be done before they could start the sort?

15   **A.**  The more work that was done the better.

16   **Q.**  So is it still your testimony that each and every night

17   you spent almost three hours of personal manual labor getting

18   ready before the rest of the associate team showed up?

19   **A.**  Not necessarily before they showed up.  Some of those

20   things would occur during the shift.  Other trucks would

21   arrive during the shift that needed to be unloaded.  I would

22   stage things at that time as well.  Breaking down shrink wrap

23   and Gaylords is something that happened throughout the shift,

24   sir.

25   **Q.**  All right.

1      So what you said before, those were all things that you

2   had to do in order to successfully set up before the folks

3   showed up; that's not what you are saying anymore?

4   **A.**   That is exactly what I'm saying, but it also happened

5   during the shift as well.

6   **Q.**   All right.

7      One of the things you were responsible for doing was

8   reviewing the quality of the work of the Tier 1 associates

9   that you supervised, correct?

10  **A.**   In general terms, yes.

11  **Q.**   And is it fair to say that one way in which you did that

12  was while you were working in the path, you would be

13  continually observing the performance of the associates around

14  you?

15  **A.**   Yes, while working in the path.

16  **Q.**   So while working along side them, you would be observing

17  their performance in order to evaluate whether they were

18  performing a quality job; is that correct?

19  **A.**   I would describe it, if I saw a problem, I would make note

20  of it or talk to them, but it's not like I was sitting there

21  watching them.  Otherwise the work wouldn't have been able to

22  get done.

23  **Q.**   Well, isn't it fair to say that you were continuously

24  watching them while you were performing the work?

25  **A.**   No, it's not fair to say that.  Because if I was

1    continuously watching them, I would not have been able to get

2    the workload done.

3    **Q.**  All right.

4         If you observed one of the associates performing a task

5    incorrectly, then it was your responsibility to coach them,

6    correct?

7    **A.**  In certain cases, yes.

8    **Q.**  And you would have to decide, based upon the severity of

9    what you saw, whether you were going to coach them right then

10   and there in the moment, or whether you would coach them at

11   the end of the shift, correct?

12   **A.**  That is correct.

13   **Q.**  And that's a judgment call you would have to make.

14   Sometimes there were some kinds of errors or coaching issues

15   that could wait, you could tell them later, and some things

16   you wanted to right on the spot address it and say, hey, you

17   need to do it this way instead of that way, correct?

18   **A.**  If I saw an associate pulling a bag down in a way that was

19   unsafe, or something like that, I would address it

20   immediately.  If it was something that could wait, then, yes,

21   I would wait.

22   **Q.**  And that's something you were always on the lookout for

23   when you were alongside them, right?

24   **A.**  If I saw something, yes, I would make note of it.  I would

25   not say always on the lookout.  I was always on the lookout to

1  get my job done.

2          **MR. SCHWARTZ:**  I would like permission to read from

3  Mr. Ortiz's deposition, page 126, line 24 through 127,

4  line 25.

5          **THE COURT:**  Any objection?

6          **MS. VAN NOTE:**  No, Your Honor.

7          **THE COURT:**  Okay.  Proceed.

8          **MR. SCHWARTZ:**  Thank you, Your Honor.

9      I'll begin at 126, line 24.

10          "Question:  And then how much time would you spend

11          reviewing the quality of the work that the associates

12          were performing?

13          "Answer:  I mean, while I was working alongside them,

14          I would be watching them, so...

15          "Question:  So the times that you were working

16          alongside them, I think that was -- you included

17          sorting on the conveyor belts, moving bins, staging

18          for drivers -- am I missing something -- oh, moving

19          bread racks.  All those things were when you were

20          working alongside the associates; is that right?

21          "Answer:  I think I don't understand your question.

22          "Question:  I was trying to understand when you're

23          saying the things that were the time periods when you

24          were working alongside the associates.  I was

25          identifying sorting on conveyor belts, moving bins

1          onto bread racks, staging for drivers, moving bread

2          racks, those things.

3              "Answer:  Yes.  During each of those things, if there

4          was an opportunity that needed to be addressed, I

5          would take that opportunity.  But there was no set

6          number during every day where I would be coaching.

7              "Question:  All right.  So it wasn't like you said,

8          okay, for this hour I'm going to observe these Tier 1

9          associates.  It was kind of continual as you were

10         working alongside them?

11             "Answer:  That's correct."

12     **BY MR. SCHWARTZ:**

13     **Q.**  So, again, Mr. Ortiz, throughout your entire shift, as you

14     were working alongside the associates, you were observing and

15     if you saw an opportunity to coach someone, you would either

16     do it in the moment or at the end of the shift.  Correct, sir?

17     **A.**  While working in the path with the associates, if I

18     observed something, I would make a judgment on whether I need

19     to say something at that moment or later.

20     **Q.**  Now, also as you moved around the facility you were

21     observing the work being performed by the Tier 1 associates to

22     ensure its quality and safety, correct, sir?

23     **A.**  Yes.

24     **Q.**  All right.

25         And one of the things you had to constantly be looking for

 1    was whether the associates were scanning the right bar codes

 2    on the packages, right?

 3    A.   Myself, my shift assistant, the ambassadors would handle a

 4    lot of that as well.

 5    Q.   So along with those other people who helped you to run the

 6    shift, you were looking all the time to make sure people were

 7    scanning the right bar codes correctly, right?

 8    A.   All the time is not correct.

 9    Q.   All right.  Throughout your shift, as you moved throughout

10    the facility, as you worked the path, you were observing the

11    associates to make sure they were doing the scanning

12    correctly.

13    A.   I think that's a fair statement, yes.

14    Q.   All right.

15         And also throughout the shift as you were moving

16    throughout the facility, as you were working in the path, you

17    were observing the associates to make sure that they were

18    moving the packages to the correct locations; is that right?

19    A.   If I saw an associate moving something to an incorrect

20    location, I would make note of it, yes.

21    Q.   As I think we talked about on Monday, the other thing you

22    were always sort of on the lookout for is if an associate was

23    doing something unsafe, then it was your responsibility to

24    make sure you addressed that; is that correct?

25    A.   Yes, sir, that is correct.

ORTIZ – CROSS / SCHWARTZ

1     **Q.**   All right.

2          Now one of the other things you did during the shift was,

3     I think you testified a little bit about this, you used a

4     computer program which would help you generate routes for the

5     delivery drivers; is that correct?

6     **A.**   So Amazon routed packages two different ways.  At some

7     points they would be routed in the middle of the shift and,

8     yes, I would do that routing.  But it was the click of a

9     button.  It wasn't me sitting in front of a computer.

10    **Q.**   All right.

11         Now, at the end of the shift, I think one of the things

12    you testified you did was if you had observed a performance or

13    quality or safety issue and you didn't address it in the

14    moment because you didn't think it was important enough that

15    you had to do it right then, you might catch up with the

16    associate sort of on their way out of the building; is that

17    correct?

18    **A.**   Yes, that happened on several occasions, correct.

19    **Q.**   All right.

20         And in addition to that, at the end of the shift, you were

21    also responsible for making sure that everybody left on time,

22    right?

23    **A.**   Yes.

24    **Q.**   And, in fact, within certain limits, I think you testified

25    on Monday, you also had authority to ask people to stay

ORTIZ – CROSS / SCHWARTZ

1  longer, right?  You could say, hey, I need some overtime, so

2  you five stick around for another hour we have to process some

3  more packages; is that correct?

4  **A.**  Yes.  Either myself or shift assistant would announce

5  that.

6  **Q.**  All right.

7      The shift assistant was doing that on your behalf and

8  under your authority, correct?

9  **A.**  We were a team, correct.

10  **Q.**  All right.

11      Now, one of the other things you had to do at the end of

12  the shift was prepare the end-of-shift reports, correct?

13  **A.**  I had to submit that report by the end of the shift.  The

14  preparations for it were ongoing.

15  **Q.**  I see.  So you worked on that report throughout the

16  evening and then ultimately finalized it at the conclusion of

17  your shift?

18  **A.**  As I previously testified, I had to pull a dataset for

19  that report every 30 minutes.  So in that sense, yes, I was

20  working it.

21  **Q.**  In addition to pulling that data, you also had to input

22  some subjective texts.  I think we looked at that before.

23      Like, for example, if you had some problem during the

24  shift that you needed to highlight for the managers who you

25  were handing off to, you would type that in to the box; you

ORTIZ - CROSS / SCHWARTZ

1    know, we had 3,000 packages extra that we couldn't process, or

2    the conveyor number 5 had a jam that I couldn't fix, whatever

3    it is, you would input important information that the managers

4    who were taking over for you needed to know; is that correct?

5    **A.**   That is correct.  And at times I would even wake up

6    managers if it was a very pressing problem.

7    **Q.**   Okay.

8        And when you were conveying important information, more

9    subjective or textual information as opposed to numerical

10   data, that would sometimes appear in an area of the report

11   called key callouts; is that correct?

12   **A.**   I have no reason to dispute that.

13   **Q.**   All right.

14       Would you also check your emails a final time at the end

15   of your shift?

16   **A.**   Sure.  Yeah, I believe so.

17   **Q.**   All right.

18       You would also make sure that the information on the Gemba

19   walk was correct, right?

20   **A.**   That was another item that was ongoing throughout the

21   night.  But, yes, in the morning I would make sure that it was

22   complete.

23   **Q.**   I think you testified that at a minimum, you would put the

24   Gemba information on a white board and sometimes you would

25   actually walk through it orally with the managers who were

1  relieving you.  Sometimes it would just be on the white board

2  for them to look at; is that right?

3  **A.**  I walked a regional manager through the Gemba once or

4  twice, but it generally wasn't something I walked the

5  colleagues who were coming to relieve me.  Generally didn't

6  walk them through that board.

7  **Q.**  They would count on you to make sure the important

8  information was on the board for them to take a look at?

9  **A.**  They could count on me for that.  Absolutely.

10  **Q.**  Now we talked before about the various leadership training

11  that you received from Amazon.  Do you remember that?

12  **A.**  Yes, sir, I do.

13  **Q.**  One of the things that Amazon taught you was how to manage

14  your time; is that correct?

15  **A.**  I took a lot of trainings.  I have no reason to doubt that

16  that was one of them.

17  **Q.**  All right.

18      And a focus of that training included delegating

19  lower-level tasks to associates under your supervision,

20  correct?

21  **A.**  Yes.  Amazon was big on delegation.

22  **Q.**  And they emphasized in your management training that one

23  of the things you should do to make you effective as a manager

24  was to delegate lower-level tasks to the associates under your

25  supervision, correct?

ORTIZ – CROSS / SCHWARTZ

1  **A.** That sounds correct, yes.

2  **Q.** As we discussed before, in your largest assignment, you

3  had up to a hundred Tier 1 associates and one Level 3 shift

4  assistant all of whom were subject to you delegating whatever

5  tasks you wanted to to them, correct?

6  **A.** I would just say that the night that I had a hundred

7  associates was a Prime Day night, so there would have been

8  other managers there as well. So it was not just solely me.

9  **Q.** On a regular basis, you had at least 40 Tier 1 associates,

10  sometimes up to a hundred, and at least one Tier 3 shift

11  assistant to whom you could delegate lower-level tasks if you

12  chose to do so; is that correct?

13  **A.** I could delegate, that is correct.

14  **Q.** Now, I would like to take a look at -- well, hold on

15  before we put up that exhibit.

16  Contemporaneously, so during the time that you were

17  working at Amazon, you didn't keep any records of the hours

18  that you worked, right?

19  **A.** I did not.

20  **Q.** And that was because you understood you were being paid on

21  a salary basis and that you had to stay for as long as the job

22  took; short or long, you got the same amount of money.

23  **A.** Yes. That was my understanding at the time of the term

24  "salary."

25  **Q.** All right.

1          Now, after this lawsuit began, you went back and tried to

2     re-create a calendar of how many hours you worked on any

3     particular day; is that correct?

4     **A.**  I did to the best of my recollection re-create my hours,

5     yes.

6     **Q.**  All right.

7               **MR. SCHWARTZ:**  Let's take a look at Exhibit Number

8     133.

9                         (Displayed on screen.)

10    **BY MR. SCHWARTZ:**

11    **Q.**  Is this the calendar that you tried to create to the best

12    of your recollection?

13    **A.**  This is the calendar I created to the best of my

14    recollection.

15    **Q.**  You did that based on your memory, right?

16    **A.**  Correct.

17    **Q.**  You didn't have any records that you looked at in order to

18    create this; this is just your own memory?

19    **A.**  Yes.  And the knowledge that I took hardly any days -- I

20    think maybe one or two days off during the time, it wasn't too

21    difficult to figure out what days I worked.

22    **Q.**  Did you consult the schedule that you had from Amazon, the

23    shifts you were scheduled to work in order to create this

24    calendar --

25    **A.**  Did I consult them?

1    **Q.**   Sure.

2        Did you look at your schedule from Amazon when you were

3    making this calendar?

4    **A.**   I didn't have a regular calendar-type schedule that I

5    could consult.

6            **MR. SCHWARTZ:**  Let's take a look at Exhibit 104.

7                    (Displayed on screen.)

8            **THE CLERK:**  Is this an admitted exhibit?

9            **MR. SCHWARTZ:**  I believe it is.  Let me just check my

10   notes.  Thank you for keeping me honest.

11       Yes, it is.

12           **THE CLERK:**  Thank you.

13   **BY MR. SCHWARTZ:**

14   **Q.**   Exhibit 104, which the parties have stipulated and the

15   Court has entered into evidence, do you recognize this?

16   **A.**   I mean I've seen it before, yes, in the deposition.

17   **Q.**   And, in fact, this is the calendar that shows when you

18   were scheduled to work at Amazon, correct?

19   **A.**   That's what it appears to be, yes.

20   **Q.**   And the reference is to Mike Teez or Teez, that's you,

21   right?

22   **A.**   I would imagine.

23   **Q.**   All right.

24       So I'm going to go back and forth in these documents.  I

25   know it's going to be a little bit hard to follow because the

1    print on these documents is a little small.

2              MR. SCHWARTZ:  Let's take a look at 133, which is the

3    one you created from your memory.  So I want to go back to

4    that.

5                   (Displayed on screen.)

6        If we can take a look at May, May 8th, 2016.  And there,

7    if we blow that up, it looks like --

8    BY MR. SCHWARTZ:

9    Q.  If I'm understanding your system here, based on your

10   recollection, you said on Sunday, May 8th, you worked eight

11   regular hours and four overtime hours, so to speak; is that

12   right?

13   A.  That's what this says, yes.

14   Q.  That is the best of your recollection, that's why you put

15   that down there?

16   A.  Correct.

17   Q.  When you say "overtime hours," you weren't getting paid

18   overtime, right?  You were paid a salary and you were expected

19   to stay as long as it took to get the job done, right?

20   A.  Yes.

21   Q.  All right.

22              MR. SCHWARTZ:  Now, let's take a look at Exhibit 104.

23                   (Displayed on screen.)

24   BY MR. SCHWARTZ:

25   Q.  Your actual schedule for Sunday, May the 8th, 2016.  And

1    if you see Sunday, May 8th, 2016 on your actual schedule,

2    that's blank.  You weren't scheduled to work that day.

3        So when you put together Exhibit 133, did you have a

4    specific recollection that you got called in to work on your

5    day off?

6    **A.**  As I said, this was to the best of my recollection.  In

7    looking at this other document, it shows that I worked the

8    back half of the week.

9    **Q.**  Right.  But on your best-of-your-recollection document,

10   133, you claim to have worked the front half of that week,

11   right?

12   **A.**  That is what that document says, correct.

13   **Q.**  So, for example, if we look at May 9th, again, you claim

14   to have worked 12 hours.  But on May 9th, you weren't

15   scheduled to work at all.

16   **A.**  Nor May 10th, but on my calendar, I don't show anything

17   for May 12th, 13th, or 14th, which is on this other calendar.

18   So in the end, it appears the hours for the week are correct.

19   **Q.**  All right.  So is it fair to say Exhibit Number 133 is not

20   a terribly reliable record of when you worked at the delivery

21   station?

22           **MS. VAN NOTE:**  Objection.

23           **THE COURT:**  Sustained.

24   BY MR. SCHWARTZ:

25   **Q.**  All right.  Let's continue then.

1          **MR. SCHWARTZ:**  If we take a look at Exhibit 133 on

2    May 18th, sir.

3                        (Displayed on screen.)

4    **BY MR. SCHWARTZ:**

5    **Q.**  You report having worked 12 hours that day.  Do you see

6    that?

7    **A.**  I do.

8    **Q.**  Now let's take a look at May 18th on Exhibit 104, your

9    actual schedule.

10                        (Displayed on screen.)

11       Looks like you weren't schedules to work at all.  You were

12   scheduled to work the front half of the week.

13       So, again, do you have any reason to think that your

14   memory is more accurate than the schedule here?

15   **A.**  No, sir.

16   **Q.**  All right.  Let's take a look at, again, your memory, 133,

17   on May 25th.

18                        (Displayed on screen.)

19   **A.**  Can I ask you something, sir.

20          **MR. SCHWARTZ:**  I'm sorry, no, you may not.

21          **THE COURT:**  It doesn't work that way.  If you don't

22   understand the question that's asked, just say so.

23          **THE WITNESS:**  There's just different schedules from

24   different sites.

25          **THE COURT:**  Okay.  That's something that your

ORTIZ – CROSS / SCHWARTZ

1    attorney can clear up on cross -- on redirect.

2              **THE WITNESS:**  Thank you, Your Honor.

3              **THE COURT:**  Thank you.

4         The way it works it's not --

5              **THE WITNESS:**  I get it.  I feel it's unfair, but

6    okay.

7              **THE COURT:**  Well, that's for the Court to decide.

8         Proceed.

9              **MR. SCHWARTZ:**  Thank you, Your Honor.

10   **BY MR. SCHWARTZ:**

11   **Q.**  If you take a look at May 25th on Exhibit 133, the one

12   that's from your memory, again, on that Wednesday you report

13   that you worked 12 hours.  But then if you look at May 25th on

14   the schedule, it looks like you weren't scheduled to work at

15   all.

16        So, do you have any reason to think that your Exhibit 133

17   was more accurate as to May 25th?

18   **A.**  I did go to trainings and travel to trainings.  It could

19   have been around that time.  This calendar that you're

20   referring to, without any color, could have been from a

21   certain delivery station and not from another one.  Without

22   knowing that, I would not be able to correctly and fully

23   answer.

24   **Q.**  All right.

25        Do you have any reason to believe that you were at a

1    training for 12 hours on Wednesday, May 25th, 2016?

2    **A.**  It's possible.

3    **Q.**  Do you have any reason to believe that?  Can you identify

4    any training that you attended in May of 2016 that took 12

5    hours on a Wednesday, sir?

6    **A.**  I would have to look through the exhibits on my trainings.

7    I believe I saw something in there that has the dates.  I

8    would be able to answer this question.

9    **Q.**  All right.

10        What did you rely on when you put the 12 hours on May 25th

11   on Exhibit 133?  I think you told me before you didn't consult

12   any records.  So what was the basis to say you worked 12 hours

13   on May 25th?

14   **A.**  My understanding that I didn't take any time off and,

15   therefore, I would have been working in one element or

16   another.

17   **Q.**  All right.

18   **A.**  Just to step back, I did take a few days off, but I didn't

19   take this entire week off.

20   **Q.**  All right.

21        Well, if you take a look at the Amazon schedule 104, it

22   appears that you were scheduled to work Sunday, Monday, and

23   Tuesday, correct, sir?

24   **A.**  Yes.  That is what that says.

25   **Q.**  But you were not scheduled to work Wednesday, the 25th,

1   when you claim to remember that you worked 12 hours.

2   **A.** According to this calendar that doesn't have what stations

3   on it, correct.

4   **Q.** Did you work at more than one station during the same work

5   week?

6   **A.** Sometimes.

7   **Q.** How many times did that happen?

8   **A.** I believe I worked at DSF5 and DSF4 at one time during the

9   same week.

10      As a matter of fact, looking at these dates here, from

11  May 11, as you can see, I worked essentially an entire week

12  straight, from the 11th to the 17th. I want to say that is

13  when I started working at DSF4. Again, it has been a while

14  and without this document saying specifically what site this

15  schedule is for, I would be unable to give you any more on

16  that.

17  **Q.** So other than the time when you transitioned from one

18  station to another, was there any other time during the same

19  work week where you bounced back and forth to more than one

20  delivery station?

21  **A.** I can recall on a couple of occasions taking packages from

22  the San Francisco location to another location early in the

23  morning.

24  **Q.** All right. But at that other location you were not

25  scheduled to run the shift, correct?

ORTIZ – CROSS / SCHWARTZ

1    **A.**   That is correct, sir.

2    **Q.**   All right.  Were there any work weeks other than perhaps

3    the week where you were transitioning from one station to

4    another where you performed Night Sort Manager duties at more

5    than one delivery station?

6    **A.**   Other than this week in May where I worked seven days

7    straight, no, I don't believe so.

8    **Q.**   All right.  So that doesn't explain the discrepancy we

9    just looked at right, sir?

10             **MS. VAN NOTE:**  Objection.

11             **THE COURT:**  Sustained.

12   **BY MR. SCHWARTZ:**

13   **Q.**   Let's take a look at your memory chart, 133, for June 5,

14   6, 7, and 8.

15       Do you see there you claim to have worked 12 hours on each

16   of those days.  Sunday, Monday, Tuesday, and Wednesday

17   June 5th, 6th, 7th, and 8th.

18       Do you see that, sir?

19   **A.**   I do see that.

20   **Q.**   Now let's take a look at Exhibit Number 104.

21       And do you see there you were not scheduled to work any

22   time on June 5th, 6th, 7th, or 8th?

23   **A.**   That is what that document says.

24   **Q.**   Do you have any reason to think your memory document, 133,

25   is more accurate?

ORTIZ – CROSS / SCHWARTZ

1    **A.**  Yes.

2    **Q.**  What's the reason for that, sir?

3    **A.**  Because I believe that I worked those days.

4    **Q.**  All right.

5    **A.**  And this document that you keep referring to doesn't have

6    what station.

7    **Q.**  Let's take a look at your memory document for July 14th,

8    2016.  And there you indicated that it was Prime Day, the

9    second Prime Day and you worked 13 hours.

10       Do you see that?

11   **A.**  Yes.  Similar to the day before.

12   **Q.**  And then if you take a look at Exhibit 104 for

13   July 14th --

14           **MS. VAN NOTE:**  Objection.  I believe you are looking

15   at June, counsel.

16           **MR. SCHWARTZ:**  Yes.  Just waiting for July to come

17   up.  Thank you.

18                        (Displayed on screen.)

19           **MR. SCHWARTZ:**  On the next page.

20                        (Displayed on screen.)

21       Thank you.

22   **BY MR. SCHWARTZ:**

23   **Q.**  So if we look at July of 2016 on Exhibit 104, it looks

24   like you were scheduled to work Sunday, Monday, Tuesday,

25   Wednesday, July 10 through 13, but not Thursday, July 14th.

1    Do you have any reason to think your memory document is more

2    accurate here, sir?

3    **A.**    Yeah.  They asked me to come in for an extra day because

4    they were doing a second Prime Day.

5    **Q.**    You specifically remember that?

6    **A.**    Yes.

7    **Q.**    And you ran the shift for 13 hours on the second Prime

8    Day?

9    **A.**    I participated in the shift for 13 long hard hours.

10   **Q.**    All right.

11          **MR. SCHWARTZ:**  Your Honor, if I could have the

12   Court's indulgence for just a moment.

13          **THE COURT:**  Sure.

14                (Pause in the proceedings.)

15          **MR. SCHWARTZ:**  That's all I have for Mr. Ortiz at

16   this time, Your Honor.

17          **THE COURT:**  All right.

18      Redirect?

19          **MS. VAN NOTE:**  Yes, Your Honor.

20      May I proceed?

21          **THE COURT:**  Yes, please.

22                **REDIRECT EXAMINATION**

23   BY MS. VAN NOTE:

24   **Q.**    I want to start off with that calendar since we were just

25   speaking about it.

ORTIZ – REDIRECT / VAN NOTE

1    **A.**  Sure.

2    **Q.**  So one of the exhibits you told me yesterday, the calendar

3    that you created was based on your best recollection of the

4    days that you worked.

5        My question is, the other calendar that was referenced,

6    that counsel calls Amazon schedule, have you seen a document

7    like that before?

