VOLUME 3

Pages 424 – 616

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Before The Honorable JEFFREY S. WHITE, Judge**

MICHAEL ORTIZ, on behalf of )
himself and all others )
similarly situated, )
                              )
           Plaintiff, )    NO. C-17-3820 JSW
                              )
   VS. )    Thursday, June 24, 2021
                              )
AMAZON.COM LLC, ET AL., )    Oakland, California
                              )
                              )    BENCH TRIAL
                              )
           Defendants. )
_____)

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

APPEARANCES:

For Plaintiff:            SCOTT COLE & ASSOCIATES, APC
                          555 12th Street, Suite 1725
                          Oakland, California 94607
                    **BY:  LAURA G. VAN NOTE, ESQUIRE**

For Defendant:           GIBSON, DUNN & CRUTCHER LLP
                          1050 Connecticut Avenue, N.W.
                          Washington, DC 20036
                    **BY:  JASON C. SCHWARTZ, ESQUIRE**

(APPEARANCES CONTINUED)

Reported By:             Diane E. Skillman, CSR 4909, RPR, FCRR
                          Official Court Reporter

TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

For Defendant:                GIBSON, DUNN & CRUTCHER LLP
                              3161 Michelson Drive
                              Irvine, California 92612
                          BY: **MEGAN COONEY, ESQUIRE**


                              GIBSON, DUNN & CRUTCHER LLP
                              333 South Grand Avenue
                              Los Angeles, California 90071
                          BY: **BRADLEY J. HAMBURGER, ESQUIRE**


                              GIBSON, DUNN & CRUTCHER
                              555 Mission Street, Suite 3000
                              San Francisco, California 94105
                          BY: **JOSEPH ROSE, ESQUIRE**


Also Present:                 **TERESA MAK, AMAZON REPRESENTATIVE**

```
 1                         I N D E X

 2                                        PAGE    VOL.

 3   Defendants' Witnesses:

 4   Kaczor, Edward

 5   Cross-examination by Ms. Van Note      435      3

 6   Redirect Examination by Mr. Rose      461      3

 7   Abdelaziz, Mahmoud

 8   Direct Examination by Ms. Cooney      462      3

 9   Cross-examination by Ms. Van Note      472      3

10   Plaintiff's Zoom Witnesses:

11   Martin, Michael

12   Direct Examination by Ms. Van Note     488      3

13   (No Cross-examination)

14   Merid, Senai

15   Direct Examination by Ms. Van Note     525      3

16   Cross-Examination by Ms. Cooney       549      3

17   Redirect Examination by Ms. Van Note   563      3

18   Defendants' Zoom Witnesses:

19   Bania, Amanda

20   Direct Examination by Mr. Hamburger    566      3

21   Cross-Examination by Ms. Van Note      589      3

22   Nevado, Diego

23   Direct Examination by Mr. Hamburger    596      3

24

25
```

| | |
|---|---|
| 1 | Thursday, June 24, 2021                                7:57 a.m. |
| 2 | P R O C E E D I N G S |
| 3 | o0o |

 4          **THE CLERK:**  All rise.  Come to order.  The Honorable

 5   Jeffrey S. White presiding.

 6          **THE COURT:**  Please be seated.  Good morning.  Please

 7   call the case.

 8          **THE CLERK:**  Calling case number CV-17-3820 Michael

 9   Ortiz versus Amazon.com LLC.

10      Counsel, please approach the podiums and state your

11   appearances.

12          **MS. VAN NOTE:**  Good morning, Your Honor.  Laura Van

13   Note with Scott Cole & Associates for the plaintiff.

14          **THE COURT:**  Good morning.

15          **MR. SCHWARTZ:**  Good morning, Your Honor.  Jason

16   Schwartz with Gibson Dunn.  Once again accompanied by Megan

17   Cooney, Joseph Rose, Bradley Hamburger, and Teresa Mak of

18   Amazon.

19          **THE COURT:**  Good morning, everybody.

20      One housekeeping matter I wanted to remind counsel of is

21   that -- this has to do with the issue of exhibits.  I would

22   like counsel to submit all admitted exhibits on a thumb drive

23   jointly, that is, one thumb drive containing all of the

24   evidence that's been admitted so the Court has it

25   electronically.  We don't need chambers copies.

1          **MR. SCHWARTZ:**  Will do, Your Honor.

2          **THE COURT:**  Ms. Van Note, is that acceptable?

3          **MS. VAN NOTE:**  Yes, Your Honor.  Thank you.

4          **THE COURT:**  First order of business is the matter of

5    the testimony of Mr. Abdelaziz.  So I'm not going -- I'm not

6    going to entertain plenary argument.  I read your submissions

7    that I ordered.  But to the extent that a party would like to

8    comment on or respond to arguments made by her opponent, then

9    you may do so.

10        But I did have one factual question for you, Ms. Cooney,

11   and that is, so the headline is the time limit -- the time

12   span during which Mr. Abdelaziz worked at Amazon as it relates

13   to and to the extent to which, if at all, he overlapped with

14   the plaintiff at Amazon.

15         **MS. COONEY:**  Yes, Your Honor.  Mr. Abdelaziz worked

16   with Mr. Ortiz for a two-month period in 2016 at the facility

17   DFS4, was approximately May to June of 2016.

18         **THE COURT:**  So a two-month period?

19         **MS. COONEY:**  Yes, Your Honor.

20         **THE COURT:**  Is that a broader period or same period

21   or narrower period than the other witnesses that we heard

22   yesterday?

23         **MS. COONEY:**  Yesterday we heard from Mr. Lopez who

24   shadowed Mr. Ortiz for a two-week period at DFS4, and then was

25   his supervisor for approximately five months, June until

1   December of 2016.

2           **THE COURT:**  All right.  So I'll give you an

3   opportunity to respond to the plaintiff's argument.

4       Again, keep it brief and to the point.  Thank you.

5           **MS. COONEY:**  Yes, Your Honor.  Thank you.

6       Your Honor, I believe that plaintiff's brief misunderstood

7   the point of calling Mr. Abdelaziz as a witness here.  He's

8   not being called as a case-in-chief witness.  He's not being

9   called as a rebuttal witnesses, he's being called purely for

10  impeachment.

11      And I won't go through the matters we discussed in the

12  brief because I know Your Honor has reviewed that, but I will

13  simply state that he was disclosed to plaintiff as an

14  impeachment witness.  He was identified while Mr. Ortiz was on

15  the stand as someone that would be called for impeachment

16  purposes while Mr. Schwartz was doing his examination.  And in

17  our view there is no prejudice to plaintiff because

18  impeachment evidence does not need to be disclosed in advance.

19      Mr. Ortiz was familiar with Mr. Abdelaziz while they

20  worked together.  He was given an opportunity on the witness

21  stand to testify truthfully about Mr. Abdelaziz.  He did not

22  do so.  And as our submission showed, plaintiff counsel also

23  knew about Mr. Abdelaziz as early as October of 2017 when they

24  produced a document, an email Mr. Ortiz received that stated

25  Mr. Abdelaziz would be his point of contact when he moved over

1  to DFS4.

2      So based on that, I don't believe that any of the

3  arguments that the plaintiff has raised are even pertinent,

4  and plaintiff's case relied upon the rules of rebuttal expert

5  disclosures, which are not relevant here.  And so because

6  Mr. Abdelaziz is purely being called for impeachment purposes,

7  he does not -- he did not need to be disclosed in advance

8  under the federal rules nor that he was disclosed in advance

9  under the Court's order.

10          **THE COURT:**  Thank you.

11      Ms. Van Note?

12          **MS. VAN NOTE:**  I will simply say that the nature of

13  the testimony proffered on behalf of Mr. Abdelaziz is really

14  not any different than any of the other witnesses the

15  defendants have called in order to rebut the claims plaintiff

16  is making.

17      He is apparently going to be testifying regarding time

18  that Mr. Ortiz may have spent working while he was not

19  performing work tasks, which is a defense the defendant has

20  been presenting for many years now.  We are not claiming that

21  we didn't know he existed.  Certainly we did.  What we are

22  saying is that the rules require the disclosure of the

23  witnesses as well as the description of their anticipated

24  testimony so that proper preparations can be made, and that

25  was not done so.

1              **THE COURT:**  The central issue for the Court then, as

2    I understand it, is to the extent that this is impeachment

3    testimony -- irrespective of whether it could have been also

4    adduced in support of the principal offenses, is it -- is it

5    impeachment-type, prove-up testimony?  Because if it is, then

6    under Rule 26 and under the Ninth Circuit authority on this

7    issue it would seem that the Court is -- subject to Rule 403,

8    is obliged to hear the testimony.

9         So, that is the issue, is it not?

10             **MS. VAN NOTE:**  Yes, Your Honor.

11        And I think my point is that just because testimony

12   contradicts testimony that is adduced by the plaintiff doesn't

13   necessarily make it impeachment testimony.  And certainly the

14   nature of the testimony of many of the other witnesses,

15   especially in this trial where the defendants have attempted

16   to paint my client as a liar, most of their evidence has been

17   to demonstrate that he is untruthful in some way, that has

18   been their plan from the beginning.  And there's nothing

19   different about this witness other than they wanted to hide

20   him.

21             **THE COURT:**  All right.

22        The first thing I'll say is this; that although I do think

23   that the defendants in its argument does -- well, there is

24   some overstatement in the argument of the defendant on this

25   issue.  For example -- I have carefully reviewed the rough

1    transcript, and to some of the things may be implied, but they

2    weren't explicit.  Like the question about Mr. Ortiz

3    testifying that if Mr. Abdelaziz said certain things, he would

4    be lying, that didn't happen.  I mean he never answered that

5    question.  In fact, I think the question was actionable and I

6    would have sustained an objection.  I would never allow one

7    witness to comment on another witness's testimony.

8        That aside, there are other areas that I think are more

9    implied -- has to do with implied statements that the

10   plaintiff made during his examination.

11       But with all of that said -- and I also think that it's

12   correct that some of the testimony that is proffered by Amazon

13   is testimony that if it had been offered, irrespective of what

14   the plaintiff said, they could have put that on with respect

15   to the -- their defense in chief.

16       I do think there was a little bit of -- almost literally,

17   given what I ordered these things produced, ships passing in

18   the night, but -- because the defendant -- the plaintiff was

19   arguing that this is not proper rebuttal.  And while it's

20   almost never -- anything that a defendant could put on in its

21   defense in chief is never rebuttal.

22       So the plaintiff was arguing rebuttal, the defendant was

23   arguing impeachment, so they were kind of really not joining,

24   that's why I wanted to hear your argument this morning.

25       So, all in, given that this is a bench trial, I am

1    inclined to and I will hear the testimony of Abdelaziz.

2        I would have hoped and would hope in the future that as a

3    matter of courtesy and also from the perspective of risk

4    management that a party would, when in doubt, disclose this

5    kind of information in advance because they run the risk of --

6    this was a close question for the Court -- run the risk that I

7    would exclude that and they would never get to hear -- the

8    Court would never get to hear these witnesses.

9        So as a sort of prophylactic matter or sort of pedagogical

10   matter, I would hope in the future that counsel here learns a

11   lesson.  But I think based on the cases and authorities, the

12   Court will hear this.

13       I will require that the matters adduced by Mr. Abdelaziz

14   be limited to the offer of proof provided in the pocket brief

15   and not beyond.  I don't want this to evolve into a

16   presentation of the defense.  And if I find that it is outside

17   the scope of those matters specifically that were testified to

18   by the plaintiff, I will sustain an objection on grounds of

19   beyond the scope or relevance.

20       So, with that said, that is the Court's ruling.  Let's get

21   the witness on the stand who was here before.

22       Did you want to say something, counsel?

23           MR. SCHWARTZ:  I did.  Thank you, Your Honor.  If I

24   might with the Court's leave.

25           THE COURT:  Yes.

```
1              MR. SCHWARTZ:  We have another matter, and I just
2    wanted to ask the Court's preference whether you'd like to
3    address it now or after this witness.
4        We have objections to the presentation of the plaintiff's
5    remaining witnesses after this one.  We can either address it
6    now or --
7              THE COURT:  Let's do it when it is ripe.  I will tell
8    you, because of the -- this is a little bit of a challenge for
9    the Court doing this hybrid, it's quite a conundrum, so we are
10   going to take a specific break to give court staff the
11   opportunity to make sure this works and make it work in a way
12   that's fair and appropriate, and then at that point, to the
13   extent you have those objections, I will hear the arguments.
14             MR. SCHWARTZ:  Thank you, Your Honor.
15             THE COURT:  The short answer to your question is not
16   now, but right before the witnesses are ready to be brought
17   up.
18             MR. SCHWARTZ:  Thank you, Your Honor.
19             THE COURT:  We had a witness on the stand yesterday,
20   correct?
21             MS. COONEY:  That's correct, Your Honor.
22             THE COURT:  Is he available?
23             MR. SCHWARTZ:  He is, Your Honor.
24             THE COURT:  Thank you.
25             MS. COONEY:  Thank you, Your Honor.
```

1        **THE COURT:**  You understand you are still under oath.

2        **THE WITNESS:**  Correct.

3        **THE COURT:**  You may proceed, Ms. Van Note.

4        **MS. VAN NOTE:**  Thank you, Your Honor.

5                    <u>CROSS-EXAMINATION</u>  (RESUMED)

6   **BY MS. VAN NOTE:**

7   **Q.**  Good morning, Mr. Kaczor.

8   **A.**  Good morning.

9   **Q.**  Did you speak with anyone after your testimony yesterday

10  regarding the issues in this case?

11  **A.**  No.

12  **Q.**  During the time that you worked directly with Mr. Ortiz,

13  the Tier 1 associates were employed or provided by a staffing

14  agency; is that right?

15  **A.**  I don't remember.  It's possible.  We did have SMX

16  employees at one time.

17        **THE COURT:**  What does that stand for?

18        **THE WITNESS:**  I don't know.  It was a third-party

19  company that just provided staffing.

20  **BY MS. VAN NOTE:**

21  **Q.**  SMX provided staffing of Tier 1 associates?

22  **A.**  At one time.  I'm not sure around that time Mr. Ortiz was

23  there if it was SMX or Amazon employment.

24  **Q.**  But there was some time that you recall in your experience

25  working with Tier 1 associates that were supplied by a

KACZOR – CROSS / VAN NOTE

```
1    staffing agency?

2    A.  Yes, that's correct.

3    Q.  And is it your testimony that that was not at the same

4    time you were working with Mr. Ortiz?

5    A.  I honestly can't remember.  I'm not sure.

6    Q.  So it is possible that that was during the time that you

7    worked with Mr. Ortiz?

8    A.  Yeah, it's possible.

9    Q.  And, in fact, Mr. Ortiz did not supervisor the L1s because

10   they were hired and supplied by a staffing agency, right?

11   A.  If we were using SMX at that time that would be correct.

12   They reported to I think it was called SMX coach.

13   Q.  You don't recall whether or not that was the case?

14   A.  I know we used them at Oak4.  At DFS5, I really can't

15   remember.

16   Q.  Do you remember using them at Newark?

17   A.  Yes.

18   Q.  And in your experience, when there were associates

19   provided by a staffing agency, there were rules about how

20   anyone could interact with them to avoid becoming a

21   co-employer of those associates; is that right?

22   A.  I believe -- I don't remember the exact specifics, but I

23   mean it sounds correct.

24   Q.  You've heard the term "co-employment" before?

25   A.  I have.
```

1    **Q.**  And that's something that Amazon provided you training on,

2    right?

3    **A.**  Yeah, I believe so.

4    **Q.**  And you were specifically told that you could not coach

5    the Tier 1 associates directly when they were supplied by

6    these staffing agencies, right?

7    **A.**  I don't remember the specifics.  I —— I want to say that's

8    correct but honestly, I don't remember.

9    **Q.**  The staffing agencies supplied someone who was called a

10   coach; isn't that right?

11   **A.**  Yeah, that's correct.

12   **Q.**  And the coach for the staffing agency would have been the

13   one giving directions to those Tier 1 associates when they

14   were employed by the staffing agency, right?

15   **A.**  At Oak4 I believe so.  If we did have issues with SMX,

16   usually the coach resolved them.  So that's correct.

17   **Q.**  The question is not what usually happened.  The question

18   is what were the requirements.

19        So weren't you required to go through the coach, the

20   employee of the staffing agency, to interact with or correct

21   or coach those Tier 1 associates?

22   **A.**  I don't remember the specifics.  I don't recall.

23   **Q.**  During the time that you worked with Mr. Ortiz, one of the

24   roles of the L3s was to coach the associates, right?

25   **A.**  That is correct.

KACZOR – CROSS / VAN NOTE

```
1    Q.   And there was always at least one L3 shift assistant on

2    staff?

3    A.   When we first began at DFS5, it is possible we didn't have

4    Level 3s yet.  When I left in 2016, we definitely did have at

5    least one Level 3 on-site.

6    Q.   And it was common for L3s to give feedback to the

7    associates?

8    A.   Yes.

9    Q.   You mentioned on Direct Examination a bit of a description

10   of the facility where you worked with Mr. Ortiz.

11       My question is, isn't it true that the area is so large

12   that no matter where someone is standing, they wouldn't be

13   able to see what's going on in the whole building at one time?

14       Is that right?

15   A.   That's correct.

16   Q.   And you understand that Mr. Ortiz was paid on a salary

17   basis, right?

18   A.   Yeah.

19   Q.   He didn't punch in and out?

20   A.   Not to my knowledge.

21   Q.   And you never told any of the L4s, including Mr. Ortiz,

22   that they were entitled to a meal break, right?

23             MR. ROSE:  Objection, Your Honor.

24             THE COURT:  Overruled.

25             THE WITNESS:  I don't recall.  It was kind of a thing
```

```
 1    that -- we usually, during break, Level 4s and Level 5s would
 2    take their lunch at that time, but I don't recall specifically
 3    stating that.
 4    BY MS. VAN NOTE:
 5    Q.   So is it your testimony that you may have told them that
 6    but you just don't remember?
 7    A.   Yeah, that's correct.
 8    Q.   Okay.  Do you have a specific recollection of telling
 9    Mr. Ortiz that he is entitled to take a meal period?
10    A.   No.
11    Q.   And do you have a specific recollection of telling
12    Mr. Ortiz that he's entitled to a rest period?
13    A.   I don't -- I don't remember.
14    Q.   Do you have a specific recollection of telling any L4
15    shift manager that they are entitled to a 30-minute meal
16    period?
17    A.   I -- honestly, it's possible.  I don't remember a specific
18    incident though.
19    Q.   And you don't have any specific recollection of telling
20    any L4 shift manager that they are entitled to a 10-minute
21    rest break, right?
22    A.   I don't know.  We were all trained -- Amazon gave us
23    training on these items, but I don't remember specifically
24    telling a Level 4 that information.
25    Q.   Okay.  Were you given training that told you L4s were
```

1    entitled to meal breaks?

2    **A.**  I don't know if it was a specific level, but managers

3    themselves, I was given training that told us we were entitled

4    to a lunch period and rest breaks, yes.

5    **Q.**  So as an Area Manager, you're saying you received training

6    that you were entitled to breaks?

7    **A.**  I don't remember the specifics, but I definitely did

8    receive training on that topic.

9    **Q.**  And the training told you that you were entitled to take

10   meal breaks?

11   **A.**  After a specific number of hours, I believe it was five

12   hours, we were supposed to take a 30-minute break.  I don't

13   remember the specifics, but I do remember vaguely having some

14   type of training around that.

15   **Q.**  Well, certainly there would have been training with regard

16   to your hourly workers on that issue, right?

17   **A.**  Yes.

18   **Q.**  That would have been part of your job to ensure they were

19   getting those breaks under the set schedule, right?

20   **A.**  That is correct.

21   **Q.**  So my question is, other than the training that you

22   generally received about hourly workers receiving these

23   breaks, did you receive training that specifically told you

24   that you, as a manager, as someone who is classified as exempt

25   are entitled to take a meal period?

1    **A.**  I just don't remember the specifics.  I want to say yes,

2    but I don't remember.

3    **Q.**  Why do you want to say yes?

4    **A.**  I feel like I was -- I had so much different training as a

5    manager, it was probably a module.  There was probably

6    hundreds of modules.  It's possible that it could have been

7    one, I just don't remember specifics around it.

8    **Q.**  Did you do anything to track whether or not the L4 shift

9    managers you worked with were complying with this policy you

10   claim you were trained on?

11          **MR. ROSE:**  Objection, argumentative.

12          **THE COURT:**  Sustained.

13   **BY MS. VAN NOTE:**

14   **Q.**  Did you do anything to ensure that the L4 shift managers

15   were taking a 30-minute meal period?

16   **A.**  I didn't do anything specifically, no.

17          **MS. VAN NOTE:**  I will be reading from the transcript,

18   page 81, lines 9 through 11.

19       I apologize.  I would like to read 9 through 14.

20          **THE COURT:**  Any objection, counsel?

21          **MR. ROSE:**  No objection, Your Honor.

22          **THE COURT:**  You may read it.

23          **MS. VAN NOTE:**  (Reading)

24          "Question:  Did you ever tell a shift manager that

25          they were entitled to an unpaid 30-minute meal

1          period?

2          "Answer:  No.

3          "Did you ever tell a shift manager that he or she was

4          entitled to a rest break?

5          "Answer:  No."

6    **BY MS. VAN NOTE:**

7    **Q.**  Now when you were working in the delivery center with

8    Mr. Ortiz, you would agree that the boxes and the packages

9    would come down the path at a very fast rate, right?

10   **A.**  It was a fast-moving operation, that's correct.

11   **Q.**  And the boxes -- specifically boxes were coming down at

12   fast rates?

13   **A.**  Can you define what a fast rate would be?

14   **Q.**  Well, do you agree it would be at a fast rate or do you

15   think that is incorrect?

16   **A.**  Yeah, I would agree with you, it moved quickly.

17   **Q.**  Okay.

18          And one of the metrics that Amazon used to measure the

19   success of a shift was getting the boxes from point A to point

20   B as fast as possible, right?

21   **A.**  In a safe manner, that's correct.  Yes.

22   **Q.**  You mentioned on your Direct Examination when you were

23   asked about L4 shift managers getting in the path or jumping

24   in, you said that an L4 shift manager might jump into a path

25   for a period -- into the path for a period of time to clear up

1    a backlog; is that correct?

2    **A.**   It happened.  Usually it was a matter of five to ten

3    minutes if you want to use the term "jumping in" to help clean

4    up a receiving area or packages fell off the belt, that's

5    correct.

6    **Q.**   Okay.  You said on your Direct Examination if an area was

7    falling behind, that an L4 might jump in to try to catch that

8    part of the operation up, right?

9    **A.**   Yeah.

10   **Q.**   So in this delivery center we've talked about how there

11   are various parts of the operation that sort of have to work

12   together, right?

13   **A.**   That's correct.

14   **Q.**   If one area of the operation is going too fast while the

15   other is going too slow, that creates problems, right?

16   **A.**   That's correct.

17   **Q.**   And part of the manager's job is to be aware of sort of

18   the speed of the operation in these different areas, right?

19   **A.**   The L4 shift manager should be walking around managing the

20   different functions of the operation, that's correct.

21   **Q.**   So the question was, it's part of their job to be aware of

22   the speeds at which each of these operations, parts of the

23   operation are moving, right?

24   **A.**   Yeah.  I would say that's fair.  That is a fair statement,

25   yes.

1    **Q.**  And in a situation where the manager might see that some

2    segment is falling behind, they should take some action to

3    correct that, right?

4    **A.**  Yeah.  Reallocating labor would be usually the number one

5    way, moving somebody from a different area that is not as busy

6    into that area to help catch that area up.

7    **Q.**  One of the ways that an L4 shift manager might address

8    that problem is by jumping in themselves and working in the

9    path, right?

10   **A.**  It was rare.  Usually you are reallocating labor most of

11   the time.  But once in a while a shift manager would jump in.

12   **Q.**  So that's a yes to my question?

13   **A.**  I don't want to say it is a definite yes.  It happens

14   sometimes.  I don't think it's a definite yes.

15   **Q.**  Okay.  So if it happens sometimes, doesn't it mean that it

16   happened?  What's the difference?

17   **A.**  I mean it happened --

18           **THE COURT:**  Just a moment.

19           **MR. ROSE:**  Objection, argumentative.

20           **THE COURT:**  Sustained.

21   **BY MS. VAN NOTE:**

22   **Q.**  So that's a yes to my question, you personally saw that

23   happen?

24   **A.**  I have seen it happen before.  It was rare, but I have

25   seen it, yes.

1    **Q.** And in your experience, the labor of that one shift

2    manager could make the difference between the operation

3    running smoothly and things getting thrown off and backlogged,

4    right?

5    **A.** Not necessarily no.

6    **Q.** So, you said earlier that the shift manager might jump in

7    to catch an area up.  And you told us that's because the

8    various parts have to work together, right?

9    **A.** Somewhat.

10      A shift manager can be a part of the equation, but we were

11    sorting around 30,000 packages a night so you'd have to use

12    multiple Tier 1s, Level 1s employees as well.

13    **Q.** If you were running the shift, and you realized that some

14    area was getting backed up, you know, in relation to some

15    other area of the operation, have you ever personally jumped

16    in the path to help clear up that backlog?

17    **A.** I have for a matter of five to ten minutes.  The majority

18    of the time I would be reallocating labor, moving some of my

19    top employees into those areas that needed to be caught up.

20    **Q.** If you had no extra labor to put in there, you would jump

21    in yourself; isn't that right?

22    **A.** I never ran into a case where that happened.  I always had

23    Tier 1 associates where I can move labor into those areas.

24    **Q.** Is it your testimony there were never staff shortages?

25    **A.** I don't understand the question.

1    **Q.**  Okay.

2        There were staff shortages where you would have, for

3    example, Tier 1 associates that didn't show up for their

4    shift, right?

5    **A.**  We had a 10 percent buffer built in to our staffing model.

6    So even if we didn't have Tier 1s show up, we would usually

7    have extra labor to cover those people that called out or

8    didn't show up.

9    **Q.**  That is a yes to my question?

10   **A.**  I don't want to say it is a definite yes.

11   **Q.**  Did you personally witness instances where Tier 1

12   associates would not show up for work when they were

13   scheduled?

14   **A.**  Yeah.

15   **Q.**  In your role at Amazon, when you worked with Mr. Ortiz,

16   did you have any input in determining how much volume would be

17   sent to the site where you were working?

18   **A.**  No.

19   **Q.**  Were there ever instances where you thought that the site

20   was overloaded with volume?

21   **A.**  The only times were really during peak season when volume

22   would sometimes double based off of customer demand, but other

23   than that, no.

24   **Q.**  During peak, at least, you thought there was too much

25   volume for the station to handle?

1    **A.**  Out of 52 weeks maybe two, two and a half weeks tops.

2    **Q.**  Isn't it true that there's two peaks now?

3    **A.**  I don't know.

4    **Q.**  You don't work for Amazon anymore?

5    **A.**  I don't.

6    **Q.**  Have you heard the term "power hour?"

7    **A.**  I don't remember that term.

8    **Q.**  You mentioned earlier that you are in the process of

9    applying for a new position, correct?

10   **A.**  Yeah.  Actually verbally accepted an offer last night for

11   a position.

12   **Q.**  Congratulations.

13   **A.**  Thanks.

14   **Q.**  I want to ask you about the information you put on your

15   résumé when you applied for that job.

16       Did you mention that you would sometimes move boxes?

17   **A.**  On my résumé itself, the document?

18   **Q.**  Yes.

19   **A.**  It's possible.  I don't remember.

20   **Q.**  Is it likely that you would have put that on your résumé?

21   **A.**  I don't know.

22   **Q.**  Well, you're the one who put the information on your

23   résumé, right?  You decided what should go on there?

24          **MR. ROSE:**  Objection, Your Honor.

25          **THE COURT:**  Sustained.

