UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ORTIZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM LLC, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03820-JSW<br><br>**JUDGMENT** |

Pursuant to the Court's findings of fact and conclusions of law following the bench trial in this case, which have resulted in a verdict in Defendants' favor and against Plaintiff, the Court HEREBY ENTERS judgment.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 20, 2022

_____
JEFFREY S. WHITE
United States District Judge