| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐   No ☐ |
|---|---|---|

| 1. CASE NAME Michael Ortiz v. Amazon.com, LLC, et. al. | 2. CASE NUMBER 4:17-cv-03820-JSW | 3. DATE JUDGMENT ENTERED May 20, 2022 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Plaintiff |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY Gibson Dunn & Crutcher LLP | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Jason C. Schwartz | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                    (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $310.00 | Jason C. Schwartz Pro Hac Vice (Declaration of Megan Cooney, Ex. A) | | | |
| | $30.00 | Court Call Hearing – July 30, 2019 (Declaration of Megan Cooney, Ex. B) | | | |
| Service of Process, Civil LR 54-3(a)(2) | $376.99 | Subpoena of James Lao (Declaration of Megan Cooney, Ex. C) | | | |
| | $650.20 | Subpoena of William Hedin (Declaration of Megan Cooney, Ex. D) | | | |
| | $467.64 | Subpoena of Sennai Merid (Declaration of Megan Cooney, Ex. D) | | | |
| | $303.08 | Subpoena of Michael Martin (Declaration of Megan Cooney, Ex. D) | | | |
| | $443.38 | Subpoena of Michael Martin (Declaration of Megan Cooney, Ex. D) | | | |
| | $350.00 | Subpoena of Michael Martin (Declaration of Megan Cooney, Ex. E) | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | $97.00 | Transcript – Motion Hearing – April 26, 2019 (Declaration of Megan Cooney, Ex. F) | | | |
| | $3,671.35 | Daily Trial Transcripts – June 17, 2021 (Declaration of Megan Cooney, Ex. G) | | | |

| | | | | | |
|---|---|---|---|---|---|
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $2,467.25 | Video Deposition of James Lao (Declaration of Megan Cooney, Ex. H) | | | |
| | $2,679.00 | Deposition of Michael Martin (Declaration of Megan Cooney, Ex. I) | | | |
| | $1,678.75 | Deposition of William Hedin (Declaration of Megan Cooney, Ex. J) | | | |
| | $340.00 | Deposition of Sennai Merid (Non-Appearance) (Declaration of Megan Cooney, Ex. K) | | | |
| | $1,663.15 | Deposition of Sennai Merid (Declaration of Megan Cooney, Ex. L) | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $15,530.79 | | $ 0.00 | $ 0.00 | |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party:**

SIGNATURE: /s/Jason C. Schwartz          DATE: 6/3/2022

**11.** Costs are taxed in the amount of                    and included in the judgment.

Mark B. Busby
Clerk of Court

BY:                              Deputy Clerk          DATE:

---

**\*WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)**

| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
|---|---|---|---|---|---|---|---|
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | **TOTAL WITNESS FEES/EXPENSES** | | |

**ECF ATTESTATION**

I, Megan Cooney, hereby attest that the concurrence in the filing of the Bill of Costs has been obtained from Jason C. Schwartz.

Dated: June 3, 2022

By: /s/ *Megan Cooney*
Megan Cooney