8    **A.**  No, I have not.

9    **Q.**  Did Amazon give you a written schedule like that?

10   **A.**  When I first started, my first boss, John White, did an

11   email telling me what my schedule would be.

12   **Q.**  Did you ever see a schedule that was on a calendar like

13   that?

14   **A.**  I did not.

15   **Q.**  And did you ever use a calendar like that during your time

16   working at Amazon to track your schedule?

17   **A.**  No, I did not.

18   **Q.**  Do you have any idea who created that document?

19   **A.**  I do not.

20   **Q.**  Okay.

21       During Cross-examination, Mr. Schwartz read to you a

22   section from a leadership training that talked about

23   delegation.  Do you remember?

24   **A.**  I do remember that.

25   **Q.**  And he asked you about whether or not you had the ability

1    to delegate tasks to other associates, right?

2    **A.**  Yes.

3    **Q.**  So my question is, you testified that you personally

4    participated in the manual labor tasks.  Did you have the

5    ability to delegate those tasks to someone else or did you not

6    have that ability?

7              **MR. SCHWARTZ:**  Objection, Your Honor.

8              **THE COURT:**  Overruled.

9              **THE WITNESS:**  Yes, I had that ability.  However, due

10   to the sheer volume of packages, there was not enough people

11   to be able to delegate that to.

12   **BY MS. VAN NOTE:**

13   **Q.**  So if you had someone available, you would delegate, but

14   you're saying there just wasn't enough people available?

15   **A.**  Yes.  And unfortunately there was also times where Amazon

16   managers specified that I leave people out of the path in

17   order to have a better throughput number.

18   **Q.**  So in that situation, you wouldn't be allowed to delegate

19   to those people?

20   **A.**  Correct.

21   **Q.**  I also want to talk to you about this question of what you

22   were continuously observing.

23         So, for example, in the courtroom now, for the last hour,

24   would you say that you can see everyone that's in the room

25   here?

1    **A.**  Yes, I can.

2    **Q.**  Does that mean that you were continually observing what we

3    were all doing?

4    **A.**  No, it does not.

5    **Q.**  And in your deposition when you were asked about whether

6    you could see the associates or whether you could observe

7    them, what did you mean by that when you said that you could

8    observe them or that you could see them?

9    **A.**  I could see them because I was working alongside them.

10   **Q.**  And would there be times when your attention was focused

11   on a task that you were personally completing rather than

12   looking at what someone else was doing?

13   **A.**  Yes, I would say the majority of the time.

14   **Q.**  Counsel also asked you about instances where you would see

15   some kind of mistake or safety violation, and that you would

16   address that with the associate.

17       I believe counsel's question was whether you had the

18   discretion to decide whether you would address that in the

19   moment or whether you would address it at the end of the

20   shift.

21       So my question is, does Amazon have specific guidelines or

22   protocols for the types of safety violations that were serious

23   enough that they needed to be addressed immediately?

24   **A.**  Yes.  Things like going under the conveyor belt, you know,

25   stepping on a conveyor belt, those were things that would need

1    to be addressed right away.  Stuff where perhaps the

2    associates were going to the dock doors and, you know, load

3    'em, docking the trailer to the building, that had to be done

4    by a manager.  If an associate tried to do that, that also

5    something that was a firm -- you had to intervene and tell

6    them not to do that.

7    **Q.**  Was it part of your training giving you this list of

8    serious-immediate-response-type violations versus

9    can-be-addressed-later type violations?

10   **A.**  Yeah, generally they kind of talked about the severity of

11   the violations and how to treat different things.  And the

12   majority of things could probably wait until after the shift

13   so as not to disrupt the flow.

14   **Q.**  So did you have any discretion to decide whether a certain

15   violation fell into the first category or the second category?

16   **A.**  No, I don't believe so.

17   **Q.**  You were also asked about doing the routing, and I believe

18   you said that there was a portion of the time that you did the

19   routing for the deliveries that would be made.

20       And I believe you also said that it was just the click of

21   a button.  So my question is, how much time, when you did that

22   routing, how much time from start to finish did that task take

23   you?

24   **A.**  I would say less than three minutes.

25   **Q.**  You were also asked about spending time on the phone tool

1    and doing activities in that application.

2        My question is, how many occasions did you actually do

3    that task?

4    **A.**   I believe I made three or maybe four little icons for the

5    phone tools after the manager told me to do it.  These didn't

6    take that long to do.  They are very simple graphic -- maybe

7    20 minutes.

8    **Q.**   That was going to be my next question.  So for each of

9    those activities, you're saying it was about 20 minutes?

10   **A.**   Correct.

11   **Q.**   And the actual process of creating the icon, does that

12   involve any kind of independent judgment?

13   **A.**   I mean, not especially, no.

14   **Q.**   What exactly does it involve?

15   **A.**   It involves the -- I mean, you have to imagine this is a

16   little small box that would appear on a computer screen under

17   somebody's name.  And, you know, there was different colors

18   for different areas.  There was, you know, the name of the

19   particular site that it was related to.

20       It was just -- you know, Karm said to me we need an icon

21   for DSF6 or, hey, we need an icon for -- I can't remember the

22   other one, and I would just make them.

23   **Q.**   How exactly did you make it?

24   **A.**   I used a program called Microsoft Publisher.

25   **Q.**   So you were making some kind of graphic image?

1    **A.**  That's correct.  Essentially graphic designing.

2       It's not may strong suit.

3    **Q.**  Mine either.

4       You were also asked about your time or activity that you

5    did outside of work as a DJ.  My question is, during your time

6    working for Amazon, on average how many times per month would

7    you say that you did some kind of DJing work?

8    **A.**  It's a really good question.  I was not some professional

9    DJ, not some wedding DJ.  I was a night club DJ.  It is a very

10   hard industry.  I would play at most one to two shows a month,

11   generally on a Friday, or a Saturday night.

12      The shift that I was working would have been Sunday,

13   Monday, Tuesday, Wednesday night so I don't see how I could be

14   tired those shifts from DJing once or twice a month on a

15   Friday.

16   **Q.**  You were asked about being tired.

17      Based on your recollection, were there times that you were

18   tired when you were working at Amazon?

19   **A.**  I was tired almost every night.  I lost probably 15 pounds

20   while I was working there.  I would wake up with panic attacks

21   in the morning not knowing what time it was thinking I had to

22   be in to work.  It was very hard on my body.

23          **MR. SCHWARTZ:**  Your Honor, I would move to strike

24   that answer.

25          **THE COURT:**  Overruled.

**BY MS. VAN NOTE:**

**Q.** You mentioned that the work was hard on your body.

What other physical manifestations did you see from the
labor that you were performing?

**A.** I hurt my back. I had bumps and bruises all the time,
scrapes, headaches, fatigue, sheer exhaustion. I would have
to drive home at times I would, you know, be on the verge of
falling asleep.

**Q.** Were you worried about your physical health?

**A.** I was. I was very worried. But I thought it was worth
it.

**Q.** Counsel also asked you about time you spent checking your
email. And he represented that you got a lot of emails.

My question is, did you spend time outside of your shift
at the warehouse looking at emails?

**A.** Yes, I did.

**Q.** And why did you do that when you were away from work?

**A.** The bulk of the emails I would get would come during the
day. When I was running the sortation, it was obviously, you
know, generally at night when people aren't really emailing.
So if important emails came through during the day, I would
want to be checking up on that.

**Q.** Did you have a lot of time to check emails during your
sortation shift?

**A.** No. That's why it's good that most of them came during

1   the day.

2   **Q.** So something else that counsel asked you about was you

3   were -- you were tasked of assigning people to different roles

4   and we looked at the board where the labor assignments were

5   done.  Counsel asked you whether or not you determined whether

6   a certain person should be put in a certain place because of

7   their skill set.

8       Do you recall that testimony?

9   **A.** Yes, I do.

10  **Q.** So my question is, with, you know, 40 or more on Prime

11  Day, people, did you like personally know each one of them and

12  have some idea of what their skills were?

13  **A.** No.

14  **Q.** And how many of them would you say when you looked at

15  their name you could say okay, Joe, I think he's really good

16  in this area, let me put him over here.

17      How many of those people or what percentage can you give

18  us that would actually fall in that category?

19  **A.** Are you asking me like the first day when I would see

20  somebody how would I know, or just in general?

21  **Q.** Let's say just, you know, on average, on an average shift,

22  presumably you would have some people who were newer, some

23  people who had been there a little bit longer --

24  **A.** Uh-huh.

25  **Q.** -- and I think you also testified there was pretty high

1    turnover.

2        What I am asking, on an average shift when you're going

3    down your list, you have maybe 40 names on it, how many of

4    those names were you actually able to recognize as someone who

5    has a particular skill that you intentionally put in a

6    specific place based on that skill?

7    **A.**   Maybe 10 to 20 percent.

8    **Q.**   And what about the rest of them; how did you decide where

9    they would go?

10   **A.**   So when we launched the DSF6 station, Karm and myself, we

11   stood at the entrance, and as people walked through, we sort

12   of looked at them, and kind of made a judgment call as to what

13   we thought they would be good at.

14       We -- Karm joked around and said there was donuts in the

15   break room.  And the people who ran the quickest, he's like we

16   should get them do the unloading, or something.

17   **Q.**   Okay.  All right.

18       Were there times when Karm would participate with you or

19   direct you in making these labor assignments?

20   **A.**   Yeah.  The time I'm just referring to there and also, you

21   know, he, as the manager, would hear feedback from other

22   shifts in terms of associates who were good at a particular

23   task.  So there were times where Karm would say this person is

24   a really good scanning, or this person is good at stowing.

25   **Q.**   Were you given that type of information?  For example, in

1    a handoff report, would it talk about specific associates?

2    **A.**   Yes, at times it would.

3    **Q.**   One of the terms that came up during your

4    cross-examination was a water spider.  Can you tell us what

5    that is?

6    **A.**   Sure I can.

7         In the course of Amazon fulfilling all these orders and

8    processing orders and picking and packing, there's a lot of

9    trash and waste that gets generated in the different centers.

10   The water spider's job is to clean up that trash, re-stock

11   things that get used like empty boxes, shrink wrap, things

12   like that.  That's essentially their role.

13   **Q.**   Is that person also a Tier 1 associate or do they have

14   some other title?

15   **A.**   That could be a Tier 1 associate.  It could be an

16   ambassador.  I've done it before.

17   **Q.**   That was going to be my question.

18        So how often did you perform the water spider or the

19   clean-up duties?

20   **A.**   Daily.

21   **Q.**   And can you tell us just generally what types of things

22   you would be cleaning up?

23   **A.**   Sure.  The Gaylord boxes would come on a pallet.  It's a

24   5- or 6-foot high box by whatever a pallet is, 3 feet, and

25   that box would get cut as the packages were removed from it.

1    It would get cut deeper and deeper to allow someone to put

2    their hand in to get the packages.

3        All of that waste would need to be cleaned up.  The

4    pallets that different loads came on would need to be picked

5    up.  They had a lot of nails and potentially, you know, unsafe

6    things.  Shrink wrap that had been cut off of different

7    pallets.  Bins that needed to be replaced.  Things like that.

8    **Q.**  Okay.

9        Now another topic that counsel spent a significant amount

10   of time on was your termination.  I believe you testified that

11   you do feel you have been treated unfairly by Amazon.

12       So my question is, you know, in bringing this lawsuit and

13   being here today, are you motivated by some kind of sense of

14   revenge or is there some other reason why you are asserting

15   your rights here?

16   **A.**  I don't have any bad blood towards Amazon anymore.  I'm

17   still a customer.

18       At the time when this happened, yes, I was very angry.  I

19   had devoted almost a year of my life to this.  And I was

20   expecting to be able to start a family in the near term, you

21   know, with this job.

22       I had bled, sweated, cried different nights all for this

23   company.  And Karm, basically, I felt just abandoned me.  I

24   felt everybody abandoned me.  I hit my head.  I was injured.

25   I was asking questions on how to do a workman's compensation

1    claim, and nobody would talk to me.

2        And, yeah, I felt very wronged, but that's not why I'm

3    doing this.  I'm doing this because someone has to speak truth

4    to power.  If this company continues these unsafe practices,

5    as they have been, you will see –– you'll see this happen

6    again, you have been seeing this happening again.

7            **MS. VAN NOTE:**  Thank you.  I have no further

8    questions.

9            **THE COURT:**  Any recross?

10                   **RECROSS–EXAMINATION**

11   **BY MR. SCHWARTZ:**

12   **Q.**  Mr. Ortiz, your counsel was asking you about various

13   safety violations that you would observe, some of which you

14   were required to address in the moment and others that you

15   could address at the end of the shift.

16       Do you remember that?

17   **A.**  Yes, I do.

18   **Q.**  Now, you would also observe associates who were making

19   quality mistakes, right, putting a package in the wrong place,

20   improperly scanning a bar code, something to that effect?

21   **A.**  If I saw it occurring, I would make note of it, yes.

22   **Q.**  Sometimes you would coach the associate right in the

23   moment and sometimes you might talk to them later, right?

24   **A.**  That is correct.

25   **Q.**  Was there some kind of rule book that told you which ones

1    you should coach in the moment and which ones you should deal

2    with later?

3    A.   Not a rule book, it was more of a judgment call.

4    Q.   Now you also had an opportunity as you were walking around

5    the facility or working next to people in the path, to see how

6    good they were at their job.  So not just did they make a

7    mistake, but I imagine some people, as you said, are really

8    good at stowing stuff and others maybe don't have as good of a

9    technique; is that right?

10   A.   Yes.  That's a fair statement.

11   Q.   And I assume on occasion when you saw somebody who didn't

12   have as good of a technique, maybe moving slower than you

13   thought they could, you might pause to show them how they

14   could do it better and faster.  Say, hey, Jason, why don't you

15   try it this way.  Is that something you might do in the

16   moment?

17   A.   There would be times when that would happen, yes, in the

18   moment.

19   Q.   And sometimes you might, again, use your own judgment to

20   say, you know, I'm not going to pause to deal with that right

21   now, but when Jason is on his way out at the end of his shift,

22   I'm going to say something about, hey, the next time you are

23   on the stow, here's a better way to do it.  Is that fair?

24   A.   Yes, that is fair.

25   Q.   And all of that allowed you to run a more efficient

1    operation ultimately becoming the number two delivery station,

2    correct?

3    **A.**  Yes.  It helped us do better.

4            **MR. SCHWARTZ:**  That's all I have, Your Honor.

5            **THE COURT:**  Thank you.

6        Ms. Van Note, you don't have anything further, do you?

7            **MS. VAN NOTE:**  Nothing further for this witness, Your

8    Honor.

9            **THE COURT:**  You are excused.

10           **MS. VAN NOTE:**  Thank you, Your Honor.

11           **THE COURT:**  It is 9:45 or so.  We are going to take

12   out 15-minute break.

13       Is the next witness going to be live, Ms. Van Note?

14           **MS. VAN NOTE:**  It is, Your Honor.

15       Just so you know, the parties have reached an agreement to

16   call the next two witnesses out of order.  The only other

17   in-person witnesses are witnesses for the defendant.

18       So we have an agreement for them to call the in-person

19   witnesses today so we can start with the Zoom witnesses

20   tomorrow.

21           **THE COURT:**  Is that correct?

22           **MR. SCHWARTZ:**  That's correct.

23           **THE COURT:**  In fairness procedurally to the

24   plaintiff, by virtue of that agreement, neither side is

25   waiving their rights to address the evidence in motions at the

1    appropriate time.

2        Sometimes I don't want -- sometimes if you do that, you

3    deem to have waived one side or the other their rights.  I

4    don't want to see you sandbagged.  Something I'm sure you are

5    aware of that is very important and I've run into it before,

6    so I'm going to order that no one waives their right to bring

7    motions addressing one or the other side's case by virtue of

8    this very courteous agreement.

9        So thank you very much.  We'll you in 15 minutes.

10           **MR. SCHWARTZ:**  Thank you, Your Honor.

11       (Recess taken at 9:45 a.m.; resumed at 10:06 a.m.)

12           **THE CLERK:**  Remain seated.  Come to order.  Court is

13   again in session.

14           **THE COURT:**  Ms. Van Note, please call your next

15   witness.

16           **MS. VAN NOTE:**  Yes, Your Honor.  Pursuant to the

17   parties' agreement, the plaintiff has agreed to allow the

18   defendant to call the next witness out of order so all

19   in-person witnesses can be called today.

20           **THE COURT:**  Very well.  You may proceed, counsel.

21           **MS. COONEY:**  Thank you, Your Honor.  Defendants call

22   Marc Lopez.

23           **THE COURT:**  All right.

24           **THE CLERK:**  Raise your right hand, please.

25

```
 1        (LOPEZ, MARC, called as a witness for the Defendants,

 2   having been duly sworn, testified as follows:)

 3            THE WITNESS:  I do.

 4            THE CLERK:  Thank you.  Please be seated.  Speak into

 5   microphone and state and spell your full name for the record.

 6            THE WITNESS:  Marc Lopez.  M-A-R-C L-O-P-E-Z.

 7            THE CLERK:  Thank you.

 8        MS. COONEY:  May I proceed?

 9        THE COURT:  Please do.

10                    DIRECT EXAMINATION

11   BY MS. COONEY:

12   Q.  Good morning, Mr. Lopez.

13            THE COURT:  Would you please, if you haven't done so,

14   re-identify yourself for the record?

15          MS. COONEY:  Yes, of course, Your Honor.

16       Megan Cooney for defendants.

17            THE COURT:  Welcome.  Thank you.

18   BY MS. COONEY:

19   Q.  Good morning, Mr. Lopez.

20   A.  Good morning.

21   Q.  Are you currently employed?

22   A.  Yes.

23   Q.  Where do you work?

24   A.  I work for Amazon.

25   Q.  What is your current position with Amazon?
```

1   **A.**  Operations Manager.

2   **Q.**  What level is that?

3   **A.**  Level 6.

4   **Q.**  When did you begin working for Amazon?

5   **A.**  June of 2016.

6   **Q.**  Can you briefly tell us about your background prior to

7   joining Amazon in June of 2016?

8   **A.**  Yes.  I spent 14 years at UPS doing various jobs there.  I

9   did route management, project management, industrial

10  engineering, on road management.

11      Spent some time after UPS at a company called Clover

12  Stornetta Farms, and I was a route manager there.  And then

13  between that time and my time at Amazon I worked for another

14  company called II-VI Optics.

15  **Q.**  During the 14 years you were working for UPS, I believe

16  you mentioned you had some management roles?

17  **A.**  Yes.

18  **Q.**  Did you have direct reports in those roles?

19  **A.**  Yes.  I had drivers reporting to me.

20  **Q.**  How many individuals did you have reporting to you as a

21  manager at UPS?

22  **A.**  Seventy drivers.

23  **Q.**  Did you have indirect reports as well?

24  **A.**  Yes.  I had some indirect reports.  There were package

25  handlers that would report directly to me.

1    **Q.**  How many indirect reports did you have at UPS?

2    **A.**  About a hundred.

3    **Q.**  In the approximately five years you've been with Amazon,

4    have you held any other positions other than Level 6

5    Operations Manager?

6    **A.**  I was a Level 5 Area Manager.

7    **Q.**  How long were you a Level 5 Area Manager?

8    **A.**  June 2016 to May of 2021.

9    **Q.**  And what facilities did you work at as a Level 5 Area

10   Manager when you were with the company in 2016?

11   **A.**  DSF4, DSF6, SF5, and DSF8.

12   **Q.**  And what was the purpose of your time at DSF4?

13   **A.**  I spent my first two months -- about two months training

14   at DSF4.

15   **Q.**  What did your training at DSF4 involve?

16   **A.**  I spent some time shadowing different managers that were

17   working at DSF4 already.

18   **Q.**  And then which facility did you work at for the remaining

19   of the year in 2016?

20   **A.**  At DSF6.

21   **Q.**  Is that in Richmond, California?

22   **A.**  Yes.

23   **Q.**  At a high level, how would you describe your role as a

24   Level 5 Area Manager?

25   **A.**  Level 5 Area Manager overseas the whole operation at a

1    high level.  Reviewing, monitoring the sort performance, the

2    picking stage, the driver dispatch, the performance of drivers

3    during the day, and then assisting with the return of station.

4    **Q.**  When you were at a Level 5 Area Manager in 2016 with

5    Amazon, did you have any direct reports?

6    **A.**  Yes.

7    **Q.**  Who were your direct reports?

8    **A.**  Mike Ortiz and Raquell Gaffud.

9    **Q.**  What was Mr. Ortiz's job title when he was your direct

10   report?

11   **A.**  Level 4 Shift Manager.

12   **Q.**  Was he responsible for any particular shift?

13   **A.**  Yes.  The sort shift.  The overnight shift.

14   **Q.**  How long did you work with Mr. Ortiz?

15   **A.**  From July of 2016 through December of 2016.

16   **Q.**  Was that all at DSF6 or did you work with him at any other

17   facilities?

18   **A.**  I worked with him at DSF4 when I was training.

19   **Q.**  What was the nature of your training with DSF4 while you

20   were training?

21   **A.**  I spent about two weeks shadowing Mr. Ortiz on the sort

22   shift.

23   **Q.**  When you say that you shadowed Mr. Ortiz, what do you mean

24   by that?

25   **A.**  I would learn from Mr. Ortiz.  I would follow him

LOPEZ – DIRECT /COONEY

```
 1    throughout the shift, learn the different functions of the
 2    shift manager.
 3    Q.  And was that on the overnight shift?
 4    A.  Yes.
 5    Q.  And I believe you mentioned that you shadowed Mr. Ortiz at
 6    DSF4 for two weeks.  Did I get that correct?
 7    A.  Yeah, about two weeks.
 8    Q.  During that two-week period, did you shadow Mr. Ortiz for
 9    the entirety of his shift or part of the night?
10    A.  The whole shift.
11    Q.  And following your time training at DSF4, including
12    shadowing Mr. Ortiz, you moved over to DSF6 and became
13    Mr. Ortiz's manager; is that right?
14    A.  Correct.
15    Q.  Did Mr. Ortiz report to any other managers at DSF6 while
16    you were there?
17    A.  Not directly.
18    Q.  Did he report to Karm Basra directly?
19    A.  Karm was his skip level manager.
20    Q.  What is a skip level manager?
21    A.  A skip level is the manager that's one level above your
22    direct manager.
23    Q.  As Shift Manager of the night sort, did Mr. Ortiz have any
24    direct reports?
25    A.  Yes.
```

1    **Q.**  What positions reported to Mr. Ortiz?

2    **A.**  Level 3 shift assistant and Tier 1 hourly associates.

3    **Q.**  At a high level, what's the role of the shift manager on

4    the night sort operation and delivery station when you were

5    there in 2016?

6    **A.**  High level is to track and monitor the incoming volume,

7    build a plan for the shift, allocate staffing to positions

8    that are built into that shift plan, monitor the shift, the

9    flow per hour, engage with associates, and then wrap up the

10   shift at the end of the day.

11   **Q.**  And what is the role of the Tier 3 shift assistant that

12   you mentioned reported to Mr. Ortiz?

13   **A.**  Tier 3 shift assistant, their job is to assist the Shift

14   Manager to assist the shift.

15   **Q.**  In 2016, was the Tier 3 shift assistant position hourly or

16   salaried?

17   **A.**  Hourly.

18   **Q.**  And then what's the role of the Tier 1 associates who you

19   mentioned reported to Mr. Ortiz on the night sort shift?

20   **A.**  Tier 1 associates performed the hourly work.  They have

21   specific roles they are assigned to.

22   **Q.**  What's an example of a role a Tier 1 associate would be

23   assigned to on a night sort shift?

24   **A.**  There would be an unloader role -- unload role, unload

25   scan role, a water spider, diverter, stower, problem solver.

LOPEZ – DIRECT /COONEY

1   **Q.**  You can pull the mic a little bit closer to you.  I think

2   it will pick up better.

3       Mr. Lopez, who determines which of those roles a Tier 1

4   associate will perform on a given night sort shift?

5   **A.**  A shift manager.

6   **Q.**  So at DSF6 and DSF4, would that be Mr. Ortiz in 2016 --

7   **A.**  Yes.

8   **Q.**  -- to your knowledge?

9       Mr. Lopez are Tier 1 associates responsible for confirming

10  the incoming volume on the shift?

11  **A.**  No.