KACZOR – CROSS / VAN NOTE

**BY MS. VAN NOTE:**

**Q.**  Would you count moving boxes as one of your
accomplishments when you worked at Amazon?

**A.**  No.

**Q.**  We talked briefly about the volume that was sent to the
center where you were working.  And you said that that was not
a decision that you could make, right?

**A.**  Which center are you referring to?

**Q.**  Where you worked with Mr. Ortiz.

**A.**  That's correct.

**Q.**  Did there come a time later in your career at Amazon where
you were setting volumes?

**A.**  No, I don't think so.

**Q.**  Were you ever involved in that decision in any way?

**A.**  I want to say with Prime Now, when we were first launching
buildings, yeah, I would be involved in how much volume we
could take on in the beginning.  So that's correct.

**Q.**  Do you know what information Amazon considers when
determining the level of volume that can be sent to a delivery
center?

**A.**  It's usually the capacity the site can take on.  I think
they call it manual capacity, or something like that.

**Q.**  And do you recall Amazon ever communicating that operating
past manual capacity was an accomplishment?

**A.**  I don't recall that.

1  **Q.**  Would you consider that an accomplishment?

2  **A.**  I don't think so.

3  **Q.**  Why not?

4  **A.**  It's just an unsafe work environment.  I wouldn't consider

5  that an accomplishment.

6  **Q.**  Okay.  Now, one of the other variables in your operation

7  would be the labor, right?

8  **A.**  That's correct.

9  **Q.**  And you did not get to set what your labor amount would be

10  or how many people you could have working on a shift, right?

11  **A.**  I can give feedback to my operations manager, but

12  ultimately it was up to our program management team that does

13  the staffing model for how many people we get.

14  **Q.**  The program management team, is that part of the corporate

15  office or centralized?

16  **A.**  Yes.

17  **Q.**  And Mr. Ortiz did not have the ability to set the labor

18  levels, right?

19  **A.**  Mr. Ortiz, as shift manager, could provide feedback based

20  on what they were seeing in the operation and its possible

21  labor could be adjusted.

22  **Q.**  Isn't it true that Mr. Ortiz told you that he did not have

23  enough labor and they were understaffed?

24       **MR. ROSE:**  Objection, Your Honor, hearsay.

25       **THE COURT:**  Overruled.

```
 1        You can answer.
 2               THE WITNESS:  I don't remember specifics.
 3   BY MS. VAN NOTE:
 4   Q.  So he might have told you that but you just don't
 5   remember?
 6   A.  It's a possibility.
 7   Q.  Amazon had a strong policy that limited the amount of
 8   overtime L1s could work, right?
 9   A.  That's correct.
10   Q.  And that's because it cost more?
11   A.  That's true, but we could, if we needed overtime, we could
12   use Tier 1s.  It wasn't like a hard stop at a certain time for
13   hours.  If we needed them for work, we could definitely have
14   Tier 1s work overtime.
15   Q.  There was a strong policy limiting overtime, right?
16   A.  Not necessarily.
17               MS. VAN NOTE:  I will be reading from the deposition
18   transcript page 123, lines 7 through 19.
19               THE COURT:  Any objection?
20               MR. ROSE:  No objection, Your Honor.
21               THE COURT:  Proceed.
22               MS. VAN NOTE:  (Reading)
23               "Question:  When you worked for Golden State, the
24               company had a strong policy about limiting overtime
25               hours worked by the Tier 1s, correct?
```

1           "Answer:  Yes.

2           "Question:  Other than just the expense of having to

3           pay overtime pay, do you have any idea why that is?

4           Why the company had that policy?

5           "Answer:  I don't know.  I just know it would cost

6           more.  That was the main one."

7    **BY MS. VAN NOTE:**

8    **Q.**  Now the smooth running of the operations in this delivery

9    center was dependent, as we discussed, on the various parts of

10   the procedure working smoothly together, right?

11   **A.**  That is correct.

12   **Q.**  And if any part of the process gets behind by even five or

13   ten minutes, that can set you back significantly, right?

14   **A.**  In terms of a night sortation, I would agree with that

15   statement.

16   **Q.**  Now you were not Mr. Ortiz's direct supervisor, right?

17   **A.**  I was not, but I had two Level 4s that reported to me that

18   held the same position, and I ran the same sortation for six

19   months so I am very aware of the responsibilities and duties.

20   **Q.**  Sure.  And your expectation for the work of those L4s

21   would be the same as you would expect Mr. Ortiz to do, right?

22   **A.**  Every manager is different.  There's different factors in

23   leadership so I can't say that is to be true.

24   **Q.**  Did you have different expectations for your different L4s

25   that worked for you?

1    **A.**  I had different challenges with each of my L4s, so it was

2    different.  Not everyone was the same.

3    **Q.**  So you would hold one person to a higher standard than

4    another?

5    **A.**  Not necessarily.  Just I'm talking in terms of like

6    leadership or people management.  Maybe somebody else needed

7    more help than another person.  That is what I am referring

8    to.

9    **Q.**  So really you're talking about the development of those

10   individual employees?

11   **A.**  Yeah.  Everybody is at different stages in their

12   development.  That is what I am talking about.

13   **Q.**  What I'm talking about is the basic expectations of what

14   the job involved.

15        The basic expectations that you had for the task or the

16   job for the L4s that you supervised, you would expect that to

17   be the same for Mr. Ortiz, right?

18   **A.**  I don't understand.  What are you referring to as a basic

19   expectation?

20   **Q.**  Did you have expectations of the employees you supervised?

21   **A.**  Yeah, I did.

22   **Q.**  And when I asked you questions about Mr. Ortiz or what he

23   did, you have referred me to the fact that you supervised

24   other L4s, right?

25   **A.**  I have supervised other L4s, correct.

1   **Q.**   And you believe your experience supervising those other

2   L4s is relevant to the work that Mr. Ortiz was doing, right?

3   **A.**   That's correct.

4   **Q.**   In your estimation Mr. Ortiz was a good employee, right?

5   **A.**   Yeah, he was a good employee.

6   **Q.**   He was doing the job he was expected to be doing?

7   **A.**   To my knowledge, that's correct.

8   **Q.**   During the normal operation of the delivery center, there

9   would be times where Mr. Ortiz would be working with other L4s

10  also working, right?

11  **A.**   We had crossover Wednesdays.  So, yeah, that is a

12  possibility.

13  **Q.**   And so Mr. Ortiz would be a firsthand witness of the work

14  of those other L4s when he was in their presence, right?

15  **A.**   I don't know.

16  **Q.**   Did you ever work on Wednesday during the crossover?

17  **A.**   Yes.

18  **Q.**   One of the things L4s were trained to do is to stage

19  routes, right?

20  **A.**   What do you mean in terms of "stage routes?"

21  **Q.**   Have you used the term "stage routes" before?

22  **A.**   I have.  Are you referring to was an L4 trained on that

23  process?

24  **Q.**   Yes.

25  **A.**   They should have been, yes.

1   **Q.**   And you mentioned earlier that you would have times where

2   you crossed over with Mr. Ortiz and that would be in the

3   morning normally, right?

4   **A.**   I honestly don't recall.  I don't remember specifics.

5   **Q.**   You don't remember specifically the time that you worked

6   with Mr. Ortiz?

7   **A.**   No, just the specific time frame when I saw him was

8   morning or midday; I don't remember.

9   **Q.**   Do you have a recollection of seeing him in the morning?

10  **A.**   It could have been morning, midday.  I don't know the

11  specific time.

12  **Q.**   So in the operation, different things would be happening

13  at different times, right?

14  **A.**   That's correct.

15  **Q.**   So if you look around the warehouse and you see, you know,

16  dozens of associates moving packages, you probably are looking

17  at a night sort, right?

18  **A.**   Not necessarily because we had sortation during the day as

19  well.

20  **Q.**   So in the morning, one of the things that was done was to

21  take the boxes or the packages that had been sorted and either

22  put them on a truck or stage them so that when the trucks

23  arrived, they could take off with their route, right?

24  **A.**   Yeah.  Level 1s were required to run pick and stage and

25  then Level 4 oversee the process and manage the employees.

KACZOR – CROSS / VAN NOTE

**Q.** And that process happened usually in the mornings, right?

**A.** Yeah.

**Q.** And you would be there, at least some of the time, when that was going on?

**A.** We had a lot going on in the building. I could have been in the building working on documents on my laptop and not watching that area. It's possible though.

**Q.** Do you recall ever watching that process or seeing that process firsthand when you worked with Mr. Ortiz?

**A.** I don't recall.

**Q.** Isn't it true that you worked with Mr. Ortiz to load these trucks?

**A.** It's possible we could have worked together. I don't remember specific incidents, though.

**Q.** It is possible you worked with Mr. Ortiz loading the trucks?

**A.** No. I mean, in terms of working with Mr. Ortiz, we would be managing the Level 1s loading trucks if that did take place.

**Q.** You are saying you never worked with Mr. Ortiz picking up boxes and loading them in trucks; that's your testimony?

**A.** It could have happened. I don't remember a specific incident of that happening. It's possible it could have happened though.

**Q.** That is a yes, it could have happened?

1    **A.**  It's –- yeah, it's possible it could have happened.

2    **Q.**  You saw L4s scanning packages while you worked in the same

3    facility as Mr. Ortiz, right?

4    **A.**  Like I talked about in terms of retraining people,

5    getting –- motivating the team for five or ten minutes, I did

6    see that, yes.

7    **Q.**  You saw L4s unloading trucks?

8    **A.**  Again, it would be a matter of minutes.  I probably did

9    see that.  I don't recall specific incidents, but for

10   motivating the team, training, retraining employees, yes.

11   **Q.**  That's a yes, you saw them unloading trucks?

12          **MR. ROSE:**  Objection, Your Honor.

13          **THE COURT:**  Sustained.

14          **MS. VAN NOTE:**  I would like to read from the

15   deposition transcript page 98, lines 3 through 10.

16          **THE COURT:**  Any objection?

17          **MR. ROSE:**  No objection.

18          **THE COURT:**  You may go forward.

19          **MS. VAN NOTE:**  (Reading)

20          "Question:  Do Level 4s also unload trucks?

21          "A:  Very rarely, but a Level 4 can unload trucks.

22          "Question:  And you've seen that happen?

23          "Answer:  At South San Francisco I have seen Level 4s

24          unloading trucks, but for briefly only a few minutes,

25          but I have seen it, yes."

**BY MS. VAN NOTE:**

Q.   Normally the Tier 1 associates would go on break together at the same time, right?

A.   The majority would go on break after stowing was complete, that's correct.

Q.   So they would go together at the same time?

A.   Usually, yes.

Q.   And so for periods of time all of the hourly workers would be off duty, right, taking their break?

A.   That's correct.

Q.   And in that situation, that's an example of where an L4 would help load the trucks.

A.   Not to my knowledge.  Usually was when myself, we would take our break as well or take our lunch at the same time.

Q.   There were rules against calling the hourly workers back from their breaks, right?

A.   I don't -- I don't recall.

Q.   That wasn't part of your training with Amazon?

A.   It's possible it could have been, but I just don't remember.

Q.   And in that situation where the Tier 1 associates are all on their break, a Level 3 or a Level 4 would step in to help in the process, right?

          **MR. ROSE:**  Objection --

          **THE COURT:**  Sustained.  Please move on.

1    **BY MS. VAN NOTE:**

2    **Q.**   There was a process for setting up the area for the shift

3    before the sort actually started, right?

4    **A.**   That is correct.

5    **Q.**   And the L4s would personally help in that process, right?

6    **A.**   Not necessarily.  Usually we had five to seven Tier 1s

7    that would come in and complete that process.  The Level 4

8    managed those employees.

9    **Q.**   And if no hourly workers showed up, an L4 would perform

10   that work?

11   **A.**   From what I remember, if a Level 1 didn't show up, we

12   would use other Level 1s in the return-to-station process.

13       So the shift managers always had some type of Level 1

14   support to help with the setup process.

15   **Q.**   You personally witnessed L4s staging Gaylords?

16   **A.**   It's possible just for those items I spoke about, training

17   new employees, showing them how to use a dolly to push a

18   Gaylord for a matter of five or ten minutes.

19   **Q.**   That is a yes, you did witness that?

20   **A.**   I don't remember specific incidents, but it is possible I

21   could have witnessed that.

22   **Q.**   You witnessed L4s handing out the hand-held devices that

23   would be used for sorting, right?

24   **A.**   I don't remember.

25   **Q.**   You personally witnessed the L4s stowing packages and

1    cleaning up spilled boxes, right?

2    **A.**   Again, for retraining, training new employees, motivating

3    the team, yes.

4    **Q.**   The typical or the normal shift for an L4 is a 10-hour

5    shift, right?

6    **A.**   Four 10-hour shifts, yes, for the week.  That's correct.

7    **Q.**   There would be times where L4s would work for than 10

8    hours, right?

9    **A.**   There were times, yes, during peak season, for an example,

10   it would be busier.

11   **Q.**   And they might work as long as 12 hours in a shift?

12   **A.**   I don't know.

13   **Q.**   Did you ever witness an L4 working as long as 12 hours in

14   a shift?

15   **A.**   I don't remember.

16   **Q.**   Mr. Kaczor, you personally would work in the path, too,

17   right?

18   **A.**   Again, for motivating employees, retraining, training new

19   employees, I might do a function for five or ten minutes.

20   **Q.**   That's a yes, you did that?

21         **MR. ROSE:**  Objection.

22         **THE COURT:**  Sustained.

23   **BY MS. VAN NOTE:**

24   **Q.**   And you personally sorted packages as well?

25         **MR. ROSE:**  Objection, asked and answered.

1          **THE COURT:**  Sustained.

2          **MS. VAN NOTE:**  No further questions.

3          **THE COURT:**  Thank you, counsel.  Any redirect?

4          **MR. SCHWARTZ:**  May we have the Court's indulgence?

5          **THE COURT:**  Oh, sure.  Of course.

6          **MR. SCHWARTZ:**  Thank you, Your Honor.

7                  (Pause in the proceedings.)

8          **MR. ROSE:**  Your Honor?  Joseph Rose for defendants.

9      Your Honor, I don't have any further questions for this

10     witness, but I did have an additional excerpt that followed on

11     from the testimony counsel read.  I understand it would be

12     more appropriate to read it in the moment, but we moved on

13     quickly and was not able to do so.

14         I would ask --

15         **THE COURT:**  This is under the rule of completeness?

16         **MR. ROSE:**  Yes, Your Honor.

17         **THE COURT:**  Would you give us the citation and see if

18     there is any objection.

19         **MR. ROSE:**  This is Edward Kaczor's deposition, page

20     81, lines 15 through 23.

21         **THE COURT:**  Just give me a moment, please.

22                  (Pause in the proceedings.)

23         **THE COURT:**  Any objection, Ms. Van Note?

24         **MS. VAN NOTE:**  No, Your Honor.

25         **THE COURT:**  Proceed.

1          **MR. ROSE:**  Thank you, Your Honor.  (Reading)

2          "Question:  Did any shift managers ever ask you if

3          they could take a rest break?

4          "Answer:  No.  Most managers would just take breaks

5          themselves.  They didn't ask other managers for

6          lunches.  We would just -- they would just work it

7          into their schedules.

8          "Question:  And how do you know about most managers?

9          "Answer:  The managers I worked with at DFS5, that's

10          what they would do."

11     Thank you, Your Honor.

12          **THE COURT:**  Thank you.

13     May this witness be excused, counsel?

14          **MR. ROSE:**  Yes, Your Honor.

15          **MS. VAN NOTE:**  Yes, Your Honor.

16          **THE COURT:**  Thank you, sir.  You are excused.

17          **THE WITNESS:**  Thank you.

18          **THE COURT:**  Please call your next witness.

19          **MS. COONEY:**  Your Honor, defendants call Mahmoud

20     Abdelaziz.

21          **THE COURT:**  All right.  Please come forward, sir,

22     over here.

23     Thank you.

24          **THE CLERK:**  Raise your right hand, please.

25

1          (**ABDELAZIZ, MAHMOUD,** called as a witness for the

2    defendants, having been duly sworn, testified as follows:)

3               **THE WITNESS:**  Yes.

4               **THE CLERK:**  Please be seated.  Speak into the

5    microphone, and state and spell your full name for the record.

6               **THE WITNESS:**  My full name is Mahmoud Abdelaziz.

7               **THE CLERK:**  Spell it, please.

8               **THE WITNESS:**  M-A-H-M-O-U-D, A-B-D-E-L-A-Z-I-Z.

9               **THE COURT:**  Thank you.

10                         **DIRECT EXAMINATION**

11   **BY MS. COONEY:**

12   **Q.**  Good morning, Mr. Abdelaziz.

13               **MS. COONEY:**  And for the record, I'm Megan Cooney,

14   attorney for Amazon.

15               **THE COURT:**  All right.

16   **BY MS. COONEY:**

17   **Q.**  Mr. Abdelaziz, are you currently employed?

18   **A.**  Yes.

19   **Q.**  Where do you work?

20   **A.**  Amazon.

21   **Q.**  Can you pull the mic a little bit closer to you so we can

22   hear?

23   **A.**  Can you hear me now?

24   **Q.**  Thank you.

25        What is your title with Amazon?

1   **A.**   Senior station manager.

2   **Q.**   And what level is that?

3   **A.**   Level 7.

4   **Q.**   How long have you been working for Amazon?

5   **A.**   Five year and a half.

6   **Q.**   So were you working for Amazon in 2016?

7   **A.**   Correct.

8   **Q.**   What position did you hold with the company in 2016?

9   **A.**   Shift assistant until December.  At the end of December, I

10  trained to be an L4.

11  **Q.**   So for all of 2016 you held a shift assistant position?

12  **A.**   Except around mid-December.  That is when I got promoted

13  to shift manager L4.

14  **Q.**   Thank you.

15      So is the shift assistant position a Level 3?

16  **A.**   Correct.

17  **Q.**   What facility did you work at as a Level 3 shift assistant

18  in 2016?

19  **A.**   DSF4 in San Leandro.

20  **Q.**   And what shift did you work on while you were a shift

21  assistant?

22  **A.**   Overnight.

23  **Q.**   Is that also known as the sort shift?

24  **A.**   Correct.

25  **Q.**   Mr. Abdelaziz, do you know Michael Ortiz?

1    **A.**   Yes.

2    **Q.**   How do you know him?

3    **A.**   He was a manager at DSF4 of the night shift for two to

4    three months before he go to his other building.

5    **Q.**   Mr. Abdelaziz, do you see Michael Ortiz here today?

6    **A.**   Yes.

7    **Q.**   Could you point him out for us?

8    **A.**   Over there (indicating).

9           **MS. COONEY:**   Let the record show that Mr. Abdelaziz

10   has identified the plaintiff.

11          **THE COURT:**   It will so reflect.

12   **BY MS. COONEY:**

13   **Q.**   Mr. Abdelaziz, you mentioned that Mr. Ortiz worked at DSF4

14   for two to three months.  How long were you working with

15   Mr. Ortiz?

16   **A.**   Four days a week.

17   **Q.**   During that two- to three-month period?

18   **A.**   Yes.

19   **Q.**   So on those shifts that you worked together with

20   Mr. Ortiz, did you see how he was spending his time?

21   **A.**   Yes, for most of the time.

22   **Q.**   While you were shift assistant at DSF4, when would you

23   arrive at the facility in relation to the start time of the

24   Tier 1 associates?

25   **A.**   Two hours before they arrive.

1  **Q.** And what about Mr. Ortiz, when would Mr. Ortiz arrive?

2  **A.** The same time.

3  **Q.** Were there any associates on-site when you arrived?

4        **MS. VAN NOTE:** Objection.

5        **THE COURT:** Grounds?

6        **MS. VAN NOTE:** Outside the scope of the proffered

7  impeachment testimony.

8        **THE COURT:** Overruled. This is contextual and

9  background. Overruled.

10     You may proceed.

11       **THE COURT:** Re-ask the question, Ms. Cooney.

12       **MS. COONEY:** Yes, Your Honor.

13       **THE COURT:** Thank you.

14  **BY MS. COONEY:**

15  **Q.** Mr. Abdelaziz, were there any associates on-site when you

16  arrived?

17  **A.** Not when I arrived, but one hour after.

18  **Q.** One hour after associates arrived?

19  **A.** Yes.

20     Usually like the ambassador or the coach would come one

21  hour before start of shift.

22  **Q.** And what tasks did the associates that arrived one hour

23  before do?

24  **A.** Usually unload the two or three trailers that would be on

25  the dock and reset any racks or any baker racks that need to

1   be set up --

2           **COURT REPORTER:**  I'm sorry.

3           **THE WITNESS:**  I'm sorry.  Okay.  I will repeat from

4   the beginning.

5       Like unloading two or three trailers, then moving some

6   baker racks, that's what we called it, bread racks set up for

7   the night sort to start of shift.  Set up for start of shift.

8   **BY MS. COONEY:**

9   **Q.**  Mr. Abdelaziz, when you worked with Mr. Ortiz at DSF4,

10  where did you see him perform his work in the facility?

11  **A.**  Usually in the manager desk which is in the front of the

12  sort and next to the -- like 3 feet from the labor board.

13  **Q.**  And how much time did you see him spend at that desk

14  during the course of a shift?

15  **A.**  Usually 70 to 80 percent I would say.

16  **Q.**  Did DSF4 have a mobile cart for managers to use with their

17  laptops?

18  **A.**  Correct.

19  **Q.**  Did you ever observe Mr. Ortiz use that cart?

20  **A.**  No.

21  **Q.**  Do you have an understanding as to why Mr. Ortiz worked at

22  the desk and not at the cart?

23          **MS. VAN NOTE:**  Objection.

24          **THE COURT:**  Overruled.  You can say yes or no.  Do

25  you have that understanding about why Mr. Ortiz worked at the

desk?

THE WITNESS:  I would say --

THE COURT:  I'm sorry.  I'm asking do you have an understanding.

THE WITNESS:  For why he didn't use a cart?

THE COURT:  Why -- why don't you re-ask the question.  I will allow him to answer that yes or no, and then we will determine whether there is a proper foundation before I let him proceed on that subject.

MS. COONEY:  Understood.  Thank you, Your Honor.

BY MS. COONEY:

Q.  Mr. Abdelaziz, do you have an understanding as to why Michael Ortiz -- why Mr. Ortiz used the desk rather than the mobile cart?

A.  I would say yes.

Q.  And what was your understanding?

THE COURT:  Well, before we get to that, what do you base that on?  How do you know that?

THE WITNESS:  Because it's optional to use the cart, but there was some process that he do that actually requires a laptop to be on the desk.

THE COURT:  Is this something you personally observed?

THE WITNESS:  Yes.

THE COURT:  All right.  You may proceed.

1    **BY MS. COONEY:**

2    **Q.**  Mr. Abdelaziz, what was your understanding as to why

3    Mr. Ortiz was using the desk rather than the mobile cart?

4    **A.**  I think that's because, like, I'm sure because the

5    six-hour power source that was needed, and the laptop was

6    connected to like a speaker.  And Mr. Mike playing the music

7    and changing the music.  So if he moves the laptop to the

8    cart, he would lose the connection to that speaker.

9    **Q.**  And you mentioned that -- a speaker.  Can you tell us how

10   big was the speaker?

11   **A.**  I would say around this, 36 to 38 inches.

12   **Q.**  That's your estimation?

13   **A.**  Yes, around that (indicating).

14   **Q.**  So would you describe it as a large speaker or a small

15   speaker?

16   **A.**  It was large.  It was playing for the whole station.

17         **THE COURT:**  Mr. Abdelaziz, so on your left there's

18   a -- that's not a speaker, it is a purifier.  Was it that size

19   or smaller?

20         **THE WITNESS:**  It would be bigger than that.

21         **THE COURT:**  Was it bigger than the air purifier

22   that's on the left of the witness box?

23         **THE WITNESS:**  Maybe like this (indicating).

24         **THE COURT:**  So indicating about 6 inches above that?

25         **THE WITNESS:**  Yes.

1          **THE COURT:**  Thank you very much.

2     **BY MS. COONEY:**

3     **Q.**  And Mr. Abdelaziz, you mentioned that you understood

4     Mr. Ortiz to be playing music from the laptop connected to the

5     speaker at the desk.

6          How did you know that Mr. Ortiz was controlling the music?

7     **A.**  Because this is in front of the induction area.  So it

8     would be at the beginning of the shift.  Usually Mr. Mike like

9     engaged with them, which kind of music, what song, what

10    specific song, and things like this.  And sometimes he would

11    be like singing and dancing, something along that line.

12    **Q.**  For the court reporter's benefit, I want to confirm what

13    you just said, sir.

14         Did you say that Mr. Ortiz was discussing the songs with

15    associates and singing and dancing to the music?

16    **A.**  Yes.  The ones that work in front of him, not everyone on

17    shift.

18    **Q.**  Mr. Abdelaziz, could the speaker that you described

19    Mr. Ortiz using fit onto the mobile laptop cart?

20    **A.**  No.  It was bigger than that.

21    **Q.**  Mr. Abdelaziz, are you sure that this was Mr. Michael

22    Ortiz that we are discussing here today?

23    **A.**  Yes.

24    **Q.**  And what makes you sure of that?

25    **A.**  Because I have a good memory with Mr. Mike.

1   **Q.**   Is there any particular reason for that?

2   **A.**   Despite like the music all the time, singing and dancing

3   and being on the desk, like one other situation happened

4   between me and him that make him memorable, especially that he

5   was one of my first management like when I start with Amazon.

6   **Q.**   What was that experience that you're referring to that

7   made him memorable?

8          **MS. VAN NOTE:**   Objection, Your Honor.

9      Your Honor, I'm really just preemptively anticipating that

10   the testimony is going to delve into this issue of content

11   that Mr. Ortiz is alleged to have shown Mr. Abdelaziz.

12      Our objection remains that the specific content that he

13   alleges was seen as not relevant, it's highly prejudicial

14   under 403.  His testimony should be limited to testimony that

15   Mr. Ortiz showed him some nonwork-related content on his

16   computer as he alleges.

17          **THE COURT:**   All right.

18      So, Ms. Cooney, the specific issue is, why isn't the

19   actual content of the -- of what the plaintiff is allegedly

20   showing Mr. Abdelaziz, why isn't that prohibited under 403 as

21   the statement for the sort of nonwork-related content?

22          **MS. COONEY:**   Well, Your Honor, the content of it in

23   this particular context of Mr. Abdelaziz's testimony is

24   relevant to indicate why he had a particular memory of

25   Mr. Ortiz and why the testimony he has just given is reliable

ABDELAZIZ – DIRECT / COONEY

1    as a result of that.

2            **THE COURT:**  I'm going to overrule the objection, and

3    I will allow it.

4            **THE WITNESS:**  Okay.  So one of the time while he was

5    at the desk, he asked me to check his laptop.  And he had

6    question.  He was having Google like sexy Egyptian female.

7    And he told me, I didn't know that Egyptian female is that

8    pretty.

9        I didn't feel comfortable with this discussion.  I should

10   like -- I wasn't -- I was upset and I had to leave.  And

11   that's why it was -- I was new to the country so I didn't

12   report to HR anything.  But that's why I make it memory, plus

13   the music part of it.

14   **BY MS. COONEY:**

15   **Q.**  To confirm, Mr. Abdelaziz, what you just stated:  When you

16   came over to Mr. Ortiz's station, the desk, did you see that

17   he had Googled sexy Egyptian female?

18   **A.**  Yeah, it was already Googled before I come.  He was

19   showing me the result.

20   **Q.**  You could see that on his computer screen?

21           **MS. VAN NOTE:**  Objection, leading.

22           **THE COURT:**  Sustained.

23   **BY MS. COONEY:**

24   **Q.**  Could you see it on his computer screen?

25   **A.**  Yes.

1          **MS. COONEY:**  Nothing further for the witness at this

2    time.  Thank you.