12  **Q.**  Are Tier 1 associates responsible for creating the shift

13  plan?

14  **A.**  No.

15  **Q.**  Are Tier 1 associates responsible for allocating staffing?

16  **A.**  No.

17  **Q.**  Are Tier 1 associates responsible for monitoring sortation

18  performance through the night?

19  **A.**  No.

20  **Q.**  And are Tier 1 associates responsible for doing

21  end-of-shift reports?

22  **A.**  No.

23  **Q.**  I would like to get a better understanding of the

24  processes that are taking place during the night sort shift

25  when you were there in 2016.

1       To start, can you tell me how large DSF4 is?

2   **A.**  DSF4 is around 40,000 square feet, maybe a football field

3   long.  Maybe half a football field wide, two-thirds wide

4   maybe.

5   **Q.**  How large is DSF6?

6   **A.**  It's 225,000 square feet, about a four-football field long

7   and one wide, one and a half wide.

8   **Q.**  And based on your experience as a Level 5 Area Manager,

9   can you tell us what the general purpose of the night sort

10  operation is in a delivery station like DSF4 and DSF6?

11  **A.**  Yes.  It is to unload packages for customers out of

12  54-foot trailers, sort those packages into more granular areas

13  and containers, usually bags.  And then once those are all

14  sorted, they get staged and set up for drivers to pick up and

15  take out for delivery.

16  **Q.**  I want to break that down a little bit.

17      So when the packages arrived at the facility in 54-foot

18  trailers you mentioned, what happens to them first?

19  **A.**  They get backed into the unload, onto a dock door, and

20  then associates would unload the packages, either through a

21  fluid load, which is loose packages in the trailer, or on

22  pallets and what we call Gaylords, which are large cardboard

23  boxes that contain smaller boxes.

24  **Q.**  And when you say "associates," what position are you

25  referring to?

1    **A.**   Tier 1 associates.

2    **Q.**   And so if you say "associates" throughout the day today,

3    can we understand you to mean Tier 1 associates?

4    **A.**   Yes.

5    **Q.**   So after the unload process that you just explained, what

6    happens to the packages next?

7    **A.**   The packages would go from the unload, they get scanned

8    and then they would be sent down the conveyance and they would

9    be diverted to a spur or a sort zone, as we call them, and get

10   sent down different set of conveyance on those spurs, and then

11   they would get sorted out to those more granular zones, and

12   get scanned into the containers by another associate.

13   **Q.**   Can you describe for us what is a spur or a sort zone?

14        What does that look like?

15   **A.**   So there's what we call aisles, there are shelves and

16   racks.  Aisles within the shelves and racks they are usually

17   alphanumeric so they have letters associated to them and

18   there's numbers and more letters associated to them.  So

19   that's where you get the granularity out of it.

20        The packages, the labels will either have the

21   information -- it's changed over time -- have the information

22   on the specific labeler, and we scan it and make a new label,

23   and that tells you, the associates, where the packages need to

24   go based on the letter, and then where they need to go based

25   on the number, and the following letter.  Then they get

1    scanned into a specific container.

2    **Q.**  So the packages come down a conveyor belt into these spurs

3    or sort zones that you've mentioned where they have been

4    placed into the bins in the aisles?

5    **A.**  Yes.

6    **Q.**  Okay.  How many sort zones were there at DSF6 in 2016?

7    **A.**  There were six letters -- six lettered zones, which had

8    three spurs total.

9    **Q.**  So A zone, B zone?

10   **A.**  A, B, C, D and E and G.

11   **Q.**  And how many aisles in each zone?

12   **A.**  I believe there were 30 on C and D and 30 on E and G, and

13   then about 24 on A and B on each side.  So A would have 24, B

14   24.

15   **Q.**  And 30 on C?

16   **A.**  Yeah.

17   **Q.**  30 on D.

18       What about at DSF4, how many sort zones were there?

19   **A.**  I don't remember exactly.  I believe there were six total.

20   **Q.**  Do you recall how many aisles approximately there were at

21   DSF4?

22   **A.**  Around 15 on each side.

23   **Q.**  And who would work in the sort zones along those aisles?

24   **A.**  The associates, Tier 1 associates.

25   **Q.**  How many associates would there be?  Would there be an

LOPEZ – DIRECT /COONEY

1    associate at every aisle?

2    **A.**   There would be an associate every two aisles, sometimes

3    every three aisles.

4    **Q.**   And the racks that you mentioned that the -- that made up

5    these aisles, could you see through them?

6    **A.**   No.

7    **Q.**   So if you wanted to see what an associate working in the

8    I'll was doing, where would you have to go?

9    **A.**   You would have to walk throughout the operation and see

10   each specific area.

11   **Q.**   So after the packages are placed into the bins within the

12   aisles, what would happen next?

13   **A.**   Those packages, once the unload was complete and all the

14   scanning was complete, those packages would get picked from

15   those areas.  Basically have a specific list of areas, zones

16   you would pull packages from, and put them on another set of

17   racks that had wheels, and put them in staging locations for

18   drivers to pick up.

19   **Q.**   And who performed those functions?

20   **A.**   Tier 1 associates.

21   **Q.**   Are there any other processes beyond what we just talked

22   about that were happening during the night sort operation at

23   DSF6 and DSF4 while you were there in 2016?

24   **A.**   There was a problem solve operation that would occur.

25   **Q.**   What's a problem solve?

1    **A.**   So a problem solve is an area where packages that can't be

2    scanned, are damaged, might have leaking product, have the

3    wrong label, those get sent to problem solve for more research

4    and correction that can be done.

5    **Q.**   And who fills that problem solve role?

6    **A.**   The Tier 1 associates.

7    **Q.**   And would a problem to be solved by a Tier 1 problem

8    solver include something like repackaging a broken package?

9    **A.**   Yes.

10   **Q.**   Where do the problem solvers work within the facility?

11   **A.**   Problem solve is usually set up close to the unload area

12   because that's where most of the problem packages come from.

13   **Q.**   Earlier I believe you mentioned a water spider position.

14        What does a water spider do?

15   **A.**   A water spider, their role is mainly to remove unnecessary

16   equipment, provide supplies for whatever role needs supplies,

17   and then give the unloaders the work they need to continuously

18   work without having to take a break and find work for

19   themselves that's already ready for them.

20   **Q.**   What level of employee would do the water spider role?

21   **A.**   The Tier 1 associates.

22   **Q.**   Where do water spiders work within the facility?

23   **A.**   In a delivery station, they are usually in the unload.

24   **Q.**   So which of the processes and positions that we just

25   talked through was Mr. Ortiz responsible for overseeing as the

1    Night Sort Shift Manager at DSF4 and DSF6?

2    **A.**   All of them.

3    **Q.**   Are there any other work stations at DSF6 beyond what we

4    discussed?

5    **A.**   There was a leadership desk.

6    **Q.**   What is a leadership desk?

7    **A.**   An area for the shift manager or any manager to use while

8    they are running shift.

9    **Q.**   Was there any equipment at the leadership desk?

10   **A.**   There was charging equipment, the laptops can be placed

11   there, usually docking stations, sometimes a second monitor.

12   **Q.**   Was there a leadership desk at DSF4?

13   **A.**   Yes.

14   **Q.**   Did it have a station for a laptop as well?

15   **A.**   Yes.

16   **Q.**   At DSF6 could you observe all of the floor, all of the

17   processes we just talked about, from the leadership desk?

18   **A.**   No.

19   **Q.**   Why is that?

20   **A.**   Because the size of the equipment, the amount of the

21   equipment that's in your line of sight makes it difficult to

22   see everything.

23   **Q.**   What about at DSF4, could you see the entire floor from

24   the leadership desk?

25   **A.**   No.

LOPEZ – DIRECT /COONEY

1  **Q.**  How many Tier 1 associates worked the night sort shift at

2  DSF6 in 2016?

3  **A.**  I believe around a hundred.

4  **Q.**  If you wanted to see what all of the associates were doing

5  during the night sort shift, how long would it take to walk

6  around the facility to observe that?

7  **A.**  Do a proper walk to see everything in the operations, see

8  mostly associates would be minimum of 30 minutes.

9  **Q.**  How many Tier 1 associates typically worked on the night

10  sort shift at with DSF4 while you were shadowing Mr. Ortiz

11  there in 2016?

12  **A.**  I believe around 50.

13  **Q.**  How long would it take to walk around all of DSF4 to see

14  what those 50 associates were doing during the night sort

15  shift?

16  **A.**  Even though it is a smaller building, the equipment was

17  more condensed and you had to walk around different areas that

18  were harder to get to.  So it was about 15 minutes minimum.

19  **Q.**  Mr. Lopez, I want to ask you now about your time shadowing

20  Mr. Ortiz at DSF4 when you first joined the company in the

21  summer of 2016, specifically to walk through the tasks you

22  observed Mr. Ortiz performing.

23      To start, when did Mr. Ortiz arrive in relation to the

24  start time of the typical Tier 1 associates?

25  **A.**  About an hour and a half to two hours before that.

LOPEZ – DIRECT /COONEY

1    **Q.**  And did Mr. Ortiz have a fixed start time to your

2    knowledge?

3    **A.**  No.

4    **Q.**  When did the Tier 3 shift assistant arrive in relation to

5    the start time of the Tier 1 associates?

6    **A.**  About two hours.

7    **Q.**  Did the Tier 3 shift assistant have a fixed start time?

8    **A.**  Yes.

9    **Q.**  Did all the Tier 1 associates start at the same time,

10   about two hours after the Tier 3 shift assistant?

11   **A.**  Some would start earlier.

12   **Q.**  How many would start earlier?

13   **A.**  Two to three.

14   **Q.**  And how often did that happen where two or three

15   associates started earlier?

16   **A.**  It was planned daily.

17   **Q.**  Do you know who planned that?

18   **A.**  The shift manager.

19   **Q.**  So who is the shift manager at DSF4 that would have

20   planned that for the night sort?

21   **A.**  Mr. Ortiz.

22   **Q.**  And what did those Tier 1 associates, those two to three

23   who Mr. Ortiz planned to come in early, what would they do

24   when they arrived?

25   **A.**  They would help set up the unload.  They would make sure

1   that the volume is getting unloaded off the trailer and ready

2   for associates when the shift started.

3   **Q.**  Mr. Lopez, how do you know that Mr. Ortiz was the one who

4   decided that these Tier 1 associates would come in early to

5   help with the unload?

6   **A.**  Because we discussed it and he showed me what he planned.

7   **Q.**  Do you have an understanding of how he decided which

8   associates would come in early?

9   **A.**  Yeah.  It was based on seniority, based on their skill

10  level, what they are trained in, their reliability.

11  **Q.**  Did he tell you that?

12  **A.**  Yes.

13  **Q.**  So -- and how early did those two, three Tier 1 associates

14  come in to help with the unload?

15  **A.**  Sorry, can you ask that again?

16  **Q.**  Yeah.

17      How early, compared to the rest of the Tier 1 associates,

18  did those two to three arrive to help with the unload?

19  **A.**  Around 30 minutes.

20  **Q.**  So during the one and a half to two hours before most of

21  the Tier 1 associates arrived, what tasks did you see

22  Mr. Ortiz perform when you shadowed him at DSF4?

23  **A.**  He would be verifying what trailers were on-site, what

24  trailers were scheduled to be arriving on-site, when, building

25  a shift plan, building a staffing plan.

LOPEZ — DIRECT /COONEY

1   **Q.**  Did you shadow Mr. Ortiz while he was creating the shift

2   plan and staffing plan?

3   **A.**  Yes.

4   **Q.**  What did Mr. Ortiz do to put together the shift plan?

5   **A.**  The shift plan is based on the incoming volume, what's on

6   site, what is scheduled to arrive.  The plan volume for the

7   day, your plan flow per hour, and then total labor hours built

8   into the total time of the shift and outflow per hour.

9   **Q.**  What did the end product of the shift plan look like a

10  goal, a roadmap for the shift?

11  **A.**  Yeah, it was a roadmap.  It would be a goal of flow per

12  hour, it would have how many labor hours you had total versus

13  how many labor hours for each role.

14  **Q.**  And what did Mr. Ortiz do to put together the staffing

15  plan?

16  **A.**  So based on the shift plan and the total hours allotted

17  for each role, you would look at the scheduled associates that

18  were supposed to come in, the roles that they were trained in,

19  their skill level, and then assigned specific associates to

20  specific roles that are needed.

21  **Q.**  Did Mr. Ortiz give you any guidance on how to create these

22  plans?

23  **A.**  Yeah.  We talked through it.  It was, again, about the

24  skill level and the training level of each associate and where

25  they would work and also based on the redundancy of a certain

LOPEZ – DIRECT /COONEY

1   role.  If they were doing one role four days in a row, they

2   might be moved to another role to give him a break.

3   **Q.**  Those things you just mentioned, seniority, skill level,

4   whether someone had been doing a role several days in a row,

5   were those all things that Mr. Ortiz told you he was taking

6   into account in creating his staffing plan?

7   **A.**  Yes.

8   **Q.**  Based on your observation, how long did it take Mr. Ortiz

9   typically to create the shift and staffing plan at DSF4?

10  **A.**  Take about an hour.

11  **Q.**  Did Mr. Ortiz communicate the staffing assignment from the

12  staffing plan to the associates?

13  **A.**  Yes.  There's a staffing board, visible board for

14  associates to see when they came in.

15  **Q.**  Is that also referred to as a labor board?

16  **A.**  Yes.

17  **Q.**  Now, during that time that you were with Mr. Ortiz before

18  most of the Tier 1 associates arrived, did you ever observe

19  him performing physical work to help set up the shift?

20  **A.**  Yes.

21  **Q.**  How often did you see him do that?

22  **A.**  Occasionally.  Not every day.

23  **Q.**  And on the days that you did see him do that, how long

24  would he typically spend doing that?

25  **A.**  Fifteen, 30 minutes.

LOPEZ − DIRECT /COONEY

1    **Q.**  What specifically did you see him doing when he would

2    spend 15 to 30 minutes?

3    **A.**  Helping the shift assistant get the trailers docked and

4    ready for unload.

5    **Q.**  So once the Tier 1 associates, apart from the two to three

6    that came early, arrived on the site, what did you observe

7    Mr. Ortiz doing?

8    **A.**  He would be welcoming the associates in to the building,

9    having conversations with them, assisting them with any

10   questions that they had, HR-related questions, timecards,

11   things like that.

12   **Q.**  And how long did Mr. Ortiz typically spend doing those

13   tasks that you just described, greeting the associates,

14   helping them with HR items?

15   **A.**  It would vary day-to-day just depends on how early they

16   showed up.  Again, 15, maybe 30 minutes depending on the day.

17   **Q.**  So it was typically once associates began arriving until

18   the shift began?

19           **MS. VAN NOTE:**  Objection, leading.

20           **THE COURT:**  Sustained.

21   BY MS. COONEY:

22   **Q.**  How long were the Tier 1 associates scheduled to be

23   working at DSF4 typically?

24   **A.**  Six and a half to eight hours.

25   **Q.**  During that six and a half to eight hours that the Tier 1

LOPEZ – DIRECT /COONEY

1  associates were working, how did you observe Mr. Ortiz

2  spending his time?

3  **A.** Spent time at the leadership desk monitoring some of the

4  digital tools we had that would give us flow per hour and the

5  volume that we had, and then other times walking the floor

6  engaging with associates.

7  **Q.** You mentioned monitoring the flow on digital tools.  What

8  do you mean by that?

9  **A.** Yeah.  We had some websites that we used to monitor and

10  download information from that would help us disseminate the

11  actual flow of the shift itself.

12  **Q.** And how would those tools be accessed?

13  **A.** It was on the laptop through internal website.

14  **Q.** Do you recall what that internal website was?

15  **A.** It was Comp.

16  **Q.** And where did Mr. Ortiz typically have his laptop while he

17  was monitoring the flow of packages using the Comp tool?

18  **A.** At the leadership desk.

19  **Q.** How often did Mr. Ortiz review this data from the Comp

20  tool over the course of the shift?

21  **A.** Every 30 minutes to an hour.

22  **Q.** And then once Mr. Ortiz looked at that data, did he do

23  anything with it?

24  **A.** Yeah.  Typically would make adjustments to the operation.

25  If there's a gap between unload rate and the scan rate and you

LOPEZ – DIRECT /COONEY

1  make staffing adjustments to bridge that gap.

2  **Q.**  And how would you know if there was a barrier gap based on

3  the data?

4  **A.**  Again, it's based on the flow per hour out of each

5  function in the shift itself.

6     So, as an example, if unload is going too fast, there's

7  too much work for the stowers, they can't go as fast as the

8  unloader, you will see there is a big discrepancy between

9  what's been unloaded and what's waiting to be stowed.

10  **Q.**  You said that Mr. Ortiz would make adjustments based on

11  what he saw in the data.  Can you give us an example of an

12  adjustment you saw Mr. Ortiz make based on the data?

13  **A.**  Yeah.  An example, if -- again, an unload is going too

14  fast then you want to pull some staffing out of the unload,

15  move some of those associates to the stow position to allow

16  them to get caught up with those associates.

17  **Q.**  Do you have an understanding as to why Mr. Ortiz assessed

18  those metrics as frequently as he did every 30 or 60 minutes?

19     **MS. VAN NOTE:**  Objection.

20     **THE COURT:**  He can answer that "yes" or "no."

21  Do you have an understanding?

22     **THE WITNESS:**  I am sorry?

23     **THE COURT:**  Do you have an understanding?

24     **THE WITNESS:**  I do.

25     **THE COURT:**  What is it based on?

1          **THE WITNESS:**  Based on my experience.

2          **THE COURT:**  Overruled.  You can answer.

3     Re-ask that question.

4  BY MS. COONEY:

5  **Q.**  What is your understanding of why Mr. Ortiz assessed the

6  metrics as often as he did?

7  **A.**  That is standard practice on a sort shift for Amazon.  It

8  is based on having a full understanding of what's happening in

9  a timely manner.  So every 30 minutes to an hour is very

10  consistent with the times you need to monitor a shift because

11  everything is based on hours.

12  **Q.**  Aside from reviewing the data, were there other ways that

13  Mr. Ortiz monitored the shift?

14  **A.**  Yeah.  We had -- he showed me the Microsoft Excel tool

15  that was used to help show even more granular detail on the

16  actual shift itself.  And then after reviewing that

17  information, walking the floor and seeing if what's happening

18  on paper or digitally is what's visible on the floor.

19  **Q.**  That Microsoft Excel tool, was that an Amazon tool or

20  something that Mr. Ortiz created?

21  **A.**  It was an Amazon tool that Mr. Ortiz worked to enhance it,

22  make it more efficient.

23  **Q.**  And the walks you mentioned that Mr. Ortiz would take to

24  see if visually the operation was matching what he saw in the

25  data, how much time did you see Mr. Ortiz typically spend

1  doing those walks?

2  **A.**  Again, about 15 minutes.

3  **Q.**  Per walk or in total?

4  **A.**  Per walk.

5  **Q.**  And about how many walks did Mr. Ortiz typically take

6  around the facility at DSF4?

7  **A.**  Probably four or five on average.

8  **Q.**  During the roughly six and a half to eight hours that

9  Tier 1 associates were working the night sort operation, did

10  you observe Mr. Ortiz working in the path with them?

11  **A.**  Occasionally.

12  **Q.**  What do you mean by "occasionally?"

13  **A.**  It wasn't consistent.  It wasn't long periods of time.

14  **Q.**  So was it every day?

15  **A.**  Not that I remember.

16  **Q.**  On those occasions that Mr. Ortiz did work in the path

17  that you saw, how much time over the course of the shift did

18  you see him spend in path?

19  **A.**  On average 30 minutes.

20  **Q.**  So when the Tier 1 associates were working, if Mr. Ortiz

21  wasn't spending time in path or walking around the facility,

22  where within DFS4 did you observe him working?

23  **A.**  At the leadership desk or near the unload.

24  **Q.**  I believe you stated earlier that the leadership desk is

25  where he would monitor the flow of packages from the laptop.

```
 1    Is there anything else you observed him doing in that space?
 2    A.   There would be times he would be playing music, and then
 3    just engaging with the associates that were nearby, having
 4    conversations with them.
 5    Q.   Apart from conversations with associates, did Mr. Ortiz
 6    have any formal meetings with associates?
 7    A.   I don't remember specifically.
 8    Q.   Once with the Tier 1 associate shift was over, did
 9    Mr. Ortiz perform any end-of-shift activities?
10    A.   Yes.  There's end-of-shift reports that were created
11    consolidating information based on your plan versus your
12    actual, looking at the total hours used, making sure timecards
13    are correct.  And once that report is compiled, sending it
14    out, called a handoff report, and that's sent out to the rest
15    of the leadership team.
16    Q.   Were you part of the leadership team?
17    A.   Yes.
18    Q.   So did you receive Mr. Ortiz's handoff reports?
19    A.   Yes.
20    Q.   Did Mr. Ortiz explain to you how he was getting the
21    information to include in the handoff report?
22    A.   Yes.
23    Q.   And what did he tell you?
24    A.   Again, it's based on some of the tools used throughout
25    shift.  You're going to pull that information at the end of
```

LOPEZ – DIRECT /COONEY

1   the shift and then build a report based off of that, and then

2   there's a time card system you pulled off as well.

3   **Q.**  Of the end-of-shift activities you mentioned, creating the

4   reports, confirming timecards were correct, and sending off

5   the handoff, how long did it take Mr. Ortiz to perform those

6   tasks at DFS4 typically?

7   **A.**  Thirty minutes?

8   **Q.**  All right.  So following your time shadowing Mr. Ortiz at

9   DFS4, you said you went over to DFS6.  Did Mr. Ortiz also move

10  over to DFS6 at that time?

11  **A.**  Yes.

12  **Q.**  And had the building launched at that point when you moved

13  over?

14  **A.**  No.

15  **Q.**  How long after that was it before DFS6 launched?

16  **A.**  It was about two weeks.

17  **Q.**  And so what were you working on at DFS6 for those two

18  weeks before the facility launched?

19  **A.**  There was a lot of planning going on, the ramp plans,

20  opening volume, and how we are going to build the volume over

21  time, day one planning for the associates, how we are going to

22  greet them, what are we going to have for them in terms of

23  engagement activities, food, walking the floor, making sure

24  the building is set up in a manner that's going to make us

25  successful.

LOPEZ – DIRECT /COONEY

1    **Q.**  And I think you said "we."  Who is the "we" involved in

2    that planning?

3    **A.**  All the managers assigned to DFS6.

4    **Q.**  Did that include Mr. Ortiz?

5    **A.**  Yes.

6    **Q.**  So once the facility launched at DFS6, you were

7    Mr. Ortiz's supervisor, did you observe him performing his

8    duties?

9    **A.**  Yes.  We would cross over shifts for about two and a half

10   to three hours every morning.

11   **Q.**  Every morning, so every day of the week that you worked,

12   there was crossover?

13   **A.**  Yes.  We were on the same days of the week shift.

14   **Q.**  And during what time of day did you cross over?

15   **A.**  I would arrive at the station around 4:30, 5:00 a.m. and

16   then we would crossover up until about 7:30, 8:00 o'clock.

17   **Q.**  So the end portion of the sort shift?

18   **A.**  Yes.

19   **Q.**  Were there any other managers, to your knowledge, who were

20   on-site during Mr. Ortiz's sort shift when you were not there?

21   **A.**  At the beginning of his shift, there's usually a

22   return-to-station manager, RTS manager on-site.

23   **Q.**  Was that Mr. Basra?

24   **A.**  No.  It was Raquell Gaffud.

25   **Q.**  So for the portion of the shift you and Ms. Gaffud were

LOPEZ – DIRECT /COONEY

```
1    not there, was Mr. Ortiz typically the only manager at DFS6?

2    A.  Yes.

3    Q.  In the time that you crossed over with Mr. Ortiz each

4    shift for a few hours, did you observe anything that gave you

5    a reason to believe he was spending his time differently than

6    how he had at DFS4?

7    A.  No.

8    Q.  What was your expectation as his manager as to how

9    Mr. Ortiz would spend his time at DFS6 compared to how he had

10   while he was at DFS4?

11   A.  It would be the same.  Since he taught me how to run the

12   shift -- sort shift I had no different expectation.

13   Q.  Do you know when Mr. Ortiz arrived for his shift at DFS6

14   in relation to when the Tier 1 associates arrived?

15   A.  It was similar, about hour and a half, two hours ahead of

16   time.

17   Q.  Did DFS6 have associates that would arrive earlier than

18   others?

19   A.  Yes.

20   Q.  And how many associates would arrive early?

21   A.  I believe it was about three to five.

22   Q.  Was that planned?

23   A.  Yes.

24   Q.  Do you know who planned that?

25   A.  The shift manager would plan that.
```

LOPEZ – DIRECT /COONEY

1   **Q.**  So who would the night sort shift manager to plan that be

2   at DFS6 in 2016?