3          **THE COURT:**  All right.  You may Cross-Examine,

4    Ms. Van Note.

5                    **CROSS-EXAMINATION**

6    **BY MS. VAN NOTE:**

7    **Q.**  Mr. Abdelaziz, you worked with Mr. Ortiz for a period of a

8    couple of months, right?

9    **A.**  Correct.

10   **Q.**  During that period, they were getting ready to launch a

11   new delivery station, right?

12   **A.**  Correct.

13   **Q.**  Decisions were being made about shift leads and L4s would

14   be going to that new delivery station to launch it, right?

15   **A.**  They were already hired for it before they come.

16   **Q.**  You wanted to be one of the people sent to that new

17   delivery station, right?

18   **A.**  It was in Richmond.  It's very far from where I live.

19   **Q.**  Wouldn't it have been good for your career to participate

20   in launching a new station?

21   **A.**  I wanted to launch the station in Manteca, but not this

22   one because they were launching at the same time.  And I was

23   already on track to get this one anyway.

24   **Q.**  You wanted to launch a new station to help advance your

25   career, right?

ABDELAZIZ – CROSS / VAN NOTE

1    **A.**  No, I just wanted to go to the next level, but I was happy

2    in San Leandro.

3    **Q.**  Going to the next level would be helped by launching one

4    of these new stations, right?

5    **A.**  No.

6    **Q.**  Ultimately Mr. Ortiz and his shift lead were selected to

7    launch the new station, right?

8    **A.**  Yeah, they got hired for that.

9    **Q.**  And you testified that you're currently a senior station

10   manager with Amazon, right?

11   **A.**  Correct.

12   **Q.**  When were you promoted to that position?

13   **A.**  In October last year.

14   **Q.**  October of last year?

15   **A.**  Correct.

16   **Q.**  When did you first speak with Amazon's attorneys about

17   this case?

18   **A.**  Seems like two weeks ago.

19   **Q.**  And they called you?

20   **A.**  Correct.

21   **Q.**  Had you had any contact with anyone regarding this case

22   before two weeks ago?

23   **A.**  No.

24   **Q.**  And when Amazon's attorneys called you, specifically what

25   did they ask you?

1          **MS. COONEY:**  Objection.

2          **THE COURT:**  Grounds?

3          **MS. COONEY:**  Privilege.

4          **THE COURT:**  Well, that's an interesting question,

5     Ms. Cooney.

6       Are you claiming that this witness is your client?  He's

7     not an officer or director.  So I guess my question is, on

8     what grounds would he be -- would this witness be the kind of

9     corporate representative that would be within the ambit of the

10    *Upjohn*, case?

11         **MS. COONEY:**  Yes, Your Honor.  I apologize for

12    jumping the gun there.

13       Mr. Abdelaziz testified he is a senior station manager.

14    He's a Level 7 employee, which is a very high-ranking manager.

15    And so it is our position that he is senior enough to qualify

16    for the privilege protections under *Upjohn*.

17         **THE COURT:**  All right.  Ms. Van Note?

18         **MS. VAN NOTE:**  Your Honor, we don't believe he's part

19    of the corporate control group based on the title he's given

20    us.  And while admittedly Ms. Cooney probably has more

21    information about his position, that has not been offered to

22    the Court at this time.  Certainly we can inquire as to what

23    his position is with Amazon.

24         **THE COURT:**  Let me interrupt -- I did interrupt you.

25    Why don't you try to lay a foundation.  I don't think there's

1     an adequate foundation.

2         Ms. Cooney has made a representation to the Court about

3     the witness's position.  I think you can certainly attempt to

4     lay a foundation that perhaps he is not in a control group as

5     that term is defined by *Upjohn* and we'll see where we go from

6     here.

7         I will hold your objection in abeyance.  I'll sustain it

8     for the moment as to the substance, and I will wait for the

9     questioning.

10        Thank you.

11            **MS. COONEY:**  Thank you.

12    **BY MS. VAN NOTE:**

13    **Q.**  You said that you're a senior station manager.  Are you

14    responsible for more than one station?

15    **A.**  No, only one station.

16    **Q.**  And do you work specifically at that station?

17    **A.**  Correct.

18    **Q.**  And you're not responsible for making decisions about

19    Amazon's overall operations, right?

20    **A.**  Correct.

21    **Q.**  You would agree with me that's correct?

22    **A.**  That's correct.

23    **Q.**  And your responsibilities are limited to the one station

24    where you're the senior manager, right?

25    **A.**  Yes.

1        **MS. VAN NOTE:**  Your Honor, at this time we believe

2   that foundation has been laid and he is not part of the

3   control group.

4        **THE COURT:**  Ms. Cooney?

5        **MS. COONEY:**  We continue the objection, Your Honor,

6   based on privilege.  Mr. Abdelaziz is a station manager.  I

7   represent is -- has a high-level management role within the

8   AMZL operation, Amazon Logistics operation, responsible for an

9   entire facility, which includes many employees, and I don't

10  think counsel has laid a foundation as to the scope of his

11  management responsibilities with respect to that, and how that

12  fits into the business operations of Amazon Logistics.

13       **THE COURT:**  Objection is sustained.

14  BY MS. VAN NOTE:

15  **Q.**  Did you look at any documents in preparing for your

16  testimony here today?

17  **A.**  No.

18  **Q.**  Did you speak with anyone other than the attorneys for

19  Amazon?

20  **A.**  No.

21  **Q.**  When you were contacted by Amazon's attorneys, did you

22  have a recollection of working with Mr. Ortiz?

23  **A.**  Yes.

24  **Q.**  Were you surprised to get a call like that so many years

25  later?

1    **A.**   Yes.   Definitely.

2    **Q.**   Isn't it true that you didn't get along with Mr. Ortiz?

3    **A.**   No.   Just outside of this situation, our relation is

4    professional.

5    **Q.**   Wasn't there a situation where he was sort of making fun

6    of you for not having your shift work as fast as his did?

7    **A.**   We were on the same shifts.

8    **Q.**   Didn't you have another L4 that you worked with in a team

9    other than Mr. Ortiz?

10   **A.**   No.   During that time, they were onboarding a new manager,

11   and I think Mr. Mike was the manager until Richmond launched.

12           **MS. VAN NOTE:**   If I can have just a moment, Your

13   Honor.

14           **THE COURT:**   Sure.

15                   (Pause in the proceedings.)

16   **BY MS. VAN NOTE:**

17   **Q.**   Didn't you work with an L4 named Terrance?

18   **A.**   Yes.   That's the one that was getting onboarded when

19   Mr. Mike was over there.

20   **Q.**   And you switched from working the front half to the back

21   half of the week a couple of times during that two-month

22   period, right?

23   **A.**   I don't recall doing that two months specific, but in

24   general, during my time in DSF4, I would change shifts many

25   times.

ABDELAZIZ – CROSS / VAN NOTE

1    **Q.** And there was a period where you were working in tandem

2    specifically with Terrance, right?

3    **A.** I think after Mr. Mike left, yes, Terrance took over the

4    shift, but Terrance was training at that time.

5    **Q.** You worked pretty closely with Terrance?

6    **A.** With Terrance?

7    **Q.** Yes.

8    **A.** He was my manager but not for long because I transferred

9    to another shift.

10   **Q.** You and Terrance wanted to be given the honor of opening

11   the new delivery station, didn't you?

12   **A.** No.

13          **MS. COONEY:** Objection.

14          **THE COURT:** I'll overrule the objection.  I'll give

15   counsel wider latitude in light of the circumstances.

16       Overruled.  Re-ask the question, counsel.

17          **MS. VAN NOTE:** Thank you, Your Honor.

18   **BY MS. VAN NOTE:**

19   **Q.** You and Terrance wanted to have the honor of being given

20   the responsibility of opening a new delivery station, right?

21   **A.** No.

22   **Q.** And you weren't given that honor, right?

23   **A.** I was given, yes.  But for other building.

24   **Q.** You weren't given the delivery station that Mr. Ortiz and

25   his L3 were assigned to, right?

1    **A.**   No.   Actually, it was offered for me, but I said no.   I

2    turned it down.

3    **Q.**   You turned it down when?

4    **A.**   After Mr. Mike left.   But not when he is -- after he left,

5    I got an offer from Richmond, San Francisco, and San Leandro

6    and I prefer San Leandro because it is closer to my house.

7    **Q.**   Did Amazon offer you any money in exchange for your

8    testimony here today?

9    **A.**   No.

10             **MS. VAN NOTE:**   No further questions.

11             **THE COURT:**   Anything further, Ms. Cooney?

12             **MS. COONEY:**   No, Your Honor.

13             **THE COURT:**   Thank you very much.   You may step down,

14    sir.   Thank you very much.

15             **THE WITNESS:**   Thank you, Your Honor.

16             **THE COURT:**   Next witness, please.

17             **MS. VAN NOTE:**   Your Honor, plaintiff calls Michael

18    Martin who will be our first Zoom witness.

19             **THE COURT:**   Let me ask -- is this one of the

20    witnesses as to which Amazon objects?

21             **MR. ROSE:**   Yes, Your Honor.

22             **THE COURT:**   Ms. Ottolini, remind the Court, please,

23    do you want to set this up first or have the Court rule on

24    whether these people can testify?

25             **THE CLERK:**   If I set it up, the witness will be here

1    during this argument.

2         **THE COURT:**  I think that's -- is there any objection

3    by you, Ms. Van Note, or by -- I will ask plaintiff,

4    Ms. Van Note first to the witness hearing the argument?

5         **MS. VAN NOTE:**  No objection.

6         **THE COURT:**  How about Ms. Cooney, or whoever is going

7    to be dealing with this issue?

8         **MR. ROSE:**  Your Honor, that's fine with us.

9         **THE COURT:**  Let's take a break and let Ms. Ottolini

10   work her magic.  And no pressure, Ms. Ottolini.  And then

11   we'll see where we are and hear arguments.

12       We will take a break until she feels that she's ready.

13   Thank you.

14        **MR. ROSE:**  Thank you.

15       (Recess taken at 9:11 a.m.; resumed at 9:30 a.m.)

16        **THE CLERK:**  Remain seated.  Come to order.  Court is

17   again in session.

18        **THE COURT:**  All right.  We are back on the record.

19       So, I understand that the defendant has an objection to

20   the next series of witnesses.  I think the best way to

21   proceed, Ms. Van Note, is for you to make an offer of proof,

22   summary of what you believe -- what you would like to adduce

23   from the witnesses, and then I'll hear the objections from

24   Amazon and give you a chance to respond, and then I will rule.

25        **MR. ROSE:**  Your Honor, I apologize, but could we have

1    the witness mute, perhaps, if she's going to be making an

2    offer of proof?

3            **THE COURT:**   That's why I asked you before.   The

4    answer is no.   I asked that question, and, no, we are not

5    going to do that.   We got it working.   I'm not going to do

6    anything to disrupt that.

7        Go ahead.

8            **MS. VAN NOTE:**   Yes, Your Honor.

9        Both Mr. Martin and Mr. Merid, who are the two witnesses

10   we intend to call next, worked as L4 shift managers in the

11   same position that Mr. Ortiz did for Amazon.

12       We expect both of their direct testimony to pertain to the

13   expectations of Amazon on them as Level 4 shift managers.

14       We recognize that this trial is not about their damages,

15   it's not about whether or not they suffered a Labor Code

16   violation, and we certainly don't intend to spend significant

17   amounts of time on that.   However, the issue in this trial is

18   both what did Mr. Ortiz spend his time doing, and whether or

19   not what he was doing when he was performing manual labor

20   tasks was expected of him by Amazon.

21       We've heard testimony from Amazon's witnesses saying that

22   they wouldn't expect an L4 shift manager to do the tasks that

23   Mr. Ortiz would perform, and, in fact, many of them describe

24   that in general terms about their expectations of the L4 shift

25   managers --

1        **THE COURT:**  Are you alleging that these witnesses --

2    are you representing that these witnesses worked at the same

3    place and at the same time, meaning at the same facility as

4    the plaintiff?

5        **MS. VAN NOTE:**  No.  In different facilities.

6        **THE COURT:**  The same time?

7        **MS. VAN NOTE:**  Yes, during the class period.

8    Now, they may have worked before he started or after he

9    started, I can't say that they worked exactly the same eight

10   months he worked, but both during the class period.

11   Really what I think the Court should consider here is, we

12   understand that this is not direct evidence of what Mr. Ortiz

13   did and we are not alleging that it is direct evidence of what

14   he did.  What we are saying is, it is evidence of the

15   expectations of Amazon.  And that is crucial to the decision

16   the Court needs to make.

17   We believe Your Honor can give it the proper weight and on

18   cross-examination, certainly, we expect Amazon to go into the

19   differences that there might have been between these workers

20   and Mr. Ortiz, but we don't think there is any reason, based

21   on that, to prevent them from testifying.

22       **THE COURT:**  Thank you.

23   Counsel?

24       **MR. ROSE:**  Thank you, Your Honor.

25   In the court's order on --

1              **THE COURT:**  Can you come up to the lectern, please?

2              **MR. ROSE:**  Of course.

3              **THE COURT:**  Yes.  Thank you.

4              **MR. ROSE:**  Thank you, Your Honor.  Joseph Rose for

5      defendants.

6          Your Honor, in the Court's order on defendant's motions in

7      limine, the Court stated that as to these types of witnesses,

8      it would, at trial, require quote, "a very strong showing from

9      plaintiff" as to why the exhibit or testimony is directly

10     relevant to defendant's realistic expectations for the Level 4

11     shift manager position and why it is not cumulative.

12         Your Honor, Mr. Martin, Mr. Merid, and also Mr. Hedin, who

13     is the third witness that plaintiff proposes to offer by

14     deposition designation, none of these witnesses meet that

15     requirement of a very strong showing.

16         Mr. Martin, taking him first in turn, he worked in

17     Inglewood, California and Las Vegas, Nevada.  He's not worked

18     at any Bay Area facilities.  Your Honor has heard testimony

19     throughout this trial that the facilities vary dramatically in

20     terms of size, machinery in place, the volume processed, the

21     layout of the facilities, et cetera.

22         And there's no evidence in the record that the Southern

23     California facilities bear any resemblance in that regard to

24     the facilities here.

25         Accordingly, Mr. Martin testified in his deposition, that

1       he quote, "can only speak to the stations he was actually at."

2           He was not actually at any of the stations that Mr. Ortiz

3       worked.  He worked -- his testimony is not probative of the

4       expectations of Mr. Ortiz in his position, and the Amazon

5       witnesses -- all of the witnesses who have testified in the

6       trial so far have spoken to be the facilities at which

7       Mr. Ortiz was at.

8           That is probative evidence of those expectations.

9       Mr. Martin's testimony is not probative of those expectations.

10      Any minimal probative value it may have is outweighed by the

11      waste of time and undue delay associated with his testimony.

12          Similarly, Mr. Merid worked at stations in Buena Park,

13      California and Chino, California.  And he further confirmed

14      throughout his deposition that even those facilities had many

15      different things that distinguished them:  Different volume,

16      different machines, different conveyor belts, different

17      people.

18          Same story with Mr. Merid.  His testimony is minimally

19      probative at best, and presenting it here would be -- that

20      probative value would be outweighed dramatically by the undue

21      delay.

22          Mr. Hedin is probably perhaps the most random example.  He

23      is a witness who worked in the Bay Area at least, but he

24      worked at only a predecessor facility of DSF5 a year before --

25      years before Mr. Ortiz.  And at the time Mr. Hedin worked at

1    that predecessor facility, he was operating out of a parking

2    lot at the 49er stadium and he supervised six to eight

3    associates in that location.

4             **THE COURT:**  Let me cut you off at this point because

5    I -- obviously I read all the pretrial and I'm familiar with

6    this case by the whole record and all the rulings that this

7    Court has made.

8        And so all the arguments you make may have some validity

9    in undercutting the probative value of these witnesses or the

10   relevance of these witnesses, but at the end of the day, it

11   strikes the Court that your arguments really go more to the

12   weight and not the admissibility.  Because what plaintiff's

13   counsel stated is one of the big issues in the case, has to do

14   with Amazon's expectations and whether or not the plaintiff

15   was compliant with Amazon's expectations.

16       Certainly Amazon can raise -- can argue, you know, the

17   different facilities had different expectations and it's

18   apples to oranges or whatever the appropriate analogy is, but

19   to the extent that you are arguing cumulative, waste of time,

20   or minimal relevance, the -- that is a 403 argument.  And

21   you -- Amazon bears the burden of showing that any probative

22   value is clearly outweighed by any prejudicial effect which

23   would include -- which would include a cumulative nature or

24   so-called waste of time, which is a term of art.

25       So why isn't that -- why shouldn't the Court simply hear

```
 1   the testimony, hear your cross-examination, and then give the

 2   testimony what weight -- then the parties can argue both

 3   factually and legally in post-trial briefing the impacts, if

 4   any, of this -- this testimony.

 5       Why isn't that the case?

 6           MR. ROSE:  Your Honor, the issue in this trial is the

 7   expectations of Mr. Ortiz at the facilities he worked and

 8   positions he worked in.

 9           THE COURT:  Not Amazon's expectations?

10           MR. ROSE:  Amazon's expectations of him of his

11   position in those facilities.

12           THE COURT:  In a position, in an L4 position.

13           MR. ROSE:  In an L4 position.

14       An L4 position is a merit designation for the level within

15   the organization.  The position's actual responsibilities and

16   day-to-day duties and expectations vary dramatically between,

17   for example, a parking lot with six to eight associates in a

18   different time period versus managing 40 to 80 associates in

19   an indoor facility.

20           THE COURT:  Isn't that exactly the stuff that

21   cross-examination is made of?

22       I'm going to cut this off.  I think I'm kind of arguing

23   with myself and I apologize.  I would think it's better for

24   the Court in a bench trial -- a jury trial I might have a

25   different position.  I don't know that I would.  I'm going to
```

1    overrule the objection, hear the testimony.  You can have at

2    it on cross.

3        And you may be absolutely right.  And you may raise those

4    questions.  And the Court -- and I will, if you are correct,

5    and you bring out persuasive distinctions, relevant

6    distinctions, material distinctions, that's what I will

7    consider.  I will let the plaintiff try his case, and we'll go

8    from there.

9        Objection is overruled.

10            MR. ROSE:  Thank you, Your Honor.

11            THE COURT:  All right.  Go ahead.  Call the first

12   witness.

13            MS. VAN NOTE:  Yes, Your Honor.  The plaintiff calls

14   Michael Martin who is appearing remotely via video conference.

15            THE COURT:  Before you do that, is there a deposition

16   of this gentleman that can be handed up to the Court so that

17   we don't have to break up the examination?

18        Thank you.

19                    (Pause in the proceedings.)

20        And then we will swear the witness.

21        We will swear the witness when you get back to your place.

22            THE CLERK:  Mr. Martin, please raise your right hand.

23        (**MARTIN, MICHAEL**, called as a witness for the Plaintiff,

24   having been duly sworn, testified as follows:)

25            THE WITNESS:  I do.

1          **THE CLERK:**  Thank you.  Please state and spell your

2     full name for the record.

3          **THE WITNESS:**  Michael Martin.  M-I-C-H-A-E-L,

4     M-A-R-T-I-N.

5          **THE CLERK:**  Thank you.

6                          <u>**DIRECT EXAMINATION**</u>

7     **BY MS. VAN NOTE:**

8     **Q.**  Good morning, Mr. Martin.  My name --

9     **A.**  Good morning.

10    **Q.**  My name is Laura Van Note.  I will be asking you some

11    questions here this morning.

12         And I will note for the record that you are appearing via

13    videoconference.  If at any time you have difficulty hearing

14    the Court or myself, please let us know.

15    **A.**  Okay.

16    **Q.**  Mr. Martin, did you at one time hold a position with

17    Amazon?

18    **A.**  Yes.

19    **Q.**  What position did you hold?

20    **A.**  I was a Level 4 shift manager with Amazon Logistics.

21    **Q.**  What location or locations did you work at?

22    **A.**  I started at DLA1, which was located in Inglewood,

23    California, and then I transferred to DLV1, which is located

24    in Las Vegas, Nevada.

25    **Q.**  Are those both delivery stations?

1  **A.**  Correct.

2  **Q.**  When you first started with Amazon, did you have the

3  designation of Level 4 shift manager?

4  **A.**  I did.  It was the position I was hired for.

5  **Q.**  At any time did you change positions while at Amazon?

6  **A.**  No.  I was a Level 4 the entire time.

7  **Q.**  During what period, if you recall, did you work at DLA1?

8  **A.**  I was at DLA1, I believe, April of 2016 until I believe it

9  was November of that year, if I remember correctly.

10  **Q.**  And when did you start at DLV1?

11  **A.**  Immediately after I left DLA1.  So November 2016.  That's

12  the correct month, I believe.

13  **Q.**  When did you conclude your work at DLV1?

14  **A.**  December 28th of 2017.

15  **Q.**  Did you ever work directly with the plaintiff in this

16  case, Michael Ortiz?

17  **A.**  No.

18  **Q.**  Before working for Amazon, just briefly, what was your

19  work history?

20  **A.**  Directly before Amazon, I was working as an installer with

21  Solar City.  And before that, I was deployed to Afghanistan

22  for roughly about a year, and then before that I was a manager

23  in Reno at a restaurant and bar.

24  **Q.**  How did you hear about the open position with Amazon?

25  **A.**  I was initially told by one of the individuals that I had

MARTIN – DIRECT / VAN NOTE

1   deployed with.  He got hired on with Amazon two or three

2   months before I did.

3       So I went onto the website, found a job opening, and

4   actually set the location that they were hiring for, one of

5   the locations was Las Vegas.  It turned out that position was

6   already filled, but I filled out the application and was hired

7   that way.

8   **Q.**  Why did you decide to apply for a position with Amazon?

9   **A.**  It was a good opportunity.  They have a pretty good

10  reputation for management training program.  And it was a role

11  that would help build my résumé.

12  **Q.**  And what were you told during the interview process about

13  what tasks you would be expected to perform in that position?

14  **A.**  So during -- when I -- when it came to the in-person

15  interview when I was flown to California, they got into a

16  little bit more specifics of what the role might be, but it

17  was mostly speaking to labor management in the sense of

18  shifting how many individuals you would use for what task, and

19  a lot of deciding how much labor you would need based on how

20  much freight was coming through, how many hours you had

21  available, overtime, different aspects like that.

22      So very vague, but most dealing with labor and operations

23  management.

24  **Q.**  At that time when you completed your interview, did you

25  believe that you would be doing hands-on work or manual labor

MARTIN - DIRECT / VAN NOTE

1    in the facility?

2    **A.**  I didn't really know not having been in the facility, not

3    seeing how the operation went.  From a personal standpoint, I

4    had a feeling that my duties could range from anything, from

5    doing labor, up to the management, labor plan, different

6    aspects like that.

7    **Q.**  Were you comfortable with the idea that you would have to

8    do lots of different aspects of the job?

9    **A.**  Absolutely.

10   **Q.**  And you mentioned a moment ago the training that you knew

11   or you expected Amazon to provide.

12       What training did you receive when you were first hired?

13   **A.**  I went to an initial training which was, I believe, in

14   Nashville, which was where all first-time Amazon managers went

15   to, which basically went over the culture, the basic aspects

16   of band management and different things like that.

17       After that I was then sent to Meineke, New Jersey, and

18   that is where I did more delivery stations specific training

19   if that was a delivery station, so I was able to shadow shift

20   managers there, go out with drivers, see different facilities,

21   and different aspects like that.

22   **Q.**  During your first, I'll call it training session, were you

23   training with other people in kind of a group setting?

24   **A.**  Yeah.  There were right around 20 of us in the training

25   group that ranged from Level 4s, like myself, all the way up

MARTIN - DIRECT / VAN NOTE

1   to, I believe, we had a couple of Level 6s that were there as

2   well.

3   **Q.**   In that first session of your training, was there a

4   hands-on element to the training?

5   **A.**   There was with -- we would do practical exercises.  We

6   would also go out -- it was -- the training was located within

7   a fulfillment center.  So we did a few different aspects where

8   we would look at process improvement exercises, different

9   things like that.  And to do that, we would go out to the

10  fulfillment center floor.  We would come up with ideas,

11  process improvement, come back and discuss.

12  **Q.**   When you went out onto the floor, did you actually perform

13  any hands-on labor, meaning picking up a box or sorting a box?

14  **A.**   We did.  We did that later in the week.

15      We had an aspect where we did -- we were in the picking

16  role, and then we were in the packing role.  We would do a

17  couple hours in each role.  They would rotate us through to

18  get an idea what the associates -- some of the barriers they

19  dealt with and different aspects like that.

20  **Q.**   You said you had a second training session, I believe you

21  said in New Jersey?

22  **A.**   Correct.

23  **Q.**   And were there other individuals participating in that

24  training alongside you?

25  **A.**   Yes.  There were about seven of us in that training, I

1  believe.

2  Q.  And do you know the titles of the other individuals who

3  were training with you?

4  A.  Most of them were L4 shift manager, myself, I think three

5  or four of them were.  One was an L5.  He was also in the

6  delivery station, and then two -- two of the individuals were

7  in a support role.  They were more, I believe, technology

8  based but they were still supporting Amazon Logistics.  So

9  they wanted them there to, again, see what some of the

10 barriers were.

11 Q.  Was this second session of training focused on

12 specifically delivery centers?

13 A.  Yes.

14     It was in the delivery station and it was designed for

15 managers that were going to a delivery station.

16 Q.  Was there a hands-on element to this training as well?

17 A.  Yes.

18 Q.  What specifically did you do that was hands-on training at

19 this second session?

20 A.  Same thing as in the FC.  We did receiving where we would

21 receive some of the freight.  We did sortation where we would

22 sort the freight into the different racks that were set up for

23 the delivery drivers.  And then we did a route with a delivery

24 driver, and we went out with the driver and delivered

25 throughout the day.

MARTIN - DIRECT / VAN NOTE

1  **Q.** During the second session of training, can you give us a

2  range or a percentage of how much of the time was in a

3  classroom setting and how much was doing this hands-on work?

4  **A.** I would say 60 percent classroom, 40 percent hands on, a

5  rough estimate.

6  **Q.** After you completed the second session of training, did

7  you receive any further training before you started at your

8  station?

9  **A.** No. There were two weeks in Meineke, and then after that

10  it was -- I was sent to DLA1 and that was where I started my

11  shift. And then I received on-the-shift training with the

12  current sort manager.

13  **Q.** You said that part of your training in your second session

14  in Newark involved shadowing L4s. Did you --

15  **A.** Correct.

16  **Q.** Did you shadow L4s during the night sort process?

17  **A.** Yes.

18  We, as a group, we had a full night came on, and we saw an

19  entire sortation process. We saw the L4s what they were

20  doing, where they were dealing with the sort process.

21  We also would -- that's when we would move throughout the

22  different areas, and do an hour or so of hands-on training,

23  whether it was receiving, sorting, you know, different aspects

24  of the process. And we would talk with the current shift

25  managers that were on staff or on shift at the time to get a

1     feel for what the day-to-day was like.

2     Q.  And when you did that first shadowing of an L4, did you

3     see the L4 shift manager performing manual labor tasks?

4     A.  To be honest with you, I can't remember that I saw 'em do

5     anything specific like that.  But they were not with us the

6     entire time.  They were very busy as most L4s were on a sort

7     process.  So they were moving throughout the warehouse.

8         They -- they were definitely utilizing pallet jacks,

9     moving pallets, and different aspects like that, but they

10    weren't actually out in there and sorting that I saw.  But,

11    again, like I said, it was busy.

12    Q.  You said they were -- you saw them moving pallets?

13    A.  Correct.  Yeah, they would grab a pallet jack, they would

14    move freight pallets to different spots that needed it, at

15    certain times just not -- certainly not all night, but there

16    was a need for it, they'd grab it and they'd move it.

17    Q.  Since you observed these L4s moving pallets during your

18    training, was it your expectation that you as an L4 would also

19    be moving pallets in your job?