3   **A.**  Mr. Ortiz.

4   **Q.**  You mentioned earlier that DFS6 was about 225,000 square

5   feet, I believe, so much larger than DFS4.  Did that impact

6   how long it took to create the shift plan and staffing plan

7   for the night?

8   **A.**  Not necessarily the shift plan because it is usually

9   pretty standard.  Staffing plan would take longer because you

10  have more associates and more rows to fill.

11  **Q.**  How long did it take to create a shift and staffing plan

12  at DFS6?

13  **A.**  Take an hour to hour and a half.

14  **Q.**  Once the Tier 1 associates arrived at DFS6 to begin their

15  shift, what was your understanding of how Mr. Ortiz was

16  spending his time?

17  **A.**  I'm sorry, you said once they arrived on shift?

18  **Q.**  Once the Tier 1 associates arrived on shift and were

19  working, what is your understanding of how Mr. Ortiz spent his

20  time?

21          **MS. VAN NOTE:**  Objection, lacks foundation.

22          **THE COURT:**  Sustained.

23  **BY MS. COONEY:**

24  **Q.**  Mr. Lopez, once the Tier 1 associates arrived and began

25  working, did you have an understanding of how Mr. Ortiz spent

1    his time?

2    **A.**  Very similar to the DFS4.

3        **MS. VAN NOTE:**  Objection, move to strike.

4        **THE COURT:**  Overruled.

5    **BY MS. COONEY:**

6    **Q.**  What is that understanding based on?

7    **A.**  Again, based on my time that I spent with shadowing him

8    and he taught me how to run a shift.

9    **Q.**  So based on your understanding while Tier 1 associates

10   were performing in their roles, where did Mr. Ortiz typically

11   spend his time?

12   **A.**  In the unload or I believe leadership desk.

13   **Q.**  When you say "in the unload," what do you mean by that?

14   **A.**  Just in the unload monitoring how the unloads were

15   performing, and then making adjustments there, engaging with

16   associates, at times playing music for them to help motivate,

17   and if he wasn't there, he was at the leadership desk.

18   **Q.**  When you say "engaging associates," what do you mean by

19   that?

20   **A.**  Having conversations with them.  Like an example, playing

21   music to help motivate them.  Just having conversations,

22   getting to know the associates.

23   **Q.**  And what was your understanding of what Mr. Ortiz was

24   doing while he was at the leadership desk at DFS6?

25   **A.**  Pulling data very similar to what he did at DFS4.

LOPEZ – DIRECT /COONEY

1    Spending time enhancing even more tools that were available to

2    us or he had helped create.

3    **Q.** Did Mr. Ortiz prepare end-of-shift reports at DFS6?

4    **A.** Yes.

5    **Q.** Do you know who those were distributed to?

6    **A.** To the rest of the leadership team.

7    **Q.** Did that include you?

8    **A.** Yes.

9    **Q.** Was it your practice to review Mr. Ortiz's end-of-shift

10   reports?

11   **A.** Yes.

12   **Q.** Did you ever review them with him?

13   **A.** There were times that we talked about what was going on

14   with the report. If it made sense, if there's anything that

15   needed to be taken away or added, we did have conversations

16   like that periodically.

17   **Q.** Based on your observations, did you have any reason to

18   believe Mr. Ortiz spent more time working in the path doing

19   Tier 1 associate tasks at DFS6 than he had at DFS4?

20   **A.** No.

21   **Q.** During the conversation you had with Mr. Ortiz from time

22   to time about his end-of-shift reports, did Mr. Ortiz ever

23   give you reason to believe that he was spending significant

24   time doing Tier 1 associate work?

25   **A.** Not that I remember.

1    **Q.**  Mr. Lopez, when you overlapped with Mr. Ortiz for a few

2    hours each shift, where did you observe him spending his time?

3    **A.**  Again, in the unload or at the leadership desk.

4    **Q.**  Mr. Lopez, based on your observations of Mr. Ortiz, both

5    at DFS4 and DFS6, did you ever see Mr. Ortiz spend more than

6    half of his day doing Tier 1 associate work?

7    **A.**  No.

8    **Q.**  Can you estimate how much time Mr. Ortiz typically spent,

9    if any, doing Tier 1 associate work during a shift?

10            **MS. VAN NOTE:**  Objection.

11            **THE COURT:**  Overruled.  You may answer.

12            **THE WITNESS:**  Based on my observations, 30 minutes on

13   average.

14   **BY MS. COONEY:**

15   **Q.**  In your opinion, was Mr. Ortiz the type of shift manager

16   who would make it a practice to spend time working in the path

17   with the associates?

18   **A.**  No.  My experience is that Mr. Ortiz was one of the last

19   managers to jump in and do Tier 1 work.

20   **Q.**  What do you mean by that?

21   **A.**  If there's multiple managers on shift, other managers

22   might jump in or get engaged with the associates and Tier 1

23   work prior to him.

24   **Q.**  As a level 5 manager, did you have an expectation that a

25   night sort shift manager like Mr. Ortiz would jump in and work

LOPEZ - DIRECT /COONEY

1   in the path on a regular basis?

2   **A.**  Only for engagement, for training, and even morale

3   boosting, but not for significant amount of times.

4   **Q.**  What would you consider to be a significant amount of

5   time?

6   **A.**  Anything more than 45 minutes is significant.

7   **Q.**  Based on your experience managing shift managers,

8   including Mr. Ortiz, if a shift manager had been spending half

9   of his time doing Tier 1 associate work, would that have come

10  to your attention?

11  **A.**  Yes.

12  **Q.**  Why do you say that?

13  **A.**  I believe I would have been told about it by the shift

14  manager themselves, by the shift assistant, and I would be

15  able to see it within the end-of-shift reports.  I could see

16  it within the metrics while I am on shift for those two, two

17  and a half to three hours.

18  **Q.**  How would you see it in the metrics?

19  **A.**  Very similar to what I talked about before, unload versus

20  stow rate.  That's the best example.  You can see that one is

21  either going slower or faster than the other, and it will be

22  very evident to you that say, for example, if the unload is

23  going too fast, and the associates on the floor stowing

24  packages are not able to keep up, you can see the huge gap

25  between those two in the reports.

LOPEZ – DIRECT /COONEY

1    **Q.**  Of the instances where you did observe Mr. Ortiz

2    performing Tier 1 associate work, did you have an

3    understanding as to why he was doing that?

4              **MS. VAN NOTE:**  Objection.

5              **THE COURT:**  Response?

6              **MS. COONEY:**  I'm asking the witness, Your Honor, if

7    he does have an understanding --

8              **THE COURT:**  So the answer is yes or no, do you have

9    such an understanding?

10             **THE WITNESS:**  Yes.

11             **THE COURT:**  All right.

12   BY MS. COONEY:

13   **Q.**  What's your understanding based on?

14   **A.**  Based on my time shadowing him at DFS4 and based on

15   conversations with him.

16   **Q.**  So based on your conversations with him and your time

17   shadowing him, why was Mr. Ortiz spending time performing

18   Tier 1 associate work?

19   **A.**  It would be for training.  It would be for learning of the

20   associate if he didn't understand the function they were

21   performing or to help them improve their performance, their

22   rates, and also for morale and engagement.

23   **Q.**  Did Mr. Ortiz tell you that?

24   **A.**  We had general conversations about that.  We talked about

25   that in the time I shadowed him.

LOPEZ – DIRECT /COONEY

1  **Q.**  Mr. Lopez, were there occasions while you were at DFS6

2  where there were fewer Tier 1 associates on shift than were

3  expected?

4  **A.**  That does happen.  You build into your shift plan your

5  attendance percentage, so you can help account for that based

6  on historical information.

7  **Q.**  What do you mean by that, you build that into the plan an

8  attendance percentage?

9  **A.**  Yes.  For an example, if you plan to have 110 associates

10  on shift, but historically you have 10 percent of the

11  scheduled associates not show up to work, then you can build

12  that into your staffing that you know you have a 10 percent

13  gap.  But that's why shifts are usually overstaffed to account

14  for that as well.

15  **Q.**  And so if there were fewer associates than expected that

16  arrived on shift, is there anything a shift manager can do in

17  response to that?

18  **A.**  Yeah.  There's an opportunity called voluntary extra time

19  to get associates that are not scheduled for that specific day

20  and give them an opportunity to make extra -- to have extra

21  hours and get extra time.

22  **Q.**  Was that available in 2016?

23  **A.**  Yes.

24  **Q.**  Could a shift manager ask associates to work overtime?

25  **A.**  Yes.

LOPEZ – DIRECT /COONEY

1   **Q.**  Was there any cap on how many associates could be asked to

2   work overtime?

3   **A.**  No.

4   **Q.**  And did a shift manager need approval to ask associates to

5   work overtime?

6   **A.**  No.

7   **Q.**  Would it be expected that a shift manager would get into

8   path if there were fewer Tier 1 associates on-site than

9   expected?

10  **A.**  No.

11  **Q.**  Why do you say that?

12  **A.**  Because if a shift manager or any manager is in path, and

13  focusing on one specific item or one specific part of the

14  operation, they lose sight of the whole operation.

15  **Q.**  Based on your knowledge and experience as an Area Manager,

16  on a shift of 100 associates, would one additional person

17  working in the path make the difference between completing the

18  sort and not completing the sort?

19  **A.**  No.

20  **Q.**  Why do you say that?

21  **A.**  Because there's other options that you can -- other

22  triggers you can pull to adjust your staffing, adjust your

23  plan.  To account for that one-person gap, you can easily make

24  that adjustment and still successfully complete the plan.

25  **Q.**  What's an example of a staffing change that can be made to

LOPEZ – DIRECT /COONEY

1  adjust the plan to try to bridge the gap?

2  **A.**  You can adjust your unload rate, the flow per hour, the

3  unload to account for the gap that you might have in the stow

4  location.

5  So if you change your unload rate slightly, one less

6  unloader could go and put that person into the stow position

7  and allow them to stay on task and the shift can run

8  successfully.

9  **Q.**  Did you ever observe Mr. Ortiz make an adjustment like

10  that during a shift?

11  **A.**  Yes.

12  **Q.**  More than once?

13  **A.**  Yes.

14  **Q.**  Did he make adjustments like that every shift --

15  **MS. VAN NOTE:**  Objection.

16  **MS. COONEY:**  -- to your knowledge?

17  **THE COURT:**  Sustained.

18  BY MS. COONEY:

19  **Q.**  Mr. Lopez, as Mr. Ortiz's manager, did you ever have

20  concerns that he was spending too much time performing Tier 1

21  associate tasks?

22  **A.**  No.

23  **Q.**  Did Mr. Ortiz ever raise a concern to you that he felt he

24  was spending too much time on Tier 1 associate work?

25  **A.**  Not that I remember.

1   **Q.**   Do you recall him ever raising a concern to you about

2   shifts being understaffed?

3   **A.**   Not specifically, no.

4   **Q.**   If Mr. Ortiz had raised a concern to you about

5   understaffing on shifts at DFS6, what would be your practice

6   in responding to that?

7   **A.**   I would have a meeting with Mr. Ortiz, or any other

8   manager, go over the shift plan itself, see what options were

9   available to them, and then help them make adjustments going

10   forward on what we can do differently or better.

11   **Q.**   As Mr. Ortiz's supervisor at DFS6, did you have an

12   expectation that he would take breaks during his shift?

13   **A.**   It's a manager's discretion to take breaks as needed.

14   **Q.**   Do you have any reason to believe that Mr. Ortiz wasn't

15   doing that?

16   **A.**   No.

17   **Q.**   Did you have any specific recollection of Mr. Ortiz taking

18   break periods?

19   **A.**   There were times where he took some breaks.  When I was

20   crossing over with him, there were times he would take time

21   off the floor.  I had associates tell me one time that he was

22   sleeping in the van.  So I know breaks were taken.

23   **Q.**   In that time that it was escalated to you that he was in a

24   van sleeping during shift, what facility was that at?

25   **A.**   DFS6.

LOPEZ − DIRECT /COONEY

1    **Q.**  Did you have any conversations with Mr. Ortiz about that?

2    **A.**  Yeah.  We discussed how that's not an appropriate place to

3    take a break.  If you need the time off the floor, you should

4    take it off the floor.  You don't need associates seeing that,

5    our managers in that position.

6    **Q.**  Did you ever discourage Mr. Ortiz from taking breaks?

7    **A.**  No.

8    **Q.**  Mr. Lopez, do you have an opinion as to whether Mr. Ortiz

9    is a truthful person?

10            **MS. VAN NOTE:**  Objection.

11            **THE COURT:**  I will sustain the objection unless you

12   can lay a proper foundation with respect to that issue.

13            **MS. COONEY:**  Well, Your Honor, I am seeking the

14   witness's opinion regarding Mr. Ortiz's truthfulness under

15   Rules of Evidence 608(a).

16            **THE COURT:**  I understand that's what you are doing or

17   trying to do, but you need to lay a foundation about the

18   ability of this witness to opine in accordance with that rule,

19   and you haven't done that.

20       That's why I am sustaining the objection.  I'm not cutting

21   you off completely, I'm just giving you a basis for the

22   Court's ruling.

23            **MS. COONEY:**  Understood.  Thank you, Your Honor.

24   BY MS. COONEY:

25   **Q.**  Mr. Lopez, you worked with Mr. Ortiz for how long?

LOPEZ – DIRECT /COONEY

```
1    A.   From July 2016 to December of 2016.

2    Q.   And did you have interactions with Mr. Ortiz over those

3    several months that you worked together?

4    A.   Yes.  We had daily interactions.

5    Q.   Based on your interactions with Mr. Ortiz and based on

6    your experience with Mr. Ortiz as his manager, do you have an

7    opinion as to whether Mr. Ortiz is a truthful person?

8              MS. VAN NOTE:  Objection.

9              THE COURT:  Grounds?

10             MS. VAN NOTE:  Your Honor, I don't believe a proper

11   foundation has been laid.

12             THE COURT:  All right.  Overruled.

13        You may answer.

14             THE WITNESS:  Can you ask the question again?

15   BY MS. COONEY:

16   Q.   Based on your interactions with Mr. Ortiz and your

17   experience as his manager, and your experience shadowing him,

18   do you have an opinion as to whether Mr. Ortiz is a truthful

19   person?

20   A.   I do have an opinion, yes.

21   Q.   What is your opinion?

22             MS. VAN NOTE:  Objection.

23             THE COURT:  Overruled.

24             THE WITNESS:  He is not a truthful person.

25
```

1    **BY MS. COONEY:**

2    **Q.**  Why do you say that?

3    **A.**  When he was injured in December of 2016, he had asked me

4    to lie to him -- lie for him, excuse me, and do him a solid,

5    basically lie for him and say that he fell on the stairs

6    rather than on the conveyor.

7    **Q.**  Can you tell me more about the context for that

8    conversation?

9    **A.**  Yeah.  We had found out that Mr. Ortiz was injured.  He

10   had a cut above his eye.  We had taken him to the hospital to

11   make sure he got treatment.

12       And then I received a message asking me to lie for him,

13   basically saying that he fell on the stairs when we all were

14   aware that he had gone on the conveyance to break a jam, and

15   fell.

16   **Q.**  Did you go along with Mr. Ortiz's request that you do him

17   a solid and lie for him?

18   **A.**  No, I did not.

19   **Q.**  Did you do anything to report that conversation?

20   **A.**  I escalated the request to my manager and to the HR

21   Department.

22   **Q.**  And how did you escalate it to HR?

23   **A.**  I had a conversation with them, and then I forwarded the

24   message to them.

25   **Q.**  Did you have any sort of statement?

1    **A.**  Yeah, I did a written statement as well.

2    **Q.**  How long after your conversation with Mr. Ortiz did you

3    write your written statement?

4    **A.**  It was within a couple of hours.

5    **Q.**  All right.

6          **MS. COONEY:**  I would like to bring up what has been

7    marked as Trial Exhibit 139.

8          **THE CLERK:**  Has it been admitted?

9          **MS. COONEY:**  It has not been admitted.

10         **MS. VAN NOTE:**  Your Honor, we do object to this

11   exhibit.

12         **THE COURT:**  Well, I appreciate that, but let's

13   hear -- first of all, it hasn't been offered yet.  And there

14   hasn't been an attempt to lay a foundation.  So I will

15   withhold ruling on any objection to the admissibility.

16     So without getting into the substance, you can attempt to

17   lay a foundation counsel as to the admissibility if that is

18   what you are trying to do.

19         **MS. COONEY:**  Thank you, Your Honor.

20     Can we pull up the exhibit, please?

21                        (Displayed on screen.)

22   **BY MS. COONEY:**

23   **Q.**  Mr. Lopez, do you recognize this document that is marked

24   as Trial Exhibit 139?

25   **A.**  Yes.  This is a witness statement.

LOPEZ – DIRECT /COONEY

1    **Q.**  And whose witness statement is it?

2    **A.**  It is my witness statement.  That is my handwriting.

3         **MS. COONEY:**  If we can scroll down to the bottom of

4    this form.

5    BY MS. COONEY:

6    **Q.**  Do you see a signature at the bottom?

7    **A.**  Yes.

8    **Q.**  Whose signature is that?

9    **A.**  That's my signature.

10   **Q.**  It appears to be dated December 7th, 2016.  Do you see

11   that?

12   **A.**  Yes.

13   **Q.**  Is that the date that you gave the statement?

14   **A.**  Yes.

15   **Q.**  Is that the date that Mr. Ortiz asked you to do him a

16   solid?

17   **A.**  Yes.

18   **Q.**  And, Mr. Lopez, in your experience, over the past five

19   years as being a manager with Amazon, is this the type of

20   witness statement form that Amazon regularly keeps in its

21   Human Resources records?

22   **A.**  Yes.

23        **MS. COONEY:**  Your Honor, I would like to move

24   Trial Exhibit 139 into evidence.

25        **THE COURT:**  Ms. Van Note?

1          **MS. VAN NOTE:**  Yes, Your Honor.  Our objection is

2     based on relevance.  Mr. Ortiz has already testified that he

3     was terminated.  He has already provided testimony about this

4     incident and does not go to any claim or defense.

5          In addition, at this point it is becoming cumulative.

6          **THE COURT:**  What's your response?  It also appears to

7     the Court to be hearsay because it is an out-of-court

8     statement offered for the truth of the matter.  So it is

9     defined as hearsay.

10         What is your response to counsel's objections?

11         **MS. COONEY:**  Your Honor, regarding the relevance, I

12    would argue that Mr. Ortiz opened the door to discussing his

13    termination.  And even on cross-examination discussed this

14    instance where he asked Mr. Lopez to do him a solid.  And this

15    bears directly on Mr. Ortiz's credibility and on his

16    motivation for bringing this lawsuit.

17         I will not be seeking to admit any other documents with

18    Mr. Lopez regarding termination.  So I would argue it is not

19    cumulative at this point.

20         Regarding hearsay, there are multiple hearsay exceptions

21    that I would suggest apply here.  As Mr. Lopez said, he made

22    the statement very shortly after his conversation with

23    Mr. Ortiz, so it reflects his present sense impression.  It

24    reflects Mr. Ortiz's statement within the document, party

25    opponent admission, and it is all contained within a business

1    record that Mr. Lopez testified is kept by Amazon in the usual

2    course of business.

3         THE COURT:  All right.

4         Well, I don't -- I think -- I don't agree with you.  I'll

5    sustain the objection.  I think it is cumulative.

6         Mr. Ortiz has admitted to the incident.  The witness has

7    given his recollection of the incident.  So it's cumulative.

8         I don't think this meets the requirement of present sense

9    impression.  The fact that there's a statement within it that

10   is an admission doesn't deal with the statement itself, that

11   is, the four corners is hearsay.

12        Even if this was admissible, I do believe its cumulative

13   based upon the admissions made by Mr. Ortiz and by the

14   perception of the witness about the incident.  And so I think

15   under 403, it is cumulative.

16        It's in the record.  It is a bench trial.  I have a sense

17   of the parties' position on this incident, so I will, without

18   commenting on the weight to be given, if any, to the incident

19   and the circumstances surrounding Mr. Ortiz's termination, I

20   will not allow this document and sustain the objection.

21        MS. COONEY:  Understood.  Thank you, Your Honor.

22        I have no further questions at this time.

23        THE COURT:  Thank you, Ms. Cooney.

24        Do you have any cross, Ms. Van Note?

25        MS. VAN NOTE:  Yes, Your Honor.

1          **THE COURT:**  Proceed.

2                    <u>**CROSS-EXAMINATION**</u>

3     **BY MS. VAN NOTE:**

4     **Q.**   Good morning, Mr. Lopez.

5     **A.**   Good morning.

6     **Q.**   I'm Laura Van Note and I represent Mr. Ortiz.  I will be

7     asking you some questions.

8           You stated that you currently work for Amazon now, right?

9     **A.**   Right.

10    **Q.**   You've worked for Amazon since 2016?

11    **A.**   Yes.

12    **Q.**   And you held the position or the level of L5 that entire

13    time up until about a month ago?

14    **A.**   Correct.

15    **Q.**   You were promoted a month ago?

16    **A.**   Yes.

17    **Q.**   Congratulations.

18          Who communicated your promotion to you?

19    **A.**   My direct manager.

20    **Q.**   And had you applied for that promotion?

21    **A.**   I'm not sure I understand the question.  It's not how it

22    works at Amazon.

23    **Q.**   Did you put in like an application or request the new

24    position or level up?

25    **A.**   No, my manager initiated that.

1    **Q.**  Who is your manager?

2    **A.**  At the time it was Joe Steffen.

3    **Q.**  Okay.  So it changed in the last month?

4    **A.**  Yes.  As I am at the same level as Joe Steffen now, and I

5    report to John Fields.

6    **Q.**  Have you discussed this case with Joe Steffen?

7    **A.**  No.

8    **Q.**  Have you ever discussed this case with your new manager,

9    Mr. Fields?

10   **A.**  No.

11   **Q.**  Did you tell Mr. Fields you would need the day off so you

12   can testify here today?

13   **A.**  Yes.

14   **Q.**  So you have spoken with him about it?

15   **A.**  I have not spoken about specifics of the case.

16   **Q.**  Okay.  What specifically did you speak to your current

17   manager about?

18   **A.**  That I am a witness in a case with Amazon as the

19   defendant, and that I needed time away from the operation to

20   be a witness.

21   **Q.**  Did you tell him you would be testifying on behalf of

22   Amazon?

23   **A.**  I just told him I was involved with the trial.

24   **Q.**  You testified earlier extensively regarding your

25   observations about Mr. Ortiz's work.  I just want to be clear.

LOPEZ – CROSS – VAN NOTE

1     You said that you worked shadowing him for about two

2  weeks; is that right?

3  **A.**   At DFS4, yes.

4  **Q.**   And that was part of your initial training?

5  **A.**   Correct.

6  **Q.**   And during those two weeks, you gave us a detailed rundown

7  of how many minutes he spent on every single task, and you

8  were able to gain that much information from looking at him

9  and working with him for two weeks?

10 **A.**   That was based on averages from the observations in the

11 time I spent with him, yes.

12 **Q.**   You are saying it was based not just on the two weeks, but

13 on the time you worked with him after that?

14        **MS. COONEY:**   Objection.  Misstates the testimony.

15        **THE COURT:**   Overruled.

16     You may answer.

17        **THE WITNESS:**   Can you repeat the question, please?

18        **MS. VAN NOTE:**   Yes.

19 **BY MS. VAN NOTE:**

20 **Q.**   The question is, your observations, are you saying were

21 not based only on those first two weeks, but also you are

22 talking about averages for the time that you worked with him

23 after that first two weeks?

24 **A.**   Yes.

25 **Q.**   After those first two weeks, you became his manager,

LOPEZ – CROSS – VAN NOTE

1    right?

2    **A.**  Not right away, no.  After those two weeks, I spent some

3    time at DFS4 working with another manager shadowing them.