20    A.  Yeah.  I suppose so.  It was more along the sense of, if

21    there were issues with the operation, you did what you needed

22    to do to make the operation run as smooth as possible.  If

23    that meant moving the pallet because it would have taken five

24    minutes to get an associate over there to do it, then that's

25    what you did.

1  **Q.** Then you mentioned sort of doing what needed to be done to

2  get the shift completed.  Was that a principle or part of the

3  training you received from Amazon?

4  **A.** I believe it was -- you could say it was baked into it.

5  The operational success resulted in customer satisfaction

6  which was what the hope of the business was.  So your job was

7  to manage your shift accordingly, manage it correctly, and hit

8  your objectives.

9  **Q.** In your initial training, and I'm talking about both

10  sessions at this point, was there training about speed?

11  **A.** Speed for myself or speed for the shift?  I'm not sure

12  what you are asking.

13  **Q.** I'll say it more generally.

14      Was there an emphasis or training about the importance of

15  speed or of completing tasks within a certain amount of time?

16  **A.** There was always a timetable.  You received freight at a

17  certain time within the night.  You started your shift.

18  Obviously you had hourly associates or temps that were working

19  your building.  So to process the amount of freight that you

20  received before your shift left, that was your job.  That was

21  your job to look at that, see how much freight you processed

22  per hour and move it as efficiently as possible.

23      So there was certainly -- I don't know if I would say

24  there was an emphasis on just the aspect of speed, but there

25  was the need to complete your -- complete your shift.

MARTIN - DIRECT / VAN NOTE

1    **Q.**  When you started at the facility where you were assigned,

2    the first shift you worked, was there any other managers

3    present there?

4    **A.**  There were -- when you say "the first shift," you mean the

5    first night that I worked there?

6    **Q.**  Yes, after you completed your training where you traveled

7    around and you got to the actual station where you were going

8    to work, that first night.

9    **A.**  Yeah, there was.

10       I shadowed the current shift manager for, I believe it was

11    two weeks.  The first week I basically just watched how she

12    ran the operation.  The second week we flip-flopped and I was

13    running the operation and she was there just to make sure I

14    was doing okay.  If I had any questions, of course I could go

15    to her making sure, you know, nothing ran off the rails.  And

16    then after that, she moved on to a different shift.

17    **Q.**  What was that manager's name?

18    **A.**  Sheera Cohen (phonetic), I believe.

19    **Q.**  Was Ms. Cohen an L4 manager?

20    **A.**  She was.

21    **Q.**  And when you were shadowing her for that first week, did

22    you see her performing manual labor tasks?

23    **A.**  It's my recollection that about the same that I ever did

24    throughout the night, which was moving a pallet if needed, but

25    she was not sorting or scanning very often.  Only if there was

1    a need; if we were short-staffed, different aspects like that.

2        So there was always a physical element.  There was always

3    a manual element to the job, but it was never where she would

4    be in one role in the sense of offloading pallets or scanning

5    for the entire shift.  Couldn't do that, you'd lose track of

6    your operation.

7    **Q.**  You mentioned that one of the reasons an L4 would jump in

8    was if the operation was short-staffed.  In your experience,

9    did you have instances where you would say your shift was

10   short-staffed?

11   **A.**  Yes.

12   **Q.**  And in those situations, what would you do to keep up with

13   the volume that was coming through?

14   **A.**  You would reach out to your temp agency rep, the account

15   manager to see if they could either find other temp associates

16   that were willing to come in or follow up with the associates

17   that were not coming in that were scheduled to see if maybe

18   they just overslept, whatever the case may be.

19       And then after that, you made do with the labor that you

20   had on hand.  You moved people accordingly to get the

21   operation completed.

22   **Q.**  And other than moving other people around, was there

23   anything that you could personally do to contribute to

24   managing that understaffing?

25   **A.**  For the most part, I mean, other than helping out where I

1    could if I saw a deficiency, like I said, we would help scan,

2    we would help offload trucks and trailers and aspects like

3    that to keep the associates in operation.

4        But other than that, we -- there wasn't much else we could

5    do.  You know, I couldn't go drive and get people to drive

6    them to the warehouse.

7    Q.  Now in those instances where you would sort of jump in to

8    try and help out, was it your belief that the labor you

9    contributed made a difference in the success of that shift?

10            **MR. ROSE:**  Objection, Your Honor, leading.

11            **THE COURT:**  Sustained.

12            **THE CLERK:**  Counsel, make sure you speak into the

13   microphone.  Thank you.

14   **BY MS. VAN NOTE:**

15   Q.  In those instances where you would fill in in certain

16   areas, did you see as a result when you would do that, that

17   your shift would either get back on track or be more

18   successful?

19            **MR. ROSE:**  Same objection, Your Honor.

20            **THE COURT:**  Sustained.

21   **BY MS. VAN NOTE:**

22   Q.  What was the effect in those instances where you would

23   step in and personally participate in the process?

24   A.  It would basically free up an associate in a certain

25   aspect.

MARTIN - DIRECT / VAN NOTE

1      So, for instance, if I was offloading trucks, pulling

2   pallets off of the trucks that showed up, when the inbound

3   freight was coming in, if I was doing it, I wouldn't have to

4   get an hourly temp associate who could be therefore used to

5   pick and scan and stow the different freight that was coming

6   in.  So, it freed up labor.

7      I was one person, myself, and my shift assistant, so I

8   guess two people.  You know, the shift wasn't going to

9   completely crumble or become all of a sudden stellar simply

10   because we were out loading a truck.

11   **Q.**  How often would you say you would -- let's start with load

12   trucks.  How often would you say you would load trucks in your

13   job?

14   **A.**  Almost every shift at DLA1.  I would have to offload the

15   trucks with pallets because we had -- I would have truck

16   offloaders that were in the truck with what we call a fluid

17   load, which means the boxes are just spilt within the trucks

18   so they are not on pallets.

19      While we were offloading those trucks, I would be

20   offloading the trucks that the boxes were palletized.  So I

21   would get a pallet jack in there, pull them out, and that was

22   almost on a nightly basis that I would work.

23   **Q.**  How long would that process take for you to offload the

24   truck with the pallets?

25   **A.**  To move with the pallet jack offload, I would say 20

MARTIN - DIRECT / VAN NOTE

1    minutes or so.  I mean not to toot my own horn, but I was

2    pretty quick at it.

3    **Q.**  That's good.  That's good for Amazon.

4    **A.**  Right.

5    **Q.**  Did you ever consider having an L1 -- or a Tier 1

6    associate do that instead of you?

7    **A.**  I could have if I wanted to.  Again, you know, I move

8    labor the way that I needed it.

9        For myself, it made more sense operationally for me to do

10   it, like I said, to keep them in the operation of stowing,

11   scanning, and those different aspects.  Because it was much

12   easier for me to offload a truck, and if something happened,

13   if anything came up, I could stop that quickly, move to

14   wherever the issue was, or whatever I needed to do, and then

15   pick that up.  If I was helping stow or scan or different

16   aspect like that, I couldn't move away quickly.

17   **Q.**  In the facilities where you worked, were there conveyor

18   belts or conveyor systems?

19   **A.**  There were.  We had mobile powered conveyor belts

20   throughout the warehouse.

21   **Q.**  And did you ever move around those conveyor belts?

22   **A.**  Yeah.  All the time.

23   **Q.**  Would you say you did that every shift?

24   **A.**  That I moved around the conveyor -- that I moved the

25   actual conveyor belts?

1    **Q.**  Well, let's take those one at a time.

2        So, you're saying there's a difference between a conveyor

3    and a conveyor belt?

4    **A.**  No.  They were the same, but within our warehouse, all of

5    our conveyance, all of our powered belts, none of them were

6    built -- they weren't permanent into the building.  So they

7    were all mobile belts.

8        So we had a main line that went down the center of the

9    building.  For the most part, stayed in its area day in and

10   day out.  However, the belts that we used to offload the fluid

11   loads on the trucks, we had to move in and out of the truck

12   every shift.

13   **Q.**  So you would do that on every shift that you worked?

14   **A.**  Correct.

15       On pre-shift setup, the fluid load truck would already

16   been docked.  So myself or myself and the shift assistant

17   would get the belts, we would roll them in to the truck, get

18   them powered on, make sure they were ready to go for when the

19   associates arrived.

20   **Q.**  Was there -- I'm sorry.  Back it up.

21       You said that's something you did before the associates

22   arrived.  Was there a process by which you needed to prepare

23   the station before the associates arrived for the sort to

24   begin?

25   **A.**  Yes.

1          So when I showed up, I usually was there about an hour

2    ahead, sometimes an hour and a half.  And we would have to

3    move the sortation racks back into their position to get them

4    set up for sort that night because they were moved every

5    morning by the drivers.  They took the racks and moved them to

6    their trucks to load them.

7          I would label all the racks with the sortation codes.  Did

8    it by letters.  It was A through D.  And then I would, like I

9    said, move the belts into the truck that was already docked

10   there to prep for the associates.

11   **Q.**  How long would you say that preparation process took on a

12   nightly basis?

13   **A.**  It was about 45 minutes to an hour or so.

14   **Q.**  Did you say your L3 would sometimes help you with that?

15   **A.**  Yes.  Correct.

16         He would usually show up about 20 to 30 minutes after I

17   got there, and he would give me a hand with whatever I needed.

18   **Q.**  And after the building or the area was prepared for the

19   sort shift, were there other things that you did throughout

20   your shift, either moving equipment, resetting equipment, or

21   otherwise, you know, putting your hands on something and

22   moving it to keep the operation running smoothly?

23             **MR. ROSE:**  Objection, Your Honor, leading.

24             **THE COURT:**  Sustained.

25

**BY MS. VAN NOTE:**

**Q.**  After you had done this initial setup process, was there

any ongoing need to either move or handle this equipment

throughout the shift?

       **MR. ROSE:**  Same objection, Your Honor.

       **THE COURT:**  Overruled.

       **THE WITNESS:**  Yeah.  I mean we would -- like I said,

when the fluid load truck was finished, we would need to roll

the belt out.  I would usually do that.  If -- you know, if

pallets needed to be moved, I would do that.  If racks needed

to be moved.

    Yeah, it was, you know, where the need was.

**Q.**  Was that consistent night after night on your shifts?

**A.**  Yes.

    Especially with moving the belts.  That was just kind of

our routine.  Myself and my shift assistants would move the

belts in, move the belts out because we also would release the

trucks, and then we would -- you know, again, whatever else

was needed, we would move accordingly.

**Q.**  At the end of the sort process, was there a process by

which you needed to reset or move again the equipment you

described for us earlier?

**A.**  No.  By the end of the sort process, everything that

needed to be moved or put away was pretty much done in the

sense that we had to -- the belts were pushed out of the way,

1   the pallets were loaded in their area.  The racks, the drivers

2   would come, they would grab the racks, and move them to their

3   loading dock.

4   **Q.**  Did you have further work you needed to perform after the

5   Tier 1 associates were finished with the sort?

6   **A.**  I had to get my reports done.  So after-shift report,

7   efficiency report, you know, that kind of stuff.  So I would

8   get that sent out.

9        I would usually stay around to -- well, I would always

10  stay around, but if load-out needed help, myself and the shift

11  assistant we were there to help them out, give them a hand,

12  drivers, and aspects like that.

13       When I was at DLA1, we didn't have Tier 1 associates.

14  They were all temp associates.  It wasn't until I got to DLV1

15  that we started converting to the actual Amazon associates.

16  **Q.**  Okay.  Let me ask you a couple of questions about that.

17       First, you said that there were end-of-shift reports that

18  you needed to complete.  Was there a name for that report that

19  you recall?

20  **A.**  I am sure there was.  We called it the after-shift report.

21  I can't remember what it exactly was.

22  **Q.**  How long did it take you to complete that after-shift

23  report?

24  **A.**  It was -- I could usually knock it out in 15 to 20

25  minutes.

1    **Q.**  You said that often you would stay around to give a hand

2    with the load-out process.  Let me ask you, specifically what

3    did you do -- what tasks did you perform to give a hand in

4    that process?

5    **A.**  So load-out began immediately after sortation ended.  So I

6    was there when the drivers were beginning to come out and grab

7    their routes.  So if drivers had a question about the route or

8    if they started seeing packages in their truck and they found

9    they were missing packages that were supposed to be assigned

10   to them, different aspects like that, I would be on the floor

11   to answer questions, troubleshoot, any different aspects like

12   that.

13   **Q.**  In addition to being available for questions, did you

14   help -- did you ever help the drivers or help the other

15   employees load the trucks at that time?

16            **MR. ROSE:**  Your Honor, leading.

17            **THE COURT:**  Objection.  And please use the word

18   "objection."

19            **MR. ROSE:**  Objection.

20            **THE COURT:**  Sustained.

21   BY MS. VAN NOTE:

22   **Q.**  Did you do anything else besides being able to answer the

23   questions when you were giving a hand with the load-out

24   process?

25            **MR. ROSE:**  Objection, Your Honor, asked and answered.

1          **THE COURT:**  Overruled.

2          **THE WITNESS:**  No, not really.  I was there just

3    mainly for support.  I wasn't pushing the carts in the sense

4    of like definitely didn't help the drivers load their trucks.

5    They had their own way of how they were doing it and, you

6    know, it was designed that way for them to do that.

7    **Q.**  Okay.

8          Next I want to talk a little bit about the associates.

9    You mentioned a moment ago that when you were at DLA1, the

10   Tier 1 associates were supplied by a staffing agency.

11         Do you remember the name of that staffing agency?

12   **A.**  I believe it was Adecco.  I know at least for some of my

13   time there was Adecco.

14   **Q.**  Was there a leader or some kind of a coach of those

15   employees also supplied by the staffing agency?

16   **A.**  So we had a, I believe they were basically a liaison

17   between the staffing agency and DLA1 in general, and they were

18   the individual that you would reach out to if there were

19   issues with attendance, if there were issues with punctuality,

20   with performance, or behavior, different aspects like that.

21         We also had a shift coach who was chosen out of the

22   staffing or the temp associates that were on shift and they

23   were the, for lack of a better word, they were the lead for

24   all of the associates.  They were supposed to handle any

25   on-shift issues with retraining or, you know, efficiencies and

MARTIN – DIRECT / VAN NOTE

1  aspects like that.

2  **Q.** Have you ever heard the term "co-employment?"

3  **A.** I have, yes.

4  **Q.** And did you hear the term "co-employment" in relation to

5  your training or in your training from Amazon?

6  **MR. ROSE:** Objection, Your Honor, leading.

7  **THE COURT:** Overruled.

8  **THE WITNESS:** Yeah. When we received a few different

9  training modules, as far as how to work with temp associates,

10  what we were able to do, what we were not able to do, I

11  believe that's when the term "co-employment" came up, and what

12  our boundaries were as Amazon managers dealing with a labor

13  force that was not working directly for Amazon.

14  **BY MS. VAN NOTE:**

15  **Q.** What specifically were the parameters that you were given

16  regarding that issue?

17  **A.** Well, we were not supposed to coach them in the sense of

18  performance. You know, discipline, different aspects like

19  that. Really, the only, I would say, responsibility or

20  managerial oversight we had with them, the one area where

21  there was no question was any kind of safety issue. There was

22  anything that they were doing that was unsafe or any aspect

23  like that, we didn't have to wait for a coach, liaison,

24  anything like that, automatically step in, correct the

25  behavior and move forward.

1        Any kind of performance coaching or any aspect like that

2    could not be done by us.

3    **Q.**  And when you had the Tier 1s that were from the staffing

4    agency, how often would you say, let's say in a given week,

5    how often would you need to go to that coach to address some

6    kind of training or performance issue?

7    **A.**  Maybe half the times.  They were usually small issues in

8    the sense of an associate was stowing packages incorrectly or

9    they weren't scanning them correctly, and so, therefore, the

10   stow was not registering properly.

11       You would see different associates, you know, sitting down

12   in the aisles where other associates were working, and

13   different aspects like that.  It would be a handful of times

14   throughout the week where I would have the conversation with

15   coach and give her feedback to, you know, give back to the

16   associates.

17   **Q.**  Now, at some point did it transition, either at this

18   location or your other location, to the Tier 1 associates

19   being employed directly by Amazon?

20   **A.**  Correct.

21   **Q.**  And did that change how you were allowed to or expected to

22   interact with those Tier 1 associates?

23   **A.**  Yeah.  When they transferred over and actually became

24   Amazon associates, they became my direct reports.  And so I

25   was able to do direct coaching, you know, to performance to

 1    different standards, and different aspects like that.

 2    **Q.**  You mentioned a moment ago that when the Tier 1 associates

 3    work for the staffing agency that you would need to do this

 4    coaching or training a handful of times per week.

 5         My question is, did that become more frequent when they

 6    became Amazon employees or did it stay the same?

 7    **A.**  I would say it probably stayed around the same.  Most of

 8    the associates that got converted to Amazon associates were

 9    the temp associates that were already working in the

10    warehouse.

11         Now, this is when I was at DLV1.  Because this didn't

12    happen until I moved to Vegas.  So the issues that we had with

13    them, you know, the strengths and weaknesses that we had with

14    them when they were a temp associate, were pretty similar to

15    when they were a Level 1 with Amazon.

16    **Q.**  In addition to yourself, and, again, once the Tier 1s were

17    Amazon employees, was there anyone else who was allowed to

18    either coach or correct them?

19    **A.**  We had a training manager who was on-site at DLV1, and she

20    could offer coaching.  She -- if we had an associate that we

21    thought needed retraining, sometimes we would come to her,

22    we'd go to -- we'd go to her, and she would -- she would

23    either retrain them herself or pair them up with a more

24    experienced associate.

25         Any -- any of the managers could offer coaching any of the

1    associates.

2    **Q.**  Could that include an L3?

3    **A.**  The L3 could -- they could offer coaching.  They could

4    certainly coach the associates.  Any kind of disciplinary

5    action, L3s could not do that.  That was for L4s and above.

6    **Q.**  Did you ever hold something called a stand-up meeting with

7    your shifts?

8    **A.**  Every shift.

9    **Q.**  How long did the stand-up meetings last?

10   **A.**  Three to five minutes.

11   **Q.**  When you first arrived for your shift, did you have to

12   do -- or did you have to go through a process of allocating

13   your workers to certain areas in the operation?

14   **A.**  Yeah.  You had your organization board, your org board,

15   and we had their names on magnets.  And you would -- the

16   associates -- the different areas throughout the warehouse and

17   it would be labeled accordingly on the white board so that

18   when they came in, they knew where they were going.  A lot of

19   times this was done by the coach and then we would just

20   oversee it.

21   **Q.**  Okay.

22       So when you say it was done by the coaches, are you

23   referring to when the Tier 1s were working for the staffing

24   agency?

25   **A.**  Correct.  At DLA1, the coach would set the board.  I would

1    look at it to see if there were any issues.  If I didn't think

2    there were any issues, we would run with that plan.

3    **Q.**  When the Tier 1s were converted to working directly with

4    Amazon, did that become one of your responsibilities?

5    **A.**  No, I still had my leads do it because they had been doing

6    it before and -- when they were temp agencies.  So, again,

7    they had a good idea of the strengths and weaknesses of

8    different associates, I did as well, so I would delegate that

9    to them, they would do it, and then I would look over it and

10   make sure I didn't have any issues with it.

11   **Q.**  The process of looking over it to make sure you didn't see

12   any issues, how long would that process take?

13   **A.**  Two to five minutes.

14   **Q.**  And throughout the shift, was there ever any occasion

15   where you had to reallocate or move someone from their

16   original assignment?

17   **A.**  Yes.

18   **Q.**  How often would you say that happened?

19   **A.**  Nightly.

20   **Q.**  Once per night or more than that?

21   **A.**  Probably more than that.  I mean, I'm sure there were

22   nights where it was only once or twice, but sometimes it was a

23   few times a night.

24   **Q.**  Once or twice would be the minimum; is what you are

25   saying?

1  **A.**  Yeah, probably.

2  **Q.**  What would be the maximum number of times that you recall

3  actually doing that on a shift?

4  **A.**  Maybe a dozen.  It's hard to say.  It was all based on

5  volume and head count.

6  **Q.**  And within that range, would you say it was closer to one

7  or two more often or was it on average closer to the high end

8  of 12?

9  **A.**  Probably closer to the lower end.

10  **Q.**  When you would make one of these moves where you would

11  switch someone's location, how long did that process actually

12  take?

13  **A.**  Less than a minute.  Just long enough to tell 'em -- and

14  tell 'em where they needed to go.

15  **Q.**  Were you required to pull or look at data throughout your

16  shift?

17  **A.**  Yes.  We had a metrics dashboard that we -- was constantly

18  updating.

19  **Q.**  How often did you either look at or pull that data?

20  **A.**  Like pretty much constantly throughout the shift.  That

21  was how you knew your operation was running.

22  **Q.**  And when you say it was constantly updated, are you saying

23  that you were updating it, or it was automated and the

24  information was being updated in front of you?

25          **MR. ROSE:**  Objection, Your Honor, leading.

1          **THE COURT:**  Overruled.

2          **THE WITNESS:**  So it was both.  I could refresh the

3     screen manually, but it would refresh itself, I believe, every

4     like 15 minutes or something like that so you always had

5     up-to-date information.

6     **Q.**  Now we have talked so far about several different tasks

7     that you would perform during your shift.  My question is,

8     other than the tasks that we have discussed so far, are there

9     other things, other tasks that you would regularly perform

10    during your shift?

11    **A.**  I mean, other -- you know, the labor moves, watching the

12    metrics, you know moving my labor force accordingly, checking

13    emails, following up with carriers if trucks were late,

14    different aspects like that.  It's hard to say.  There was a

15    general tone to every night but most nights were pretty

16    different in how things ran.

17    **Q.**  Now you have talked generally about several different

18    tasks that you would do.  I want to try and see if I can put

19    these in sort of buckets.

20          So, one of the areas that you describe was moving around

21    equipment; so I'll include in that pallets, conveyances,

22    racks.  How much time would you say in a given shift you would

23    spend moving or staging any kind of equipment?

24    **A.**  Maybe two hours total, and that includes pre-shift setup.

25          Again, some nights might be a little more, some nights

MARTIN - DIRECT / VAN NOTE

1    less.

2    **Q.**  Did you ever work with your direct supervisor on the same

3    shift while you were working?

4    **A.**  So my direct supervisor, who I would report to, was a

5    Level 5.  And we -- our shifts would overlap in the sense that

6    they would usually be running load-out.  So we would work

7    together for roughly couples a day, and that would be

8    mostly -- that would really be the only time we would work

9    together.

10   **Q.**  And as far as your personal experience, were you ever

11   disciplined or corrected for doing the wrong things or doing

12   tasks you shouldn't be doing during your shift?

13   **A.**  No.

14   **Q.**  Do you feel that you were a successful Amazon employee?

15   **A.**  I do, yeah.

16   **Q.**  And why do you say that?

17   **A.**  My shifts, for the most part, were run successfully.  I

18   got what needed to be done done.  And in the -- by the time

19   the load dock shift came in in the morning, things were ready

20   to go for 'em.

21   **Q.**  You mentioned earlier that one of the things you did was

22   prepare an end-of-shift report.  Do you believe that -- or

23   would you characterize that report as containing any kind of

24   discretion or judgment as far as what you put in the report?

25   **A.**  Most of it was just metrics.  There was areas -- there was

1  like a small area in the report where if you ran what we call

2  the road block, or anything like that, you could kind of

3  describe what the issue was, describe what the problem was,

4  describe what your corrective action was, and that was more in

5  the sense of just to give a heads up if somebody else ran into

6  the same thing, they knew, okay, at the starting point on what

7  the solution might be.

8      Other than for the most part, it was just reporting on

9  what had happened the night before.

10 **Q.**  Did you ever work with -- other than during your training,

11 did you have occasion to work a shift with another L4 working

12 alongside you or working at the same time?

13 **A.**  Yes.

14     Every week -- we were on a four-day working, three-day off

15 shift schedule.  So every week we had an overlap day.  And

16 during that day, both shift managers, both L4s would be on at

17 the same time.

18 **Q.**  And during that time, based on your observations, was

19 there anything different about how the other L4s ran their

20 shifts or performed their tasks than how you were doing it?

21 **A.**  Yeah, in small nuances.

22     Generally we ran it the same, the operation was the

23 operation.  You off-loaded trucks, scanned them, sorted them.

24 As far as how associates were managed, different aspects like

25 that, we all had our own personal style, but for the most part

1    we were all doing the same thing.

2    **Q.**  Based on your firsthand observations of other L4s, do you

3    have any reason to believe that you were performing more

4    hands-on work than they were?

5    **A.**  I mean, the only L4s I dealt with are the ones that were

6    in my station.  So because of DLA1's setup because we were a

7    small station, we were the original delivery station, we're

8    old, ours was a little bit different of a setup than a lot of

9    the other stations.

10        So, I can only speak to my counterpart, and for the most

11   part we probably did the same amount of, you know, physical

12   labor and different aspects like that.  But he may have ran

13   his shift differently in the sense that he may have used

14   hourly associates to offload trucks whereas I didn't.  That

15   was his discretion.

16   **Q.**  How long were your typical shifts?  How many hours total?

17   **A.**  They were anywhere from 10 to -- I mean, if there were

18   issues, they could push up to 13 hours or more.

19   **Q.**  Did you ever work more than 40 hours in a single week?

20   **A.**  More than 40?

21   **Q.**  Yes.

22   **A.**  Yeah.  Pretty consistently.

23   **Q.**  And were you ever paid any additional money or overtime

24   for those hours?

25   **A.**  No.  I wasn't hourly.  I was a salaried employee.

MARTIN – DIRECT / VAN NOTE

1    **Q.**  Were you ever told by anyone at Amazon that you were

2    entitled to take a 30-minute uninterrupted meal break?

3    **A.**  Well, we gave the associates a 30-minute break for them to

4    eat.  We were -- we did the same if we wanted to.  It was,

5    again, at our discretion.  We were running the shift.  So if

6    we wanted to take a lunch, we could take a lunch.  If we

7    didn't want to take a lunch, it was up to us.

8    **Q.**  The question was, were you ever told by anyone at Amazon,

9    either at your training or otherwise, hey, you are entitled to

10   take this time?

11   **A.**  Honestly, I can't remember them saying that.  I don't -- I

12   don't remember.

13   **Q.**  Do you remember anyone from Amazon telling you that you

14   were entitled to take a rest period or a break?

15   **A.**  No, I don't remember anybody telling us we were entitled

16   to that, but we were never told that we weren't entitled to

17   it.

18   **Q.**  You talked a couple of times about doing what needs to be

19   done to get the work done.  Why did you feel that was

20   important?

21   **A.**  Because that was what I was there for.  That was what they

22   hired me for.  And so the operational success was why there

23   was a Level 4 sort manager.  And I take pride in my work, so I

24   wanted to get it done.

25   **Q.**  Did you believe it was necessary for you to be successful

1    for you to jump in and help make sure it all gets done?

2              MR. ROSE:  Objection.

3              THE WITNESS:  From my viewpoint --

4         THE COURT:  Grounds?

5         MR. ROSE:  Leading.

6         THE COURT:  Sustained.

7    BY MS. VAN NOTE:

8    Q.  Did you -- what did you think you needed to do in order to

9    be successful in your position at Amazon?

10   A.  You know, I needed to complete the shift objectives, I

11   needed to complete what was needed for the station to be

12   successful.

13       Part of that was running a smooth operational shift.  And

14   then within that, I did what I felt was going to make that

15   shift run as smooth as possible.

16   Q.  You mentioned that you have a military background before

17   working for Amazon, right?

18   A.  Correct.

19   Q.  Did you have any difficulty meeting the physical demands

20   of this job?

21   A.  No.

22             MS. VAN NOTE:  Okay.  Thank you.  No further

23   questions.