4    **Q.**  So the next time you worked with Mr. Ortiz, your role,

5    though, was as his manager as a Level 5?

6    **A.**  Yes.

7    **Q.**  During the time you were a Level 5, you generally worked

8    during the day, right?

9    **A.**  Yes.  I would start my day at about 4:30 in the morning.

10   **Q.**  You said that you would have an overlap with Mr. Ortiz of

11   two to three hours, right?

12   **A.**  Correct.

13   **Q.**  During the beginning of Mr. Ortiz's shift, you generally

14   were not present; is that right?

15   **A.**  Not generally, no.

16   **Q.**  Were you ever present -- apart from the two weeks when you

17   were shadowing him, were you ever present during the beginning

18   of his shifts?

19   **A.**  There were times periodically.

20   **Q.**  You have a specific recollection of that?

21   **A.**  I do not have specific days, no.  But there were times

22   that I know I was there late enough to see him arrive on

23   shift.

24   **Q.**  Are you saying there were occasions when you worked

25   starting at 4:00 o'clock in the morning and you were still

```
 1    there at 10:00 or 11:00 when Mr. Ortiz came in?
 2    A.   There were days when I came in later.  There's days when I
 3    worked later, yeah.  There were days when I worked 16 hours.
 4    It depends on the day.
 5    Q.   How many occasions do you think you were present during
 6    Mr. Ortiz's shift?
 7    A.   I don't have a specific number.
 8    Q.   Was it less than five?
 9    A.   No.
10    Q.   So was it less than 10?
11    A.   Again, I can't really give you a specific number.  I know
12    it was a decent amount of time.  It was probably more than 10
13    because in December of 2016, I was working sort shift --
14              COURT REPORTER:  I'm sorry?
15              THE WITNESS:  Working the sort shift as well.
16    BY MS. VAN NOTE:
17    Q.   In December of 2016, you actually worked the same shift as
18    Mr. Ortiz?
19    A.   Yes.
20    Q.   How many shifts?  How many nights did you do that?
21    A.   We did four nights a week.
22    Q.   Four nights a week for how long?
23    A.   I believe it was three weeks at that point.
24    Q.   And you said that was during peak?
25    A.   Yes.
```

1  **Q.**  Why was it necessary for you, the L5, to be present during

2  peak?

3  **A.**  Because the sort shift --

4          **MS. COONEY:**  Objection.

5          **THE COURT:**  Overruled.

6          **THE WITNESS:**  The sortation shift is the critical

7  shift of the whole day.  If the sortation is successful, then

8  the rest of the day will be successful.

9  **BY MS. VAN NOTE:**

10 **Q.**  You said specifically that this was done during peak.  So

11 my question is, what is it about peak that means that an L5

12 needs to be there on those overnight shifts?

13 **A.**  It's the amount of volume that is coming in.  It increases

14 during peak.  So having multiple managers on the same shift

15 will help the shift be more successful and have more oversight

16 over the shift.

17 **Q.**  In fact, there's a substantial increase in volume during

18 peak, right?

19 **A.**  Yes.

20 **Q.**  That is the purpose of it?

21 **A.**  That does occur.

22 **Q.**  And you've personally seen increases in injuries and

23 safety violations during peak, haven't you?

24          **MS. COONEY:**  Objection.

25          **THE COURT:**  Grounds?

1          **MS. COONEY:**  Relevance.

2          **THE COURT:**  Overruled.

3      You may answer.

4          **THE WITNESS:**  You're asking if I have seen injuries

5   occur?

6   **BY MS. VAN NOTE:**

7   **Q.**  The question is, have you personally seen an increase in

8   injuries and safety violations during peak?

9   **A.**  I don't -- I don't think I've seen an increase, no.

10  **Q.**  Is it your testimony that there is not an increase in

11  injuries during peak?

12  **A.**  My testimony is that I have not seen specifically myself

13  an increase.

14  **Q.**  So there could be, but you are just not aware of it?

15  **A.**  It's a large company, yes.  It could be.

16  **Q.**  Are you familiar with the term, as it relates to Amazon's

17  corporate values, of frugality?

18  **A.**  Yes.

19  **Q.**  And what is your understanding of that, that term as it

20  relates to Amazon's core principles?

21  **A.**  It's a general idea of basically building your plan,

22  operating in a manner that allows you to do the most efficient

23  process safely with the least amount of labor needed.

24  **Q.**  Is it about saving money?

25  **A.**  It's about doing it efficiently and safely.

1   **Q.**  It has nothing to do with saving money?

2   **A.**  It is not specifically about saving money.  Frugality is a

3   general idea.

4   **Q.**  You mentioned on Direct Examination that Amazon has no

5   limit for the amount of overtime that an L4 can authorize; is

6   that correct?

7   **A.**  Yes.

8   **Q.**  So Amazon was willing to spend however much money and

9   there was no limit on how much overtime had to be spent?

10  **A.**  If we noticed an excessive amount of overtime was

11  occurring, we would have a conversation with the manager and

12  find out the reasoning behind it, but if the time, the

13  overtime is needed, there is no cap as long as there is a

14  reason behind it.

15  **Q.**  Isn't it true that either yourself or high-level

16  management would be the one making the decision about whether

17  or not or how much overtime was needed?

18         **MS. COONEY:**  Objection.  Misstates the testimony.

19         **THE COURT:**  Overruled.

20         **THE WITNESS:**  There would be, like I said,

21  conversations.  There would be building attendance that would

22  be in place if we saw that there was a need for overtime.  For

23  the next shift, we would have that conversation and build that

24  into our plan.  Again, in real-time, the manager has

25  discretion to use overtime as needed.

LOPEZ – CROSS – VAN NOTE

```
 1     BY MS. VAN NOTE:
 2     Q.   So you are saying there's basically two parts to the
 3     authorization process:  There's preplanning and then there's
 4     sort of ad hoc, something went wrong, and we need to keep
 5     people longer; is that correct?
 6     A.   Yes.
 7     Q.   And the preplanning of authorized overtime would be done
 8     by yourself or someone higher up; is that correct?
 9     A.   It would be done with the manager for that shift.  It
10     would not be done without their input.
11     Q.   Okay.  Are you saying that you didn't participate in that
12     preplanning?
13     A.   I'm saying that multiple managers are involved in the
14     planning.
15     Q.   Okay.  But are you one of those managers?
16     A.   I was at times, yes.
17     Q.   Okay.
18          So you mentioned earlier that you would have -- regularly
19     you would have associates that didn't show up for their
20     scheduled shift, right?
21     A.   It does happen, yes.
22     Q.   Would you say it is fairly common?
23     A.   Again, that's why we build that attendance percentage into
24     our planning.  That's why every shift code, every cohort is
25     overstaffed because we account for that lack of attendance.
```

1    **Q.**  Is that a, yes, it is fairly with common?

2    **A.**  Yes.

3    **Q.**  In fact, you expect about a 15 percent no show or absent

4    rate on every shift?

5    **A.**  That's very specific.  It changes for each shift.  It

6    changes by site.  Again, it's based on historical information

7    so I can't be that specific.

8    **Q.**  Okay.  You gave a deposition in this case, right?

9    **A.**  Yes.

10   **Q.**  Do you recall testifying about a specific percentage?

11   **A.**  I don't remember exactly what I said.

12          **THE CLERK:**  Do you have a copy for the Court?

13          **MS. VAN NOTE:**  I only have one copy.  I can put it up

14   on the Elmo.

15          **THE COURT:**  Since you don't have a copy for the

16   Court, if you are going to read in some testimony, then you

17   need to put it on the screen, tell me what you are citing, and

18   I'll read it, and then I'll entertain any objections.

19          **MS. VAN NOTE:**  Okay.

20          **THE COURT:**  We'll have to do it that way.  Next time

21   please have copies for the Court.

22          **MS. VAN NOTE:**  So the range that I plan to read is

23   page 90, line 20 through 91, line 1.

24          **THE COURT:**  What I am looking now goes up to line 19.

25   Now it's 20.  Okay.

1          Up to what page now?

2               **MS. VAN NOTE:**  The following page 91.

3               **THE COURT:**  All right.  Proceed.

4          **MS. VAN NOTE:**  (Reading)

5          "Question:  So it's not like a set percentage" --

6               **THE COURT:**  I didn't have a chance -- do you have any

7     objection, Ms. Cooney?

8               **MS. COONEY:**  No objection.

9               **THE COURT:**  Now you may read it.

10                        (Displayed on screen.)

11          **MS. VAN NOTE:**  (Reading)

12          "Question:  So it's not like a set percentage

13          10 percent no shows wouldn't be enough to use the

14          tool and get more staff here?

15          "Answer:  My experience on some shifts is that we

16          build into the staffing levels about 15 percent

17          absence every day.  So anything after that, would be

18          our discretion to use that tool."

19          **MS. COONEY:**  Your Honor, this is not what's on the

20     screen that I'm seeing.

21               **THE COURT:**  Well, that's just a logistic problem.

22     You're right about that.  But it's really the reading -- I am

23     not following along because it's not what's on the screen.  I

24     can listen to what counsel is reading.  It's out of sync --

25               **THE CLERK:**  She could pull out the whole screen so

LOPEZ - CROSS - VAN NOTE

1    the whole page is showing.

2              **THE COURT:**  Why don't you zoom in or out and put the

3    whole page -- that is better.

4              **MS. VAN NOTE:**  Do you want to see the next page?

5              **THE COURT:**  Yes, please.

6                        (Pause in the proceedings.)

7         All right.  Very well.  Continue.

8    **BY MS. VAN NOTE:**

9    **Q.**  And in your experience working in the delivery stations,

10   you've personally seen staff shortages, right?

11   **A.**  Correct.

12   **Q.**  I want to talk a little bit about the scheduling.  Are you

13   familiar with the terms "front half" and "back half?"

14   **A.**  Yes.

15   **Q.**  And that indicates or refers to the individuals who would

16   work at the beginning of the week versus the end of the week,

17   right?

18   **A.**  Yes.

19   **Q.**  And in that structure, the plan is that there is an

20   overlap on Wednesdays, right?

21   **A.**  Correct.

22   **Q.**  And the reason -- or part of the reason for that overlap

23   is to give the L4s time so they can complete some

24   administrative tasks, right?

25   **A.**  That's the purpose of that for all managers, not just

1 Level 4s.

2 **Q.** And they are able to have that extra time on a Wednesday

3 because there are other managers there to actually oversee the

4 shift, right?

5 **A.** Correct.

6 **Q.** Now you don't dispute that Mr. Ortiz spent some time

7 performing manual labor, right?

8 **A.** There was time, yes.

9 **Q.** You actually saw him do that?

10 **A.** Yes.

11 **Q.** And you don't know how much time he spent on, for example,

12 unloading Gaylords?

13 **A.** I can, only based on my experience with him when I was on

14 shift with him, crossover time, and conversations with him.

15 **Q.** But you don't know how much time he spent doing that, do

16 you?

17 **A.** Not specifically.  Again, it is based on experience with

18 him.

19 **Q.** And your experience with him was limited to those first

20 two weeks and then any crossover that you would have on your

21 shift, right?

22 **A.** Correct.

23 **Q.** You testified that one of the things an L4 would do,

24 including Mr. Ortiz, would be to build an operations plan.

25  Are you familiar with that term?

1    **A.**   Yes.  I call it a shift plan, but yes.

2    **Q.**   And isn't it true you testified in your deposition that

3    you don't know how long that process takes?

4    **A.**   I'm not sure that's what I said.  I -- honestly I don't

5    remember exactly.

6              **THE COURT:**  Counsel, I would appreciate it if you

7    would, for the benefit of the Court, witness, to do it the

8    right way.  If you are going to have a witness testify about

9    something in a deposition, that you go to page number.  I

10   don't think it is fair to ask him to have a memory exam about

11   what he testified to or didn't.

12       If you are going to refer to testimony, please do it -- in

13   a deposition or prior statements, please do it in the proper

14   way.

15             **MS. VAN NOTE:**  Yes, Your Honor.

16             **THE COURT:**  Thank you.

17             **MS. VAN NOTE:**  I would like to refer to page 222,

18   line 12 through 223, line 25.

19                        (Displayed on screen.)

20             **THE COURT:**  Next page, please.

21                        (Displayed on screen.)

22       All right.  What's the end point, Ms. Van Note, of the

23   citation that you want to work with now?

24             **MS. VAN NOTE:**  25.

25             **THE COURT:**  Move it up a little bit.  I only see --

1    There you go.

2        Any objection, Ms. Cooney?

3            **MS. COONEY:**  No objection.

4            **THE COURT:**  You may read it.

5            **MS. VAN NOTE:**  (Reading)

6            "Question:  Well, you tell me.  I mean, you're here

7            testifying today.  Do you have any knowledge as to

8            how long it takes typically to build a staffing plan

9            with the people that report to you?"

10       I'm assuming I can jump over the objection?

11           **THE COURT:**  Yes, please.  That normally would be done

12   anyway.

13           **MS. VAN NOTE:**  (Reading)

14           "Answer:  Again, it depends on how many associates

15           you have, how much volume you have to process.

16           "Question:  I'm not asking why it might vary.  When

17           you say 'it depends,' you're saying that it could

18           vary for several reasons.  I'm not asking whether it

19           can vary or not.  I understand that.

20           My question was, do you know how little time it could

21           take as opposed to how long it could take?  I'm

22           looking for a range.  Do you have any idea what the

23           range is?

24           "Answer:  I mean, again, it depends on how many

25           people, how much staffing you're trying to allocate

1          and build a plan for.

2          "Again, same problem.  You're not hearing my

3          question.  My question is not whether it can change.

4          I already understand that.  That's what you said

5          before.  I'm asking if you know how long it takes.

6          Not why it would change, but how long it could take.

7          Do you have any knowledge of how long it could take?

8          "Not in general, no.

9          "Do you have any knowledge as to how quickly it can

10         be done?

11         "Not in general, no."

12  **BY MS. VAN NOTE:**

13  **Q.**  You were Mr. Ortiz's direct supervisor for a period of

14  time, right?

15  **A.**  Yes.

16  **Q.**  And in that time, you never did a formal performance

17  evaluation of him, right?

18  **A.**  Not that I remember, no.

19  **Q.**  You did give him some feedback in a one-on-one

20  conversation, right?

21  **A.**  We would have periodic one-on-one conversations, yes.

22  **Q.**  You knew that he wanted to advance in the company, right?

23  **A.**  We did have that conversation periodically.

24  **Q.**  You generally supported that?

25  **A.**  At the time, yes.

1    **Q.**   You felt that plaintiff was meeting your expectations?

2         Mr. Ortiz was meeting your expectations?

3    **A.**   Yeah.  He was meeting expectations, and I was working with

4    ways to exceed it to get to the next level.

5    **Q.**   As far as you know, plaintiff was doing the same tasks as

6    the other night sort shift managers, right?

7    **A.**   Yes, in general, yes, they were doing the same tasks.

8    **Q.**   It was part of your expectation that the manager would be

9    on the floor as much as possible, right?

10   **A.**   Correct.

11   **Q.**   And when you hear that term "on the floor," can you tell

12   us what that means to you?

13   **A.**   To me that's on the floor walking, walking the operation

14   itself, observing what's going on, talking to your associates,

15   making sure there are no issues for them, helping remove any

16   issues they have.

17   **Q.**   So "on the floor" means being in the working area where

18   the operations happening is where the associates are?

19   **A.**   Yes.

20   **Q.**   There were times when Mr. Ortiz would be working and there

21   would be other L4 shift managers also working, right?

22   **A.**   Yes.

23   **Q.**   For example, the return-to-station manager would be there

24   until maybe 11:30; is that correct?

25   **A.**   Yes.

1   **Q.**  And that person would have some crossover with Mr. Ortiz?

2   **A.**  Correct.

3   **Q.**  Mr. Ortiz would have personal contact or see them in

4   person at that shift -- at that time of the shift?

5   **A.**  I believe so.

6   **Q.**  And there were also periods where you would schedule two

7   L4s to both work the same shift, right?

8   **A.**  That goes back to the front-half, back-half conversation

9   we had earlier.  Yes, on Wednesdays, especially there was

10  crossover.

11  **Q.**  I'm talking about outside of Wednesday.

12       So outside of the crossover for front half and back half,

13  isn't it true that by the end of 2016 you would always have

14  two L4s on a shift?

15  **A.**  I don't remember it being every day, but as peak

16  progressed, managers worked more days.  So there would be

17  other days that there would be two L4s on the same shift.

18            **MS. VAN NOTE:**  I'll be referring to page 130, lines 4

19  through 10.

20                     (Displayed on screen.)

21            **THE COURT:**  Any objection?

22            **MS. COONEY:**  No objection.

23            **THE COURT:**  You may read it.

24            **MS. VAN NOTE:**  (Reading)

25            "Question:  As of December 16, would all of those

1      associates have reported to just one shift manager or

2      more than one of the shift managers?

3      "Answer:  More than one.

4      "Question:  How many shift managers were assigned

5      during the night shift at the end of 2016?

6      "Answer:  Two."

7      **MS. COONEY:**  Your Honor, for completeness, I would

8  ask lines 11 through 18 be read as well.

9      **MS. VAN NOTE:**  No objection.

10      **THE COURT:**  All right.  Please read that.  Thank you.

11      **MS. COONEY:**  (Reading)

12      "Question:  And how was it determined which shift

13      manager, in particular a Tier 1 associate, would

14      report to as of that time?

15      "Answer:  The start, the day of the week that the

16      associate started on for their shift.

17      "Question:  So whether it was the front of the week

18      or the back of the week?

19      "Answer correct."

20  **BY MS. VAN NOTE:**

21  **Q.**  Are you familiar with the title "Learning Coordinator"?

22  **A.**  Yes.

23  **Q.**  A learning coordinator was a Level 3 position, right?

24  **A.**  Yes.  Usually.

25  **Q.**  Learning coordinators were responsible for doing on-site

1  training for the Tier 1 associates, right?

2  **A.**  For the initial training, yes.

3  **Q.**  And that was called a safety school?

4  **A.**  That's part of the Day One training.

5  **Q.**  L4s don't do the Day One training; is that right?

6  **A.**  Not normally.

7  **Q.**  Did you ever witness Mr. Ortiz doing the Day One training?

8  **A.**  I believe we all were involved in Day One training when we

9  opened DFS6.  That way we were there with the associates on

10  their first few days.

11  **Q.**  So you are saying like a team of managers that included

12  Mr. Ortiz?

13  **A.**  I believe so.

14  **Q.**  And you were one of those managers?

15  **A.**  Yes.

16  **Q.**  Was there some portion of that Day One training that was

17  assigned or handled specifically by Mr. Ortiz?

18  **A.**  I don't remember specifically.

19  **Q.**  Was there some portion of the training that you handled

20  specifically?

21  **A.**  Not that I remember.

22  **Q.**  Was all of the training sort of done by everyone in a

23  group setting?

24  **A.**  Yes.

25  **Q.**  And speaking of the term "management team," you define the

1    L3s as being part of the management team, right?

2    **A.**   Yes.

3    **Q.**   Is it your understanding that L3s are paid on an hourly

4    basis?

5    **A.**   Yes.

6    **Q.**   You mentioned earlier that some of the Tier 1 associates

7    would be given the job or the title of Problem Solvers, right?

8    **A.**   Correct.

9    **Q.**   So problem solvers were associates who had maybe a little

10   bit more experience than some of the newer ones?

11   **A.**   In some ways, yes.

12   **Q.**   And they were assigned specifically that role so they

13   could address quality issues on the shift?

14   **A.**   They could address packages that had specific problems,

15   yes.

16   **Q.**   So when you use the term "problem solvers," are you saying

17   they are just solving a problem, meaning a broken package or

18   did they solve other problems?

19   **A.**   They would solve issues with specific packages.  Whether

20   it's broken packages, if it has the wrong label on it, if it

21   is at the wrong building, they would resolve that issue and

22   sort those packages to whatever disposition they needed to be

23   in.

24   **Q.**   This is some kind of a quality control role?

25   **A.**   Basically, yes.

LOPEZ – CROSS – VAN NOTE

1    **Q.**   L3s also had a role in ensuring the quality or the

2    accuracy of a shift, right?

3    **A.**   They had a bigger role.

4    **Q.**   You testified on Direct Examination that L4 shift managers

5    had the authority to add people to the schedule.

6         Did I hear that correctly?

7    **A.**   I'm not sure I said to the schedule.  Can you explain what

8    you're referring to or asking?

9    **Q.**   Just to be clear, the L4s did not create the schedule,

10   right, for the associates?

11   **A.**   You mean the specific shift that they are assigned to

12   every day.  Is that what you are asking me?

13   **Q.**   I'm asking about the schedule in general.

14        Was there a schedule for your Tier 1 associates?

15   **A.**   Yes.  Every associate has a specific set of days they work

16   and hours.

17   **Q.**   And the L4s do not create that schedule; is that correct?

18   **A.**   That is correct.  It is created when they are hired and

19   created by the workforce staffing and the HR Department.

20   **Q.**   Do you have any involvement in setting the schedule for

21   the Tier 1 associates?

22   **A.**   The only involvement I have is making adjustments if it

23   doesn't fit their needs.

24   **Q.**   Meaning they are not available for that shift for some

25   personal reason, for example?

LOPEZ – CROSS – VAN NOTE

1    **A.**   Correct.  I can initiate a change for them and help them

2    bridge that gap.

3    **Q.**   And in order to implement that change, do you have to send

4    it off to HR or someone else to put it in the schedule or

5    approve it?

6    **A.**   Yes.

7    **Q.**   Did you have any involvement in scheduling or setting the

8    shift for the L4 managers?

9    **A.**   Can you elaborate on what you are looking for?

10   **Q.**   Did the L4 managers have a specific shift that they would

11   be assigned to?

12   **A.**   Yes.  We discussed this, front half or back half, and then

13   what shift they are responsible for.

14   **Q.**   So the question is, did you make that determination to set

15   the schedule for when the L4s would be working?

16   **A.**   It's pretty standard at delivery stations based on the

17   start time of each shift.  Usually the operations manager

18   makes the final decision but we all have input into it.

19   **Q.**   So you are saying at the time you were supervising

20   Mr. Ortiz, that it would be the person above you, the L6, who

21   actually set the schedule for the L4s?

22   **A.**   He would determine the final schedule based on input from

23   one of the other managers.

24   **Q.**   And did you give input?

25   **A.**   I believe so.

1   **Q.**  You're not disputing that Mr. Ortiz would regularly work

2   10-hour days, right?

3   **A.**  A 10-hour day is an average for all managers.  So there

4   are days he worked 10 hours, some days he worked more, some

5   days he worked less.

6   **Q.**  You didn't track the hours that he worked, right?

7   **A.**  No, I did not.

8   **Q.**  Mr. Ortiz didn't punch in and out, correct?

9   **A.**  He did not.

10  **Q.**  And you regularly saw shift managers working more than 10

11  hours?

12  **A.**  Yes.

13  **Q.**  You expected that they may need to work more than 10 hours

14  especially during peak, right?

15  **A.**  I expect the managers manage their own time.  If they get

16  their job done in nine hours, their job is done in nine hours.

17  If, during peak, it requires more, they do more.

18  **Q.**  Would you be surprised if an L4 shift manager worked a

19  12-hour shift during peak?

20  **A.**  I would not be surprised, no.

21  **Q.**  And typically the night sort, the L4 would be present from

22  8:00 p.m. until 6:00 or 6:30 a.m.; is that right?

23  **A.**  Are you talking about specific time or just in general?

24  **Q.**  I'm talking about the time you worked with Mr. Ortiz as

25  his supervisor.

1  **A.**  I don't remember 8:00 p.m. being the time that he was --

2  or any manager was supposed to be on shift.

3  **Q.**  Is the start time different or was it different in

4  Richmond?

5  **A.**  My whole time there, it changed multiple times.  I ran

6  sort shift in 2017 and part of 2018, and my start time changed

7  because the shift changed itself.  So it is a changing start

8  time that happens periodically.

9  **Q.**  So you have had occasion during your work for Amazon that

10  the start time would be as early as 8:00?

11  **A.**  From my experience when I was running sort, there were

12  times I had to be there at 8:00, yes.

13  **Q.**  When you were running sort and you had to be there at

14  8:00, when did you generally leave?

15  **A.**  I would leave between 6:00 and 7:00 a.m.