24             THE COURT:  We are going to take our 15-minute break.

25   I will ask the witness -- you can obviously take a break as

```
1    well.  We will be back in 15 minutes, so please look at your
2    watch and we will start promptly in 15 minutes and then we
3    will go to cross-examination.
4            (Recess taken at 10:35 a.m.; resumed at 10:48 a.m.)
5            THE CLERK:  Remain seated, come to order.  Court is
6    again in session.
7            THE COURT:  We are back in session.  You may
8    cross-exam, counsel.
9         MR. ROSE:  Thank you, Your Honor.  We have no
10   questions for this witness.
11           THE COURT:  Thank you very much.  Then you are
12   excused, sir, electronically excused.  Thank you for your
13   service to the country.  Appreciate it.
14           THE WITNESS:  Thank you very much, Your Honor.
15           THE COURT:  Thank you.  Next witness, please.
16        MS. VAN NOTE:  Yes, Your Honor.  The plaintiff calls
17   Sennai Merid.
18           MS. COONEY:  Your Honor, at this time we would like
19   to renew our objection.  I am happy to come to the podium to
20   make that motion if Your Honor would like.
21           THE COURT:  Is this different -- a different argument
22   or a different issue than the one on which I ruled before that
23   testimony seemed to the Court to be relevant, but arguments
24   that were being made by your colleague were -- went more
25   toward the weight of the testimony rather than admissibility?
```

1          **MS. COONEY:**  Your Honor, I would respectfully renew

2     that, and add that it will now be cumulative and have the

3     same -- anticipate the examination from the second individual.

4          **THE COURT:**  Okay.

5       Ms. Van Note, what do you have to say about that in terms

6     of the cumulative piece?  Because, you know, I just --

7     especially given it is a bench trial.

8          **MS. VAN NOTE:**  Well, Your Honor, we believe that this

9     evidence is probative.  We are operating under the Court's

10    time limits.  We certainly don't anticipate that this

11    testimony will take very long.

12      But we do think it is important that the Court hear from

13    more than one other witness regarding their experience, and

14    that's why we believe that it is important to hear the

15    consistency between multiple people along with the testimony

16    of Mr. Ortiz.

17         **THE COURT:**  All right.  Ms. Van Note -- I'm sorry,

18    Ms. Cooney.  I'm looking over here, and she's over there.

19    Yes, please.

20         **MS. COONEY:**  No problem, Your Honor.

21      Respectfully, Your Honor, I don't agree with counsel's

22    characterization of the testimony that was heard.  But, in any

23    event, this trial is about Mr. Ortiz and Mr. Ortiz only.  And

24    as was apparent during Mr. Martin's examination, he doesn't

25    know Mr. Ortiz and can't speak to any of Mr. Ortiz's

facilities, and even testimony that the facilities he worked

at were quite unique.

    And in that sense, the role of the manager was different

based on the manager's discretion, based on the facility.  And

based on that testimony, I think it is illustrated why Amazon

made this motion in the first instance.  And hearing from

another witness for perhaps near an hour, as we just did, I

believe would not be a prudent use of time and would be

cumulative.

        **THE COURT:**  I'm sure Ms. Van Note appreciates your

coaching her about her prudent use of time, but I will allow

it.

    Overruled.

        **MS. COONEY:**  Thank you, Your Honor.

        **THE COURT:**  Thank you.

        **THE CLERK:**  So has your witness been given the

information?

        **MS. VAN NOTE:**  He has.  I believe he should be there,

but I can reach out if you don't see him.

        **THE CLERK:**  Tell me his name.

        **MS. VAN NOTE:**  Sennai Merid.

        **THE CLERK:**  No.

        **MS. VAN NOTE:**  I do apologize for the delay, but I

should reach out to the witness.

    If the Court would allow me to reach out to him?

```
1              THE COURT:  Please do.  If you need to text the

2      witness, go for it.

3              THE CLERK:  If you have his email address.

4         MS. VAN NOTE:  I do.

5              THE CLERK:  Let me see if I can do it that way.

6         MS. COONEY:  Ms. Ottolini, while you're doing that,

7      may I hand you the deposition transcript?

8              THE CLERK:  You can hand it to me when I'm done doing

9      this.

10        MS. COONEY:  Okay.

11             THE CLERK:  What is the email address?

12        MS. VAN NOTE:  I did send it to you in an email

13     yesterday.

14             THE CLERK:  Sorry.  My apologies.  I got it.

15        MS. VAN NOTE:  Okay.

16             THE CLERK:  No worries.  Thank you.

17                  (Pause in the proceedings.)

18             THE CLERK:  The link has been sent.  If you can

19     somehow text him to --

20        MS. VAN NOTE:  Yes, I will.

21             THE CLERK:  Great.  Thank you.

22        Now I will take the transcript.  Thank you.

23        MS. COONEY:  Thank you very much.

24             THE COURT:  Thank you.

25                  (Pause in the proceedings.)
```

```
1             MS. VAN NOTE:  I believe he may be having a

2   connectivity problem.  Let me see what I can tell you.

3        He should be logging on now is what I have been told.

4             THE CLERK:  He should pop right in, in a perfect

5   world.

6                     (Pause in the proceedings.)

7             THE CLERK:  Any further contact?

8             MS. VAN NOTE:  My assistant just talked to him and he

9   said he is logging in.

10        We sent him the link that you sent around last week.

11             THE CLERK:  I sent him another one.  Same thing.

12                     (Pause in the proceedings.)

13             THE COURT:  There we go.

14             THE CLERK:  Mr. Merid?  Mr. Merid, please mute.

15        You can hear me?  Can you speak?

16             THE WITNESS:  Yes, I can hear you.

17             THE CLERK:  You don't need to unmute.

18        Now speak.

19             THE COURT:  Unmute it then, please.

20             THE CLERK:  All right.  Counsel, you can go --

21             MS. VAN NOTE:  Thank you.  I do apologize for the

22   brief delay.

23             THE COURT:  No problem.

24             MS. VAN NOTE:  Good morning, Mr. Merid.

25             THE CLERK:  He needs to be sworn.
```

1          **MS. VAN NOTE:**  The plaintiff calls Sennai Merid.

2          **THE CLERK:**  Raise your right hand, please.

3          (**MERID, SENNAI,** called as a witness for the plaintiff,

4     having been duly sworn, testified as follows:)

5          **THE WITNESS:**  Yes, I do.

6          **THE CLERK:**  Thank you.  Please state and spell your

7     full name for the record.

8          **THE WITNESS:**  Full name is Sennai Merid.

9     S-E-N-N-A-I.  Last name is M-E-R-I-D.

10          **THE CLERK:**  Thank you.

11                       <u>DIRECT EXAMINATION</u>

12    BY MS. VAN NOTE:

13    **Q.**  Good morning, Mr. Merid.  My name is Laura Van Note.  I

14    will be asking you some questions briefly here this morning.

15         First, have you ever worked for Amazon?

16    **A.**  Yes.

17    **Q.**  And in what position did you work for Amazon?

18    **A.**  I was a shift manager.

19    **Q.**  Does that have a level associated with it?

20    **A.**  Yes.  I believe it's an L3, Level 3.

21    **Q.**  Okay.  Did you ever have a classification of L4?

22    **A.**  I'm sorry.  It might have been actually an L4.  I'm sorry.

23    A shift manager, I believe is -- it is an L4.  My mistake.  It

24    has been a few years.  I apologize.

25    **Q.**  That's okay.  Thank you.

1          What facilities did you hold that position at?

2     **A.**   At DLA2 and DLA7.

3     **Q.**   Are those both delivery centers?

4     **A.**   Correct.  Yes.

5     **Q.**   And did you ever hold any other title besides Level 4

6     shift manager for Amazon?

7     **A.**   No.

8     **Q.**   What dates did you work for Amazon?

9     **A.**   I worked at Amazon from June 2015 until November 2017.

10    **Q.**   Did you receive training when you started with Amazon?

11    **A.**   Yes, I did.

12    **Q.**   Just briefly what training did you receive?

13    **A.**   The training was a -- I went to like a fulfillment center

14    where I watched -- basically watched other functions within

15    other facilities.  Just observed for the most part, and did a

16    little bit of hands-on work.

17    **Q.**   And how long or how many weeks' worth was your training

18    before you started at your station?

19    **A.**   I believe it was a week.

20    **Q.**   And when you started at DLA2, which shift did you work?

21    **A.**   I worked the graveyard overnight shift.

22    **Q.**   Have you ever heard that called the night sort?

23    **A.**   Correct.  Yes.

24    **Q.**   I want to talk to you about the tasks that you would

25    regularly perform on your shift in the night sort.

MERID - DIRECT / VAN NOTE

1    So when you first arrived on your typical shift, what's

2  the first thing you would do?

3  **A.**   Typically we would look to see what our -- the volume of

4  packages that we were going to receive through some software

5  tools that we had, and based on that, we would determine where

6  we would have the assortment of people on the floor.  Or that

7  was actually pretty standard for the most part, but that would

8  essentially determine how many packages that we were receiving

9  that night, and essentially how fast we needed to work to

10  ensure that all the packages were sorted and completed before

11  the end of the night sort.

12  **Q.**   So this process of looking at the expected volume and

13  planning for your shift, how long did that process take?

14  **A.**   Maybe 30 minutes to an hour.

15  **Q.**   And in that time, let's break it down.

16    How much of that time would you say would be shift

17  planning?

18  **A.**   Maybe about 50 percent of that, 75 percent of that time.

19  **Q.**   And the other portion, how would you describe the rest of

20  that time?

21  **A.**   Just -- maybe just like using Excel to like filter -- just

22  filtering through some data to like running some of the

23  reports.

24  **Q.**   Did you have a labor board?

25  **A.**   We did.

1    **Q.**  Was part of your job to fill out the labor board?

2    **A.**  Yes.

3    **Q.**  How long did it take you to fill out the labor board?

4    **A.**  Not very long, maybe five to ten minutes probably.

5    **Q.**  Was there a process that needed to be done to prepare the

6    station before the Tier 1 associates arrived for the sort

7    shift?

8    **A.**  Yes.

9    So based on the reports and the volume that we would

10    determine we would use the labor board, and I would assign

11    where the employees would be essentially on the floor, and

12    then we would set up like these handmade white boards on each

13    one of these carts to determine or sheets of paper on each

14    cart to determine which delivery route each cart would be

15    based on our volume.

16    **Q.**  Did you have --

17    **A.**  I'm sorry.  I'm just making sure that, you know, the carts

18    were set in the right place, which they typically were, but

19    sometimes there may be some that weren't in the correct place

20    from the previous shift.

21    **Q.**  Did you personally move carts into place?

22    **A.**  Yes.

23    **Q.**  How long did that take?

24    **A.**  It could vary depending on the previous shift.  So if the

25    previous shift did a good job, then that could take maybe 10

1   minutes.  If they didn't, it could take maybe 30 minutes or

2   so.

3   **Q.**  And when you say "we would do it," who are you referring

4   to as "we?"

5   **A.**  Myself and my shift assistant.

6   **Q.**  Did you have to move any conveyors or conveyance systems

7   into place?

8   **A.**  Yes.  That was actually part of the initial setup which I

9   didn't mention there as well.

10  **Q.**  Okay.  Tell me about what's involved in the initial setup.

11  **A.**  In addition to the initial setup, so we would have line

12  haul or semi-truck trailers come into the station, and we

13  would direct them.  They would pull up at a dock, we would --

14  I would open the dock, lock in the truck trailer, and then

15  take out some of the pallets and packages, and set them out

16  onto the floor and prepare them for the Tier 1 associates to

17  start.  So that when they started the shift, all the packages

18  and all the pallets were on the floor and ready for them to

19  start.

20       But also in addition to that, we would -- I would have to

21  take some of these conveyors from their staging areas, which

22  can be throughout various parts of the facility, and then move

23  them into the trailer and essentially start by putting like a

24  few packages on there, so that way when the associates came

25  onto the floor, there was no preparation on their part.  It

1    was they would come in and start working.  Like turn on the

2    conveyor, and they start pulling out packages.

3    **Q.**  In this process of staging the packages and setting out

4    the pallets, how long did that take?

5    **A.**  That process could take maybe at least 30 minutes or so.

6    **Q.**  What's the maximum amount of time it would take or you

7    recall it taking?

8    **A.**  It could take -- depending on -- sometimes there was like

9    issues with the trailer.  So we opened up a trailer and

10   packages were, you know, not on the pallets anymore, they had

11   fallen over, or we were having issues with -- if we opened the

12   trailer door and packages were going to fall over, safety

13   issues, so it could vary.  Almost every day is different, but

14   it could take up to an hour.

15   **Q.**  Again, was that something that you were doing along with

16   your shift assistant?

17   **A.**  Correct.  I wouldn't be able to do that on my own.

18   **Q.**  If you didn't have the help of your shift assistant, how

19   long do you think it would take you?

20          **MS. COONEY:**  Objection.

21          **THE COURT:**  Sustained.

22   **BY MS. VAN NOTE:**

23   **Q.**  Did you ever have to do it without your shift assistant?

24   **A.**  I'm sure there were a few times.  I can't remember off the

25   top of my head, but, you know, I know there were some times

1   where -- like I had a shift assistant that wasn't present.

2   **Q.**  In those instances where there was no shift assistant

3   present, how long did it take you to do it by yourselves?

4           **MS. COONEY:**  Objection.

5           **THE COURT:**  Sustained.

6   **BY MS. VAN NOTE:**

7   **Q.**  Do you have a specific recollection of doing this process

8   by yourself at any point?

9   **A.**  Yes, I would say so.  Yeah.

10  **Q.**  In that instance or instances, how long did the process

11  take?

12  **A.**  Anywhere up to an hour and a half.

13  **Q.**  Did you ever have Tier 1 associates come in early so they

14  can help you with this process?

15  **A.**  Yes.

16  **Q.**  How often did you have Tier 1 associates come in to help

17  with that?

18  **A.**  I can't give you a good answer on that.  I can't say how

19  often, but it happened frequently.

20  **Q.**  Was there some period of time where you didn't have the

21  Tier 1s and at some point it changed and they started coming

22  in early?

23          **MS. COONEY:**  Objection.

24          **THE COURT:**  Sustained.

25

```
1    BY MS. VAN NOTE:

2    Q.  Did the practice of having Tier 1 associates come in

3    early, did that change at any time during your time with

4    Amazon?

5              MS. COONEY:  Objection.

6              THE COURT:  Overruled.

7              THE WITNESS:  Can you repeat the question?

8    BY MS. VAN NOTE:

9    Q.  The practice of having the Tier 1 associates come in early

10   that you just mentioned, did that change at any point during

11   your time at Amazon?

12   A.  I don't recall actually.

13   Q.  Is there anything else that's involved in setting up the

14   shift before the sort began that we have not yet discussed?

15             MS. COONEY:  Objection.

16             THE COURT:  Sustained.

17   BY MS. VAN NOTE:

18   Q.  You mentioned that you would prepare the building --

19   prepare the area before the Tier 1 associates arrived so that

20   they could start immediately.

21        My question is, other than what we have already discussed,

22   what other preparations did you personally do so that the sort

23   could begin when they arrived?

24             MS. COONEY:  Objection, Your Honor.

25             THE COURT:  Overruled.
```

1        **THE WITNESS:**  I would take, you know, using a pallet

2   jack if we had pallets in the building, remove all the pallets

3   and take them to our pallet area, which is outside of the

4   building.

5        In addition to that, you know, setting up the carts

6   with -- there was like a grate on the back of the carts, so I

7   made sure all the zip ties are correct and set up.

8        And then setting up at the end of each -- at the end of

9   our sortation line, there was a -- called an overflow box.

10  And setting that up so it would take a large cardboard,

11  gaylord is what we called it, set it up at the end of the --

12  with the pallet at the end of the sortation line.  And set

13  that up for the associates to put packages in during the shift

14  if it had become overflow or somebody didn't pick it up off

15  the sortation line.

16  **Q.**  This process of moving pallets, how often did you do that?

17  **A.**  Every day.

18  **Q.**  How long did that process take?

19  **A.**  Depending on how many pallets were in the building, so we

20  would take, you know, stacks of 10 pallets.  So we would put

21  10 pallets on top of each other, and then walk it out to

22  the -- outside of the building which is a good few hundred

23  feet away.  It could take maybe 15 minutes or so.

24  **Q.**  The next thing you mentioned was setting up carts.  Is

25  that something you did for every shift?

1    **A.**  Correct.

2    **Q.**  How long did that process take?

3    **A.**  They would vary.  Just depending on, you know, the status

4    of where the carts were left the previous shift and if the

5    carts were in good shape.  So it can be anywhere from 15

6    minutes to 30 minutes just depending on the situation.

7    **Q.**  And you mentioned grates.  Is that separate from the carts

8    or are grates part of the cart?

9    **A.**  It's part of the cart.  Actually it's like a netting that

10   we zip tied on the back of the carts.  With wear and tear,

11   they essentially deteriorate or rip.  So we had to add new

12   netting or add new zip ties so the packages can stay on the

13   cart.

14   **Q.**  How often would you have to either add new netting or

15   repair those carts?

16   **A.**  Maybe a couple times a week.  I mean, there were a lot of

17   carts in the building so not all of them would need to be

18   repaired all the time.  It may be one or two a night, maybe.

19   **Q.**  And for just -- let's say for one cart, if you are

20   repairing the grate, how long would that process take?

21   **A.**  It could vary.  So if I'm replacing the whole netting, it

22   could take maybe 10 minutes.  If I am just fixing one piece

23   and adding a zip tie, that could take a couple of minutes.

24   **Q.**  Okay.  Then you mentioned that the overflow box or the

25   gaylord and putting that into place.

1          How often did you do that?

2     **A.**   That was every night.

3     **Q.**   How long did that process take?

4     **A.**   That could vary depending on if we already had an

5     overflow -- like a cardboard box ready.  So if we already had

6     a cardboard box that was ready and empty, that could take five

7     minutes.  However, sometimes I would have to unload packages

8     from a gaylord to build one, so that could take maybe 10, 15

9     minutes.

10    **Q.**   Is there anything else other than what we have now

11    discussed that you did before the Tier 1 associates would

12    arrive?

13              **MS. COONEY:**   Objection, Your Honor, asked and

14    answered.

15              **THE COURT:**   Sustained.

16    **BY MS. VAN NOTE:**

17    **Q.**   Are you familiar with the term "stand-up meeting?"

18    **A.**   Yes.

19    **Q.**   What is a stand-up meeting?

20    **A.**   A stand-up meeting was a meeting that we held every night

21    prior to the start of shift, or I guess at the start of shift

22    once the shift began.  And it would just review, you know,

23    myself, as the manager, would read some safety tips, would

24    talk through the volume that we had, and we would review the

25    labor board.

1    **Q.**  How long did the stand-up meetings last?

2    **A.**  Five to 15 minutes.

3    **Q.**  How many stand-up meetings would you have per shift?

4    **A.**  Typically one that would be at the start of shift.

5    Sometimes you would have one returning from one of their

6    breaks -- their lunch break.  Most often just one.

7    **Q.**  How often, let's say in a given week, would you have two

8    stand-up meetings?

9    **A.**  I would say we did that maybe once a month at most.

10   **Q.**  Did your job involve preparing reports at all?

11   **A.**  Yes.

12   **Q.**  What reports did you prepare?

13   **A.**  So at the end of the night I had a shift report, which is

14   essentially a report of the performance of the shift.  And it

15   was a handoff, essentially, to the next shift.  So letting the

16   next shift coming on, like the status of the shift and the

17   status of the packages that we sorted.

18   **Q.**  What information went into the handoff report?

19   **A.**  On the report it was how many packages we sorted, how many

20   line hauls we sorted -- how many -- what time they arrived,

21   any issues that we had, throughput, which was essentially the

22   volume or the speed of the throughput, or the speed of the

23   amount of packages that we sorted per hour.

24   **Q.**  For the raw data that you were inputting, where would you

25   get that information?

1    **A.**  We would export that data from the software that we had.

2    **Q.**  How long did the process take for you to export that data

3    and put it into this report?

4    **A.**  The report would take probably a total of maybe a 45

5    minutes.  It would just depend.  I would try to work on it

6    throughout the shift so that way at the end of the mornings, I

7    wouldn't spend the morning time at the end of the shift

8    working on it.

9    **Q.**  Do you think that you became more efficient or faster at

10   completing that report the more times you did it?

11            **MS. COONEY:**  Objection, Your Honor.

12            **THE COURT:**  Sustained.  Sustained.

13   **BY MS. VAN NOTE:**

14   **Q.**  You mentioned that on average it would take 45 minutes.

15   My question is, did it ever take less than 45 minutes?

16   **A.**  Yes.

17   **Q.**  What is the minimum amount of time you would say you were

18   able to complete one?

19   **A.**  Maybe 15 minutes or so.  Maybe even less.  I mean,

20   sometimes it would just depend on the information there and if

21   it was a smooth shift and there wasn't very much information

22   that needed to be provided, I could just provide basic data

23   without, you know, additional context.

24   **Q.**  Now during your shift, after the sort had started, what

25   would you -- what would you be doing while the sort was

1   actually going on?

2   **A.**  During the sort, I would monitor the flow of the volume of

3   packages so just to ensure that we would complete the shift on

4   time.  So say we had 20,000 packages to sort a night, we had

5   four hours, I had to ensure that we were sorting at least

6   5,000 packages per hour.

7       Also monitoring some of the employees to make sure they

8   were doing their job, but also I would do sorting as well.

9   Oftentimes helping the associates with, you know, taking

10  pallets out of the line hauls.  Any time there was a line haul

11  that needed to -- we finished sorting, I would assist with

12  pulling out some of the conveyors in the line hauls and then

13  putting them into the new ones, or, you know, working with the

14  line-haul drivers to ensure that they were going to the

15  correct docks.

16      But, you know, any time there was -- you know, just

17  essentially assisting on the floor.  It was very hands on.  It

18  really required us to be hands on.

19  **Q.**  You mentioned that you would participate in the sorting.

20  On average, how much time did you spend actually participating

21  in the sorting?

22  **A.**  It would honestly vary.  So, you know, there could be

23  nights where I would spend several hours and there could be

24  nights where I would spend less than an hour.  It just

25  depended on several things such as attendance or if, you know,

```
 1    trucks were arriving late.

 2    Q.  You said that the amount of time you would spend sorting

 3    depended on attendance.  Why is that?

 4    A.  We really ran like a lean operation.  So we -- our

 5    attendance, what -- we essentially had just enough people to

 6    run the operation.  If we had some people who were absent or

 7    weren't going to show up, you know, myself or my shift

 8    assistant would have to help pick up, you know, that volume

 9    that the other person was planning to do.

10    Q.  Was it common that you would have associates not show up

11    for their shift?

12    A.  Yeah, those are common.

13    Q.  Did you have any input in setting the number of labor, the

14    number of associates that you would get?

15    A.  No, not really.  Not that I recall.

16    Q.  Do you recall ever complaining to a manager or saying that

17    you felt you didn't have enough labor?

18           MS. COONEY:  Objection, Your Honor.

19           THE COURT:  Sustained.

20    BY MS. VAN NOTE:

21    Q.  Were there times you felt you did not have enough labor?

22    A.  Yes.

23    Q.  And what did you do to address that problem?

24           MS. COONEY:  Objection, Your Honor.

25           THE COURT:  Sustained.
```

**BY MS. VAN NOTE:**

**Q.**  Did you do anything to address that problem?

**A.**  Yes.  I requested more labor from my managers, but also from our third-party -- third-party temp service that we used for employees.

**Q.**  When you requested additional labor, were you given that additional labor?

**A.**  Not that I recall.  I really don't remember how -- what the outcome of that was.  I know that we typically had attendance issues.

**Q.**  After the sort was completed, and the Tier 1 associates were finished for their day, what tasks would you then need to perform?

**A.**  So the night sort typically overlapped with the morning. There was another shift that would come in, but after the night sort left, I was responsible for ensuring that all the packages went out with all of our drivers in the morning.

So ensuring that all of their carts were in the right place in the right floor, you know, that no packages were left behind, ensuring that, you know, the conveyors were all in the right place, any packages that were left behind needed to be placed in the specific place for the next shift, complete the handoff report.

**Q.**  You said that one of the things you did was make sure the conveyors were in the right spot.

1         Would you personally move the conveyors to put them in the

2    right spot?

3              **MS. COONEY:**  Objection, Your Honor.

4              **THE COURT:**  Sustained.

5    **BY MS. VAN NOTE:**

6    **Q.**  What did you do to ensure the conveyors were in the right

7    spot?

8    **A.**  I would just -- we had a specific area marked for them.

9    So sometimes depending on if, you know, the shift ended prior

10   to the Tier 1 associates, you know, being able to put that

11   away, I would put that away myself.

12   **Q.**  How often would you say you put that away yourself?

13   **A.**  I would say I assisted the Tier 1 associates probably at

14   least half the time, but on my own, I would say not

15   frequently.

16   **Q.**  You said also one of the things you did was to make sure

17   that the routes were handed out; is that correct?

18   **A.**  Correct.

19   **Q.**  Can you explain to me what that means?

20   **A.**  So each cart is essentially what we call the route.  So a

21   route is a delivery driver's route.  So each cart or there

22   could be a series of carts that would belong to one specific

23   delivery driver's route.

24        So a delivery driver would be assigned to a specific dock

25   or specific area within the station to park, and these carts

1    were aligned to a specific driver.  So I needed to ensure that

2    each one of the carts that belonged to a specific driver

3    needed to be in the right place at the right time and that the

4    driver took all of the packages.

5    **Q.**  How much time would that process take you?

6    **A.**  That entire process was usually a two-hour process.

7    **Q.**  Did you have the assistance of anyone else in completing

8    that process?

9    **A.**  I did.

10   **Q.**  Who?

11   **A.**  It was a mix of Tier 1 associates and my shift assistant.

12   **Q.**  Within this, I'll call it the process of handing out the

13   routes, were there different things that you were doing than

14   what the Tier 1 associates were doing in completing that

15   process?

16   **A.**  Not very much.  I would say we were essentially all

17   working together to ensure all the routes got to the right

18   place.

19   **Q.**  Was there ever a time that while you worked for Amazon

20   that the Tier 1 associates, to your knowledge, worked for a

21   staffing agency?

22   **A.**  Yes.  That's correct.

23   **Q.**  Did that change at any point during your employment?

24   **A.**  It did.

25   **Q.**  Have you ever heard the term "co-employment?"

1   **A.**   Yes.

2   **Q.**   Can you tell me what you understand that to mean?

3   **A.**   Co-employment, from what I understand, is essentially the

4   regulations are working with a third-party contractor that's

5   performing the work for your entity or business.

6   **Q.**   Were you provided training by Amazon on co-employment?

7   **A.**   I don't recall.  I can't specifically remember any like

8   specific training to be honest.

9   **Q.**   Do you recall there being rules or policies with regard to

10  how you interacted with these Tier 1 associates because they

11  were from a staffing agency?

12          **MS. COONEY:**  Objection, Your Honor.

13          **THE WITNESS:**  Yes, I did.

14          **THE COURT:**  Just a moment.

15      Sustained.

16          **THE WITNESS:**  Sorry.

17  **BY MS. VAN NOTE:**

18  **Q.**   Did the staffing agency provide a coach or someone else

19  with a sort of a supervisory role over those Tier 1

20  associates?

21          **MS. COONEY:**  Objection, Your Honor.

22          **THE COURT:**  Sustained.

23  **BY MS. VAN NOTE:**

24  **Q.**   Other than the Tier 1 associates, were there other

25  employees that you worked directly with from the staffing

1    agency?

2    **A.**   Yes.

3    **Q.**   What is the title of those people, if you know?

4    **A.**   I don't remember the specific title, but it was something

5    along the lines of a coach or a supervisor.

6    **Q.**   Did you have interactions with the coach or the

7    supervisor?

8    **A.**   Yes.

9    **Q.**   Under what circumstances would you need to interact with

10   the coach?