16  **Q.**  Mr. Ortiz typically worked more than 40 hours in a week;

17  is that right?

18  **A.**  I wasn't tracking how many hours he worked.

19  **Q.**  Would you be surprised if he worked more than 40 hours in

20  a week?

21  **A.**  There would be weeks that all of us would work more than

22  40 hours.  There would be weeks we worked less.

23  **Q.**  You said you've worked more than 40 hours in a week,

24  right?

25  **A.**  Yes.

 1   **Q.**  What's the maximum number of hours you think you've worked

 2   in a week?

 3   **A.**  Are you referring to my five years at Amazon or just

 4   specific times?

 5   **Q.**  In your five years at Amazon, what is the maximum number

 6   of hours you think you've worked in a week?

 7          **MS. COONEY:**  Objection.

 8          **THE COURT:**  Sustained.

 9   **BY MS. VAN NOTE:**

10   **Q.**  What's the maximum number of hours you believe you've ever

11   witnessed an L4 working in a week?

12          **MS. COONEY:**  Objection.

13          **THE COURT:**  Overruled.

14          **THE WITNESS:**  Are you just asking for an average?

15   **BY MS. VAN NOTE:**

16   **Q.**  I'm asking for the maximum.

17   **A.**  I don't know the maximum.

18       If it was more than 55, 60 hours, I would be surprised and

19   I'd probably say something to 'em about it.

20   **Q.**  But if it were 55 or 60, you would not be surprised?

21   **A.**  If it was over you said?

22   **Q.**  If it were 55 or 60, you would not be surprised?

23   **A.**  Again, it happens periodically.  If I have seen managers

24   working excessively, I would have conversations to find out

25   what the reason is behind it.  I have had conversations with

1    multiple managers before.

2    **Q.**   There were times Mr. Ortiz would work six days in a row,

3    right?

4    **A.**   That became standard during peak.  And when you work

5    multiple days in row, six days in a row, you are supposed to

6    be getting extra days off after peak is over.

7    **Q.**   During the six days, it would be the normal 10-hour shift?

8    **A.**   That would be the average is 10 hours, yes.

9        Not every shift was 10 hours, but that is an average.

10   **Q.**   You're aware that Mr. Ortiz was paid on a salary basis,

11   right?

12   **A.**   Yes.

13   **Q.**   Are you generally aware of Amazon's policies with regard

14   to meal breaks for employees?

15   **A.**   What type of employees are you talking about?

16   **Q.**   Just in general.  Are you aware of any kind of policy with

17   regard to meal breaks for any kind of employee?

18   **A.**   I'm aware of the policy for Tier 1 associates and Level 3

19   associates, all hourly associates.

20   **Q.**   There's no policy giving meal breaks to the L4s; is that

21   right?

22   **A.**   No specific policy.  Like I stated before, it's manager's

23   discretion to get that time off the floor and taking the

24   breaks.

25   **Q.**   Did you ever tell Mr. Ortiz specifically that he was

1  entitled to take an uninterrupted 30-minute meal period?

2  **A.**  I don't think I used those specific words, but we had

3  conversations about taking time off the floor.

4  **Q.**  Did you give him a number, meaning did you tell him how

5  many minutes he was entitled to?

6  **A.**  Not that I remember.

7  **Q.**  You testified briefly about Mr. Ortiz's work injury,

8  right?

9  **A.**  Yes.

10  **Q.**  Isn't it true that on the evening or the night when he was

11  injured, the facility was very busy, right?

12  **A.**  It was December, it was busy, yes.

13  **Q.**  It was during peak?

14  **A.**  Yes.

15  **Q.**  And in the moments just before Mr. Ortiz attempted to

16  clear that jam, you actually yelled up at him and asked him to

17  clear the jam, didn't you?

18  **A.**  I don't remember doing that, no.

19  **Q.**  You are saying you didn't do that?

20  **A.**  I'm saying I don't remember it.

21  **Q.**  So you may have, you just don't recall?

22  **A.**  I don't recall.

23  **Q.**  You were present on-site when he was injured, right?

24  **A.**  Yes.

25  **Q.**  Let's talk about the handoff reports.

1          **THE COURT:**  Ms. Van Note, would this be a good time

2     to take a break?

3          **MS. VAN NOTE:**  We can.

4          **THE COURT:**  Thank you.  We are going to take 15

5     minutes, and we will continue with the cross-examination 15

6     minutes from now.  Thank you.

7          **MS. VAN NOTE:**  Thank you.

8          (Recess taken at 11:45 a.m.; resumed at 12:04 p.m.)

9          **THE CLERK:**  Remain seated, come to order.  Court is

10    again in session.

11         **THE COURT:**  All right.  Counsel, you may continue

12    your cross-examination.

13         **MS. VAN NOTE:**  Thank you, Your Honor.

14    I'll just note for the record that I have located the

15    extra copy I knew I had somewhere of this transcript, so you

16    should have one at the bench now.

17         **THE COURT:**  Thank you very much.  I appreciate it.

18    **BY MS. VAN NOTE:**

19    **Q.**  When we left off, Mr. Lopez, I was just going to ask you

20    about the handoff report.

21         Now you testified that a handoff report is something that

22    an L4 shift manager, including Mr. Ortiz, would do on a daily

23    basis, right?

24    **A.**  Correct.

25    **Q.**  And preparing the handoff report takes no more than 30

1    minutes; is that right?

2    **A.**   It was an estimate.

3    **Q.**   So is that not correct?

4    **A.**   I'm basing it off the experiences I've had.  About 30

5    minutes.

6    **Q.**   Okay.  In your experience it takes not more than 30

7    minutes.

8    **A.**   It can take more than 30 minutes.

9    **Q.**   It should take no more than 30 minutes; is that right?

10   **A.**   On average, it should take no more than 30 minutes.

11   **Q.**   Okay.

12       Part of the handoff report is pulling data from various

13   sources and putting it into a central location; is that right?

14   **A.**   That happens throughout the shift.  And then the final

15   portion of that data should be put into the same tool.

16   **Q.**   And one of the pieces of data is the sort volume, right?

17   **A.**   Correct.

18   **Q.**   And that information the shift manager would pull from a

19   website?

20   **A.**   Yes.

21   **Q.**   There's no way a shift manager could look around or count

22   to figure out the volume, right, it has to be automated?

23   **A.**   Yes.  It's all automated.

24   **Q.**   Another item on the handoff report is the total hours for

25   the Tier 1 associates, right?

1    **A.**   Correct.

2    **Q.**   And the L4 Shift Manager gets that data from the MyTime

3    application?

4    **A.**   Correct.

5    **Q.**   Another piece of information is the sort compliance rate;

6    is that right?

7    **A.**   Yes.

8    **Q.**   And that information or data is also pulled by the L4 from

9    a website?

10   **A.**   Correct.

11   **Q.**   There were times where an L3 would do the handoff report;

12   is that right?

13   **A.**   There are times in my experience that I had L3s do that

14   report.  It was part of their training to move them up to the

15   next level as well.

16   **Q.**   Another piece of information on the handoff report would

17   be the number of late trailers?

18   **A.**   Correct.

19   **Q.**   And that data would also be pulled from a website or a

20   third-party source?

21   **A.**   It would be that or it would be based on the observation

22   of the actual arrival time of that trailer.

23   **Q.**   You talked earlier about doing staff assignments or

24   staffing assignments for the shift, right?

25   **A.**   Correct.

LOPEZ – CROSS – VAN NOTE

1    **Q.**  I believe you testified that it would take an hour to an

2    hour and a half; is that right?

3    **A.**  I said it could take an hour to an hour and a half.

4    **Q.**  Okay.  So what is the minimum amount of time you think it

5    could take?

6              **MS. COONEY:**  Objection.

7              **THE COURT:**  Overruled.

8              **THE WITNESS:**  It depends on the size of the shift.

9    It depends on the building.  It depends on what operation that

10   you are managing.

11   **BY MS. VAN NOTE:**

12   **Q.**  Assuming every factor you just listed, is -- either at the

13   lower end or at whatever end would make it less complicated,

14   my question is, what is the shortest amount of time you think

15   it could take?

16   **A.**  It could take about 30 minutes.

17   **Q.**  Okay.

18        Another thing that the L4s would do is stand-up meetings,

19   right?

20   **A.**  Correct.

21   **Q.**  And stand-up meetings lasted an average of seven minutes;

22   is that right?

23   **A.**  That's -- yeah, five to seven minutes is an average.

24   **Q.**  Where did you get that information, five to seven minutes?

25   **A.**  That's the standard time that we put aside when we build a

1   plan for a stand-up meeting.

2   **Q.**  That's a top-down expectation from Amazon?

3   **A.**  That's the average time that we build into our plan, yes.

4   **Q.**  There has been testimony here today about process

5   improvements that Mr. Ortiz participated in.  Were you aware

6   of any process improvements that Mr. Ortiz either suggested or

7   was involved in?

8   **A.**  Yeah.  He worked on -- I referred to it earlier, there was

9   a tool Microsoft Excel tool that we used.  He was a big part

10  of making that more efficient, giving us more detail and more

11  automated.

12      There were gradual processes that we changed over time at

13  DFS6 on how we did pick and stage and other parts of the

14  operation, and he was always involved in that.

15  **Q.**  One of the examples that you have previously given was

16  about loading the vans.  Do you recall talking about that

17  standard operating procedure?

18  **A.**  Yes.  We were -- DFS6 was one of the sites that piloted

19  pre-loading vans.

20  **Q.**  And you believed that the process of loading the vans was

21  really just common sense, right?

22  **A.**  From my own experience it was based on my previous job

23  and -- at UPS, plus my time at Amazon.

24  **Q.**  You testified on Direct Examination that Mr. Ortiz was one

25  of the last managers to, I think, you said roll up his sleeves

1    and get involved; is that correct?

2    **A.**  That's based on my memory, yes.

3    **Q.**  So there would be other managers who would roll up their

4    sleeves and get hands on with the process?

5    **A.**  There were times.

6    **Q.**  And you expected that they would do that?

7    **A.**  There is never an expectation to do it long term.  Again,

8    it's about training, it's about morale boosting, and

9    engagement with the associates.

10   **Q.**  The question is, you expect the managers would get

11   involved and jump in and hands on with the sorting process,

12   right?

13   **A.**  At times, yes.

14   **Q.**  And if Mr. Ortiz was not one of the first people to jump

15   in, you would consider that a negative, right?

16   **A.**  I would have conversations with him about it if I needed

17   to.

18   **Q.**  Because you think he should have jumped in sooner?

19   **A.**  Maybe sometimes.

20   **Q.**  Is that a yes?

21   **A.**  It depended on the situation.

22   **Q.**  Were there situations in which you did think he should

23   have jumped in sooner?

24   **A.**  I don't have a specific situation.  Usually if there's a

25   safety issue as far as what's going on on the floor, and the

LOPEZ – CROSS – VAN NOTE

1    associate's safety is at risk, you need to jump in and fix

2    that.

3    **Q.**  Okay.  That's not what I'm asking you about.

4         You mentioned earlier that the manager would jump in and

5    participate hands on in the process.  I think you said that

6    part of it was kind of in some morale-boosting manner.

7    **A.**  Uh-huh.

8    **Q.**  I'm not talking about safety violations.

9         So the question is, were there times where you believed,

10   for whatever reason, that Mr. Ortiz should have jumped in and

11   become hands on in the process sooner than he did?

12   **A.**  Yeah.

13   **Q.**  One of the things you trained your managers to do

14   specifically at the facility where you were Mr. Ortiz's

15   supervisor was to use the scissor lift to clear jams; is that

16   right?

17   **A.**  I didn't train the managers to do that.  That was part of

18   a training that occurred.

19   **Q.**  It was your expectation that they should be trained on

20   that process, right?

21   **A.**  Yes.

22   **Q.**  The L4 shift managers, they don't spend the entire shift

23   in any kind of an office; is that right?

24   **A.**  Correct.

25   **Q.**  There was a -- there was an office, right, at the facility

1  where you work supervising Mr. Ortiz?

2  **A.**  Yes, there was an office area and a conference room.

3  **Q.**  And it was a shared office, right?

4  **A.**  Correct.

5  **Q.**  You would do work in the office?

6  **A.**  Occasionally.

7  **Q.**  And other managers would do work in the office?

8  **A.**  Yes.

9  **Q.**  You personally saw shift managers scanning packages; isn't

10  that right?

11  **A.**  At times.

12  **Q.**  You personally saw shift managers loading trucks?

13  **A.**  Are you referring to the delivery vans when you say

14  loading trucks?

15  **Q.**  Yes.  Trucks or vans, vehicles in which you would put

16  boxes or packages.

17  **A.**  Occasionally, yes.

18  **Q.**  You personally saw shift managers sorting packages?

19  **A.**  Occasionally.

20  **Q.**  Did you ever reprimand a shift manager for sorting a

21  package?

22  **A.**  Not that I remember.

23  **Q.**  You saw shift managers placing packages in bins?

24  **A.**  Again, on occasion, yes.

25  **Q.**  You would agree that there is a process or a sort of a

LOPEZ – CROSS – VAN NOTE

1    setup process that's needed before the sort shift can begin

2    with the associates, right?

3    **A.**   Correct.

4    **Q.**   And that process of preparing the shift involves manual

5    labor, right?

6    **A.**   Correct.

7    **Q.**   It involves moving conveyors around?

8    **A.**   Yes.

9    **Q.**   And it involves staging boxes in areas?

10   **A.**   Yes.

11   **Q.**   It involves checking that the batteries in the sort guns

12   are working or the scan guns are working?

13   **A.**   Yes.

14   **Q.**   It involved checking in trailers?

15   **A.**   Yes, but I wouldn't call that manual labor.  That's

16   paperwork.  That is administrative.

17   **Q.**   Okay.  It also involved moving equipment or getting

18   equipment in the right place in the building, right?

19   **A.**   Yes.

20   **Q.**   I want to ask you about something you testified on Direct

21   Examination.  You said that in these reports that you would

22   look at, you would look at two different metrics:  The stow

23   rate and the sorting rate.

24        And you said if there was a gap between those two rates,

25   that that would indicate to you that an L4 was not performing

1  manual labor, did I describe that correctly?

2  **A.**  I don't think so.  I'm not quite sure what you're

3  referring to -- I know what you are referring to, but I don't

4  think I understand what you are asking.

5  **Q.**  Let's clarify so everyone understands.

6      When Ms. Cooney was asking you questions, she asked you

7  whether or not the L4s were performing manual labor.  And you

8  said no.  And you said the reason you know that is because you

9  looked at these metrics and something about the metrics would

10  tell you that they were not doing that; is that correct?

11  **A.**  That was an example of how I would notice.

12  **Q.**  And forgive me if I'm not understanding, but what is it

13  about those two metrics that would tell you who was performing

14  the tasks that fed the metrics?

15  **A.**  It wouldn't tell me specifically what happened, it would

16  bring up questions that I would have and initiate a

17  conversation to find out what happened during shift.

18  **Q.**  What questions?

19  **A.**  Questions for the shift manager and the shift assistant

20  about what was -- what were the reasons for that gap, what

21  occurred, why did it occur, and then how were you -- what

22  adjustments did you make to fix it, or could you make

23  adjustments to fix it.

24  **Q.**  So there's nothing about that gap that tells you what a

25  shift manager is doing with his or her time; is that right?

1    **A.**   Not specifically.  It raises questions that I would have

2    and initiate a conversation.

3    **Q.**   So other than looking at this metric and, you know,

4    whatever your personal observations were, you don't have any

5    other information about exactly what any shift manager was

6    doing on their shifts outside of that information, right?

7          **MS. COONEY:**   Objection, misstates the testimony.

8          **THE COURT:**   Sustained.

9       It's argumentative.  That is the ground on which I

10   sustained the objection.

11   **BY MS. VAN NOTE:**

12   **Q.**   You stated that you personally witnessed or worked

13   alongside with L4s at times, right?

14   **A.**   Correct.

15   **Q.**   In those times, you would be able to personally observe

16   what they were doing, right?

17   **A.**   Correct.

18   **Q.**   Other than your personal observations and your firsthand

19   experience, is there any other source of information that you

20   have, such as a report or other data, that would tell you what

21   tasks an L4 shift manager was actually doing during their

22   shift?

23   **A.**   Again, the data would initiate a conversation, bring

24   questions up in my mind.  The only other way I would know is

25   by having conversations with those shift managers.

LOPEZ – CROSS – VAN NOTE

1    **Q.**  So if someone told you what they were doing, you would

2    know?

3    **A.**  Correct.

4    **Q.**  Let's go back to what you were talking about with this

5    data because I'm still a little unclear.

6        You are saying looking at the data for stow volumes and

7    sort volumes would raise questions in your mind about whether

8    or not the shift manager was performing manual labor.  Is that

9    what you are telling us?

10   **A.**  No, that is not what I am telling you.

11       What I am telling you is it would raise questions in my

12   mind, it would make me initiate a conversation, and try to

13   deep dive what was going on and figure out if there were

14   issues that occurred during the shift, if the shift manager

15   had something they had to take care of, basically have a

16   conversation about what happened to get more granular detail

17   than what it was.

18   **Q.**  You are saying if you look at a report, and it looks like,

19   wow, this shift really went badly, something's off here, let

20   me ask the shift manager what happened; is that what you are

21   saying?

22   **A.**  That would be part of it, yeah.

23   **Q.**  Okay.

24   **A.**  If it was a shift where something really went wrong,

25   usually shift manager would tell me before I saw the data.

1    **Q.**  But the metrics or the data that you are looking at that

2    makes you think something is not going right on this shift,

3    that doesn't specifically have to do with what tasks the L4

4    was performing and whether they were in the path moving boxes

5    or not, right?

6    **A.**  Specifically, no.

7    **Q.**  Okay.

8         **MS. VAN NOTE:**  No further questions.

9         **THE COURT:**  Any Redirect, Ms. Cooney?

10        **MS. COONEY:**  Yes, Your Honor.

11                    <u>**REDIRECT EXAMINATION**</u>

12   **BY MS. COONEY:**

13   **Q.**  Mr. Lopez, I have just a few questions for you.

14        Ms. Van Note asked you about peak time at Amazon.  That

15   happens around the holidays, doesn't it?

16   **A.**  Yes.

17   **Q.**  And I believe you said that sometimes you'd have two

18   managers working during peak; is that correct?

19   **A.**  Yes.  We would increase the number of days we worked to

20   help run the significant amount of -- run the shift with

21   significant more volume and just have better oversight over

22   the whole shift.

23   **Q.**  And because there was significantly more volume, would

24   there also be more associates to manage?

25   **A.**  Yes.

1    **Q.**  Ms. Van Note also asked you about something that you said

2    in deposition.

3                **MS. COONEY:**  So I'll ask that we pull that back up.

4    That's page 222, starting at line 12 until 223, line 25.  I am

5    not going to read this into the record unless the Court would

6    like me to.

7    **BY MS. COONEY:**

8    **Q.**  I just wanted to ask you, Mr. Lopez, when you were asked

9    these questions about how much it would -- how long it would

10   take a shift manager to create a shift plan, did you

11   understand that to relate to shift managers generally or to

12   any specific individual?

13   **A.**  Generally to all shift managers at Amazon.

14   **Q.**  And can you speak to what all shift managers at Amazon do?

15   **A.**  No.

16   **Q.**  And how long it takes them to do it?

17   **A.**  No.

18   **Q.**  Do you have a basis for your testimony regarding how long

19   it took Mr. Ortiz to put together a shift plan?

20   **A.**  Based on my experience with him and the time I spent with

21   him on shift and shadowing him at the start of my time at

22   Amazon.

23   **Q.**  And Ms. Van Note also asked you a number of questions

24   about the gaps that you said you would see in data that in

25   your mind would raise questions that you would have

LOPEZ – REDIRECT / COONEY

1    conversations about.

2        Can you explain to us what the gaps looked like and what

3    that would indicate to you as an area manager about how the

4    shift manager was managing the shift?

5    **A.**   Yes.   I'll use the example again.

6        The amount and the volume unloaded per hour versus how

7    many packages are stowed per hour.   If there's a large

8    variance between the two, then there would be multiple

9    questions that would be -- was it a safety risk for associates

10   by having too much volume -- too big of a volume gap between

11   those two.

12       Would ask questions about was the flow monitored on an

13   hourly basis?   Why wasn't it?   What were you doing at that

14   time?   What barriers did you run into?   Was it too much volume

15   in the beginning?   Not enough volume at the end of shift?

16   What were the barriers during the shift that caused that, that

17   miss.

18   **Q.**   And so there are multiple reasons why there may be a gap

19   in data?

20            **MS. VAN NOTE:**   Objection, leading.

21            **THE COURT:**   Sustained.

22   **BY MS. COONEY:**

23   **Q.**   So what is one of the reasons why there may be a gap in

24   the data in terms of how the shift manager was managing the

25   shift?

LOPEZ – REDIRECT / COONEY

1   **A.**  Can you ask the question again?

2   **Q.**  Yeah.

3       So you explained that there may be a gap in data in terms

4   of the -- there being too much of a focus in one area, a rate

5   imbalance if you will, between say the stow and the unload.

6       What is an example of a reason for that gap from the

7   perspective of how the shift manager was managing the shift?

8   **A.**  Would be having him focus on a single portion of the

9   operation, focusing on specifically maybe just working the

10  unload and monitoring that area with your laptop.

11      It could be spending too much time at the leadership desk

12  working on a tool or a report and not focusing on the whole

13  operation.

14  **Q.**  Should the shift manager be focusing on just one area or

15  the whole operation?

16  **A.**  The whole operation.

17          **MS. COONEY:**  No further questions.

18          **THE COURT:**  Anything further, Ms. Van Note?

19          **MS. VAN NOTE:**  Nothing further, Your Honor.

20          **THE COURT:**  All right.  Thank you.  You are excused.

21      Next witness, please.

22          **MR. ROSE:**  Your Honor, defendants call Edward Kaczor.

23          **THE CLERK:**  Counsel, can you state your name, please,

24  for the record?

25          **MR. ROSE:**  I'm sorry.  Joseph Rose for the defendants

1    calling Edward Kaczor.

2            **THE CLERK:**  Thank you.

3        Raise your right hand.

4        (**KACZOR, EDWARD,** called as a witness for the defendants,

5    having been duly sworn, testified as follows:)

6            **THE WITNESS:**  Yes.

7            **THE CLERK:**  Thank you.  Please be seated.  Speak into

8    the microphone.  State and spell your full name for the

9    record.

10           **THE WITNESS:**  Sure.  It's Edward Michael Kaczor.

11   E-D-W-A-R-D, M-I-C-H-A-E-L, K-A-C-Z-O-R.

12           **THE CLERK:**  Thank you.

13           **THE WITNESS:**  Sure.

14        **MR. ROSE:**  Thank you, Mr. Kaczor.

15        Your Honor, may I proceed?

16           **THE COURT:**  Yes, you may.

17                    <u>**DIRECT EXAMINATION**</u>

18   **BY MR. ROSE:**

19   **Q.**  Mr. Kaczor, hi, I'm Joseph Rose, counsel for Amazon, the

20   defendants in this case.

21        Mr. Kaczor, can you please tell us what your profession

22   is?

23   **A.**  I am an operations manager in the logistics and technology

24   industry.

25   **Q.**  How did you start your career in the logistic and

KACZOR – DIRECT / ROSE

1    technology industry?

2    **A.**   I was an hourly loader at UPS.  I was loading packages.

3    **Q.**   Did you have any other positions at UPS?

4    **A.**   Yeah.  I was a customer service supervisor and an area

5    ramp supervisor.

6    **Q.**   How long did you work at UPS?

7    **A.**   Roughly five years.

8    **Q.**   And can you give us the approximate dates from when to

9    when you worked there?

10   **A.**   I would say 2010 to 2015 roughly.

11   **Q.**   And when you became a supervisor at UPS, did you have any

12   employees that you managed?

13   **A.**   Yeah.  I managed a crew of around 20 to 30 employees.

14   **Q.**   And what kind of work did those employees do that you

15   managed?

16   **A.**   Just moved containers for airplane cargo, moved packages

17   in warehouses, things like that.

18   **Q.**   What did you do after your work at UPS?

19   **A.**   I was a shift manager for Amazon Logistics.

20   **Q.**   Can you provide the dates of your employment at Amazon?

21   **A.**   Yeah.  March of 2015 to November, mid-November of 2020.