11   **A.**   You know, the coach, I mean from what I remember, the

12   coach -- it was almost a level higher.  I don't remember the

13   coach doing much other than what the other employees were

14   doing.  They worked on the floor just as well as any other

15   Tier 1 associates.

16   **Q.**   If you had an issue with a Tier 1 associate that you

17   needed to correct or address, again, we are talking about when

18   they worked for the staffing agencies, how would you go about

19   addressing that issue with the Tier 1 associate?

20   **A.**   You know, I would directly coach them myself.

21   **Q.**   Okay.

22       And at some point, I believe you told me the Tier 1

23   associates became employees of Amazon.  My question is, when

24   that happened, did it change the process you just described

25   for how you would address issues or do coaching?

MERID - DIRECT / VAN NOTE

1    **A.**   So, in terms of -- in terms of coaching, like on-the-spot

2    coaching, that did not change.  But in terms of discipline, we

3    were able to follow like a disciplinary process when they

4    became Amazon employees, but, you know, as staffing

5    third-party contracted employees, I couldn't actually

6    discipline them, but I could provide coaching.

7    **Q.**   In your job as an L4 shift manager, did you ever have

8    occasion to see or work directly with other L4 shift managers?

9    **A.**   Yes.

10   **Q.**   On what occasion would that be?

11   **A.**   On Wednesdays we would have what is called an overlap

12   shift, I think it's called, typically when there was two shift

13   managers working together.

14   **Q.**   And on those Wednesdays when there would be two shift

15   managers, did you observe what the other L4 shift manager was

16   doing during that shift?

17   **A.**   We would work together so I would say I was observing.

18   **Q.**   And did you observe the L4 shift managers performing

19   different tasks than the ones you would on your shifts?

20   **A.**   No.

21   **Q.**   You've now testified to a few different manual labor type

22   tasks that you would regularly perform.  Can you give me an

23   estimate of either an amount of time or percentage that you

24   would regularly perform those manual labor tasks during your

25   shift?

1    **A.**  I would say at least maybe 30 percent of the shift, a

2    quarter of the shift was -- there was like manual labor.

3    **Q.**  Okay.  And you also --

4    **A.**  Just depending on -- depending on the night.

5    **Q.**  Okay.  And you also mentioned preparing reports.  How much

6    time, if you can give it a percentage, would you say you spent

7    preparing reports?

8              **MS. COONEY:**  Objection, Your Honor, asked and

9    answered.

10             **THE COURT:**  Sustained.

11   BY MS. VAN NOTE:

12   **Q.**  Well, we talked earlier about the handoff report.  Are

13   there other reports that you had to prepare?

14   **A.**  I don't remember any other reports.

15   **Q.**  So the estimate you gave me for the handoff report, that

16   would include everything?

17   **A.**  Correct.

18   **Q.**  And how much time on a given shift would you spend either

19   assigning labor or reallocating labor?

20   **A.**  Assigning labor took about maybe anywhere from five to

21   maybe 15 minutes.

22        Allocating labor, reallocating labor, I can't really give

23   an answer on that.  I'm not really sure.

24   **Q.**  Let me see if I can define that for you.

25        For example, once you had given the associates their

1    initial place, was there ever instances where you needed to

2    move them to some other area during a shift?

3    **A.**   Yes.  That would happen if we had attendance issues.

4        So if we planned to have 20 people, and only 18 showed up,

5    we would have to essentially move the staff around to help

6    cover for some of those areas.

7        So I would say -- and not every night it required some

8    reallocation, but when there were issues, we had to

9    reallocate.  So reallocation took maybe 10 minutes.

10   **Q.**   Okay.

11       Were you ever told by anyone at Amazon that you were

12   entitled to take a 30-minute meal period?

13   **A.**   Yes.

14   **Q.**   And who told you that?

15   **A.**   I don't remember anyone specifically.

16   **Q.**   So when you say you believe you were told that, what is

17   that based on?

18   **A.**   Maybe culture.  I think it is something that I knew but I

19   don't remember the specific -- maybe in the early training

20   they told me, but I don't remember specifically like the

21   person that told me I have, you know, a 30-minute lunch break.

22   **Q.**   Did you ever clock in or out while you worked for Amazon?

23   **A.**   No.

24   **Q.**   Did you ever track the hours that you worked?

25   **A.**   No.

MERID – DIRECT / VAN NOTE

```
1    Q.  Based on your recollection, did you ever work more than 40

2    hours?

3    A.  Yes.

4    Q.  How often would you say you worked more than 40 hours?

5    A.  Every week.

6    Q.  Did you have any difficulty meeting the physical demands

7    of this job?

8    A.  No.

9    Q.  Would you describe it as physically demanding?

10   A.  Very demanding, yes.

11   Q.  You mentioned earlier you regularly would spend time

12   sorting boxes in the path.  My question is, why did you sort

13   those boxes?  What was the purpose behind you doing that

14   activity?

15   A.  The main purpose was to ensure that we finished on time.

16   Q.  And in your experience, by you getting into the path and

17   sorting the boxes, were you able to be successful in

18   completing your shift on time?

19         MS. COONEY:  Objection, Your Honor.

20         THE COURT:  Sustained.

21   BY MS. VAN NOTE:

22   Q.  Were you typically able to complete your shift duties on

23   time?

24   A.  Yes.

25   Q.  Do you believe that you getting involved in the sortation
```

1    helped you to do that?

2            **MS. COONEY:**  Objection, Your Honor.

3            **THE COURT:**  Just a moment.

4        Sustained.

5            **MS. VAN NOTE:**  No further questions.

6            **THE COURT:**  Thank you.

7        You may cross-examine.

8            **MS. COONEY:**  Thank you, Your Honor.

9                    **<u>CROSS-EXAMINATION</u>**

10   BY MS. COONEY:

11   **Q.**  Good morning, Mr. Merid.  My name is Megan Cooney and I'm

12   an attorney for Amazon.  We've met once before when you gave a

13   deposition in this case.

14       Do you recall that?

15   **A.**  I do.

16   **Q.**  Mr. Merid, you don't know Michael Ortiz, do you?

17   **A.**  No, I don't.

18   **Q.**  You've never met him, right?

19   **A.**  I have not.

20   **Q.**  And you were never the night sort shift manager at a

21   delivery station called DSF4, were you?

22   **A.**  No, I was not.

23   **Q.**  You were never a night sort shift manager at a station

24   called DLA5, were you?

25   **A.**  No.

MERID – CROSS / COONEY

1    **Q.**  And you were never a night sort shift manager at DLA6,

2    right?

3    **A.**  No, I was not.

4    **Q.**  And you never worked at any of those stations --

5              **MS. COONEY:**  Excuse me.  DSF4.  I believe I misspoke.

6              **THE COURT:**  Why don't you restate the question,

7    Ms. Cooney.

8              **MS. COONEY:**  Yes.  Thank you, Your Honor.

9              **THE COURT:**  Thank you.

10   **BY MS. COONEY:**

11   **Q.**  Mr. Merid, you never worked at DSF4; is that correct?

12   **A.**  Correct.

13   **Q.**  And you never worked at DSF5, correct?

14   **A.**  Correct.

15   **Q.**  And you never worked at DSF6, correct?

16   **A.**  Correct.

17   **Q.**  Mr. Merid, during your testimony you stated that there

18   were about 18 to 20 Tier 1 associates on your sort shifts at

19   DLA2 and DLA7.

20       Did I get that right?

21   **A.**  I think I used that as an example.  But for DLA2,

22   depending on the time, that could have been the shift size,

23   but it would vary.

24   **Q.**  But that --

25   **A.**  And DLA7 we could have -- I'm sorry.  At one point in time

1   we probably did have that, but I use that number 20 as like an

2   example for attendance.

3   **Q.** That is a fair example of how many associates you would

4   have on your sort shift; you would agree with that?

5   **A.** At one point in time, yes.

6   **Q.** Mr. Merid, you told Ms. Van Note that one of the reasons

7   why you worked in the path to sort packages was to ensure that

8   things finished on time.

9       Do you remember that?

10  **A.** Yes.

11  **Q.** Wasn't one of your other purposes in doing that that you

12  wanted to lead by example?

13  **A.** I would say that's a -- yeah, I would say that's an

14  example of doing it as well, but essentially the main purpose

15  is to ensure that the shift is finished on time.

16  **Q.** And you had another purpose which was to ensure the

17  quality of the station, correct?

18  **A.** Yes.

19  **Q.** And another purpose you had was you wanted to make sure

20  that Amazon Logistics was up to and beyond what was expected,

21  correct?

22  **A.** I don't remember stating that, but that does follow with,

23  I guess, my values and what I believe.

24  **Q.** In fact, you treated your delivery stations as your own

25  personal business, didn't you?

1   **A.**   I would say so, yeah.

2   **Q.**   And you mentioned your shift assistant while you were

3   giving your testimony with Ms. Van Note.

4       Do you have a shift assistant named Ernie?

5   **A.**   I did.

6   **Q.**   And you spent time training Ernie in his role, didn't you?

7   **A.**   I did, yes.

8   **Q.**   And you tried to teach him to learn and be curious, right?

9   **A.**   I'm not sure exactly what you're specifying there.

10  **Q.**   Well --

11  **A.**   I mean I did try to train him to be -- excel at the job.

12  I don't remember the specifics.

13      I don't know if you are quoting something I said, but

14  either way I did train him to try and perform well on the job.

15  **Q.**   Specifically you trained him to have knowledge and tools

16  to effective manage associates while also managing an

17  operation always looking for a process to innovate or

18  simplify; is that correct?

19  **A.**   Yes.

20  **Q.**   Ultimately you were training him to be a successful shift

21  manager, right?

22  **A.**   Yes.

23          **MS. COONEY:**   If I may have a moment, Your Honor?

24          **THE COURT:**   Of course.

25          **MS. COONEY:**   Thank you.

```
 1                      (Pause in the proceedings.)
 2    BY MS. COONEY:
 3    Q.  Mr. Merid, in order to be a successful shift manager who's
 4    effectively managing associates while also managing an
 5    operation, you needed to continuously observe what the
 6    associates were doing while they were working, right?
 7    A.  Correct.
 8    Q.  And so when you were sorting packages, you were also
 9    continuously observing the associates in how they were
10    performing their tasks.  You would agree with that?
11    A.  To the best of my ability, yes.
12            MS. COONEY:  At this time I would like to pull up
13    what we've marked as Exhibit 175.
14            THE COURT:  Very well.
15            THE CLERK:  John, would you like to share your
16    computer?
17        Is this previously admitted?
18            MS. COONEY:  This is not previously admitted.
19            THE COURT:  So has it been admitted by stipulation,
20    Ms. Cooney, or is it just a new exhibit?
21            MS. COONEY:  It has not.  It is a new exhibit, Your
22    Honor.
23            THE COURT:  Mark it.  It will be marked.
24            THE CLERK:  It is not even on the exhibit list, Your
25    Honor.
```

1            THE COURT:  This is cross-examination material?

2            MS. COONEY:  Yes, Your Honor.

3            THE COURT:  I see you standing.  I have all this

4    glass here, hall of mirrors.

5        Yes.

6            MS. VAN NOTE:  Well, Your Honor, I would just like to

7    see the document.  I don't know what it is.  It hasn't been

8    identified.

9            THE COURT:  As a courtesy, do you have a copy?

10            MS. COONEY:  Yes, I do.

11            THE COURT:  Thank you.

12            MS. COONEY:  Would the Court like a copy as well?

13            THE COURT:  No -- if you're going to be marking it or

14    doing whatever you are doing, it will come up on the screen

15    electronically.

16            THE CLERK:  Can we have her noting, please, counsel

17    identify the document for the record?

18            THE COURT:  Identify the record by descriptive terms

19    what this document is so the record will reflect what you are

20    referring to.

21            MS. COONEY:  Yes, Your Honor.  Thank you.

22    BY MS. COONEY:

23    Q.  So, Mr. Merid, I wanted to ask you about Trial Exhibit 175

24    which is a 2015 to 2016 manager review for Sennai Merid.

25            THE COURT:  All right.  Okay.  Please give

1    Ms. Van Note an opportunity to review it.  And then we will

2    see what you have to say, but of course, I will say,

3    Ms. Van Note, unless and until Ms. Cooney attempts to admit

4    the document, any objection might be premature.  But to the

5    extent that you're concerned about -- by her foundational

6    questions Ms. Cooney may get into the substance, you can

7    object to at this point.

8              **MS. VAN NOTE:**  Yes, Your Honor.

9                   (Pause in the proceedings.)

10             **MS. COONEY:**  May I proceed, Your Honor?

11             **THE COURT:**  You may proceed.  Go ahead.  Sorry.

12             **MS. COONEY:**  Thank you.

13                   (Displayed on screen.)

14   **BY MS. COONEY:**

15   **Q.**  So, Mr. Merid, we pulled what has been marked as Trial

16   Exhibit 175 onto the screen.

17        Do you recognize this document?

18   **A.**  Yes, I do.

19   **Q.**  And you recognize this to be your 2015 to 2016 manager

20   review?

21   **A.**  Honestly very vaguely.  I don't really -- I remember doing

22   a review.  To be honest I don't remember like the details just

23   due to the time frame of how long it has been.

24   **Q.**  Is that your name under the words "manager review?"

25   **A.**  Yes.

1    **Q.**  And where it says "manager", it says Hazem Abdel Malek.

2        Was that your manager at the time?

3    **A.**  It was.

4    **Q.**  Do you have any reason to believe that this is not an

5    accurate copy of your performance review from 2015 to 2016?

6    **A.**  No, I don't.

7        **MS. COONEY:**  All right.  At this time I would like to

8    move this exhibit into evidence, Trial Exhibit 175.

9        **THE COURT:**  Any objection?

10       **MS. VAN NOTE:**  Yes.  Objection, hearsay.

11       **THE COURT:**  Response?

12       **MS. COONEY:**  Your Honor, it's a business record

13   reflecting Mr. Merid's performance evaluation from 2015 to

14   2016.

15       **THE COURT:**  Well, that doesn't cure the problem.  You

16   can't make -- I accept your representation, but there's no

17   evidence this meets the business records exception or

18   exception to the hearsay rule.

19       So I will sustain the objection.

20       However, if you want to ask him questions about the

21   substance of the document without putting it in evidence about

22   whether certain things happened, or whether he is aware of

23   certain things, I will allow that.  But I think the objection

24   by plaintiff is well-taken that this is hearsay.  There is no

25   exception as to which a foundation has been laid for its

1     admissibility.  It doesn't meet any other -- it's not a prior

2     inconsistent statement.  I don't see any other exception.

3         I'm probably giving you too much information anyway, but I

4     will sustain the objection, but I will not prevent you from

5     using the substance of it, and I will listen to any objections

6     that the plaintiff wishes to make question by question.

7         The objection is sustained.  The exhibit will not be

8     received.

9             **MS. COONEY:**  Thank you, Your Honor.

10    **BY MS. COONEY:**

11    **Q.**  Mr. Merid, you testified with Ms. Van Note that you

12    performed setup functions at the beginning of the shift,

13    right?

14    **A.**  Correct.

15    **Q.**  Let's look down at the third paragraph under the employee

16    summary.  The last sentence.  It says, "Nightly Ernie sets up

17    the dock for associates and starts scanning and sorting

18    packages immediately after stand-up without any delay."

19        Do you see that?

20    **A.**  Yes.

21    **Q.**  That's something that Ernie, your assistant did, correct?

22    **A.**  I also mentioned to Ms. Van Note that is something we did

23    together.

24    **Q.**  Does it say in the sentence that you did it with him?

25    **A.**  This sentence does not say that.

MERID – CROSS / COONEY

1    **Q.**  Do you see anything in this paragraph that says you did it

2    with him?

3    **A.**  I don't.

4    **Q.**  Mr. Merid, I want to turn your attention to the second

5    page of this document.  Under the point 2, under employee

6    summary on this page.  It says, "Ownership:  As a shift

7    manager here at DLA2 I treat the station as my own personal

8    business.  There is no job below me.  I often fill in and work

9    in rolls alongside SMX associates to lead by example and

10   ensure the quality of the station and AMZL is up to and beyond

11   what is expected of us as a station."

12       Do you see that?

13   **A.**  Yes.

14   **Q.**  And do you see anywhere in there where it says your

15   purpose in working alongside associates was to make sure

16   things got done?

17          **MS. VAN NOTE:**  Objection.

18          **THE COURT:**  Sustained.

19   **BY MS. COONEY:**

20   **Q.**  Mr. Merid, does it say anywhere in there that the purpose

21   for your work in working alongside associates was to make sure

22   work got completed?

23          **MS. VAN NOTE:**  Objection.

24          **THE COURT:**  Sustained.

25

1  **BY MS. COONEY:**

2  **Q.**  Mr. Merid, you were truthful when you completed this

3  performance evaluation of yourself in 2015, weren't you?

4  **MS. VAN NOTE:**  Objection.

5  **THE COURT:**  Overruled.

6  **THE WITNESS:**  Yes.

7  **MS. COONEY:**  Your Honor, if I may have one moment?

8  **THE COURT:**  Of course.

9  **MS. COONEY:**  Thank you.

10  (Pause in the proceedings.)

11  **BY MS. COONEY:**

12  **Q.**  Mr. Merid, I want to go back to the first page of this

13  performance review of yours from 2015 and 2016.  And in the

14  first paragraph, under employee summary, the second sentence

15  says, "Every day I am learning and striving to increase the

16  breadth of my knowledge and management skills to improve the

17  overall performance of my team and DLA2 as a station."

18  Do you see that?

19  **MS. VAN NOTE:**  Objection.

20  **THE COURT:**  Overruled.

21  **THE WITNESS:**  Yes, I do see that.

22  **BY MS. COONEY:**

23  **Q.**  And that was accurate, right?  You were working every day

24  to learn and strive to increase the breadth of your knowledge

25  and management skills to improve the overall performance of

1    your team and DLA2 as a station.

2        Do you see that?

3            **THE COURT:**  Just a moment.  Just a moment.  We're

4    going about this backwards, counsel.  You can ask him if

5    certain things are true without regard to the document.  And

6    if he says, yes, then you're stuck with his answer.  If he

7    says no, perhaps you can lay a foundation for an inconsistent

8    statement if this is his -- if he adopts this statement.

9        I'm going to anticipatorily sustain Ms. Van Note's

10   objection.  I'm sure it would have been very eloquent and

11   appropriate.  Whatever it was, I sustain it.  And please go

12   about this the right way.

13       It's not in evidence so you can't refer to it per se

14   unless you lay a foundation by asking him the fact that may be

15   contained therein, and of course what I'm saying now is

16   advisory, Ms. Van Note.  So if you still wish to object, I'm

17   not a fountain full of knowledge, you can certainly object.

18           **MS. VAN NOTE:**  I think you have it covered, Your

19   Honor.

20           **THE COURT:**  Do it correctly, please.

21           **MS. COONEY:**  Yes.  Thank you, Your Honor.

22           **THE COURT:**  And also the document should not be

23   published at this point.  Because if there was a trier of

24   fact, as I am, I shouldn't be seeing it.  I haven't read it.

25   It has been alluded to in the record.  So go ahead.

```
 1              MS. COONEY:  Thank you, Your Honor.

 2    BY MS. COONEY:

 3    Q.  Mr. Merid, was it your goal to always innovate and

 4    simplify processes to remove as much human error as possible?

 5    A.  Yes.  That was always my goal.  I wouldn't be doing my job

 6    otherwise.

 7    Q.  And as a shift manager, you insisted on the highest

 8    standards and trained associates on how to be as efficient as

 9    possible in their work while they maintain a high level of

10    quality, correct?

11    A.  Correct.

12    Q.  That included training associates on the most efficient

13    tote and dolly placement, right?

14    A.  Correct.

15    Q.  And on training them on a one piece flow pre-depart

16    sequence, right?

17    A.  Correct.

18    Q.  And holding them responsible for ensuring that routes were

19    pre-departed and sequenced correctly, right?

20    A.  Correct.

21    Q.  And it involved holding associates accountable for

22    missorts so that they developed a sense of ownership in their

23    work, right?

24    A.  Yes, that's correct.

25    Q.  And all of that training that you provided to associates
```

 1   furthered the quality of the night sort operation; isn't that

 2   right?

 3   **A.**   Correct.

 4   **Q.**   And you created process improvements while you were

 5   working at DLA2 as a shift manager; isn't that right,

 6   Mr. Merid?

 7   **A.**   Yes, that's correct.

 8   **Q.**   And one of those was the -- an improvement on the

 9   parcel-not-on-van defects per million metric, wasn't it?

10   **A.**   Correct.

11   **Q.**   Prior to you coming on board, the defects per million for

12   parcels not on van was high, and you, through your work,

13   implementing a new process, reduced that to as low as zero on

14   some shifts, correct?

15   **A.**   Yes, that's correct.

16   **Q.**   And when the contract associates that you mentioned

17   switched over to Amazon employees, you managed to maintain the

18   quality of your delivery station while also onboarding those

19   new employees; isn't that right?

20   **A.**   Yes, that's correct.

21   **Q.**   And isn't it true, Mr. Merid, that you believed that

22   maintaining the high level of quality through training

23   associates and watching out for quality errors was what was

24   going to continue to allow Amazon Logistics to grow as a

25   business?

1    **A.**  Yes.

2         **MS. COONEY:**  I have no further questions.

3         **THE COURT:**  Thank you, counsel.

4    You may recross if you wish -- I'm sorry, redirect.  Thank

5    you.

6         **MS. VAN NOTE:**  Yes, Your Honor, thank you.  This will

7    be very brief.

8                    <u>**REDIRECT EXAMINATION**</u>

9    **BY MS. VAN NOTE:**

10   **Q.**  Mr. Merid, Ms. Cooney just asked you about training that

11   you provided to the Tier 1 associates.

12        Did you spend time training the associates on every shift?

13   **A.**  No, not every shift.

14   **Q.**  How often would you say that you spent time training

15   associates?

16   **A.**  It wouldn't happen frequently.  It was typically only when

17   maybe there was somebody causing a significant amount of

18   issues.  Most of the training would take place just by pairing

19   up another Tier 1 with another Tier 1, and they would just

20   observe.  But mostly training was not handled by me, it was

21   done mostly by other Tier 1 associates.

22   **Q.**  Was there anyone by the title of Learning Coordinator, or

23   have you heard the term "Learning Coordinator?"

24   **A.**  Yes.

25   **Q.**  What did the learning coordinator do?

MERID - REDIRECT / VAN NOTE

1   **A.**   The learning coordinator essentially -- I can't remember

2   the specific items that the learning coordinator reviewed with

3   them, it was typically onboarding.  The learning coordinator

4   didn't really do much of the -- in-the-warehouse training.

5   **Q.**   Did you have any role in onboarding new employees?

6   **A.**   Mostly just getting them started with -- as far as I

7   remember, I think -- to be honest, I can't remember what my

8   part was in onboarding.  I just remember setting them up with

9   people to pair them up to do training with.  That's as far as

10  I can remember as far as onboarding.

11  **Q.**   You mentioned pairing them up.  Who would new associates

12  be paired up with?

13  **A.**   Most -- usually tenured associates are oftentimes like the

14  coach, if we had -- when we were using third-party temp

15  company, pair them up with a coach or other tenured

16  associates, Tier 1s.

17  **Q.**   One of the other things Ms. Cooney asked you about was

18  process improvements.  How much time did you spend on process

19  improvements on an average shift?

20  **A.**   I would say on an average, you know, none -- I mean, some

21  of the process improvements would be smaller minute, but most

22  of the time we were focused on just working through the shift

23  and getting it done.  So there wasn't always -- there were

24  some process improvements that happened, but, you know,

25  process improvements didn't take place every shift or I

1    couldn't average it to a time per shift.

2    **Q.**  Okay.

3              **MS. VAN NOTE:**  No further questions.

4              **THE COURT:**  Anything further, Ms. Cooney?

5              **MS. COONEY:**  No, Your Honor.

6              **THE COURT:**  Very well.  Thank you.  The witness is

7    excused.  Thank you, sir.  Appreciate it.  And maybe perhaps

8    you could -- do you have any more witnesses?

9              **MS. VAN NOTE:**  Your Honor, we will not be calling any

10   further witnesses.  We have an agreement with defendants'

11   counsel that they will be calling Mr. Nevado who is listed as

12   a case-in-chief witness for the plaintiff.

13       So in the sense that we're finished calling our witnesses,

14   but I can't say that we rest at this time.

15             **THE COURT:**  Fair enough.  I appreciate counsel coming

16   to that agreement.

17       So whichever counsel on Amazon's side is handling this, is

18   the witness ready to be -- Mr. Nevado ready to be called?

19             **MR. HAMBURGER:**  We have another witness before

20   Mr. Nevado.

21             **THE COURT:**  Oh, okay.

22             **MR. HAMBURGER:**  Ms. Bania.

23             **THE COURT:**  Is this person ready to go?

24             **MR. HAMBURGER:**  I believe so.

25             **THE COURT:**  Okay.  We will take our break about

```
 1      12:15.
 2              THE CLERK:  I don't have her in the waiting room.
 3              MR. HAMBURGER:  I understand she is joining now.
 4                      (Pause in the proceedings.)
 5              THE WITNESS:  Hello.
 6              THE CLERK:  Hello.
 7              THE WITNESS:  How are you?  Can you all hear me okay?
 8              THE COURT:  We can.
 9          Would you state your appearance, counsel?  We haven't
10      heard from you before.
11              MR. HAMBURGER:  Thank you, Your Honor.  Bradley
12      Hamburger for the defendants.
13              THE COURT:  Would you please call the next witness
14      and we will swear her.
15              MR. HAMBURGER:  Defendants call Amanda Bania.
16              THE CLERK:  Raise your right hand, please.
17          (BANIA, AMANDA, called as a witness for the defendants,
18      having been duly sworn, testified as follows:)
19              THE WITNESS:  I do.
20              THE CLERK:  Thank you.  Please state and spell your
21      full name for the record.
22              THE WITNESS:  It's Amanda Bania, A-M-A-N-D-A, B- as
23      in boy, A-N-I-A.
24              THE CLERK:  Thank you.
25              THE COURT:  Proceed.
```

BANIA – DIRECT / HAMBURGER

1        **MR. HAMBURGER:**  Thank you, Your Honor.

2                    **DIRECT EXAMINATION**

3    BY MR. HAMBURGER:

4    **Q.**  Ms. Bania, have you gone by any other names?

5    **A.**  I have.  I went by Amanda Murrow before I got married.

6    **Q.**  Ms. Bania, can you spell your prior name?

7    **A.**  I can.  It is M– is in Mary, U-R-R-O-W.

8    **Q.**  Do you work for Amazon?

9    **A.**  I do.

10   **Q.**  And when did you begin working for Amazon?

11   **A.**  I started working for Amazon in 2014, almost seven years

12   ago.

13   **Q.**  What is your current position?

14   **A.**  My current position is a senior HR manager.

15   **Q.**  And in 2016 what was your position with Amazon?

16   **A.**  My position was also an HR manager at that time supporting

17   Amazon Logistics delivery stations.  You might have heard it

18   referred to as AMZL.  I supported the West Region, which is

19   all of the delivery stations in the State of California.

20   **Q.**  Can you describe generally your role when you were the

21   regional HR manager during that time period?

22   **A.**  Sure.

23        So my role included leading the HR team that supported all

24   of those delivery stations in California.  So for me that

25   included setting the strategic people charter for that type of

BANIA – DIRECT / HAMBURGER

1    the business, which meant working with the director of the

2    business to outline our people priorities and ensure that we

3    were focusing on the right things when it came to leadership

4    development and the associate experience.

5        And then it also included leading a team of HR business

6    partners that provided more direct support to the station

7    managers and their leadership teams within the delivery

8    stations.

9    **Q.**   So in that role did you become familiar with Amazon's

10   expectations for site leaders that work in delivery stations?

11   **A.**   I did.

12   **Q.**   And how did you become familiar with that?