22   **Q.**   Why did you leave Amazon in November of 2020?

23   **A.**   I had saved money to travel.  I wanted to travel for six

24   months, and the company wouldn't give me time off so I decided

25   to leave.

1   **Q.**  What are you doing right now for work?

2   **A.**  I'm in the final rounds of interviews for a couple --

3          **COURT REPORTER:**  I'm sorry.  Excuse me.  Can you

4   repeat your --

5          **THE WITNESS:**  Which part?

6   **BY MR. ROSE:**

7   **Q.**  I'll ask the previous question.

8        Why did you leave Amazon?

9   **A.**  I had always wanted to travel for six months, and the

10  company wouldn't give me the time off so I decided to leave.

11  **Q.**  So you sought an extended leave of absence to travel; is

12  that what you're saying?

13  **A.**  That's correct.

14  **Q.**  And that didn't work out so you decided to leave?

15         **MS. VAN NOTE:**  Objection, leading.

16         **THE COURT:**  Sustained.

17  **BY MR. ROSE:**

18  **Q.**  And today, are you currently employed?

19  **A.**  Not right now, but I'm in the final rounds of interviews

20  with a couple of different companies.

21  **Q.**  Are you currently applying to or interviewing for Amazon?

22  **A.**  No.

23  **Q.**  Can you briefly describe your educational background?

24  **A.**  Yeah.  I have a bachelors of science from Chapman

25  University with an emphasis in finance and marketing.  I have

1    an MBA from University of Redlands.  And then I got to study

2    at the Stanford Graduate School of Business in the strategies

3    and leadership and supply chains.  It was a program as well.

4    **Q.**  I would like to focus on your time at Amazon.

5        When you first started at Amazon in March of 2015, what

6    was your first position?

7    **A.**  I was a shift manager for Amazon Logistics.  I was hired

8    for DFS5.

9    **Q.**  Did your shift manager have a level designation?

10   **A.**  Yes.  Level 5.

11   **Q.**  When did you start work at DFS5?

12   **A.**  Roughly March of 2016.

13   **Q.**  Did you work at any other facilities?

14   **A.**  I did, yes.

15   **Q.**  And which facilities were those?

16   **A.**  With Amazon Logistics DFS4 and Oak4, I was a sort center

17   in Newark.  That's where I started at.

18   **Q.**  So you started at DFS5 in March of 2016.  When did you

19   leave DFS5?

20   **A.**  Around March of 2017.

21   **Q.**  And can you just provide an overview of the positions you

22   held at Amazon after March 2017?

23   **A.**  Yeah.  I was a regional operations manager for Prime Now.

24   I was overseeing one of two of our grocery deliveries in the

25   Bay Area Whole Foods Markets.  And then I was a regional

1   quality program manager for Amazon Logistics for on-road

2   quality.  That was my last position.

3   **Q.**  During that year at DFS5, did your title change at all?

4   **A.**  It did.  I went from shift manager to area manager.

5   **Q.**  Did your level designation change?

6   **A.**  No, it stayed the same.

7   **Q.**  Did your responsibilities change?

8   **A.**  No.

9   **Q.**  So if I ask you questions about your experience as a

10  Level 5 shift manager at DFS5, will you understand that to

11  mean your experience both under that title and then also under

12  the title of area manager?

13  **A.**  Yeah.

14  **Q.**  Can you summarize your responsibilities as a Level 5 shift

15  manager at DFS5 in 2016?

16  **A.**  So for the first six months, I was overseeing on-road

17  performance.  We had around seven delivery service providers

18  which were third-party companies that basically do deliveries

19  for Amazon.  I did that for six months.

20      And the other six months I was on night sortation where I

21  was overseeing around 50 to 80 associates basically receiving

22  packages, sorting them, and then preparing them for the day to

23  go out on routes.

24  **Q.**  During those first two -- the first six months, you just

25  described, did you have any direct reports?

1    **A.**   I did.

2    **Q.**   And what positions were those?

3    **A.**   They were L4 shift managers, two direct reports.

4    **Q.**   Did the two Level 4 shift managers that reported to you,

5    were they responsible for any particular shift?

6    **A.**   At the time it was night sortation.

7    **Q.**   Who did you report to while you were at DFS5?

8    **A.**   When we first launched, it was John White.

9    **Q.**   Are you familiar with the plaintiff in this case, Michael

10   Ortiz?

11   **A.**   Yeah.

12   **Q.**   How do you know Mr. Ortiz?

13   **A.**   We worked together at Amazon.

14   **Q.**   Did you work together with him at a particular facility?

15   **A.**   From what I remember DFS5.

16   **Q.**   And how long did you work at DSF5 at the same time as

17   Mr. Ortiz?

18   **A.**   I want to say two or three months.

19   **Q.**   Was that at the beginning or towards the end of your time

20   at DFS5?

21   **A.**   It was towards the beginning.  It would be towards March.

22   **Q.**   So approximately March 2016 until May 2016?

23   **A.**   Roughly around that time.

24   **Q.**   Did you supervise Mr. Ortiz directly?

25   **A.**   I did not.

1  **Q.**  Do you have an understanding of the duties Mr. Ortiz was

2  expected to perform as a Level 4 shift manager on the night

3  sortation?

4  **A.**  I did.

5  **Q.**  What is that understanding based on?

6  **A.**  Just my experience.  I did the position for six months as

7  well as the other six months I had two Level 4s that were

8  running night sortation, so I had a solid understanding.

9  **Q.**  Can you please describe at a very high level the physical

10  layout of the sortation area at DFS5 in 2016?

11  **A.**  Sure.  So we had a receiving area that had three dock

12  doors.  Basically packages would be offloaded from 52-foot

13  trailers onto sortation belts.  They would feed into a main

14  belt.  And then we had four spurs.

15      And so packages would be diverted from the main belt to

16  these spurs where then associates would grab a box and place

17  it into a bin, and that's called stowing.

18  **Q.**  And about how many bins were there along each side of

19  those four spurs?

20  **A.**  From what I remember, we had 25 rows on each spur.  And it

21  was a bread rack on each side.  So it would be 18 bins in each

22  row for each spur.

23  **Q.**  So if you have 25 rows on each side, four spurs, that's

24  200 rows?

25  **A.**  You would have -- it would be a hundred rows for each

KACZOR – DIRECT / ROSE

1    four --

2    **Q.**  I see.

3    **A.**  Yeah.

4    **Q.**  In DFS5 in 2016, besides the night sortation, were there

5    any other shifts?

6    **A.**  Yeah, return to station and load out were the other two

7    shifts.

8    **Q.**  At that facility were there any differences between the

9    shifts in terms of the number of associates working?

10    **A.**  Yes.

11    **Q.**  What were the differences?

12    **A.**  The main night sortation, we would process 90, 95 percent

13    of the volume.  So most of the Tier 1s were on night sort and

14    then you had a few during the day.

15    **Q.**  Based on your experience as the L5 shift manager, which of

16    the three shifts was the most important to the success of the

17    facility?

18          **MS. VAN NOTE:**  Objection.

19          **THE COURT:**  Sustained.

20    **BY MR. ROSE:**

21    **Q.**  I would like to now walk through the duties you expected

22    the shift manager to perform during a typical night's

23    sortation at DSF5 in 2016.

24       First, when did the first manager typically arrive to

25    begin the shift?

KACZOR – DIRECT / ROSE

1    **A.**   10:00 p.m.

2    **Q.**   Did that time vary at all?

3    **A.**   It was up to the discretion of the shift manager when they

4    could arrive.

5    **Q.**   And what time did the Level 1 associates typically arrive

6    at DFS5 in 2016 for the night sortation?

7    **A.**   Around 10:40 -- between 10:45 and 11:00 p.m.

8    **Q.**   Did all of them arrive at once?

9    **A.**   No.

10   **Q.**   Can you describe how they arrived if they arrived at

11   different times?

12   **A.**   From what I remember, we would have five to seven

13   associates arrive between 10:00 and 10:30 to help us set up.

14   And then the rest of the crew would arrive around 10:45 to get

15   ready for sortation to begin.

16   **Q.**   I will ask you about that setup process in a minute.

17        First, what did you expect the Level 4 shift manager to do

18   first upon arrival?

19   **A.**   Check in with the return-to-station manager.

20   **Q.**   About how long did that take in your experience?

21   **A.**   Roughly five to 10 minutes.

22   **Q.**   What kinds of -- what kind of information did the Level 4

23   shift manager receive from the previous shift manager?

24   **A.**   Usually just a summary of the day.  If there were

25   technology issues, or a lot of packages had to come back that

1    would be verbally communicated.  Different things like that,

2    an overall summary.

3    **Q.**  And after that check-in, what was next thing you expected

4    the Level 4 shift manager to do?

5    **A.**  Oversee the setup process.

6    **Q.**  Can you describe what needed to be set up?

7    **A.**  So it was three Honeywell scanners that needed to be

8    attached to laptops and needed to be synced to make sure they

9    could scan packages when they are receiving, and the key area

10   was making sure bins were set up in a stowing area.  Those are

11   the main....

12   **Q.**  Who performed the physical setup itself?

13   **A.**  Level 1 associates.

14   **Q.**  And how long did that setup process usually take in your

15   experience?

16   **A.**  Roughly 30 minutes to an hour.

17   **Q.**  Was the shift manager responsible or expected to handle

18   the physical setup themselves?

19   **A.**  No.

20   **Q.**  What is the shift manager personally doing while the setup

21   is taking place?

22   **A.**  Coaching Tier 1s or letting them know maybe -- ask a

23   Tier 1 to set up bins in a specific area, the stow area, or

24   set up the laptops for the receiving.

25   **Q.**  In addition to managing the setup, what else did you

KACZOR – DIRECT / ROSE

1    expect the shift manager to do prior to the beginning of the

2    sortation?

3    **A.**   The other key one was setting up the labor board.

4    **Q.**   Can you describe the labor board in DFS5 in 2016?

5    **A.**   It's basically a white board that has the diagram of the

6    sortation area itself.  And then it will have individual

7    positions like basically a small square next to -- let's say

8    receive 1 there's a square and a name would be placed in that

9    area.

10       So when the Tier 1s would come in, they would see their

11   name on the board and know where to work.

12   **Q.**   Was anyone besides the shift manager responsible for

13   making those decisions about where to allocate associates for

14   the shift?

15   **A.**   Level 3 or Tier 1 could help out with that process, but

16   ultimately the Level 4 would make the final decision before

17   the sortation would begin.

18   **Q.**   How did you expect the Level 4 shift manager to develop

19   familiarity with the associates on the team in order to make

20   those decisions that you described?

21   **A.**   So Level 4 is really a people leader.  So they would

22   understand their team very well.  That was the main -- the

23   main thing is understanding the team, how well each employee

24   performed.  Some are stronger than other ones, and you knew

25   that.  Some are new hires, things like that.

KACZOR – DIRECT / ROSE

1    **Q.**  How much time did you expect on average the Level 4 shift

2    manager to spend setting up the labor board?

3    **A.**  Roughly 15 to 30 minutes.

4    **Q.**  Did it ever take longer?

5    **A.**  It did.  There would be callouts so you would have to

6    switch out names.

7    **Q.**  Can you explain what a callout is?

8    **A.**  When an associate doesn't show up for work, have to move

9    another name to the white board, basically a callout or no

10   show.

11   **Q.**  Did the assignments on the labor board change from shift

12   to shift?

13   **A.**  It did.

14   **Q.**  And what would change -- what would those changes be based

15   upon?

16   **A.**  The different Tier 1s that were coming in each night.

17   There was usually a good amount of new hires each week.

18   Things like that.

19   **Q.**  Did associate's assignments change during the course of a

20   shift?

21   **A.**  They did.

22   **Q.**  Can you describe the circumstances in which associate's

23   assignments changed over the course of a shift?

24   **A.**  Basically when receiving would end, that function would be

25   totally complete.  Say a Level 4 would move those associates

1    into the stowing area.  And then when stowing is complete,

2    then they would move them into a pick and stage process.

3    **Q.**  How were the assignments communicated to associates?

4    **A.**  Usually verbally from a Level 4.

5    **Q.**  After the labor board was set up, prior to the start of

6    night's sortation, what was the next thing you expected the

7    shift manager to do?

8    **A.**  Hold a stand-up meeting.

9    **Q.**  Can you please describe at DFS5 how long the stand-up

10   meeting usually took?

11   **A.**  Five to ten minutes.

12   **Q.**  Following the stand-up, what did you expect the shift

13   manager to do next?

14   **A.**  Have the receiving area begin receiving packages as well

15   as the stowing begin.

16   **Q.**  Can you just explain very briefly what receiving and

17   stowing entailed at DFS5 in 2016?

18   **A.**  Receiving is basically just offloading packages from

19   trailers onto belts.  They go down a conveyor.  And then they

20   are pushed by a diverter onto an arm, basically an arm A, and

21   then they are stowed into black plastic bins at that time.

22   That's stowing.

23   **Q.**  On average, about how many level 1 associates participate

24   in receiving and stowing at the DFS5 in 2016?

25   **A.**  It varied.  I would say roughly 50 to 80, around there.

1   **Q.**  What did you expect the Level 4 shift manager to do while

2   the receiving and stowing is taking place?

3   **A.**  Oversee the different processes, the different functions,

4   as well as monitor volume.  That was a key part of it.

5   **Q.**  Can you describe how the shift manager would oversee the

6   different processes as you described?

7   **A.**  Yes.

8       So usually a shift manager will do a calculation at the

9   beginning of the night, look at total volume, and then they

10  would understand that they need to process -- let's say 5,000

11  packages in the first hour, receive 5,000.  So let's say it's

12  30 minutes into the sortation and you've only received 1500.

13  That Level 4 would go over and coach the team, let them know

14  to speed up.

15      Maybe they would notice that there's an associate that's

16  brand new that's not uploading fast enough, reallocate later

17  and maybe move somebody that's quicker into that function, and

18  then move that other person somewhere else.

19  **Q.**  What are the sources of information the shift manager

20  would use in making those decisions?

21  **A.**  Usually on the laptop you can see volume that was being

22  received, and then as well as walking around and looking.

23  Those were important factors.

24  **Q.**  Could the shift manager see the -- observe the operation

25  from any one particular place at DFS5?

1   **A.**  Not the entire operation.

2   **Q.**  Why is that?

3   **A.**  Because there were bread racks that were about 5 feet

4   tall, and there's 25 rows.  So if you are standing in one

5   location, you are unable to see that, as well as you can't see

6   the receiving area.  So it was vital a shift manager was

7   walking around the operation.

8   **Q.**  Can you provide some examples of issues the shift manager

9   was expected to address during the receiving and stowing

10  process?

11  **A.**  Yeah.  I think performance coaching was a big one; just a

12  retraining of associates.  Maybe new hires had come in and you

13  have to train them, show them the functions as well as maybe a

14  level 1 disappeared somewhere, and you don't know where they

15  went.  You have to reallocate labor to that area, and then try

16  to find that employee.  Maybe they went home for the day.

17  **Q.**  Besides monitoring the volume, walking around, and

18  addressing those issues you described, is there anything else

19  you expect the shift manager to do during the receiving and

20  stowing process?

21  **A.**  I think those are the main ones.

22      Another one might be dealing with HR issues, maybe an

23  associate -- there's something going on with HR and you have

24  to pull the associate aside and speak with them.  That might

25  be another one as well.

KACZOR – DIRECT / ROSE

1   **Q.**  How long on average in your experience did the receiving

2   and stowing process take at DFS5 in 2016?

3   **A.**  I want to say three and a half to four and a half hours.

4   Around there.

5   **Q.**  What could cause it to vary?

6   **A.**  A late trailer was one that could cause delays.  Conveying

7   systems could go down.  Technology issues for scanners.  Or

8   like just on the backend, technology is not working, you have

9   to wait an hour, and just stop sort.  Those are some of the

10  reasons.

11  **Q.**  Was the shift manager expected to address issues like

12  that?

13  **A.**  Yes.

14  **Q.**  Can you describe how the shift manager would address those

15  issues?

16  **A.**  Through communications with -- like if it was a tech

17  issue, they would be on Chime (phonetic), or just a

18  communication system with tech teams that are working on that.

19  That's like one way.  Or maybe if a conveyor went down.

20  Coaching the team and moving in a manual conveyor that's in

21  the back of the warehouse, that's another way as well.

22  **Q.**  Did you expect a Level 4 shift manager to spend time

23  working in the path during receiving and stowing?

24  **A.**  For a matter of minutes maybe sort of retrain or coach an

25  associate.  They would show the function for maybe five or ten

1     minutes.

2     Q.   How much time would you expect, and maybe you can provide

3     a percentage of this, if that makes sense, how much time would

4     you expect the shift manager to spend working in the path

5     doing those things you just described?

6               **MS. VAN NOTE:**  Objection.

7               **THE COURT:**  Sustained.

8     **BY MR. ROSE:**

9     Q.   Did you, yourself, ever spend time working in the path

10    when you were responsible for the night sortation?

11    A.   Yes.

12    Q.   And about how much time did you spend working in the path

13    when you were responsible for the night sortation?

14    A.   I would say if it was a 10-hour shift, roughly 5 percent

15    of that.  It was like I stated before, mostly just to train

16    associates, maybe trying to gain the trust of the team from

17    new hires, help them for five or ten minutes and show them you

18    actually cared about the operation and the manual work.

19    Q.   When you supervise Level 4 shift managers responsible for

20    the night sortation, did you have the same expectation of them

21    in terms of how much time they would spend working the path?

22    A.   I left it up to their discretion.

23    Q.   Did you ever have reason to believe that any level shift

24    manager that you supervised spent more than five to ten

25    minutes, as you say, working in the path?

1    **A.**   No.

2    **Q.**   Did you ever instruct a Level 4 shift manager to work in

3    the path?

4    **A.**   No.

5    **Q.**   After receiving and stowing is complete, what is the next

6    thing you expected the shift manager to do on the night

7    sortation?

8    **A.**   Run the route planning.

9    **Q.**   Can you describe what that is?

10   **A.**   The route planner is basically a computer program that

11   runs an assimilation of all the packages that were received

12   and stored, and places them on routes for the day.

13       Basically a route is like an Amazon van we all see driving

14   around.  That would be one route.

15   **Q.**   And what information does a shift manager draw upon to run

16   the route planning?

17   **A.**   Number of DAs, drivers expected to come in for each

18   cluster.  An example would be cluster A, San Francisco, and

19   you are expected to have 20 drivers.  That was a key factor.

20   **Q.**   About how long in your experience did the route planning

21   process take?

22   **A.**   It can take 10 minutes to 45 minutes.

23   **Q.**   What might cause it to take 45 minutes as opposed to 10

24   minutes?

25   **A.**   The route planner was run on minutes per each cluster.  So

1    an example would be if you needed 20 drivers for cluster A and

2    you run it at 500 minutes, and it only sends out like 21

3    routes or 19 routes, you would have to adjust the minutes in

4    order to achieve that number 20.

5        So it was -- those were the main things that would make it

6    go for 45 minutes.

7    **Q.**  And was anyone else besides the shift manager responsible

8    for running the route planner?

9    **A.**  No.

10   **Q.**  Once the route plan is complete, what is the next thing in

11   your experience that the Level 4 shift manager was expected to

12   do?

13   **A.**  Oversee the pick and stage process.

14   **Q.**  Can you briefly describe what that process entails?

15   **A.**  Sure.

16       So pick and stage is when a certain number of routes are

17   printed out.  Let's just say at DFS5, there's a hundred route

18   sheets to print out.  One sheet will be handed to the level 1,

19   and they will pick a specific number of bins in this sortation

20   area, and then bring them to a van in order for them to be

21   loaded.

22   **Q.**  About how long in your experience did that process

23   typically take?

24   **A.**  From what I remember two and a half, three and a half

25   hours roughly.

KACZOR – DIRECT / ROSE

1    **Q.**  And what might cause it to vary in terms of length of

2    time?

3    **A.**  Some of those factors, like I spoke about, technology

4    issues were a big one, maybe for certain waves drivers hadn't

5    shown up yet, so the vans were just sitting there so you had

6    to wait for them to come and then to park.  Things like that.

7    **Q.**  In that circumstance you described -- just described arose

8    where drivers were waiting, waiting for vans to depart, what

9    did you expect the shift manager to do in that circumstance?

10   **A.**  Work with the DSPs to find out where the drivers were,

11   just basically getting those vans moved so the next wave could

12   be loaded.

13   **Q.**  What did you expect the shift manager -- or how did you

14   expect the shift manager to spend their time during picking

15   and staging?

16   **A.**  Overseeing the entire process, coaching level 1s.  If

17   adjustments needed to be made, reallocating labor.

18   **Q.**  Did you expect the Level 4 shift manager to pick and stage

19   themselves?

20   **A.**  For some of those things I brought up earlier, to coach

21   people, jump in for a few minutes to kind of motivate the

22   team.

23   **Q.**  Besides coaching and motivating the team, were there any

24   other reasons why you would expect the shift manager to jump

25   in in the path, as you say?

```
 1              MS. VAN NOTE:  Objection.

 2              THE COURT:  Sustained.

 3   BY MR. ROSE:

 4   Q.  How much time did you expect a shift manager to spend

 5   jumping in the path for the reasons you just described?

 6   A.  Five to ten minutes for a couple of times a shift.

 7   Q.  Now you mentioned that the shift manager ran the route

 8   planner program.  And I gather from your testimony that was

 9   run on a computer; is that right?

10   A.  Yes.

11              MS. VAN NOTE:  Leading.

12              THE COURT:  Hold on just a second.

13       If you have an objection, please say "Objection."  Don't

14   just give me a ground.

15              MS. VAN NOTE:  Yes, Your Honor.

16              THE COURT:  Sustained.

17   BY MR. ROSE:

18   Q.  What equipment did the shift manager use to run the route

19   planner?

20   A.  Usually it was an assigned laptop that Amazon gave all

21   managers.

22   Q.  What else did the shift manager use their laptop for, if

23   anything?

24   A.  Big one was answering emails and then maybe working on

25   different process improvement project documents.  Those are
```

1    two things.

2    **Q.**  Can you describe the kind of emails the shift manager

3    would be expected to receive and send?

4    **A.**  So a big one at Amazon is just constantly improving

5    processes.  So there's a lot of program management teams maybe

6    want to redesign the sortation area.  So you would answer that

7    program manager, hey, I received the new racks or the new

8    bins, things like that.  As well as just -- if there was

9    issues the previous night, usually our Ops manager, the senior

10   Ops manager just --

11         **COURT REPORTER:**  I'm sorry, the what?  I didn't hear

12   you.

13         **THE WITNESS:**  Sorry about that.

14   **BY MR. ROSE:**

15   **Q.**  And when you say -- sorry.  Please complete your answer.

16   **A.**  Just an explanation of what happened basically if there

17   was a problem.

18   **Q.**  When you say "Ops manager" and "senior Ops manager," can

19   you explain what that is short for?

20   **A.**  Yes.  An Ops manager is a Level 6 and senior Ops would be

21   a level 7 manager.

22   **Q.**  And Ops is short for operations, just to be clear?

23   **A.**  That's correct.

24   **Q.**  How many emails would you estimate on average the shift

25   manager had to deal with during a typical night's sortation

1    shift?

2              **MS. VAN NOTE:**  Objection.

3              **THE COURT:**  Sustained.

4         Would you mind slowing down a little bit?  You are

5    speaking really quickly.  It is difficult for me to assimilate

6    what you are saying, and it must be for the court reporter as

7    well.  Thank you very much.

8              **THE WITNESS:**  You're welcome.

9    BY MR. ROSE:

10   **Q.**  Do you know how many emails a shift manager typically had

11   to address during a night sortation?

12   **A.**  It varied.  It could be anywhere from 50 emails to 20

13   emails.  It was different every night.

14   **Q.**  Once picking and staging is complete -- well, actually,

15   before I get to that, let me ask you this:  Where did the --

16   where would the shift manager be expected to use the laptop,

17   physically?

18   **A.**  There was a night sortation desk that shift managers sat

19   at.  That was the main area.

20   **Q.**  After picking and staging is complete, what did you expect

21   the Level 4 shift manager to do next?

22   **A.**  Send the end-of-shift wash was the next step.

23   **Q.**  Can you describe the end-of-shift wash?

24   **A.**  It's a document that's -- it's a summary of what happened

25   in the night sortation.  Some of the components are total

1    volume that was processed, number of head count.  Those are

2    some of the items.