13   **A.**   Well, it was my responsibility to educate my team and make

14   sure that they were able to coach and counsel those specific

15   leaders.  So that meant understanding for myself and then

16   ensuring my team understood what their responsibilities were,

17   and what the expectations were of them, both when it came to

18   running a shift or running a station and then also leading

19   their teams.  So it was really sort of a core responsibility,

20   I would say.

21       And in addition to that, I spent quite a bit of time in

22   the delivery stations meeting with the leadership teams both

23   on the day and night shift.  So I got to see quite a few

24   different managers actually acting in that role during my time

25   supporting that business.

BANIA - DIRECT / HAMBURGER

1    **Q.**  Did you ever visit DSF4?

2    **A.**  I did.

3    **Q.**  And what about DSF5?

4    **A.**  I did.

5    **Q.**  And what about DSF6?

6    **A.**  Yes.

7    **Q.**  And just to be clear, you would have visited those

8    delivery stations in 2016?

9            **MS. VAN NOTE:**  Objection, leading.

10           **THE WITNESS:**  I would have.

11           **THE COURT:**  All right.  I'll overrule the objection,

12    but please don't lead her.

13    **BY MR. HAMBURGER:**

14    **Q.**  So you mentioned that you visited the delivery stations on

15    night sort.  What did you observe when you were at the

16    delivery stations during the night sort?

17    **A.**  Well, at the time the night sort was the largest --

18    generally the largest sort shift in the building.  So if I

19    wanted to understand the culture of the building, if I wanted

20    to see how the shift managers that were running the sort were

21    leading or perhaps checking in with the associates, and just

22    see how the station operated during its busiest period of

23    time, the best time to do that was generally on the night

24    sort.

25          At that time some stations didn't even have sorts during

BANIA – DIRECT / HAMBURGER

1    the day, so the night shift was the best way for me to really

2    understand and connect with the leadership team and see

3    firsthand what the culture looked like and how the leaders

4    were running their business.

5    **Q.**  Were shift managers part of the leadership team?

6    **A.**  They were.

7    **Q.**  When you were at the night sort operations, did you see

8    shift managers -- what were shift managers doing when you were

9    there observing the delivery stations?

10   **A.**  Quite a variety of different tasks.  They were responsible

11   for running the overall shift which meant monitoring the flow

12   of packages coming into the building from all of the line

13   hauls which are the big trucks that bring in packages from

14   different providers.

15       So they would be monitoring the flow of packages, they

16   would be monitoring what we called the labor flow, essentially

17   where were associates at on the sort line, did we need to move

18   or adjust that.  So I would say logistical pieces like that.

19       In addition to that, they would be supporting the

20   associates by providing them with real-time coaching,

21   feedback, making sure they had the resources they needed to do

22   the job that they were signed up to do that night.

23       Those, I would say, are some of the key responsibilities I

24   observed the managers doing.

25   **Q.**  Did you ever see shift managers working in the path?

1    **A.**  I did see shift managers working in the path, but only on

2    rare occasions.  And generally it was for events like

3    something to motivate the team.

4        So if the shift was a particularly difficult shift, say a

5    line haul with thousands of packages arrived two hours late

6    and everyone was exhausted and tired, some of our best leaders

7    might choose to hop on the line and sort next to an associate

8    to help motivate them and kind of pump up the team.

9        But generally that was not one of their core

10   responsibilities and it wasn't something that I observed them

11   doing consistently.

12           **MS. VAN NOTE:**  Objection, move to strike.

13           **THE COURT:**  Objection is overruled.  The motion is

14   denied.

15   **BY MR. HAMBURGER:**

16   **Q.**  When you were a regional HR manager supporting Amazon

17   Logistics, did you become familiar with training for managers?

18   **A.**  I did.

19   **Q.**  And did that include training for shift managers?

20   **A.**  It did.

21   **Q.**  What type of training was provided for shift managers in

22   2016?

23   **A.**  Shift managers received leadership onboarding training, so

24   training to help prepare them to step into their shift manager

25   role once they were hired.

1      They also received continuous education training once they

2   were in role.  So that could be anything from helping them

3   with perhaps building up their leadership skills to teaching

4   them new safety roll-outs.  And then one that I missed

5   actually just after onboarding training, they would go through

6   what we called on-the-job training, which was essentially

7   where they would step into their role as a shift manager, and

8   either appear or even perhaps their leader would work

9   alongside them and train them in their role so that they could

10  sort of get up to speed while actually doing the job and learn

11  while doing essentially their job.

12  **Q.**  I would like to show you a document that's been marked

13  Trial Exhibit 142.

14          **THE CLERK:**  Is it admitted?

15          **MR. HAMBURGER:**  It has been admitted by stipulation.

16          **THE CLERK:**  Thank you.

17                  (Displayed on screen.)

18  **BY MR. HAMBURGER:**

19  **Q.**  Are you familiar with this document?

20  **A.**  I am.

21  **Q.**  And can you tell us generally about this document?

22  **A.**  Yes.

23      So this is a schedule for what we call Associate

24  Experience Week at Amazon.  An Associate Experience Week is

25  part of the leadership onboarding program that our leaders

1    went through at the time.

2    **Q.**  And what was the purpose of this Associates Experience

3    Week?

4    **A.**  Associate Experience Week was training that is offered to

5    all managers that supported the operation.  I actually went

6    through it myself as a HR leader.  And the intent of the

7    Associate Experience Week is really to teach leaders what it's

8    like to be an associate, with the intent that those leaders

9    can then step into their role as leaders and managers after

10   this training and better understand how to support their

11   associates.

12       So it gives them an opportunity to step into the shoes of

13   the associates for a small period of time because they won't

14   have the opportunity to do that later down the road and

15   essentially learn what it's like to be an associate.

16   **Q.**  I would like to direct you to the third sentence on the

17   first page, which says -- hold on a second.

18                      (Pause in the proceedings.)

19          **MR. HAMBURGER:**  Yes.  This week you can expect --

20       Hold on, Your Honor.

21          **THE COURT:**  Sure.

22                      (Pause in the proceedings.)

23   BY MR. HAMBURGER:

24   **Q.**  Okay.  I see it.  It's the first bullet.

25       It says, "Fully appreciate what it takes to deliver to the

1    customer, including the physical -- repetitive and physical

2    work of our associates."

3        Is that one of the goals of the Associate Experience Week?

4    **A.**  It is.

5    **Q.**  Would managers get that kind of insight while they were

6    working as a shift manager?

7            **MS. VAN NOTE:**  Objection.

8            **THE COURT:**  Sustained.

9    **BY MR. HAMBURGER:**

10   **Q.**  Would a shift manager experience repetitive and physical

11   work of their associates during their everyday routine --

12   **A.**  No.

13           **MS. VAN NOTE:**  Objection.

14           **THE COURT:**  Wait a minute.  For the witness, please

15   don't answer until counsel is finished.  So count a beat

16   before you hear the end of the question.

17       The objection is sustained.

18           **THE WITNESS:**  Understood.

19           **THE COURT:**  Thank you.

20   **BY MR. HAMBURGER:**

21   **Q.**  You mentioned that you completed the Associate Experience

22   Week.  In your role with the company, have you ever performed

23   the type of tasks that Tier 1 associates are hired to perform?

24   **A.**  Only in situations like I mentioned earlier where it might

25   be like an all-hands-on-deck moment to motivate the associates

BANIA – DIRECT / HAMBURGER

1    and support them in a particularly trying time.  But,

2    generally, no, it's not something that I would do in my role

3    at all.

4    **Q.**  Have you ever lifted boxes in your role?

5    **A.**  I have.

6    **Q.**  Do you do that regularly?

7    **A.**  No, not regularly.  But the only times I can think of are

8    perhaps to help an associate when I was out on the floor

9    walking, or if I saw a safety hazard that needed to be fixed.

10   Situations like that absolutely.

11   **Q.**  What about moving bread racks; is that something you've

12   done?

13   **A.**  I have moved a bread rack in my day, but only if it was in

14   an unsafe position and the safety issue needed to be

15   eliminated.

16   **Q.**  What about sorting packages?

17   **A.**  Same thing.  Definitely sorted packages but not as a core

18   responsibility of mine.  More as like a motivational tactic to

19   go out engage with the team and kind of help pump everybody

20   up.

21   **Q.**  Is this Associate Experience Week training limited to

22   Level 4 shift managers?

23   **A.**  It's not, no.  It's offered to -- actually offered is the

24   wrong word.  It's part of the onboarding program for all

25   exempt leaders that support the operation.

BANIA – DIRECT / HAMBURGER

1   **Q.**  And how high up the leadership chain would it go?

2   **A.**  In my experience, I have seen VPs attend Associate

3   Experience Week.  So pretty high up.

4   **Q.**  I think you mentioned before about manager onboarding and

5   then I just want to ask you a few questions about that.

6          **MR. HAMBURGER:**  We can take this exhibit down.

7          **THE COURT:**  Before we get to that, I think this would

8   be a good time for a break.  I will ask the witness to please

9   you can take a break for 15 minutes, look at your watch, we

10  are going to keep a tight schedule.  Please take 15 minutes,

11  and we'll come back in 15.  Thank you.

12      (Recess taken at 12:14 p.m.; resumed at 12:30 p.m.)

13         **THE CLERK:**  Remain seated.  Come to order.  Court is

14  again in session.

15         **THE COURT:**  All right.  Counsel, you may proceed.

16         **MR. HAMBURGER:**  Thank you, Your Honor.

17  **BY MR. HAMBURGER:**

18  **Q.**  Ms. Bania, I would like to turn your attention to a

19  document that has been labeled Trial Exhibit 149 that has been

20  admitted by stipulation.

21                  (Displayed on screen.)

22      Are you familiar with this document?

23  **A.**  I am.

24  **Q.**  And are you familiar with the "Lead, the Amazon Way"

25  Workshops?

BANIA – DIRECT / HAMBURGER

1    **A.**   I am.

2    **Q.**   And can you tell us about the "Lead, the Amazon Way"

3    Workshops?

4    **A.**   So the "Lead, the Amazon Way" Workshops are part of the

5    leadership onboarding training that I mentioned earlier.

6    So -- excuse me, part of the manager training I mentioned

7    earlier.  And specifically they are focused on building

8    leadership acumen.

9         So, they are truly meant to be focused mostly on people

10   leadership skills, things like delegation, having difficult

11   conversations with team members, the things that exempt

12   leaders would definitely need to know to be successful in

13   their roles.  That's what this workshop specifically focused

14   order.

15   **Q.**   I would like to show you the second page of this exhibit.

16                        (Displayed on screen.)

17        So on this page, there are various descriptions of things

18   that would be taught in these workshops, correct?

19   **A.**   Yes, the program was made up of three different workshops

20   and these are exactly the contents that each workshop covered.

21   **Q.**   Would these workshops be provided to Tier 1 associates?

22   **A.**   They would not, no.  The "Lead, the Amazon Way" was just

23   created and provided only to exempt leaders.

24   **Q.**   And that would include Level 4 shift managers?

25             **MS. VAN NOTE:**  Objection.

1        **THE COURT:**  Sustained.

2    **BY MR. HAMBURGER:**

3    **Q.**  Would that -- do you know if they were provided to Level 4

4    shift managers?

5    **A.**  Yes.  It was provided to Level 4 shift managers.

6    **Q.**  I would like to show you Trial Exhibit 154 which has been

7    admitted by stipulation.

8                   (Displayed on screen.)

9        **MR. HAMBURGER:**  And can you turn to page 3?

10   **BY MR. HAMBURGER:**

11   **Q.**  Are you familiar with this document?

12   **A.**  I am.

13   **Q.**  Can you describe what we are seeing here on the screen?

14   **A.**  Yes.

15       So this is the agenda for the second workshop of the

16   "Lead, the Amazon Way".  And this particular workshop covered

17   content related to managing time and delegating, which was

18   essential for managers to be able to do successfully in order

19   to do their job successfully.  And then it also covered

20   difficult conversations.

21       So things like conflict resolution, having tough

22   conversations with associates, giving difficult feedback,

23   those types of things.

24       And then the last thing it covered is something called

25   connections, which is a feedback tool where associates answer

BANIA – DIRECT / HAMBURGER

1    questions and essentially score leaders based on, you know,

2    how safe they feel at work.  Do they feel supported by their

3    leader?  So it talks to leaders about connections and how that

4    two-way feedback was incredibly important and what they could

5    do with that information to better support their teams.

6    **Q.**  Do you know if Tier 1 associates were trained on these

7    topics?

8    **A.**  They would not have been trained on these topics, no.

9    **Q.**  I would like to show you another trial exhibit, Trial

10   Exhibit 158, which has been admitted by stipulation.

11                    (Displayed on screen.)

12       Is this another -- well, can you describe this document?

13   **A.**  Yes.

14       So this is another portion of the "Lead, the Amazon Way"

15   Workshop 2 training that is a part of the training from the

16   previous slide.  And this is the segment on managing time and

17   delegating.

18   **Q.**  Do you know why Amazon trains its shift managers on

19   managing time and delegating?

20   **A.**  Yes.

21       So in order for a shift manager, and, frankly, most

22   managers to be successful at Amazon, you have to be able to

23   manage your time wisely and lean on your team and delegate

24   tasks.  There's just too much to do.  And the responsibility

25   level is too high for you to be a one-person team.

1        So, these are what I would call critical skills that

2    managers have to have in order to be successful at Amazon.

3            **MS. VAN NOTE:**  Objection.  Move to strike.

4            **THE COURT:**  Motion sustained -- I'm sorry.

5    Overruled.  Motion denied.

6    **BY MR. HAMBURGER:**

7    **Q.**  I would like to show you -- I believe it is page 10 of

8    this Exhibit.  It's Bates 2458.

9                    (Displayed on screen.)

10       And on here it says, "Identify routine tasks."

11       Were shift managers taught to delegate routine tasks in

12   this workshop?

13           **MS. VAN NOTE:**  Objection.

14           **THE COURT:**  Overruled.

15           **THE WITNESS:**  They were.  They specifically were

16   taught to identify tasks that could easily be delegated to

17   members of their team so that they could focus on, you know,

18   bigger picture responsibilities.

19   **BY MR. HAMBURGER:**

20   **Q.**  Do you know who shift managers could delegate routine

21   tasks to?

22   **A.**  They could delegate routine tasks to the associates on

23   their shift.  They could delegate to shift supervisors if they

24   had those on their shift, or potentially delivery service

25   providers or DAs -- drivers, that's what DA stands for,

BANIA – DIRECT / HAMBURGER

1    depending on what shift they were in and what the task was.

2    **Q.**  In your role as -- at Amazon, would you consider something

3    like setting up equipment for a shift something that could be

4    delegated by a shift manager?

5             **MS. VAN NOTE:**  Objection.

6             **THE COURT:**  Overruled.

7             **THE WITNESS:**  I would.

8    BY MR. HAMBURGER:

9    **Q.**  Do you believe it's important for Amazon managers,

10   including shift managers, to learn how to delegate tasks?

11   **A.**  I think it is critical, yes.

12   **Q.**  I would like to turn your attention to Trial Exhibit 111,

13   which also has been admitted pursuant to stipulation.

14                     (Displayed on screen.)

15        Did you become familiar with training logs as part of your

16   role as a regional HR manager?

17   **A.**  I did.

18   **Q.**  Are you familiar with the document that is on the screen?

19   **A.**  I am.

20   **Q.**  Can you describe what it is?

21   **A.**  Yes.

22        So this is a training log from one of our internal systems

23   that tracks training by leader.

24        So you can see here all of the particular -- the

25   particular trainings that were completed by this individual

BANIA – DIRECT / HAMBURGER

1  and then when it was completed and who assigned it and the

2  title of the training.

3         **MR. HAMBURGER:**  Can we turn to the last page of the

4  document, please?

5                 (Displayed on screen.)

6  **BY MR. HAMBURGER:**

7  **Q.**  So do you know whose training log this is for?

8  **A.**  Yes.  It's Mike Ortiz's training log.

9  **Q.**  And based on this document, do you believe that Mike Ortiz

10  completed the "Lead, the Amazon Way" workshops?

11  **A.**  I do, yes.

12  **Q.**  And which workshops did he complete?

13  **A.**  He completed all three workshops 1, 2 and 3.

14         **MR. HAMBURGER:**  Thank you.  You can take this exhibit

15  down.

16  **BY MR. HAMBURGER:**

17  **Q.**  In your role as a senior HR manager, are you generally

18  familiar with Amazon's job descriptions?

19  **A.**  I am.

20  **Q.**  I would like to show you a document that has been marked

21  as Trial Exhibit 14 and admitted by stipulation.

22                (Displayed on screen.)

23    Don't know if you can see it.  It is quite small.  There's

24  a lot of small texts.

25    Can you see it now?

1    **A.**  I can, yes.

2    **Q.**  Are you familiar with this document?

3    **A.**  I am.

4    **Q.**  And what is it?

5    **A.**  It's a job description.  I can only see part of the

6    document the way it is zoomed in right now, but it is a job

7    description for a shift manager role.  Yeah.

8              **MR. HAMBURGER:**  And can you scroll down a little bit?

9    **BY MR. HAMBURGER:**

10   **Q.**  So, first, let me stop for a second.

11                   (Pause in the proceedings.)

12        Do you see that there is a first set of bullet points

13   there's a heading that says "key job duties?"

14   **A.**  I do.  Yes.

15   **Q.**  Do you see that lower down there is a second set of bullet

16   bites that -- under the heading "additional job elements."

17        Do you see that?

18   **A.**  I do.

19   **Q.**  Do you know if there's a distinction between those two

20   types of -- those two categories?

21   **A.**  There is.  So all of our job descriptions have these

22   two-job --

23              **COURT REPORTER:**  I'm sorry.  I'm sorry --

24              **THE WITNESS:**  -- noting key job duties are what we

25   considered to be what I think is --

1          **THE CLERK:**  Hold on.

2          **MR. HAMBURGER:**  Just a minute, Ms. Bania.  There's

3    been an issue.  I think the court reporter cannot hear you.

4          **THE COURT:**  Just a moment.

5          **COURT REPORTER:**  I apologize, Your Honor.  I don't

6    know where to start.

7                    (Pause in the proceedings.)

8          **MR. HAMBURGER:**  I can ask the question again.

9          **COURT REPORTER:**  I think that would be best.

10         **THE COURT:**  Ask the question again, counsel.

11   BY MR. HAMBURGER:

12   **Q.**  Do you know the difference between these two categories,

13   the key job duties and the additional job elements?

14   **A.**  I do.

15       The key job duties are what we would consider to be the

16   core competencies for that particular job.  So these are

17   things that the individual would spend most of their time

18   doing.  They are considered to be, you know, critical

19   responsibilities in that role.

20       And then the additional job elements are sort of maybe

21   what I would classify as auxiliary.  So they are still

22   important, but they are not key, like critical portions of

23   that person's responsibility.

24   **Q.**  So the first bullet under "additional job elements" says,

25   "must be able to lift up to 49 pounds with or without

1     reasonable accommodation."

2         Can you explain why a shift manager might need to lift a

3     box that weighs up to 49 pounds?

4     **A.**  Yeah, absolutely.

5         So, in the delivery stations and in all of Amazon's

6     operations, actually, we very much believe that safety is

7     everybody's responsibility.  And so being able to safely lift,

8     push, pull, that type of thing, is something that we want to

9     make sure everybody in the building can do at all times.

10        And the reason being is that if a shift manager or myself

11    or I've even seen this in Level 7 senior manager job

12    descriptions, if any of us are out walking on the floor and we

13    see an associate in an unsafe situation, or perhaps a box has

14    fallen and somebody needs help lifting it, we want to make

15    sure that everybody in the building can safely help with the

16    situation like that.

17        And so that's the main reason why something like this is

18    listed in that additional job element section.

19    **Q.**  The second bullet says, "must be willing and able to

20    frequently push, pull, squat, bend, and reach."

21        Why would that be listed in a shift manager job

22    description?

23    **A.**  I would say for the same reason that I just provided for

24    that first bullet.  It's a question of safety.  And, you know,

25    the shift manager is out there on the floor with his team.  If

BANIA – DIRECT / HAMBURGER

1    there's ever a situation where someone needs help with

2    something, lifting something, or a box falls, we want to make

3    sure that we are not endangering that shift manager and they

4    are able to help the associate, which means they need to be

5    willing and able to do that type of thing.

6    **Q.**  In your experience at Amazon, in your role, have you seen

7    other job descriptions for managers that include additional

8    job elements that are similar to the ones listed on this

9    document?

10   **A.**  I have, yeah.  I've seen this included in L7 senior

11   operations job descriptions, which is a senior level leader

12   that often runs the entire station.  So it's something that's

13   included in multiple levels of management positions.

14   **Q.**  Do you know why that would be?  Why you would list that

15   even for an L7?

16   **A.**  Yeah.  So same reason actually as what I mentioned

17   earlier.

18       The L7 is often working in the building.  And, again, we

19   have that culture where safety is everybody's responsibility.

20   So we want to make sure that if that senior leader is out

21   walking on the floor, and something, you know, falls or an

22   associate needs help, that they are able to step in and help

23   that individual without endangering themselves.

24           **MR. HAMBURGER:**  I would like to move on.  You can

25   take this document down.

1    **BY MR. HAMBURGER:**

2    **Q.**  I would like to talk about Amazon's HR policies and

3    procedures in 2016.

4        In your role at Amazon, did you become familiar with

5    Amazon's meal and rest break policies and procedures?

6    **A.**  I did.

7    **Q.**  In 2016, were shift managers provided meal periods at

8    Amazon?

9    **A.**  They were encouraged to take meal and rest breaks, but

10   they had the autonomy to take them when it worked best for

11   them.  So they weren't told when to take them, but, yes, they

12   were given meal and rest breaks.

13   **Q.**  And on those breaks, were they required to stay at the

14   delivery station?

15   **A.**  They were not.

16   **Q.**  So they could leave the facility?

17   **A.**  They could.

18   **Q.**  Have you ever seen a shift manager take a rest or a meal

19   break?

20   **A.**  I have.

21   **Q.**  Have you ever become aware that a shift manager was told

22   not to take a meal or rest break?

23   **A.**  I have not, no.

24   **Q.**  Do you know if Mr. Ortiz ever complained to you or your

25   team about not being able to take a meal or rest break?

```
 1              MS. VAN NOTE:  Objection.

 2              THE COURT:  Overruled.

 3        You may answer.

 4              THE WITNESS:  He did not.

 5   BY MR. HAMBURGER:

 6   Q.  In your role as regional HR manager in 2016, did you

 7   become familiar with how Tier 1 associates were compensated?

 8   A.  I did.

 9   Q.  Do you know how much a Tier 1 associate who worked at DSF4

10   or DSF5 or DSF6 would make per hour in 2016?

11              MS. VAN NOTE:  Objection.

12              THE COURT:  Sustained.

13   BY MR. HAMBURGER:

14   Q.  In that role, did you become familiar with how Tier 1

15   associates at DSF4 were compensated?

16   A.  I did.

17   Q.  Do you know how much they were compensated?

18              MS. VAN NOTE:  Objection.

19              THE COURT:  Overruled.

20        You can answer.

21              THE WITNESS:  They were compensated roughly $14 an

22   hour at that time.

23   BY MR. HAMBURGER:

24   Q.  And what about at DSF4?  Do you know how much Tier 1

25   associates -- excuse me.  Strike that.
```

1    Do you know how much Tier 1 associates at DSF5 were

2    compensated in 2016?

3    **A.**   About $14 an hour as well.

4    **Q.**   What about at DSF6, how much were Tier 1 associates

5    compensated per hour in 2016?

6    **A.**   About $14 an hour as well.

7    **Q.**   And would Tier 1 associates receive any other

8    compensation?

9    **A.**   They would not, no.

10   **Q.**   Would they receive sign-on bonuses?

11   **A.**   They would not.

12          **MR. HAMBURGER:**   I have no further questions at this

13   time.

14          **THE COURT:**   Thank you, counsel.

15   You may cross-examine, Ms. Van Note.

16          **MS. VAN NOTE:**   Yes, Your Honor.

17                      <u>CROSS-EXAMINATION</u>

18   **BY MS. VAN NOTE:**

19   **Q.**   Good afternoon, Ms. Bania.  My name is Laura Van Note.

20   I'll be asking you a few questions on behalf of Mr. Ortiz.

21          Now, in your role with Amazon, do you have an office -- or

22   let's say in 2016, did you have an office that you worked out

23   of?

24   **A.**   I did not have an office in a delivery station that I

25   worked out of because I spent most of my time traveling to

BANIA - CROSS / VAN NOTE

1  various delivery stations, which meant I sort of either split

2  up my time between delivery stations or in the off chance I

3  wasn't traveling that week I would work virtually.

4  **Q.**  So you did not have a set office space?

5  **A.**  I do not have a set office space since I support multiple

6  buildings.

7  **Q.**  And you didn't work directly with Mr. Ortiz, did you?

8  **A.**  No, I did not work directly with him.

9  **Q.**  Did you meet him at any point?

10  **A.**  I do remember seeing him in the delivery stations, but I

11  don't recall formally meeting him.  I am not sure if we ever

12  shook hands.

13  **Q.**  And you didn't spend time watching him perform his work,

14  right?

15  **A.**  Not that I recall, but I did spend time at all three of

16  the delivery stations on night shifts.

17  **Q.**  And on those night shifts where you visited the delivery

18  stations, was Mr. Ortiz ever working while you were there

19  observing the station?

20  **A.**  Not that I recall.

21  **Q.**  Now on direct examination counsel asked you about

22  leadership training and about delegation.  Can you tell me

23  what does the term "delegate" mean to you?

24  **A.**  In my mind the term "delegate" means identifying

25  responsibilities and tasks that a leader can teach and train

BANIA – CROSS / VAN NOTE

1    another individual to do in an effort to get more done

2    efficiently and effectively and to help a team be more

3    successful.

4    **Q.**  And you would agree that there are some tasks that can be

5    delegated and other tasks that cannot be delegated, right?

6    **A.**  I think that's fair.

7    **Q.**  And that depends on the complexity or the type of task,

8    right?

9    **A.**  Correct.

10   **Q.**  It also depends on if there's anyone available to delegate

11   a tasks to, right?

12   **A.**  Sure.

13   **Q.**  If an L4 shift manager wanted to delegate a task, meaning

14   they felt it was the type of task that could be delegated from

15   a complexity standpoint, they can only do that if there were

16   someone available to take on the task, right?

17   **A.**  They could, but I think it would be difficult to find a

18   situation where there was no one available since most L4 shift

19   managers led a team of associates.

20   **Q.**  You just testified that you believe L4 shift managers were

21   entitled to take meal periods; is that correct?

22   **A.**  Correct.

23   **Q.**  Can you identify a written policy by Amazon saying that L4

24   shift managers are entitled to duty free 30-minute meal

25   periods?

1    **A.**  I don't believe I have a policy on hand, no.

2    **Q.**  And you are aware of those types of policies in your role

3    at HR, right?

4    **A.**  I am aware of the working hours policy that dictates break

5    and meal time requirements in Amazon, yes.  But it doesn't

6    specifically list L4 shift manager.

7    **Q.**  And you're not aware of a policy, a written policy

8    anywhere saying that L4 shift managers are entitled to rest

9    periods, right?

10   **A.**  I am not aware of a policy that specifically states that,

11   but, again, I think for an exempt leader, in my experience, we

12   give them the autonomy to determine when it makes sense to

13   take the rest and meal breaks.  So we are much less

14   prescriptive.  Whereas the policies we have are for hourly

15   associates because there are wage and hour laws that we need

16   to make sure they are abided by; it is not a decision

17   associates can make on their own.  Whereas for the managers,

18   they have the autonomy to do that.

19   **Q.**  In your experience working in with Human Resources, have

20   you become familiar with the term "exempt?"

21   **A.**  I have.

22   **Q.**  What is your understanding of that term?

23   **A.**  My understanding of the term "exempt" is that it is an

24   individual whose work is not -- whose work can be delegated,

25   has increased levels of responsibility, perhaps is responsible

1    for leading a team, and who is not paid on an hourly basis.