3    **Q.**  Can you provide the other items you recall?

4    **A.**  There was a section where an explanation could be given if

5    there were process misses.  A shift manager can write in there

6    what happened.

7    **Q.**  When was the shift manager expected to write the

8    end-of-shift wash?

9    **A.**  Usually it was started at the beginning of the night, and

10   then it had to be completed before the shift manager could

11   leave for the day.

12   **Q.**  And in total, how much time did you expect the shift

13   manager to spend on average working on the end-of-shift wash?

14             **MS. VAN NOTE:**  Objection.

15             **THE COURT:**  Sustained.

16   **BY MR. ROSE:**

17   **Q.**  Do you have an understanding of how much time on average a

18   shift manager was expected to spend on-the-end of shift wash?

19   **A.**  Roughly one hour.

20   **Q.**  Who was the end-of-shift report provided to?

21   **A.**  It was sent to our DFS5 management alias.  So it was all

22   the managers in the building.  And from what I remember, some

23   of our senior operations leaders might have been in the email

24   as well.

25   **Q.**  How often was the end-of-shift report or end-of-shift wash

1    created?

2    **A.**  Every night.

3    **Q.**  Were there ever occasions that you recall at DFS5 in 2016

4    when there were not enough Tier 1 associates to process the

5    volume for that shift?

6    **A.**  Yes.

7    **Q.**  How often did that happen in your memory?

8    **A.**  Roughly 5 percent of the time.

9    **Q.**  On those occasions, roughly 5 percent of the time as you

10   say, when there may -- there were not enough Tear 1

11   associates, what did you expect the shift manager to do to

12   address that shortfall?

13   **A.**  Reallocate labor.  A shift manager usually knew their team

14   well, who was a strong worker, maybe who wasn't as strong,

15   move strong workers to areas that were busier, and constantly

16   make changes throughout the night as different challenges came

17   up.

18   **Q.**  Did you expect the shift manager to work in the path to

19   try and get that extra volume processed?

20   **A.**  For a matter of minutes, maybe five to ten minutes to help

21   catch an area up, if either the receiving area or stowing area

22   fell behind.

23   **Q.**  Did you expect the shift manager to work in the path, as

24   you say, during the majority of their shift?

25   **A.**  No.

1   **Q.**  Why not?

2   **A.**  There were too many challenges throughout the night that

3   needed to be addressed.  A shift manager needed to be managing

4   volume, doing performance coaching, training new hires,

5   dealing with technology issues, dealing with conveyors going

6   down.  So there was multiple facets that needed to be -- paid

7   attention to.

8   **Q.**  If a Level 4 shift manager at DFS5 in 2016 had spent the

9   majority of their time working in the path, would that have

10  come to your attention?

11          **MS. VAN NOTE:**  Objection.

12          **THE COURT:**  Sustained.

13  **BY MR. ROSE:**

14  **Q.**  Did it ever come to your attention that a Level 4 shift

15  manager spent the majority of their time working in path in

16  DFS5 in 2016?

17  **A.**  No.

18  **Q.**  Would you have expected it to if that had occurred?

19  **A.**  Yes.

20  **Q.**  Why?

21  **A.**  If a shift manager was in the path the majority of the

22  time, different parts of the operation would have fell behind.

23  And it would have been escalated in the morning because if the

24  sort doesn't finish on time, it is a huge red flag and a shift

25  manager would need to answer their superiors on what happened.

1        So that would be -- if a shift manager was in the path the

2   entire time, it would be escalated immediately.

3            **MS. VAN NOTE:**  Objection, move to strike.

4            **THE COURT:**  Sustained.  Motion is granted.

5   **BY MR. ROSE:**

6   **Q.**  Did you review the end-of-shift reports from the night

7   shift from DFS5 in 2016?

8   **A.**  I reviewed some of them, yes.

9   **Q.**  Did you review them for the Level 4 shift assistants that

10  you supervised?

11  **A.**  For the Level 4 shift managers, I did review them, yes.

12  **Q.**  I am sorry, shift managers.  Thank you.

13  **A.**  It's okay.

14  **Q.**  Was there any information at the end-of-shift wash reports

15  that would have provided you with notice that a shift manager

16  had spent the majority of their time working in the process

17  path for a night shift?

18  **A.**  I mean, it's possible.  It was mostly a verbal

19  conversation that would happen.

20  **Q.**  Was there any information that you received that would

21  have prompted that kind of verbal conversation?

22  **A.**  Not to my knowledge.

23  **Q.**  Was there information that you received on the performance

24  of the shift?

25  **A.**  Yes.

1    **Q.**  And what was that information?

2    **A.**  Usually it was when receiving was completed, what time

3    stowing was completed, what time pick and stage was completed.

4    Things like that.

5    **Q.**  And if the shift was not appropriately managed, would that

6    show up in the performance metrics?

7    **A.**  In performance metrics?  Yeah, it probably would show up

8    in terms of like maybe late departures for drivers.

9    **Q.**  Would that prompt a conversation with the shift manager?

10   **A.**  Yes.

11   **Q.**  And if the shift manager told you that they had spent the

12   majority of their time working in the path, would that have

13   been consistent with your expectations for their job duties?

14           **MS. VAN NOTE:**  Objection.

15           **THE COURT:**  Sustained.

16   **BY MR. ROSE:**

17   **Q.**  When you worked as a Level 5 shift manager with direct

18   responsibility for the night sortation at DFS5 in 2016, how

19   much time on average did you spend working in the process path

20   for any reason?

21   **A.**  Roughly 5 percent of the shift.

22   **Q.**  Was there ever an occasion when you spent more than that

23   amount of time working in the process path?

24   **A.**  There could have been occasions during peak season or

25   Amazon Prime week that required a shift manager maybe to work

KACZOR – CROSS / VAN NOTE

1    a little bit longer in the path.

2    **Q.**  How much longer?

3    **A.**  Maybe for an entire shift 10 or 15 percent of the time.

4              **MR. ROSE:**  Thank you.  I have no further questions.

5              **THE COURT:**  Cross-examination.

6              **MS. VAN NOTE:**  Yes, Your Honor.

7         Before I begin, I would like to inquire with the clerk how

8    much time plaintiff has remaining.

9              **THE CLERK:**  You have 3 hours 55 minutes and 52

10   seconds that are counting down.

11             **MS. VAN NOTE:**  Thank you.  I do have the depo

12   transcript.

13                      (Transcript handed to clerk.)

14             **THE CLERK:**  Thank you.

15             **THE COURT:**  Proceed.

16             **MS. VAN NOTE:**  Thank you.

17                      <u>**CROSS-EXAMINATION**</u>

18   BY MS. VAN NOTE:

19   **Q.**  Good afternoon, Mr. Kaczor.  My name is Laura Van Note.  I

20   represent Mr. Ortiz here today.

21        You worked directly with Mr. Ortiz for, I think you said,

22   about two to three months; is that right?

23   **A.**  Roughly, yes.

24   **Q.**  Okay.  And outside of those two to three months, you don't

25   have any direct knowledge of how he was performing his job or

KACZOR - CROSS / VAN NOTE

1    whether it was the same as those two to three months; is that

2    right?

3    **A.**   I do not.

4    **Q.**   And you were not actually Mr. Ortiz's direct supervisor,

5    right?

6    **A.**   That is correct.  But I was -- I did run night sortation

7    for six months and I had two Level 4s that reported in the

8    same position Mr. Ortiz was running, so I was pretty well

9    acquainted with what was expected during the night sortation.

10   **Q.**   Sure.  The basis of your knowledge is not only Mr. Ortiz

11   but the other L4s, right?

12   **A.**   That is correct.

13   **Q.**   And you would expect or you would -- it's your testimony

14   that the work done by the other L4s or your experience with

15   those other L4s would be consistent or the same as what

16   Mr. Ortiz was doing, right?

17   **A.**   Not necessarily.

18   **Q.**   Okay.  So let's try to separate those two.

19        What I want to know and what I am going to be asking you

20   about is going to relate to Mr. Ortiz, but I also might ask

21   you generally about your experience with other L4s.  So I will

22   try to be specific, okay?

23   **A.**   Okay.

24   **Q.**   So one of the things that -- and we will start

25   generally -- one of the things that the L4 shift managers did

1    was to hold stand-up meetings, right?

2    **A.**   That is correct.

3    **Q.**   And you would expect the stand-up meetings to take between

4    five and ten minutes, right?

5    **A.**   Roughly between five and ten minutes.

6    **Q.**   Is there -- can you think of an example where a stand-up

7    meeting took more than 10 minutes?

8    **A.**   Not that I remember.  I mean it's possible that like -- so

9    we were maybe recognizing an associate and giving them swag

10   and it took longer than 10 minutes, that could be an example.

11   **Q.**   The motivation was to get the information out and get

12   started on the sort as quickly as possible, right?

13   **A.**   That is correct.

14   **Q.**   Okay.

15       Now the L4 shift managers that you worked with didn't have

16   an office, right?

17   **A.**   I don't -- I don't recall.  We did have offices around,

18   but I don't know at that time if they did or not.

19   **Q.**   Okay.  Everyone had a laptop, right?

20   **A.**   We all had assigned -- managers all had assigned laptops.

21   **Q.**   And I suppose the idea of an assigned laptop and the

22   benefit is you can pick it up and take it with you places,

23   right?

24   **A.**   That's correct.

25   **Q.**   It was an expectation that L4 shift managers might take

KACZOR – CROSS / VAN NOTE

```
 1   the laptop with them around the facility while they are doing
 2   their work, right?
 3   A.   They could have done that, yes.
 4   Q.   Did you see L4 shift managers do that?
 5   A.   Not that I remember.
 6   Q.   Okay.
 7        And another task that you said the L4 shift managers would
 8   do is setting up the labor board, right?
 9   A.   That's correct.
10   Q.   That could take as little as 10 minutes; is that right?
11   A.   I don't remember taking 10 minutes.  There is usually
12   adjustments made, so it was around 30 minutes to 45 minutes.
13   Q.   Is it your testimony that it could not be as little as 10
14   minutes?
15   A.   It's possible it could take somebody 10 minutes to do the
16   labor board.
17   Q.   All right.
18        And you would have associates who would come in, you know,
19   night after night and work on the night shift consecutive
20   evenings, right?
21   A.   That is correct.
22   Q.   And so on those occasions, you might have some percentage
23   of your workforce that's the same, you know, on Tuesday as it
24   was on Monday, right?
25   A.   It's a possibility.  We had a lot of varying shifts.  So
```

1    it is possible, but it was usually a low percentage of the

2    same workers.

3    **Q.**  Okay.  So it is possible that there were times that an L4

4    could just use the same board from the day before because they

5    have the same workforce maybe give or take a few workers?

6    **A.**  Not necessarily because there were always call offs, no

7    shows, there was new hires coming in.  So it would change

8    every night.  There would be multiple changes.

9    **Q.**  Going back for a moment to the stand-up meetings.

10        Just generally, for stand-up meetings, the goal was to be

11   at five minutes, right?

12   **A.**  I don't think there was a specific minute goal.  I think

13   just the time it was between five and ten minutes I remember

14   it taking.

15        **MS. VAN NOTE:**  I'll be reading from the deposition,

16   page 176, lines 10 through 16.

17                   (Pause in the proceedings.)

18        **THE COURT:**  Any objection?

19        **MR. ROSE:**  Yes, Your Honor.  I don't see how this

20   relates to the witness's direct testimony.

21        **THE COURT:**  Well, the issue is not relating to it.

22   It's not relating to it.  It's really a question of whether or

23   not it's impeaching.

24        **MR. ROSE:**  Nor does it contradict or relate to

25   anything he testified about.

1          **THE COURT:**  Ms. Van Note?

2          **MS. VAN NOTE:**  I believe it clearly says that the

3     goal was five minutes for the meeting.

4          **THE COURT:**  I'll allow it.  Overruled.  You may read

5     it.

6          **MS. VAN NOTE:**  (Reading)

7          "Question:  Okay.  You mentioned before that the

8          opening meeting, the stand-up meeting is relatively

9          short; is that correct?

10         "Answer:  Yeah.  The goal was five minutes, but if

11         you know, if we had a safety concern or we needed to

12         do a safety demonstration, that was going to take

13         longer, it could go to 10 minutes."

14    BY MS. VAN NOTE:

15    **Q.**  Another one of the tasks that you mentioned the L4s would

16    perform, including Mr. Ortiz, is a report at the end of their

17    shift, right?

18    **A.**  That's correct.

19    **Q.**  I believe you described it on Direct as a wash report?

20    **A.**  There are multiple names for it.  A wash report,

21    end-of-shift report.

22    **Q.**  Have you heard the term handoff report?

23    **A.**  That's the same thing, yes.

24    **Q.**  It's the same thing.  Thank you.

25         For a handoff report, the L4 shift manager is required to

1    pull various pieces of data and sort of consolidate or compile

2    them into one place, right?

3    **A.**  That's correct.

4    **Q.**  And in pulling that data, the L4 shift manager doesn't

5    make any decision about what information to include or not

6    include, right?

7    **A.**  I don't understand the question.

8    **Q.**  So there's a standard set of data, basically, that has to

9    go in that report, right?

10    **A.**  There's not a standard set of data.  There's a multiple --

11    tools that data can be pulled from, but it wasn't a standard

12    each night like we are going to use A, B, C for the report.

13    **Q.**  If Mr. Ortiz decided he didn't want to put in the total

14    volume in his handoff report, that would be okay?

15    **A.**  He -- it's up to his discretion if he can put it in or

16    not.

17    **Q.**  So have you ever had an L4 shift manager leave off some of

18    the data points?

19    **A.**  No.

20    **Q.**  Did you ever communicate to Mr. Ortiz that it was up to

21    him what data to put in that report?

22    **A.**  Not that I remember.

23    **Q.**  Isn't it true that the L4 shift managers don't use any

24    kind of discretion in pulling data from one place and plugging

25    it into another; isn't that true?

1    **A.**  No.

2              **THE COURT:**  No, it's not true or no --

3              **THE WITNESS:**  It's not true.  It's up to the

4    discretion of the shift manager what information they want to

5    place in the end-of-shift report.

6              **MS. VAN NOTE:**  I would like to read from the

7    deposition, page 202, line 22 through 204, line 14.

8              **THE COURT:**  Any objection?

9              **MR. ROSE:**  No objection.

10             **THE COURT:**  Please read it.

11             **MS. VAN NOTE:**  (Reading)

12             "Question:  Is there any decision-making that goes

13                  into preparing the handoff report as opposed to just

14                  reporting information there from some other source?

15             "Answer:  When you say 'decision-making' what do you

16                  mean?

17             "Question:  I mean decisions along the lines of, you

18                  know, I'm going to include this information but not

19                  this information, or was there sort of like an

20                  expectation by the company about what is supposed to

21                  be in the handoff report?

22             "Answer:  I mean, it was a generic handoff, but

23                  you -- it varies by manager and based on what

24                  information they wanted to put in the handoff.

25             "So what --

1    "Question:  So what kind of information would be in

2    there?  You said earlier one example would be the

3    flow per hour, correct?

4    "Answer:  Yes, that's correct.

5    "Question:  That's not discretionary.  That has to be

6    there, right?

7    "A:  From what --

8    "Answer:  From what I remember, yes.

9    "Question:  What other types of information has to be

10   in the handoff report?

11   "Answer:  Your attendance, different trucks that they

12   arrived on time and they arrived late, what time you

13   completed receiving.  What time you complete stowing.

14   What time you completed staging.  I'm trying to think

15   what else.  I think those are the mains ones.

16   "Question:  And you get that information from a

17   number of different sources, correct?

18   "Answer:  Yes, that's correct.

19   "So the shift manager would need to go to those

20   sources, pull the data and then record all that data

21   in the handoff, correct?

22   "Answer:  Yes.

23   "What kind of things would be discretionary?  What

24   kind of things could one manager decide he or she

25   will not put in the handoff report or someone else

1              might decide not to include that if there is

2         anything?

3              "I don't know.

4              "Question:  In other words, you can't think of

5         anything?

6              "Answer:  I can't think of anything."

7    **BY MS. VAN NOTE:**

8    **Q.**  While you worked with Mr. Ortiz, he was assigned to the

9    night shift, right?

10   **A.**  Yes.

11   **Q.**  He would generally come in at about 10:00 p.m.; is that

12   your recollection?

13   **A.**  From -- shift managers usually arrived at 10:00 p.m.  I

14   don't remember exactly what time Mike would have arrived.

15   **Q.**  And generally the shift would be completed between 7:00

16   and 8:00 a.m.?

17   **A.**  From what I remember, I would say roughly around that

18   time.

19   **Q.**  And L4s were expected to work 10-hour days, right?

20   **A.**  Four 10-hour days were expected, that's correct.

21   **Q.**  And your observation was the plaintiff would start work

22   between 9:00 and 10:00 p.m. each night?

23   **A.**  From what I remember, the shift manager would come in at

24   10:00 p.m., around 10:00 p.m.

25   **Q.**  And this question I am specifically talking about

1    Mr. Ortiz.

2        So you observed or you saw that he would start work

3    between 9:00 and 10:00 p.m. each night, right?

4    **A.**  I don't remember.

5    **Q.**  I would like to read from the deposition, page 161,

6    lines 10 through 15.

7            **THE COURT:**  Any objection?

8            **MR. ROSE:**  No objection.

9            **THE COURT:**  You may read.

10           **MS. VAN NOTE:**  (Reading)

11           "Question:  When Mr. Ortiz was working the night

12           shift, typically he would show up at what time?

13           "Answer:  From what I can remember, from 9:00 to

14           10:00.  That is when night managers at DFS5 would

15           show up.

16           "Question:  9:00 or 10:00 p.m.?

17           "Answer:  Yeah, closer to 10:00, I would say."

18           **THE COURT:**  Ms. Van Note, before you continue, we

19   need to break at about 1:20, just a few minutes to accommodate

20   the Court's schedule.

21       I wanted to raise with counsel -- ask a question.  So

22   do -- mostly with the defendant, does Amazon intend to call

23   Mr. Abdelaziz tomorrow, which would then raise the issue of

24   the objection by the plaintiff?

25           **MR. SCHWARTZ:**  We do, Your Honor.

1          **THE COURT:**  All right.  So let me just -- what I

2     would like to do, I think we should have this gentleman --

3     witness step down to return tomorrow before 8:00 o'clock.  All

4     right?

5          **THE WITNESS:**  Okay.

6          **THE COURT:**  You may step down and I want to discuss a

7     matter with counsel.

8          Although I'm not going to hear argument right now, I just

9     want to lay out what I understand the guideline to be or the

10    issues to be, and I wanted to sort of lay out for counsel just

11    the data that the Court would be looking at to determine

12    whether to sustain the objection with respect to this witness.

13         Now, this has -- this would not include, what I am talking

14    about, wouldn't include issues about something being

15    cumulative or not proper cross-examination or relevance.  I'm

16    talking about procedural disclosure and compliance with the

17    Court's guidelines for bench trials.

18         So, to lay this out, in general, the guidelines for --

19    this Court's guidelines pursuant to trial require the parties

20    to provide a list of witnesses for their "case-in-chief."

21         Mr. Abdelaziz is not listed in the witness list that

22    Amazon submitted for its case-in-chief before the pretrial,

23    which is Docket 221 through 23, or the updated list that the

24    Court required after the pretrial, which is Docket 236.

25         Now, paragraph 13 of the Court's guidelines for bench

1    trials provides that, quote:  "At the close of each trial day,

2    all counsel shall exchange a list of witnesses for the next

3    two full court days and exhibits that will be used during

4    direct examination (other than for impeachment of an adverse

5    witness).  Within 24 hours of such notice, all other counsel

6    shall provide any objections to such exhibits and shall

7    provide a list of all exhibits to be used with the same

8    witness on cross-examination (other than for impeachment).

9    The first notice shall be exchanged prior to the first day of

10   trial.  All such notice shall be provided in writing."

11       Paragraph 16 of these guidelines provides that a witness

12   or exhibit not listed in the Joint Pretrial Order may not be

13   used without good cause.  But now -- this is the Court

14   parenthetically stating now -- this only appears to be

15   required to disclose case-in-chief witnesses.

16       This rule does not apply to true rebuttal witnesses other

17   than those rebuttal witnesses who must be listed.  For

18   example, experts, et cetera.  Defense witnesses are not -- are

19   considered, they are considered case-in-chief witnesses, not

20   rebuttal witnesses.

21       So that's the layout.  And what I would like to know at

22   sometime before ruling on this whether Mr. Abdelaziz -- I know

23   that he was not included in Amazon's initial disclosures.  I

24   don't know if -- I'm sorry, Mr. Abdelaziz was listed in any

25   Amazon's initial disclosures or any supplements thereto, which

1     would not normally be filed.  So the Court would have no way

2     of knowing about that unless there was a motion filed and it

3     was appended to that.

4          So I don't know the answer to the question.  And I'm

5     suggesting that -- I'm going to need a brief, pocket brief

6     from both sides listing both the justification and the

7     objection.  And the objection can include any appropriate

8     objection, including 403, relevance, prejudice, whatever, but

9     I also want you to address whether or not a party believes, in

10    Amazon's case is complying with the rule, and the plaintiff's

11    position that it's not complying with the rule, and is

12    otherwise not objectionable.

13         So I think both sides need to file.  Given the timing, I

14    would like to get it by close of business today, 5:00 o'clock

15    not to exceed three pages, pocket brief simultaneously filed.

16    I will then hear brief argument on each other's -- each side's

17    positions, but I want the parties to kind of think about

18    whether this is all worth the candle, given that the issue is

19    brought up, Mr. Ortiz said what he said, and how central this

20    particular witness and his testimony is to the issues in the

21    case given that this is a bench trial and not a jury trial.

22         So, without getting into the argument because I'm

23    requiring a pocket brief, Ms. Van Note, do you understand what

24    the Court is asking for?

25              **MS. VAN NOTE:**  I believe so.  I do have a

1    clarification on the three-page limit.  Our intention would be

2    to attach the initial disclosures which would obviously take

3    it well past three pages.

4              **THE COURT:**  Just in terms of the arguments, but

5    please have mercy on the Court --

6              **MS. VAN NOTE:**  I will not overload you.  I promise.

7              **THE COURT:**  No declarations.  I don't -- not that you

8    would, to sort of get around -- excuse me, it's late, get

9    around the three-page rule.  If you cite something, hey,

10   here's my disclosure, here's their disclosure, certainly cite

11   that, but be judicious in what you append because the Court

12   has to read this after hours.

13             **MS. VAN NOTE:**  Yes, Your Honor.

14             **THE COURT:**  Any questions from Amazon?

15             **MR. SCHWARTZ:**  I take it we will be heard tomorrow

16   morning before Court begins?

17             **THE COURT:**  We will meet like quarter to 8:00, and

18   I'll have the briefs and I'll any questions I have, and I will

19   make a ruling.  Unfortunately, you are going to need to have

20   Mr. Abdelaziz available.  It may be an inconvenience for him,

21   but that's the way it goes.  I want to do this in an

22   appropriately judicious manner and be fair to both sides.

23        Anyway, and I take it after this witness, Mr. Abdelaziz,

24   would be the only other live witness, and then we would go to

25   virtual witnesses?

1          **MR. SCHWARTZ:**  That's correct, Your Honor.

2          **THE COURT:**  Is that correct?

3          **MS. VAN NOTE:**  Yes, Your Honor.

4          **THE COURT:**  Hopefully we will be prepared

5    electronically.  But have them -- I don't want there to be a

6    bottleneck with the witness not being available at his or her

7    station logged in and ready to go.

8          **MR. SCHWARTZ:**  Understood.

9          **THE COURT:**  Have the IT people deal with that.

10       Any matters that you want to bring up now because I do

11   need to break in the next -- actually almost immediately.  So

12   I would ask you to wait until tomorrow.

13         **MS. VAN NOTE:**  Nothing further for the plaintiffs,

14   Your Honor.

15         **MR. SCHWARTZ:**  Nothing further, Your Honor.

16         **THE COURT:**  Have a good evening, everybody.

17         **MS. VAN NOTE:**  You too, Your Honor.

18

19              (Proceedings adjourned at 1:22 p.m.)

20

21

22

23

24

25

**CERTIFICATE OF REPORTER**

I, Diane E. Skillman, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

*Diane E. Skillman*

DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

Thursday, June 23, 2021

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**