2    **Q.**  And what are they exempt from?

3    **A.**  I would say they are exempt from things like overtime pay

4    and -- well, in the U.S. they are exempt for things like

5    overtime pay and other perhaps additional payments based on

6    time worked.

7    **Q.**  Is it your understanding they are exempt from the

8    requirements, at least in California, for meal and rest

9    periods?

10            **MR. HAMBURGER:**  Objection, calls for a legal

11   conclusion.

12            **THE COURT:**  Sustained.

13   **BY MS. VAN NOTE:**

14   **Q.**  L4 shift managers cannot discipline employees without

15   consulting HR; is that right?

16   **A.**  That's not correct actually.  In my experience, L4 shift

17   managers having quite a bit of autonomy because they are

18   oftentimes the only individual on the night shift.  So

19   depending on what happened with an associate, L4 managers

20   absolutely had the ability to have coaching conversations,

21   issue coaching to associates, and correct behaviors.

22       Now, if the situation was severe or endangered other

23   individuals or perhaps needed investigation, they would

24   certainly take an HR partner and consultant to make sure they

25   had the right support to address the situation.

BANIA - CROSS / VAN NOTE

1    **Q.**  In your normal work schedule, let's just talk about 2016,

2    how much of your working life would you spend actually in a

3    delivery center?

4         You can give us a percentage or number of hours.

5    **A.**  Okay.

6         In 2016, I would say I would spend about 75 percent of my

7    time in delivery stations.  I was traveling almost every week,

8    if not every week at that time.  I would usually visit

9    multiple delivery stations each time that I traveled.  I feel

10   comfortable saying 75 percent.

11   **Q.**  What were you doing the other 25 percent of your time?

12   **A.**  The other 25 percent honestly would be traveling.  So

13   either driving from delivery stations or on flights to and

14   from, or perhaps catching up on admin work, emails, that sort

15   of thing.

16   **Q.**  How much of that time would be travel time of that

17   25 percent?

18   **A.**  Well, it varied from week to week.  It depended on how far

19   I was traveling and if I was visiting multiple delivery

20   stations that were really spread out, or if I was staying in

21   one delivery station that week.

22   **Q.**  The purpose of your visits to the delivery stations was

23   not to supervise the L4 shift managers, right?

24   **A.**  Correct.  It was not to supervise the L4 shift managers,

25   but instead to meet with my team who would spend time in the

```
 1    delivery stations and the HR business partners, and then also
 2    to observe the operation and have conversations with the
 3    leaders and the associates, check in to see what the culture
 4    was like, and then provide my recommendations to the leaders
 5    and to my team on what we might want to focus on.  Things like
 6    that.
 7    Q.  You never directly supervised any L4 shift managers,
 8    right?
 9    A.  No.  The L4 shift managers wouldn't report to HR.  They
10    always reported up through the operations leadership chain.
11    Q.  Okay.
12            MS. VAN NOTE:  No further questions.
13            THE COURT:  Anything further?
14            MR. HAMBURGER:  No, Your Honor.
15            THE COURT:  You are excused.  Thank you very much.
16            THE WITNESS:  Okay.  Thank you very much.
17            THE COURT:  Thank you.
18        Next witness, please.
19            MR. HAMBURGER:  Defense would like to call Diego
20    Nevado.  He is --
21            THE CLERK:  He's coming.
22            THE COURT:  There he is.
23            THE CLERK:  Hi, Mr. Nevado.
24        Can you hear me?  Can you hear me?
25            THE WITNESS:  Yes.
```

```
 1              THE CLERK:  Call your witness.

 2              MR. HAMBURGER:  Defendants would like to call Diego

 3    Nevado.

 4              THE CLERK:  Raise your right hand.

 5         (NEVADO, DIEGO called as a witness for the defendants,

 6    having been duly sworn, testified as follows:)

 7              THE WITNESS:  Yes.

 8              THE CLERK:  Please state and spell your full name for

 9    the record.

10              THE WITNESS:  Diego Nevado.  D-I-E-G-O.  Last name

11    Nevado, N-E-V-A-D-O.

12              THE CLERK:  Thank you.

13              THE COURT:  You may proceed, counsel.

14                        DIRECT EXAMINATION

15    BY MR. HAMBURGER:

16    Q.  Good afternoon, Mr. Nevado.

17        Did you ever work for Amazon?

18    A.  I did.

19    Q.  And when did you first start working at Amazon?

20    A.  I believe September 2013.

21    Q.  And what role did you have when you first started working

22    in September 2013?

23    A.  Level 5 shift manager.

24    Q.  It was a Level 5 shift manager or Level 4?

25    A.  I believe it was Level 5.
```

NEVADO – DIRECT / HAMBURGER

1    **Q.** Level 5. Okay.

2    And what role -- in 2016, what role did you have at

3    Amazon?

4    **A.** I believe I was a senior regional --

5    **COURT REPORTER:** A senior regional what?

6    **THE COURT:** I couldn't hear him counsel.

7    **MR. HAMBURGER:** He can't of --

8    BY MR. HAMBURGER:

9    **Q.** Your microphone wasn't picking up what you just said.

10   Could you repeat your answer?

11   **A.** Can you hear me now?

12   **Q.** You have to lean forward.

13   **A.** I apologize. Senior regional leader.

14   **Q.** And until when did you -- did you ever leave Amazon?

15   **A.** Yes. I left Amazon in 2018.

16   **Q.** And when you left Amazon, what was your role?

17   **A.** I left as a senior regional leader.

18   **Q.** Did that have a level category?

19   **A.** Yes. I was a Level 7.

20   **Q.** Are you currently employed?

21   **A.** Yes.

22   **Q.** And where are you employed?

23   **A.** I work for Rent the Runway.

24   **Q.** Is Rent the Runway owned or affiliated with Amazon?

25   **A.** No.

1    **Q.** So I want to focus on your role at Amazon in 2016 when you

2    were a senior regional operations leader.

3        What was the territorial scope of that role?

4    **A.** Various stations in the San Francisco Bay Area territory.

5    I had one facility in Utah.  But my scope was essentially

6    managing the facilities to ensure safety, service, quality,

7    and cost are met for all on-road parcels and individuals in

8    the facility.

9    **Q.** Did that include DSF4?

10   **A.** It did.

11   **Q.** And when you were senior regional operations manager and

12   you were overseeing DSF4, did Mr. Michael Ortiz work there?

13   **A.** I believe so, yes.

14   **Q.** And what role did Mr. Ortiz have?

15   **A.** I believe it was a night sort manager.

16   **Q.** Do you remember what level manager he was?

17   **A.** I believe it was Level 4.

18   **Q.** Is that known as a shift manager?

19   **A.** Yes.

20   **Q.** So were you one of Mr. Ortiz's supervisors?

21   **A.** Mr. Ortiz was in my org structure.  I was not his direct

22   supervisor.

23   **Q.** As a shift manager, do you recall -- scratch that.

24       I believe you testified that Mr. Ortiz worked on the night

25   shift.  Can you explain what the night shift was at DSF4 in

 1    2016?

 2    **A.**  Yeah.  Night shift is shift –– as it's named.  It happens

 3    at night where we sort all the product coming in from

 4    fulfillment centers also sort centers into the facility.  The

 5    objective is to sort the parcel into small discrete routes

 6    that can then be dispatched on road for delivery.

 7    **Q.**  Did Mr. Ortiz have any direct reports while the shift

 8    manager at the night sort?

 9    **A.**  He would have overseen a process assistant and all of the

10    hourly associates that worked in the facility.

11    **Q.**  Is a process assistant also known as a shift assistant?

12    **A.**  Yes.

13    **Q.**  Were there any other shifts at DSF4 in 2016 other than the

14    night sort?

15    **A.**  Yes.  I believe we had two others, load-out shift and day

16    shift.

17    **Q.**  And in your role as a senior regional operations manager,

18    did you come to have an opinion about which of the shifts were

19    the most important?

20              **MS. VAN NOTE:**  Objection.

21              **THE COURT:**  Sustained.

22    **BY MR. HAMBURGER:**

23    **Q.**  Do you have an opinion about which of the shifts were most

24    important to the success of DSF4 in 2016?

25              **MS. VAN NOTE:**  Objection.

NEVADO – DIRECT / HAMBURGER

1        **THE COURT:**  Sustained.

2    BY MR. HAMBURGER:

3    **Q.**  What were the expectations for a shift manager of the

4    night sort?

5    **A.**  I mentioned in my role, safety, service, quality, and

6    cost, the shift manager was the only manager on duty.  So very

7    similar responsibilities of safety, service, quality, and cost

8    of the associates as well as ensuring that the parcels were

9    sorted properly, accurately, and were met -- sort was

10   completed in a timely manner at the end of the shift.

11   **Q.**  Would those have been the expectations for Mr. Ortiz?

12   **A.**  Yes.

13   **Q.**  How often were you at DSF4 in 2016 when Mr. Ortiz worked

14   there?

15   **A.**  Because I oversaw multiple facilities, I would make my

16   rounds to the facilities, likely night sort potentially once a

17   month.  I spent most of my time during the daytime so I would

18   arrive in the morning.

19   **Q.**  Were you involved in the hiring of Mr. Ortiz?

20   **A.**  Yes, I was.

21   **Q.**  Did you interview him?

22   **A.**  I believe so, yes.

23   **Q.**  I believe you are breaking up a little bit, too.  So I

24   think we have to sit closer.

25   **A.**  Yes, I did.

NEVADO - DIRECT / HAMBURGER

1    **Q.**  I think I asked you did you interview Mr. Ortiz.

2    **A.**  Yes, I did.

3    **Q.**  And did you recommend that Amazon hire him as a shift

4    manager?

5    **A.**  Yeah, I do believe I was inclined to hire him.

6    **Q.**  Would you get involved in hiring decisions for positions

7    below a Level 4 shift manager?  For example, a Tier 1

8    associate?

9    **A.**  No.

10   **Q.**  What about a shift assistant, Level 3 shift assistant;

11   would you be involved in the hiring process?

12   **A.**  On a normal circumstances, no.

13   **Q.**  Is the hiring process for a Level 4 shift manager any

14   different for a Tier 1 associates?

15   **A.**  Yes, they are very different.

16        The Tier 1s are hired through, I guess, essentially a

17   staffing agency or internal staffing.  We request a number of

18   individuals and we are just essentially given them based on

19   the schedule that we requested for.

20        Whereas a Level 4 or manager in the facilities are

21   interviewed via pod where they are interviewed by multiple

22   disciplines across the business, within group to make

23   determination if they are inclined to our organization.

24   **Q.**  Do you recall if Mr. Ortiz ever moved to another delivery

25   center?

1    **A.**    Yes.  He spent time, I believe, it was DSF6.

2    **Q.**    Do you recall why he was transferred to DSF6?

3          **MS. VAN NOTE:**  Objection.

4          **THE COURT:**  Sustained.

5    **BY MR. HAMBURGER:**

6    **Q.**    Do you know why Mr. Ortiz moved from DSF4 to DSF6?

7    **A.**    Yes.  We requested him to move to support the launch of

8    DSF6 on the night sort with the team at DSF6.

9    **Q.**    Based on your experience at Amazon in the management role,

10   would a shift manager be moved to a facility that is launching

11   if they were not performing successfully?

12   **A.**    No.  It would be very uncharacteristic to move a manager,

13   the trainer to support a launch if they weren't effective in

14   the role they were already in.

15   **Q.**    Did you ever have any reason to believe that Mr. Ortiz was

16   not meeting the expectations for his role as a shift manager?

17   **A.**    No, I didn't.

18   **Q.**    So, I want to talk a little bit about the differences

19   between Tier 1 associates and shift managers.

20          So could you just describe for us what a Tier 1 associate

21   would be doing during the night sort at DSF4 in 2016?

22   **A.**    Sure.

23          A Tier 1 associate would be primarily focused on multiple

24   tasks in the facility, ranging from unloading a trailer,

25   scanning parcels, to sort bags or route codes, consolidating

1    boxes along the line, sorting them, delivering them, all of

2    that directed position by the leader.

3    **Q.**  Would a Tier 1 associate be assigned a role when they

4    arrived at their shift?

5    **A.**  Yes.

6    **Q.**  What about Mr. Ortiz, would he be assigned a specific role

7    when he arrived at his shift?

8    **A.**  No.  No specific role.  He was the manager on duty.  So it

9    was his responsibility to assign essentially the entire shift.

10   **Q.**  And would shift managers like Mr. Ortiz assigned the Tier

11   1 associates their roles?

12            **MS. VAN NOTE:**  Objection.

13            **THE COURT:**  Sustained.

14   **BY MR. HAMBURGER:**

15   **Q.**  Were Tier 1 associates able to see the rate at which other

16   associates were working and processing packages?

17            **MS. VAN NOTE:**  Objection.

18            **THE COURT:**  Sustained.

19   **BY MR. HAMBURGER:**

20   **Q.**  Do you know if there was data available about the

21   performance of Tier 1 associates during a night sort?

22   **A.**  On occasions the team would post rates on a huddle board

23   that was visible, but no real-time information was shared on

24   the post.  I believe it was login names and login IDs so it is

25   not clear who performed at what rate.

1   **Q.**  Would shift managers have access to real-time data?

2          **MS. VAN NOTE:**  Objection.

3          **THE COURT:**  Sustained.

4   **BY MR. HAMBURGER:**

5   **Q.**  Can you tell us about the data a shift manager would have

6   on a night sort?

7   **A.**  Yeah.

8          Managers were given shift handoff reports.  So from the

9   previous shift, status of the day, which included any sort of

10  issue the manager had to plan for or overcome.  All managers

11  had visibility to volume coming inbound for the day as well as

12  during the night sort, they could see process efficiency

13  rates, package pileup, defect rates.  Essentially could see

14  all of those elements at the time in the facility.

15  **Q.**  How would they access all that data?

16  **A.**  Every manager was give a computer they were issued.

17  **Q.**  Did Tier 1 associates have a computer?

18  **A.**  No, they didn't.

19  **Q.**  And where would the computer be in the facility?

20         **MS. VAN NOTE:**  Objection.

21         **THE COURT:**  Sustained.

22  **BY MR. HAMBURGER:**

23  **Q.**  Do you know where -- retract that question.

24         Are you aware of any Tier 1 associates who would monitor

25  the flow of packages throughout the entire facility during

 1  their shift?

 2  **A.**  No.  The associates didn't have access to computers.  The

 3  only -- there was one -- or potentially multiple.  Problem

 4  solved station where associates were assigned to problem-solve

 5  packages, but all it allowed them to do is print labels,

 6  re-box or things of that nature, but no visibility to the

 7  overall flow.

 8  **Q.**  Is there any reason why a shift manager would perform

 9  Tier 1 associate tasks during their shift?

10          **MS. VAN NOTE:**  Objection.

11          **THE COURT:**  Overruled.

12          **THE WITNESS:**  Do I answer?

13          **THE COURT:**  Yes.

14      Yes, you may answer.

15          **THE WITNESS:**  The manager, at their discretion,

16  essentially to perform activities in the facility if they

17  wanted to.  Traditionally, managers would jump in to sort, to

18  do what we would call power hours or support, support the

19  team, showing them how to do their role, or essentially it was

20  more of an engagement like motivational tool that the team

21  would essentially do to jump in and help.

22  **BY MR. HAMBURGER:**

23  **Q.**  Do you have any reason to believe that Mr. Ortiz was

24  spending his time performing Tier 1 associate tasks?

25          **MS. VAN NOTE:**  Objection.

1          **THE COURT:**  Sustained.

2     **BY MR. HAMBURGER:**

3     **Q.**  If Mr. Ortiz -- scratch that.

4          Did you ever become aware of Mr. Ortiz spending his time

5     performing Tier 1 associate tasks?

6     **A.**  No, it wasn't brought to my attention.  I think the

7     manager was performing Tier 1 tasks outside of their choice to

8     do it every now and then, potentially would catch up to them

9     and impact the operation activities not getting completed, end

10    of shifts being delayed, potentially poor rates across the

11    entire building.

12         **MS. VAN NOTE:**  Objection, move to strike.

13         **THE COURT:**  Objection sustained.  Motion is granted.

14    **BY MR. HAMBURGER:**

15    **Q.**  Do you have an opinion as to whether a shift manager could

16    be successful if he was performing Tier 1 associate tasks?

17         **MS. VAN NOTE:**  Objection.

18         **THE COURT:**  Sustained.

19    **BY MR. HAMBURGER:**

20    **Q.**  In your role at Amazon, you became familiar with the

21    expectations for Level 4 shift managers, correct?

22         **MS. VAN NOTE:**  Objection.

23         **THE COURT:**  Overruled.

24         **THE WITNESS:**  Yes.  I oversaw multiple managers,

25    Level 4s, Level 5s in the entire organization.

1    BY MR. HAMBURGER:

2    Q.  In your role at Amazon as a level -- as a manager in the

3    operations, did you ever form an opinion about what made a --

4    what would make a shift manager successful?

5              MS. VAN NOTE:  Objection.

6              THE COURT:  Sustained.

7    BY MR. HAMBURGER:

8    Q.  I would like to talk a little bit about the beginning of a

9    shift before the Tier 1 associates would show up for the night

10   shift.

11       When would a shift manager generally arrive for the night

12   shift?

13             MS. VAN NOTE:  Objection.

14             THE COURT:  Overruled.

15       I'll tell you, counsel, this is getting really repetitive.

16   I would hope that you would -- maybe there are other things

17   that maybe have not been brought out before or need to be

18   repeated, this is getting very repetitive.

19             MR. HAMBURGER:  Understood, Your Honor.  I can short

20   circuit this.

21             THE COURT:  Thank you.

22   BY MR. HAMBURGER:

23   Q.  Did you ever become aware of shift managers spending a

24   significant amount of time setting up the operation before

25   Tier 1 associates would arrive?

1          **MS. VAN NOTE:**  Objection.

2          **THE COURT:**  Sustained.

3                    (Pause in the proceedings.)

4     **BY MR. HAMBURGER:**

5     **Q.**  Is observing an associate's performance during a shift an

6     important job expectation for a Tier 1 associate -- not Tier 1

7     associate, a Level 4 shift manager?

8          **MS. VAN NOTE:**  Objection.

9          **THE COURT:**  Sustained.

10    **BY MR. HAMBURGER:**

11    **Q.**  Do you know who decided how many Tier 1 associates would

12    be needed during a given shift?

13    **A.**  Every facility had an engineered head count based on

14    volume and rates that was determined by central engineering as

15    well as the site leadership team that made adjustments to

16    short head count, overnight count based on the rate,

17    performance of the teams, so a locally-controlled process.

18    **Q.**  In making that determination, would the shift manager be

19    counted as one of the associates?

20    **A.**  No.

21    **Q.**  Why not?

22    **A.**  The role would be essentially infective if we put that in

23    the path.  As a manager, the expectation is they are to

24    oversee.  So we don't consider them into the hourly head count

25    to essentially be in the path to take care of the parcels.

NEVADO - DIRECT / HAMBURGER

1    **Q.**  Would we assume that all associates would show up as

2    scheduled for their shifts?

3           **MS. VAN NOTE:**  Objection.

4           **THE COURT:**  Sustained.

5    **BY MR. HAMBURGER:**

6    **Q.**  Do you know if, when creating a staffing plan, that it was

7    assumed that all associates would show up for their shifts?

8           **MS. VAN NOTE:**  Objection.

9           **THE COURT:**  Sustained.

10   **BY MR. HAMBURGER:**

11   **Q.**  Would what happen if an associate didn't show up for their

12   scheduled shift?

13          **MS. VAN NOTE:**  Objection.

14          **THE COURT:**  Sustained.

15   **BY MR. HAMBURGER:**

16   **Q.**  Do you believe that there were enough associates assigned

17   at DSF4 in 2016?

18          **MS. VAN NOTE:**  Objection.

19          **THE COURT:**  Overruled -- let me withdraw that.

20       Would you clarify, counsel, what you mean by "enough?"  I

21   don't understand the question.  Please rephrase.

22          **MR. HAMBURGER:**  Okay.

23   **BY MR. HAMBURGER:**

24   **Q.**  Did you ever become aware of understaffing at DSF4 in

25   2016?

1    **A.**   None that like caused impact to the operation for long

2    periods of time.  We managed our head count based on an

3    assumed attendance percentage.  And that varied depending on,

4    you know, if people actually showed up.  So there were events

5    where the team may have come in totally understaffed or

6    overstaffed to our plan.

7    **Q.**  What adjustments could a shift manager make if not enough

8    associates showed up to their shift?

9         **MS. VAN NOTE:**  Objection.

10         **THE COURT:**  Sustained.

11   **BY MR. HAMBURGER:**

12   **Q.**  Are there any adjustments the shift manager could make if

13   he was faced with not enough associates had shown up during

14   their shift?

15         **MS. VAN NOTE:**  Objection.

16         **THE COURT:**  Overruled.  He can answer that.

17         **THE WITNESS:**  In the event that a manager was

18   understaffed, they could engage the teams during the power

19   hour or move to motivate to move faster.  Get everyone to

20   increase their rate by a little bit.

21       In the event that was too much -- excuse me, not enough to

22   overcome, they could request overtime for the team to stay.

23   In most facilities we would build what we called an hour clear

24   water and they would be able to operate in that period.  In

25   the event that that didn't work, essentially would finish sort

1    at the right time, potentially roll volume with other shifts.

2    **BY MR. HAMBURGER:**

3    **Q.**  Would Amazon ever expect a shift manager to work in the

4    path to make up for any understaffing?

5             **MS. VAN NOTE:**  Objection.

6             **THE COURT:**  Overruled.

7             **THE WITNESS:**  No.  The expectation is the manager was

8    leading the teams at all times.

9        As I mentioned, the one person in path is a smaller impact

10   than someone leading the entire group.  Whatever the

11   population was at the time to increase their throughput

12   productivity.

13       My point of view is that managers in path lose sight of

14   leading the entire team and potentially puts them at risk of

15   underperforming.

16            **MS. VAN NOTE:**  Objection, move to strike.

17            **THE COURT:**  Overruled.  Motion denied.

18   **BY MR. HAMBURGER:**

19   **Q.**  Did Mr. Ortiz ever tell you that he was spending time

20   working in the path?

21   **A.**  Not that I can recall, no.

22   **Q.**  Did you ever become aware that Mr. Ortiz was spending time

23   working in the path?

24   **A.**  Not that recall.

25   **Q.**  If Mr. Ortiz had been spending significant times

```
1     working -- significant amount of time working in the path, do

2     you think that is something that would have come to your

3     attention?

4              THE COURT:  Sustained --

5              MS. VAN NOTE:  Objection.

6              MR. HAMBURGER:  No further questions.

7              THE COURT:  Thank you.

8          I am wondering, I don't know how much you have,

9     Ms. Van Note, but perhaps this would be a good time to break

10    and start off fresh tomorrow?

11             MS. VAN NOTE:  I think so, Your Honor.  I do have

12    more than 10 minutes.

13             THE COURT:  Okay.  Thank you.

14         I am not limiting you any further than the time limits.

15         So we are going to break.  I'll ask the witness to please

16    be back shortly before 8:00 o'clock so we can -- you will be

17    up.

18         So unless there's any matters by counsel, we will adjourn

19    for the evening.

20         Ms. Van Note?

21             MS. VAN NOTE:  Nothing from the plaintiff, Your

22    Honor.

23             MR. SCHWARTZ:  Your Honor, if I might?

24             THE COURT:  Yes.  The witness can log off.  We are

25    done with you for today.  Unless you want to listen.  It's
```

1    probably not very interesting for you.

2         **THE WITNESS:**  I'll log off.

3         **THE COURT:**  Thank you very much.

4         **MR. SCHWARTZ:**  Your Honor, I just have a couple of

5    matters I want to get direction from the Court.

6         As to the deposition designations, I understand, but

7    haven't been able to access it, that the plaintiff has filed

8    his deposition designations on the docket.  I had understood

9    your pretrial order to require that they be read into the

10   record.

11        What is your preference in that regard, Your Honor?

12        **THE COURT:**  Well, not filing on the docket is not --

13   because it is not evidence, it is not in the trial.

14        It needs to be put on the record.  And, you know, it can

15   be done -- there's a lot of ways to do it.  Is this -- are

16   the -- is the deposition the subject of a video deposition or

17   is it just a transcript?

18        **MR. SCHWARTZ:**  Just a transcript, I believe.

19        **MS. VAN NOTE:**  Yes, just a transcript.

20        **THE COURT:**  So I think the way to do it, assuming

21   there's no objections as to which the Court has to rule, is to

22   offer, as if the person had testified live, the testimony, and

23   I guess the way -- best way to do it at this point would be to

24   make it an exhibit so it is part of the record, and I'll

25   consider it along with all the other testimony.  I wouldn't

```
1   give it any greater weight or lesser weight than a person

2   testifying live or in some other fashion.  But just filing it

3   on the docket is not sufficient, so we need to have the actual

4   transcript or excerpts physically put in evidence.

5       All right.

6           MS. VAN NOTE:  Yes, Your Honor, I understand.

7           THE COURT:  Does that answer your question?

8           MR. SCHWARTZ:  That does.  Thank you, Your Honor.

9       And then just in terms of logistics for tomorrow, I think

10  other than Mr. Nevado and both sides' deposition designations

11  I believe we are complete.

12      I wanted to ask whether the Court is anticipating that we

13  would deliver any oral closings or would there be any

14  post-trial briefs, or how the Court prefers.

15          THE COURT:  It's a compound question the answer is

16  yes.

17          MR. SCHWARTZ:  Objection, sustained.

18          THE COURT:  No.  I don't need oral argument.

19      What I will typically do is, I will have some instructions

20  for counsel, but just to answer your question, I typically

21  will have authoritative, meaning citations to the record and

22  the evidence, post-trial briefs, final findings of fact,

23  conclusions of law.

24      What I will do, just to give the parties a little bit of a

25  preview since we have a couple of extra minutes here, I'm not
```

1    going to require counsel, as I typically do, to meet and

2    confer to attempt to agree on the findings of fact and

3    conclusions of law.

4        I think a better use of everyone's time is to simply

5    update their respective findings of fact and conclusions of

6    law based upon what actually occurred during the trial.  There

7    may be additional facts or fewer facts that you are not

8    relying on or are relying on, and urge on the Court.  So that

9    will be the exercise that I will ask you to engage in.

10       And I will also require and set a briefing schedule and

11   counsel can talk among themselves about that for post-trial

12   motions.  I typically, to the extent a party makes a motion

13   for judgment or some other plenary motion, I typically allow

14   counsel to make that to protect their record.

15       I typically exercise the Court's discretion to reserve on

16   those so I can rule on everything at once, the adequacy of a

17   particular party's case, and then the entire case, and then

18   render final findings of fact and conclusions of law.

19       So that's what's going to come down the pike.  You can all

20   be thinking about your prospective schedules over the next

21   period of time, during which time you will be filing the

22   briefs.

23       So, does that answer your question?

24       **MR. SCHWARTZ:**  That is extremely helpful and answers

25   my questions.

1          **THE COURT:**  Anything further from you, Ms. Van Note?

2          **MS. VAN NOTE:**  Not today, Your Honor.

3          **THE COURT:**  From you?

4          **MR. SCHWARTZ:**  Nothing further, Your Honor.

5          **THE COURT:**  Thank you.  See you all tomorrow.  Have a

6    good evening.

7          **MR. SCHWARTZ:**  Have a good evening.

8

9          (proceedings concluded at 1:26 p.m.)

10

11                    **CERTIFICATE OF REPORTER**

12          I, Diane E. Skillman, Official Reporter for the

13   United States Court, Northern District of California, hereby

14   certify that the foregoing is a correct transcript from the

15   record of proceedings in the above-entitled matter.

16

17   *Diane E. Skillman*

18          DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

19               Saturday, June 26, 2021

20

21

22

23

24

25

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**